1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

CORONAVIRUS REPORTER, et al.,

Case No. 21-cv-05567-EMC

8

Plaintiffs,

9

v.

**ORDER RE NOTICE OF RELATED CASE**

10

APPLE INC., et al.,

Docket No. 15

11

Defendants.

12

13

14         Plaintiffs initiated this putative class action against Apple, Inc. and the Federal Trade

15   Commission in late July 2021.  In their complaint, they assert, *inter alia*, antitrust and RICO

16   claims against Apple.  As to the FTC, Plaintiffs assert that the agency has unlawfully withheld or

17   unreasonably delayed action in violation of the Administrative Procedure Act.

18         For the antitrust claims, Plaintiffs seek to represent a class of "[a]ll U.S. developers of any

19   Apple iOS application that was excluded through disallowance and/or ranking suppression on

20   Apple's iOS App Store"; a class of "[a]ll U.S. developers of any Apple iOS application or in-app

21   product subject to a 30% sales commission [on] Apple's iOS App Store"; and a class of "[t]he

22   millions of U.S.-based iOS developers who were required to sign the DPLA and pay Apple $99

23   simply to access the 60% of the population that uses smartphone enhanced services (i.e.[,] iOS)

24   over the national internet backbone."  Compl. ¶¶ 180, 182, 184.

25         For the APA claim, Plaintiffs allege that the FTC has failed to act on their complaint

26   asking for assistance in prosecuting antitrust claims against Apple.

27         On August 4, 2021, Apple filed a notice in which it asserted that the instant case is related

28   to *Cameron v. Apple Inc.*, No. C-19-3074 YGR (N.D. Cal.).  *See* Docket No. 15 (notice).  Apple

United States District Court
Northern District of California

1   also asserted that the instant case should be consolidated with *Cameron* per Judge Gonzalez

2   Rogers consolidation order in that case.

3          On August 5, 2021, Plaintiffs objected to any request for relation and further "referred"

4   Apple and/or its counsel to the Court for misconduct – apparently, because Apple and/or its

5   counsel invoked the incorrect subsection of Civil Local Rule 3-12 which governs related cases.

6          To the extent Plaintiffs seek any relief against Apple for misconduct, the request is

7   **DENIED**.

8          To the extent Apple has argued that the instant case should be related to *Cameron*, such a

9   request should be presented to Judge Gonzalez Rogers in the first instance.  The Court therefore

10  refers the request to relate, and Plaintiffs' objection thereto, to Judge Gonzalez Rogers.

11

12          **IT IS SO ORDERED**.

13

14  Dated: August 5, 2021

15

16  _____

17          EDWARD M. CHEN
            United States District Judge

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California