## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### ORDER

A *Sua Sponte* Judicial Referral for Purposes of Determining Relationship of Cases (Civil L.R. 3-12) has been filed.  As the judge assigned to case *Cameron v. Apple Inc.*, 19-cv-03074-YGR, I find that the more recently filed case below **IS NOT RELATED.**

| Case | Title | Related | **Not Related** |
|---|---|---|---|
| 21-cv-05567-EMC | Coronavirus Reporter v. Apple Inc. | | **YGR** |

### ORDER
**The court has reviewed the referral and determined that the two cases are not related and no reassignments shall occur.**

Dated: August 9, 2021

Yvonne Gonzalez Rogers
United States District Judge