GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (SBN 212532)
  mperry@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
  rbrass@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile:   (415) 374-8429

*Attorneys for Apple Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CORONAVIRUS REPORTER, CALID INC., on behalf of themselves and all others similarly situated<br><br>                    Plaintiffs,<br><br>        v.<br><br>APPLE INC., FEDERAL TRADE COMMISSION,<br><br>                    Defendants. | Case No. 3:21-CV-05567-EMC<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANT APPLE INC.'S RULE 12 MOTION TO DISMISS AND MOTION TO STRIKE** |

I hereby declare as follows:

1.      I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court.  I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case.  I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2.      I provide this declaration in support of Apple's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction, Rule 12(b)(6) for failure to state a claim upon which relief can be granted, and Rule 12(f) Motion to Strike.

3.      Attached to this Declaration as Exhibit A is a true and correct copy of the Apple Developer Agreement that was in effect as of March 2020, when Plaintiff Coronavirus Reporter's app allegedly was rejected for distribution on the App Store, *see* Compl. ¶ 74.

4.      Attached to this Declaration as Exhibit B is a true and correct copy of current Apple Developer Program License Agreement.  The Apple Developer Program License Agreement is publicly available at the following URL:  https://developer.apple.com/support/downloads/terms/apple-developer-program/Apple-Developer-Program-License-Agreement-20210607-English.pdf.

5.      Attached to this Declaration as Exhibit C is a true and correct copy of the App Store Review Guidelines, as amended on March 4, 2020, and filed publicly in *Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-5640-YGR (N.D. Cal.) (Dkt. 1 at page 147).

6.      Attached to this Declaration as Exhibit D is a true and correct copy of a redlined version of Plaintiff's Complaint in this action, showing the similarities and differences between the Complaint, ECF No. 1, and the Second Amended Complaint filed by Plaintiff in *Coronavirus Reporter v. Apple Inc.*, *see* Second Am. Compl., ECF No. 27, No. 21-cv-00047 (D.N.H. Apr. 26, 2021).

7.      Attached to this Declaration as Exhibit E is a true and correct copy of the operative complaint in *Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-5640-YGR (N.D. Cal. Aug. 13, 2020), ECF No. 1.

8.      Attached to this Declaration as Exhibit F is a true and correct copy of the operative complaint in *Cameron v. Apple Inc.*, No. 4:19-cv-03074-YGR (N.D. Cal. Sept. 30, 2019), ECF No. 53.

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANT APPLE INC.'S
RULE 12 MOTION TO DISMISS AND MOTION TO STRIKE
CASE NO. 3:21-CV-05567-EMC

9.      Attached to this Declaration as Exhibit G is a true and correct copy of the operative complaint in *SaurikIT, LLC v. Apple Inc.*, No. 4:20-cv-08733 (N.D. Cal. Dec. 10, 2020), ECF No. 1.

10.     Attached to this Declaration as Exhibit H is a true and correct copy of an email I sent to Keith Mathews, counsel for Plaintiffs, on August 10, 2021, requesting that Plaintiffs provide Apple with details regarding five apps that Plaintiffs' motion for preliminary injunction, ECF No. 20, put at issue.  Plaintiffs have not responded.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on August 23, 2021 at San Francisco, California.


*/s/ Rachel S. Brass*
Rachel S. Brass

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANT APPLE INC.'S
RULE 12 MOTION TO DISMISS AND MOTION TO STRIKE
CASE NO. 3:21-CV-05567-EMC

Gibson, Dunn &
Crutcher LLP