Keith Mathews
*Pro Hac Vice*
Associated Attorneys of New England
PO Box 278
Manchester, NH 03105
Ph. 603-622-8100
keith@aaone.law

Daniel de Zouza Clasen
3746 Foothill Boulevard, Suite 1132
Glendale, CA 91214
(747) 221-4144

*Attorneys for Coronavirus Reporter*
*and Calid Inc.*

GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (SBN 212532)
  mperry@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
  rbrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    (415) 393-8200
Facsimile:    (415) 374-8429

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CORONAVIRUS REPORTER, CALID INC., on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 3:21-cv-05567-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE RELATING TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S MOTION TO DISMISS**<br><br>Honorable Edward M. Chen |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE RELATING TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S MOTION TO DISMISS
CASE NO. 3:21-CV-05567-EMC

1   NOW COME, The Parties, by and though counsel and hereby agree as follows:

2   This Stipulation is hereby entered into by and between Plaintiffs Coronavirus Reporter and Calid Inc. ("Plaintiffs") and Defendant Apple Inc. ("Apple", together with Plaintiffs, the "Parties").

WHEREAS, Plaintiffs filed their complaint in this action on July 20, 2021 (ECF No. 1);

WHEREAS, Plaintiffs filed their Motion for Preliminary Injunction on August 8, 2021 (ECF No. 20);

WHEREAS, on August 11, 2021, the Court granted Apple's Motion to Extend Time to Respond to the Complaint to August 23, 2021, to make it contemporaneous to filing its response to Plaintiffs' Motion for Preliminary Injunction (ECF No. 29);

WHEREAS, on August 23, 2021, Apple filed its Opposition to Plaintiffs' Motion for Preliminary Injunction and its Motion to Dismiss (ECF Nos. 32, 35);

WHEREAS, Plaintiffs' deadline to respond to Apple's Opposition to Plaintiffs' Motion for Preliminary Injunction is August 30, 2021;

WHEREAS, the Parties have conferred regarding the Plaintiffs' deadline to respond to the Opposition to Plaintiffs' Motion for Preliminary Injunction;

WHEREAS, no other prior requests to modify the briefing schedules related to the Plaintiffs' Motion for Preliminary Injunction or Apple's Motion to Dismiss have been made to the Court;

WHEREAS, the Parties have agreed that Plaintiff's Reply to Defendant Apple Inc.'s Opposition to Plaintiffs' Motion For Preliminary Injunction will be due on September 7, 2021.

WHEREAS, the Parties have also agreed that Apple's Reply in Support of its Motion to Dismiss will be due on September 21, 2021;

WHEREAS, the requested relief will not prejudice any party or cause delay.

//

//

2
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE RELATING TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S MOTION TO DISMISS
CASE NO. 3:21-CV-05567-EMC

Gibson, Dunn & Crutcher LLP

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. Plaintiff's Reply to Defendant Apple Inc.'s Opposition to Plaintiffs' Motion For Preliminary Injunction will be due on September 7, 2021; and

2. Apple's Reply in Support of its Motion to Dismiss will be due on September 21, 2021.

DATED: August 28, 2021         ASSOCIATED ATTORNEYS OF NEW ENGLAND

By: /s/ Keith Mathews
Keith Mathews
Associated Attorneys of New England
Keith Mathews
NH Bar No. 20997
PO Box 278
Manchester, NH 03105
Ph. 603-622-8100
keith@aaone.law

Daniel de Zouza Clasen
3746 Foothill Boulevard, Suite 1132
Glendale, CA 91214
(747) 221-4144

*Attorneys for Plaintiffs*

DATED: August 28, 2021         GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass (Keith Mathews with authorization)*
Rachel S. Brass
GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (SBN 212532)
 mperry@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
 rbrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  (415) 393-8200
Facsimile:  (415) 374-8429

*Attorneys for Defendant Apple Inc.*

# [PROPOSED] ORDER

Pursuant to the Stipulation:

1. Plaintiff's Reply to Defendant Apple Inc.'s Opposition to Plaintiffs' Motion For Preliminary Injunction will be due on September 7, 2021; and

2. Apple's Reply in Support of its Motion to Dismiss will be due on September 21, 2021.

**IT IS SO ORDERED**.

DATED: August ___, 2021

_____
Judge Edward M. Chen
United States District Judge

4
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE RELATING TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S MOTION TO DISMISS
CASE NO. 3:21-CV-05567-EMC

Gibson, Dunn & Crutcher LLP

# CERTIFICATE OF SERVICE

I, Keith Mathews, do declare as follows:

I certify that a copy of the foregoing was delivered electronically to counsel for the Defendants with counsel, and emailed to those without known counsel.

Executed on this   28th   day of August 2021.


                              /s/ Keith Mathews
                              Keith Mathews
                              Attorney for Plaintiffs

Gibson, Dunn & Crutcher LLP

5

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE RELATING TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S MOTION TO DISMISS
CASE NO. 3:21-CV-05567-EMC