Robert Roberts, M.D., FRCPC, MACC, FAHA, FRSC, FCAHS, FESC, LLD (Hon.)
Director of Cardiovascular Genomics and Genetics, Dignity Health St. Joseph's Hospital and Medical Center
Professor of Medicine, University of Arizona, College of Medicine Phoenix
Chair, ISCTR
Scientist Emeritus and Advisor, University of Ottawa Heart Institute
Past President & CEO, University of Ottawa Heart Institute
Founding Director, Ruddy Canadian Cardiovascular Genetics Centre
Adjunct Professor, Baylor College of Medicine

CellularREDACTED
Email: REDACTED

Dear Apple,

I am writing you regarding the Coronavirus Reporter app, which has been awaiting approval for nearly two weeks in your App Store. My understanding is the App is being held until it is endorsed by an institution with "appropriate credentials in health care," pursuant to the new Apple Developer guidelines regarding COVID-19.

I am the Director of the Cardiovascular Genomics and Genetics at Dignity Health and Professor of Medicine at University of Arizona College of Medicine Phoenix. My CV is attached in a form of a short bio as well as the complete bio and publications.

I understand a similar app has been released. We feel that our app will provide appropriate information and will be updated on a regular basis, taking into account responses we receive on the app. We will review the epidemiological data gathered by this app in conjunction with academic physician scientists at my own institution and elsewhere, and will continually adapt the app based upon scientific and medical advice from experts. This app has considerable potential to advance medical understanding of the situation, and foster information exchange amongst all stakeholders, most importantly, the Apple users themselves.

In short, this project is being properly overseen, and we hope it will be released immediately to enable it to reach its potential.

Thank you for your attention to this matter. Please do not hesitate to contact me if further information is necessary.


Regards,


Robert Roberts, MD, MACC, FRSC, FAHA, FESC, FRCPC, LLD (Hon.)



**Robert Roberts, MD, FRCPC, FRSM, MACC, FAHA, FESC, FRSC, LLD (Hon.)**
**Professor, University of Arizona College of Medicine – Phoenix**
**Director of Cardiovascular Genomics and Genetics, Dignity Health St. Joseph's Hospital and Medical Center- Phoenix**
**Chair, International Society Cardiovascular Translational Research (ISCTR)**

Adjunct Professor, Baylor College of Medicine

Scientist Emeritus and Advisor, University of Ottawa Heart Institute

Past President and CEO, University of Ottawa Heart Institute

Founding Director, Ruddy Canadian Cardiovascular Genetics Centre

---

Dr. Roberts completed his undergraduate (Memorial University), Medical school (Dalhousie University) and training in cardiology (University of Toronto) in Canada. He proceeded on scholarship to the University of California and was recruited to Washington University in St. Louis as Director of the Coronary Care unit (1973-1982). In 1982 he was recruited to Baylor College of Medicine in Houston as Chief of Cardiology where he served for 23 years. He was recruited as President and CEO of the University of Ottawa Heart Institute (UOHI) where he completed two 5 year terms (2004 to 2014).

He developed the first quantitative assay for MBCK, followed by a radioimmunoassay. MBCK was used as the gold standard to diagnose heart attacks for three decades. He discovered several genes for the familial cardiomyopathies, including the first gene for atrial fibrillation, WPW Syndrome and CAD (9p21) along with co-discoverer of over 90 genetic risk variants predisposing to CAD and 95 genetic variants regulating plasma lipids. As a pioneer of molecular cardiology, he edited the first textbook on molecular cardiology. Dr. Roberts is recognized as a leader in the research and practice of cardiology worldwide. Dr. Roberts for 25 years has been associate Editor of Hurst The Heart, a leading textbook in cardiology. Dr. Roberts is Editor in Chief of Current Opinion in Cardiology, Chief Guest Editor of JACC BTS, Genomics Section Editor for JACC, Associate Editor of Cardiology Today and on the editorial board of 18 other journals. In recognition of his scientific contributions (over 900 publications) Dr. Roberts has received several prestigious awards:

- Fellow of the Academy of Science of the Royal Society of Canada (2013)
- Distinguished Scientist Award from the American College of Cardiology (1998)
- Canadian Cardiovascular Society Research Achievement Award (2012)
- McLaughlin Medal from the Royal Society of Canada (2008)
- Award of Meritorious Achievement from American Heart Association (2001)
- Robert Beamish Leadership Award from ICSS Winnipeg (2005)
- Albrecht Fleckenstein Memorial Award from the International Academy of Cardiology (2008)
- Distinguished Fellowship Award from the International Academy of Cardiology (2012)
- Citation for Highly Cited Researcher from ISI Thomson Scientific (2002)
- Awarded Best of What's New by Popular Science, New York (1994)
- First Prize: International Film Festival, NY for video "Unlocking the Secrets of the Heart" (1992)

He has held several leadership roles: member NHLBI Council, American Heart Association (Board of Trustees, President Elect), the American College of Cardiology (Board of Trustees and Chair of Annual Scientific Session). He has served on several prestigious advisory boards, including: Gairdner Foundation; The Fields Institute for Research in Mathematical Sciences; Ontario Genomics Institute,

Fondation Leducq of Paris and NIH-ACC Inter-Society Coordinating Committee for genomics and genetics.

Dr. Roberts has had a distinguished and prolific international career as a Cardiologist, Educator, Scientist  and spokesman having lectured throughout the world including several prestigious presentations: Plenary addresses of the American College of Cardiology, (Simon Dack Lectureship), the Japanese College of Cardiology, the Japanese College of Circulation, the Australian and New Zealand Heart Association (Hall Lecture), the Canadian Cardiovascular Society, Indonesian Heart Society and the International Academy of Cardiology. In 2013 he addressed The Royal Canadian Institute for the advancement of science.

Under Dr. Roberts leadership, the University of Ottawa Heart Institute (UOHI) flourished, patient wait times decreased from 6 months to 3 weeks,  diagnostic and therapeutic laboratories were added, 50 additional physicians and scientists were recruited, with an independent patient satisfaction of 98.5 (best in Ontario). He founded and directed The Ruddy Canadian Cardiovascular Genetics Centre, and established The Research Methods Centre. The research endowment tripled from 15 million to 55 million as did competitive grant funding. Under his leadership UOHI achieved world recognition for its research impact being ranked by SIR SCHIMAGO to be in the top 2% of 3,043 institutions worldwide. The future was secured with approval and funding for a $200 million expansion to the institute which was initiated in 2013 and officially opened March 23, 2018.

## Coronavirus Reporter (Wyoming) Officer Minutes

After the originating Complaint was filed on January 19th 2021 in the New Hampshire District, CNBC's chief Apple reporter contacted the Chief Legal Officer on same day, requesting the identity of Coronavirus Reporter's Chief Medical Officer.

A responsive email sent Monday January 25 2021 agreed to an interview. The interview between Dr Robert Roberts and CNBC Apple correspondant was scheduled and took place on January 28th 2021 at 1PM EST.

Present on the call were Robert Roberts, Keith Mathews, and CNBC's Apple correspondant. The conference call duration was approximately forty minutes.

Dr Roberts was asked to provide an opening statement. He described the formation of his Coronavirus Reporter app team having the right combination of a seasoned medical researcher, a front line ER physician, and a computer scientist app developer.

He described his app as a large-scale epidemiological study and screening system, meant to harness and distribute pandemic data. He explained his background in medical screening and how it was particularly relevant for a coronavirus app. He articulated how he developed the MBCK gold-standard test, which has saved countless lives and persisted over three decades as the primary test for heart attacks. The remarked that the newer replacement tests, called tropinins, are also based on his MBCK work. He mentioned other career discoveries such as genes for heart disease, all of which are detailed in the CV he provided to Apple last March.

Dr Roberts was "taken aback," in his own words, when Apple refused the app for lacking deep-rooted medical credentials. Dr Roberts pointed out his peer-reviewed credentials and recognitions, as committee member for the Nobel prize Fields Medal, Award of Meritorious Achievement by the American Heart Association. He raised the appropriate question  - If he didn't have deep credentials, who did?

Dr Roberts suggested a comparison to "startups" dating back through the Industrial Revolution that were comprised by a single individual and/or small team. He stated that if Apple feels startups cannot possess the deep-rooted medical credentials needed to solve humanities problems, then Apple is contrary to the evidence of history. He offered anecdotally Fleming's discovery of penicillin.

When asked what are the ramifications of Apple's refusal to publish his app, Roberts' unambiguously stated that it was a major loss to science and society. An important phase of COVID trajectory was not captured because of Apple's decision. Roberts stated that though he had been prepared to ramp up epidemiological studies, when Apple made their determination, he assumed it was a lost cause and moved on to other COVID projects.

CNBC asked for specific examples of potential losses. Roberts replied that in the case of long-term COVID damage to the cardiovascular system, much remains unknown. He felt the App would have provided a meaningful platform for him to focus on his passion, cardiovascular health, and derive world-class research, as he has done without pause during his entire career.

CNBC asked what Roberts felt should happen from his litigation. Roberts replied that, though he isn't a lawyer, he doesn't feel Apple should be allowed to do what they did.

Entered by Chief Legal Officer



# Robert Roberts

**B.Sc., M.D., FRCPC, FRSM, FACP, FESC, FAHA, FISHR, MACC, LLD (Hon.), FRSC.**
**Professor of Medicine, University of Arizona College of Medicine – Phoenix**
**Chair, International Society of Cardiovascular Translational Research (ISCTR)**
**Director of Cardiovascular Genetics and Genomics, Dignity Health, St. Joseph's Hospital & Medical Center**

Past President, and CEO, University of Ottawa Heart Institute, Ottawa, Ontario, Canada

Founding Director, John and Jennifer Ruddy Canadian Cardiovascular Genetics Centre, Ottawa, Ontario,

Past President, CEO and Chief Scientific Officer, Ottawa Heart Institute Research Corporation

Scientist Emeritus and Advisor, University of Ottawa Heart Institute

Adjunct Professor of Medicine, Baylor College of Medicine

## CONTACT INFORMATION

**Dr. Robert Roberts**
550 East Van Buren St.
Phoenix, AZ 85004
Citizen: United States and Canada
Telephone: 602-827-2651
Email: rroberts2@email.arizona.edu



| Citation indices | All | Since 2010 |
|---|---|---|
| Citations | 46292 | 12906 |
| h-index | 105 | 48 |
| i10-index | 431 | 165 |

2007 2008 2009 2010 2011 2012 2013 2014

# CONTENTS

CONTACT INFORMATION ...................................................................................................................... 1

.................................................................................................................................................................... 1

CONTENTS .............................................................................................................................................. 2

PROFESSIONAL EXPERIENCE ................................................................................................................ 3

MANAGED HEALTH CARE EXPERIENCE ................................................................................................ 4

UNIVERSITY OF ARIZONA COMMITTEES AND ACTIVITIES .................................................................. 4

RESEARCH RELATED TRAINING ............................................................................................................ 4

CURRENT RESEARCH FUNDING (PENDING) .......................................................... **Error! Bookmark not defined.**

RESEARCH FUNDING ............................................................................................................................. 4

FELLOWSHIPS / SOCIETIES / ASSOCIATION MEMBERSHIPS .............................................................. 4

AWARDS ................................................................................................................................................. 5

HONOURS & DISTINCTIONS .................................................................................................................. 6

RESEARCH CHAIRMANSHIPS & RESEARCH BOARD MEMBERSHIPS .................................................. 6

EDITORIAL BOARDS ............................................................................................................................... 8

RESEARCH ADVISORY COMMITTEES .................................................................................................... 9

DISTINGUISHED LECTURESHIPS ........................................................................................................... 12

LECTURES ............................................................................................................................................... 16

PUBLICATIONS (h-index 105) ............................................................................................................... 22

    Original Manuscripts in Basic Research ...................................................................................... 22

    Original Manuscripts in Clinical Research .................................................................................. 32

    Invited Reviews ......................................................................................................................... 43

    Invited Editorials ....................................................................................................................... 50

    Textbooks .................................................................................................................................. 52

    Book Chapters ........................................................................................................................... 52

## EDUCATION (MEDICAL)

Licensee Certificate #52653, State of Arizona, USA (2017)
Master, American College of Cardiology (2007 March)
Fellow of the American Heart Association (2001 October)
Fellow, International Society for Heart Research (2001)
Fellow, European Society of Cardiology (1998)
Licensee Certificate #G–6381, State of Texas, USA (1984)
Fellow, American College of Cardiology (1976 March)
Fellow, American College of Physicians (1976 March)
Diplomate, Subspecialty Board in Cardiovascular Disease, American Board of Internal Medicine (USA) (1975)
Licensee Certificate #3520l, State of Missouri, USA, (1974)
Research Fellow, University of California, San Diego (1972-1973, June)
Diplomate, American Board of Internal Medicine, USA (1972)
Fellow, Ontario Heart Foundation, University of Toronto, Ontario, Canada (1971 December)
Fellow, Royal College of Physicians of Canada (1971 August)
Certified, Specialist in Internal Medicine, Canada (1971)
Assistant Chief Resident, Toronto General Hospital, Toronto, Ontario, Canada (1971 June)
Fellow in Cardiology, Toronto Western Hospital, University of Toronto, Toronto Ontario, Canada (1970 June)
Licensee Certificate #21784, Ontario College of Physicians and Surgeons, Ontario, Canada (1969)
Senior Resident in Medicine, Sunnybrook Hospital University of Toronto, Toronto, Ontario, Canada (1969 June)
Junior Resident in Medicine, St John's General Hospital, St John's, Newfoundland, Canada (1967May)
Intern, Victoria General Hospital, Halifax, Nova Scotia, Canada (1966May)
Licensee, Newfoundland Medical Board, Newfoundland, Canada (1966)
Medical Doctor, Dalhousie University (1965 June)
Bachelor of Science, Memorial University of Newfoundland (1961 June)

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2019-present | Director of Cardiovascular Genetics and Genomics, Dignity Health, St. Joseph's Hosptial & Medical Center, Phoenix, Arizona |
| 2015-present | Chair, International Society of Cardiovascular Translational Research, University of Arizona College of Medicine – Phoenix, Phoenix, Arizona |
| 2015-present | Professor of Medicine, University of Arizona College of Medicine – Phoenix, Phoenix, Arizona |
| 2004–2014 | President and CEO, University of Ottawa Heart Institute, Ottawa, Ontario, Canada |
| 2004- 2012 | Chief Scientific Officer, University of Ottawa Heart Institute, Ottawa, Ontario, Canada |
| 2004–2014 | Director, John & Jennifer Ruddy Canadian Cardiovascular Genetics Centre, Ottawa ON Canada |
| 2004–2014 | Professor of Medicine, University of Ottawa, Ottawa, Ontario, Canada |
| 2000–present | Adjunct Professor of Medicine, Baylor College of Medicine, Houston, Texas |
| 1999–2004 | Professor of Molecular Physiology and Biophysics, Houston, Texas |
| 1990–2004 | Professor of Cell Biology, Baylor College of Medicine, Houston, Texas |
| 1994–2004 | Endowed Professorship, Don W. Chapman Professor of Medicine |
| 1982–2004 | Professor of Medicine, Baylor College of Medicine, Houston, Texas |
| 1982–2004 | Chief of Cardiology, Baylor College of Medicine, and The Methodist Hospital, Houston, Texas |
| 1982–2004 | Director of the Myocardial Infarction Diagnostic Laboratory, Houston, Texas |
| 1998 | NASA Lead Cardiology Consultant for the STS–95 John Glenn Space Flight, Houston, Texas |
| 1982–1987 | Consultant and Scientific Collaborator, NASA |
| 1977–1982 | Associate Professor of Medicine, Washington University School of Medicine, St Louis, Missouri |
| 1975–1982 | Consultant in Cardiology, St Louis Children's Hospital, St Louis, Missouri |
| 1974–1982 | Director, Cardiac Care Unit, Barnes Hospital, St Louis, Missouri |
| 1973–1977 | Assistant Professor of Medicine, Washington University School of Medicine, St Louis, Missouri |
| 1973–1974 | Assistant Director, Cardiac Care Unit, Barnes Hospital, St Louis, Missouri |
| 1972–1973 | Canadian Heart Foundation Fellowship, Assistant Research Cardiologist, University Hospital, University of California, San Diego, California |
| 1967–1968 | General Practice, Old Perlican Hospital, Old Perlican, Newfoundland, Canada |

## Common Spirit-Dignity Activities

Director of Cardiovascular Genomics and Genetics for Dignity Healthcare System. (2019-present).
Committee Member for Heart and Vascular Institute- St. Joe's Hospital and Medical Center. (2019-present).
Executive Member for Heart and Vascular Institute- St. Joe's Hospital and Medical Center. (2019-present).

**MANAGED HEALTH CARE EXPERIENCE**

Negotiated a capitated contract with MacGregor Medical Service (Prudential) for The Section of Cardiology, Baylor College of Medicine (1995–1996)  Contract renewed (1996–2002)

**UNIVERSITY OF ARIZONA COMMITTEES AND ACTIVITIES**

Member, Research Senate Committee (2018-present)
Member,Research Symposium Steering Committee, (2018-2019)
Chair, Development of the syllabus for the online ISCTR course, Cardiovascular Translational Science and Medicine (2015-present)
Member of the Committee for Review of the Valley Research Partnership P1,P2 Grants (2019)
College of Medicine – Phoenix Appointments, Promotions and Tenure Committee (2017-present)
Chair of the Committee for Review of the Valley Research Partnership P1 Grants (2018)
Research Strategic Planning Committee (2017)
Member of the Committee for review of P1, P2 and P3 Valley Research Partnership Grant Applications (2016)
Recruitment Committee of Faculty for Cardiology at Banner University Medical Center (2016-2018)
Recruitment Committee of Faculty for Basic Medical Science (2015- 2019)
Mentor, Leading and Inspiring Faculty Trajectories (2017-2018)
Member, Search Committee for Associate Dean of Finance (2017-2018)

**RESEARCH RELATED TRAINING**

Division 5: Are you Compliant?  Ottawa Hospital Research Institute [2013 March 20]
GCP Training, Pfizer [2009 Nov 30]
TCPS2, Introductory Tutorial of the Tri-Council Policy Statement: Ethical Conduct for Research Involving Humans. Certificate of Completion [2011 Oct 25]

**RESEARCH FUNDING**

Co-Principal Investigator, Canadian Foundation for Innovation, TIMEX, $50 million (2009-2014)
Principal Investigator, Canadian Foundation for Innovation, Development of a Cardiovascular Genetics Centre,4 $11.5 Million (2008-2013)
Co-Investigator, National Networks of Centers of Excellence Operating Grant, CANNeCTIN, $19 million (2007-2012)
Principal Investigator, Canadian Institutes of Health Research, Genome–wide Scan to Identify Coronary Artery Disease Genes $561,560 (2007-2012)
Principal Investigator, Agilent Technologies, $50,000 (2006-2007)
Principal Investigator, National Heart, Lung & Blood Institute, Cardiology Research Training Grant, $2,550,000, (2004–2009)
Principal Investigator, National Heart, Lung, and Blood Institute, INRSA, Research Training Grant in Molecular Cardiology
 Baylor College of Medicine $2,400,000 (1990–95; Renewed 1995–99; 1999–2004; 2004–2009)
Principal Investigator, National Heart, Lung, and Blood Institute, Specialized Center of Research in Heart Failure (SCOR), Baylor College of Medicine $6,450,000 (1990-1994; Renewed 1995–1999; 2000–2004)
Principal Investigator, National Heart, Lung and Blood Institute, Thrombolysis in Myocardial Infarction (TIMI), Baylor College of Medicine (1983–1996)
Co–Principal Investigator, National Heart, Lung, and Blood Institute, Thrombolysis in Myocardial Infarction TIMI-4 Trial, Baylor College of Medicine (1984–1994)
Program Director, American Heart Association/Bugher Foundation Center for Molecular Biology of the Cardiovascular System, Baylor College of Medicine (1986–1993)
Principal Investigator and Director of CK Core Laboratory, Sponsored by Marion Laboratories, Diltiazem Reinfarction Study (DRS), Baylor College of Medicine (1982–1985)
Principal Investigator and Director of CK Core Laboratory, Sponsored by National Heart, Lung & Blood Institute, Multicentered Study on the Limitation of Infarct Size (MILIS), Washington University and Baylor College of Medicine (1978–1984)
Principal Investigator and Director of CK Core Laboratory, Sponsored by Pfizer Pharmaceuticals, Multicentered Study "Nifedipine Angina Myocardial Infarction Study" (NAMIS), Washington University, St Louis, Missouri (1979–1982)
Principal Investigator, Collaborative Clinical Trial of Therapy to Protect Ischemic Myocardium, Washington University, St Louis, Missouri (1978–1982)
Co- Investigator, National Heart, Lung, and Blood Institute, Specialized Center of Research in Ischemic Heart Disease (SCOR), , Washington University, St Louis, 5,450,000 (1974-1979; Renewed 1979–1984)
Co- Investigator, National Heart, Lung & Blood Institute, Cardiology Research Training Grant, $2,550,000, (1974–1979) Washington University, St Louis, (; Renewed 1979–1984)

**FELLOWSHIPS / SOCIETIES / ASSOCIATION MEMBERSHIPS**

Master, American College of Cardiology
Fellow of the American Heart Association (2001 October)
Fellow, American College of Physicians
Fellow, Royal Society of Canada

Fellow, International Academy of Cardiovascular Sciences, 2002
Fellow, Royal College of Physicians and Surgeons of Canada
Fellow, Royal Society of Medicine (London)
Fellow, Council on Arteriosclerosis
Fellow, Council on Clinical Cardiology Association of American Physicians
Fellow of the European Society of Cardiology
Fellow, International Society for Heart Research (ISHR) & Founding Member of ISHR
Member, Ontario Medical Association
Member, Canadian Cardiovascular Society
Member, Canadian Medical Association
Member, Association of University Cardiologists
Member, Association of Professors of Cardiology
American Association for the Advancement of Science
American Society of Human Genetics
American Society for Clinical Investigation
American Federation for Clinical Research
American Heart Association
American Physiology Society
American Society of Internal Medicine
Harris County Medical Society
Heart Failure Society of America
Houston Cardiology Society
Society for Experimental Biology and Medicine
Texas Club of Cardiologists
Honorary Member, Musser–Burch Society
Member, Southern Medical Association

## AWARDS

Fellow of the Academy of Science of the Royal Society of Canada (2013)

Outstanding Speaker Award, American Association for Clinical Chemistry (2012 June)

Research Achievement Award 2012, Canadian Cardiovascular Society, Canadian Cardiovascular Congress 2012, Toronto

Distinguished Fellowship Award 2012, International Academy of Cardiology, 17th World Congress on Heart Disease Annual Scientific Sessions 2012 Toronto, ON, Canada (2012 Jul 27)

Albrecht Fleckenstein Memorial Award, International Academy of Cardiology (2008 July 27)

McLaughlin Medal of the Royal Society of Canada, In Recognition of Important Research in the Medical Sciences (2008 Nov 15)

Robert Beamish Leadership Award, Institute of Cardiovascular Sciences Symposium, Winnipeg, Manitoba (2005 Sep 30)

Lifetime Achievement Award, Memorial University (2004 Oct 27)

Citation for Highly Cited Researcher, ISI Thomson Scientific (2002)

Award of Meritorious Achievement, American Heart Association (2001)

Alumnus of the Year Award, Dalhousie University (2001 Oct 11)

Medal of Merit, International Society for Heart Research, Winnipeg, Canada (2001)

Five Fellows from Dr. Roberts' laboratory won 1st place for the ACC Young Investigator Award for Research in Molecular and Cellular Cardiology (1995–1999)

Distinguished Scientist Award of the American College of Cardiology (1998)

Award for Excellence in Research, Baylor College of Medicine (1996–1997, 1997–1998)

Irving S Cutter Award for Scientific Achievement *for outstanding contributions to the arts and science of medicine*, Phi Rho Sigma Fraternity (1994)

Popular Science, Best of What's New in 1994 Award for MB CK Isoform Laboratory's Heart Attack Diagnostic Test New York, NY (1994)

A Video entitled "Molecular Cardiology: Unlocking the Secrets of the Heart", 1st prize, Educational Section, International Film Festival, New York, NY (1992)

Canadian Heart Foundation Scholarship (1971–1973)

Resident of the Year Award, Memorial University of Newfoundland, Canada (1966–1967)

## HONOURS & DISTINCTIONS

Leading Physicians of the World (2017-present)

Top Doctor in Phoenix, AZ, International Association of HealthCare Professionals (IAHCP) (2017-present)

Member of the Board, Friends of the Canadian Institute of Health Sciences (2015-2018)

Doctor of Laws *honoris causa* Dalhousie University, Canada (2012 October)

Board of Directors, Ontario Genomics Institute, Toronto, Ontario (2011-2015)

Medical Advisory Board Member, Gairdner Foundation (2009-2014)

Board of Directors, Fields Institute of Research in Mathematical Science (2010-2016)

Director, Board of Trustees, American College of Cardiology (1996-2001)

Scientific Advisory Committee Member, Fondation Leducq, Paris, France (2009-2014)

Honorary Member, Committee for Canada Science and Technology Museum Foundation (2009-2013)

Confrerie des Chevaliers du Tastevin, Grand Sénéchal, Ottawa (2005-2011)

Master, American College of Cardiology (2007 March)

Canadian Chair for Plenary Session "New Concepts in Translational Cardiac Research", International Academy of Cardiology World Congress on Heart Disease (2007)

Lifetime Membership, Madison Who's Who (2007)

Member of the Committee to seek Renewal of the Bugher Foundation Grant, National American Heart Association (2005)

Chairman, Selection Committee, Interbrew–Baillet Latour Health Prize–2005, Brussels, Belgium (2005)

Endowed Professorship, Don W Chapman Professor of Medicine (1994-2004)

Board of Directors, National American Heart Association (1999-2002)

Member, Association of American Physicians (1987 April)

 "The Best Doctors in America" (1985-2004)

Member of the Committee, Renewal of the Bugher Foundation Grant, Dallas, National American Heart Association (2000)

National Registry of Who's Who in America, Life Member #95999 (1999)

"The Best Doctors in Texas", Inside Houston (1998)

Vice Chairman for Scientific Sessions, National American Heart Association (1996-1997)

 "Who's Who in Medicine and Healthcare" (1997)

Roberts Fellowship of Molecular Biology, Baylor College of Medicine (1990)

Visiting Scientist for Joint US/USSR Symposium on Cardiovascular Biology and Medicine, Suzdal, Russia (1990)

Speaker for the National Assembly of Delegates in New Orleans, Los Angeles, National American Heart Association (1987)

Speaker for the National Assembly of Delegates in San Antonio, Texas, National American Heart Association (1987)

Council Representative for the State of Texas, Council on Clinical Cardiology, American Heart Association American Heart Association Texas Affiliate (1983-1986)

Member, American Society for Clinical Investigation (1980 April)

Canadian Heart Foundation Scholarship (1971-1973)

## RESEARCH CHAIRMANSHIPS & RESEARCH BOARD MEMBERSHIPS

Chairman, Multidisciplinary Assessment Committee Grant Review for Canadian Foundation for Innovation (Jan. 2015)

Inter-Society Coordinating Committee on Practitioner Education in Genomics (ISCC): Representative for American College of Cardiology (see http://www.genome.gov/27552294 - physician professional societies have recently engaged with the National Human Genome Research Institute (NHGRI) to form ISCC) (2012-2015)

Board of Directors, Ontario Genomics Institute, Toronto, Ontario (2011-2015)

Board of Directors, Fields Institute of Research in Mathematical Science (2010-2015)

Governing Board, International Society of Cardiovascular Translational Research (2010-present)

Chairman, Governance/Nominating Committee, International Society of Cardiovascular Translational Research, American College of Cardiology (2011-2017)

Chair, CANNeCTIN–Pharmacogenomics Technology Working Group (2008-present)

Chairman, Data and Safety Monitoring Board of the NHLBI–sponsored, Rule–Out Myocardial Infarction Using Computer Assisted Tomography II (ROMICAT II) Trial, Washington, DC (2008-2012)

CEO Breakfast Board of Advisors, Ottawa (2008-2014)

Member, CardioGram Steering Committee (2007-present)

Member, CARDIoGRAMplusC4D Executive Committee (2008-present)

Chairman, Awards Committee for Grant Reviews of the American College of Cardiology (2003-2006)

Chairman, Research Awards Committee American College of Cardiology (2002-2006)

Chairman, Review Committee, ACC/Merck Fellowship Awards Program (2000-2006)

Co–Chairman of the NIH Symposium on Gene Therapy and Safety, American College of Cardiology (2000)

Chairman of the Advisory Committee for the Merck Fellowship Awards Program, American College of Cardiology (2000-2003)

Chairman, Joint ACC–ESC–AHA Committee Taskforce to Develop Molecular Genetics Curriculum (2000-2

Board of Directors, National American Heart Association (1999-2002)

Chair, ACC Task Force 7: Training in Cardiovascular Research (2002)

Chairman, AHA Research Program and Evaluation Committee (1999-2001)

Director, Board of Trustees, American College of Cardiology (1996-2001)

Chair, Training in Cardiovascular Research, American College of Cardiology (2000)

Co–Chairman, NIH Symposium on Gene Therapy and Safety (2000)

Vice–Chairman, RPEC, National American Heart Association (1997-1999)

Vice Chairman, AHA Research Program and Evaluation Committee (1997-1999)

Chairman, Policy Subcommittee American Heart Association (1996-1999)

Chairman, Subcommittee on Scientific Exhibits, National American Heart Association

Board of Directors, American Heart Association (1999 - 2002)

Chairman, Genetics in Hypertrophy and Heart Failure 6th Antwerp – La Jolla – Kyoto Research Conference on Cardiac Function, La Jolla, CA (1998)

Chairman, Present Therapy and Future Prevention of Heart Disease, A symposium prior to ACC, Anaheim Inn at the Park, Anaheim, CA (1997)

Vice Chairman for Scientific Sessions, National American Heart Association (1996-1997)

Chairman, Policy Consensus Conference Committee, National American Heart Association (1996)

Advisory Board Member for the Saudi Heart Association, (1996)

Chairman, National American Heart Association (1994-1995)

Chairman, AHA Cardiovascular Physiology and Pathophysiology Study Committee (1994-1995)

Co–Chairman, Meet the Experts, Molecular Biology for the Clinician, 44th Annual Scientific Sessions of the American College of Cardiology, New Orleans, LA (1995)

Co–Chairman, Cardiovascular Physiology and Pathophysiology Study Committee, Grant–In–Aid Application Reviewer, National American Heart Association (1990-1994)

Chairman, Mini–Course: Molecular Biology and Genetics for the Clinical Cardiologist, 43rd Annual Scientific Sessions of the American College of Cardiology (1994)

Assistant Secretary, Board of Trustees American College of Cardiology (1992-1993)

Board of Trustees, Member American College of Cardiology (1992_1993)

Assistant Secretary, Board of Trustees American College of Cardiology (1992-1993)

Chairman, Hypertrophic Cardiomyopathy: Etiology and Pathophysiologic Mechanisms, First Annual Joint Symposium InterAmerican Society of Cardiology/American College of Cardiology (1992)

Chairman, Mini–Course: Fundamentals of Molecular Cardiology, 41th Annual Scientific Sessions of the American College of Cardiology (1992)

Founding Member, International Society for Heart Research (1992)

Founder Member of the Society Heart and Stroke Foundation of Ontario

Chairman and Organizer, Keystone Symposia on Molecular and Cellular Biology, Molecular Mechanisms of Cardiac Growth and Hypertrophy, Keystone, Colorado (1991)

Chairman, 22nd Annual Louis F Bishop Lecture, American College of Cardiology (1991)

Chairman, ABC's of Molecular Biology, 40th Annual Scientific Sessions of the American College of Cardiology (1991)

Chairman, Annual Scientific Session Program Committee, American College of Cardiology (1991)

Chairman, Young Investigators' Awards Committee American College of Cardiology (1988-1990)

President, Houston Cardiology Society, American Heart Association, Texas Affiliate, Houston Division American Heart Association Texas Affiliate (1988-1989)

Chairman, the first UCLA Symposium on Molecular Biology of the Cardiovascular System, Keystone, Colorado (1989)

Vice President/Program Chairman, Houston Cardiology Society, American Heart Association, Texas Affiliate, Houston Division American Heart Association (1987-1988)

Chairman, Consensus Panel on Early Intervention after Acute Myocardial Infarction, American College of Chest Physicians (1987-1988)

Secretary/Treasurer, Houston Cardiology Society, American Heart Association, Texas Affiliate, Houston Division American Heart Association Texas Affiliate (1986-1987)

Chairman, Medical Advisory Committee, Aeromedical Services Program, The Methodist Hospital, Baylor College of Medicine/The Methodist Hospital (1986-1987)

Board of Directors, American Heart Association, Texas Affiliate, American Heart Association Texas Affiliate (1985-1987)

Board of Directors Member, American Heart Association, Missouri Affiliate (1982)

Director, Specialized Centre of Research, NHLBI (1991)

Chairman of Research Committee, NHLBI (1980-1985)

## EDITORIAL BOARDS

Chief Guest Editor, Basic Translational Science-JACC (2015-present)

Section Editor, Genetics and Genomics, Journal of American College of Cardiology (2014-present)

Editorial Board, Annals of Global Health (2014-present)

Editor in Chief, Current Opinion in Cardiology (1995-present)

Editorial Board, Cardiology Today (1995-present)

Editorial Board Member, Canadian Journal of Cardiology (2002-2012)

Editorial Board Member, Global Heart, Senior Advisory Council (2011-present)

Editorial Board Member, Journal of Clinical and Experimental Cardiology (2011-present)

Editorial Board Member, Journal of International Association for Biological and Biomedical Science Advisory Board (2011-2012)

Editorial Board Member, Journal of Geriatric Cardiology (2009-2012)

Editorial Board Member, Cardiology (2002-2017)

Editorial Board Member, Coronary Artery Disease (1990-2013)

Editorial Board Member, World Journal of Cardiology (2009-2012)

Editorial Board Member, Genomic Insights (2008-2012)

Editorial Board Member, American Heart Hospital Journal (2007-2013)

Section Editor, Molecular Cardiology, (1999-present)

Editorial Board Member, Journal of Clinical and Basic Cardiology (1998-present)

Section Editor, Cardiology in Review (1997-2000)

Editor, Section 13: Basic Science and Molecular Cardiology, Adult Clinical Cardiology Self-Assessment Program, American College of Cardiology (1994-2001)

Editorial Board Member, Journal of Cardiovascular Risk (1993-1999)

Editorial Board Member, Journal of the Saudi Heart Association (1992-2000)

Editor, Clinical Challenges in Acute Myocardial Infarction (1990-1994)

Editorial Board Member, Assistant Editor, Clinical Cardiology (1988-present)

Editorial Board Member, Myocardium: Studies in the Evaluation of Perfusion and Function, (1988-1995)

Editorial Board Member, American Journal of Cardiology (1982-present)

Editorial Board Member, Circulation (1981-1993)

Editorial Board Member, Herz (1980-1988)

Editor, Heat Failure Reviews (1996-2008)

Editorial Board Member, Journal of Molecular and Cellular Cardiology (1998-2007)

Editorial Board Member, Journal of Cardiovascular Translational Research (2007-2010)

Editorial Board Member, Journal of the American College of Cardiology (2001-2005)

Editorial Board Member, Circulation, Consulting Editor (1993-2004)

Editorial Board Member, Journal of The Royal Medical Services–International Advisory Board (1999)

Editorial Board Member, Journal of Clinical and Experimental Cardiology (1998)

Editorial Board Member, Biochemical Medicine and Metabolic Biology (1991-1996)

Editor, Cardiology (1990-1995)

Editor, Age of Reperfusion, McGraw–Hill Healthcare Group, (1989-1994)

Editorial Board Member, ACCEL, American College of Cardiology (1985-1992)

Editorial Board Member, Cardiovascular Drugs and Therapy (1989-1991)

Editor, Milestones in Medicine, American Medical Video, Inc. (1986-1991)

Editor, Baylor Cardiology Series (1988-1990)

Editorial Board Member, Heart & Lung (1984-1990)

Associate Editor, Archives of Medical Science

Associate Editor, Cardiology Today (1983-1989)

Editorial Board Member, Journal of Critical Illness, Cardiology Video Edition (1987-1988)

Editorial Task Force, American Heart Association, Texas Affiliate, Houston Chapter American Heart Association Editorial Board Member, Chest (1982-1987)

Editorial Board Member, Journal of the American College of Cardiology (1982-1985)

Assistant Editor First American–Russian Conference on Cardiac Metabolism, Ponte Vidro, Florida (1974)


## RESEARCH ADVISORY COMMITTEES

Reviewer for the European Society of Cardiology (2017-present)

Member, National Advisory Board, Michigan Frankel Cardiovascular Center (2015 -2020)

Member, External Review, Population Health Research Institute (PHRI) McMaster University (2014 Jun 6)

Member, Search Committee for Editor of new JACC journal, Basic Translational Research (2015)

Member, External Research Grant Review Panel, Fonadation Leducq, Edinburg Scotland (2014 Jun)

Member, Impact Review Panel, 2014 Margolese Heart & Brain Disorders Research Awards, University of British Columbia (2014 Jun)

Member, External Research Grant Review Panel, Fondation Leducq, St. Helena, Napa Valley, USA (2014 Apr)

Chair, Genetics Educational Product Committee for ISCC-NIH, Washington (2014 Apr 23)

Member, Research Grants External Review Panel for Alberta Innovates – Health Solutions (AIHS) - CRIO Team Reverse Site Visit Edmonton, Alberta   (2014 Mar 19)

Member, External Advisory Board, Penn State Heart and Vascular Institute, Penn State University, Hershey, PA (2014 Mar 12-14)

Scientific Advisory Committee Member, Fondation Leducq, Paris, France (2009-2014)

Member, Basic Science Advisory Task Force, American College of Cardiology 2013

Member, Review Panel, Foundation Leducq Philadelphia, 2012

AXA Research Fund, Selection Review Committee Member for the Chair of Genetics Risk Assessment, University of Geneva Switzerland, (2012, 2013, 2014)

Scientific Advisory Board Member, International Society of Cardiovascular Translational Research American College of Cardiology (2011-present)

Peer Review Committee Member, Genomics Research in Human Health–General Stream, Genome Quebec (2010)

Reviewer, Sparks Research Training Fellowship (2009)

Steering Committee Member, CANNeCTIN (2008-present)

Operations Committee Member, CANNeCTIN (2008-present)

NHLBI Grant Review Panel Member for the Genome–Wide Scans of Polygenetic Diseases (2005)

Scientific Advisory Board, First International Symposium on Heart Failure:  Mechanisms and Management, (1987)

International Scientific Committee, Council on Silent Ischemia and Infarction, Medical Education Programs, Ltd, Member (1986-1991)

Reviewer for AHA Scientific Sessions Abstracts (1975-present)

Task Force on Transplantation, Baylor College of Medicine/The Methodist Hospital, Member Baylor College of Medicine/The Methodist Hospital (1983-2004)

Department of Medicine Full–Time Faculty Promotions Committee Member, Baylor College of Medicine American Heart Association Texas Affiliate (1982-2004)

Scientific Sessions Advisory Committee Member, ACC Heart of Innovation Learning Destination, ACC.12-61st Annual Scientific Session & Expo, Chicago USA (2012)

Member, CIHR China–Canada Joint Health Research Initiative–Grants Program–E American College of Cardiology (2011-2012)

Member, BioMedicine Call Peer Review, Fondazione Cariplo, (2011)

Member, Senior Advisory Council, World Heart Federation (2011)

Member, Medical Advisory Committee for Cancer Cardiovascular Cohort of Ontario Canadian Institutes of Health Research (2008-2010)

Reviewer, Foundation Leducq Chicago, April 8–9, 2010

Member, Review Team, Quebec Genome, Canada (2010)

Member, Genome Quebec Peer Review Committee, Montreal, Quebec, Canada (2010)

Member, Scientific Executive Committee of the International Academy of Cardiology and the 15th World Congress on Heart Disease (2009)

Reviewer, ANR Genopat 2008 Funding Programme, France (2008)

Member, CIHR Team Grant - Committee Canadian Institutes of Health Research (2008)

Reviewer, Canadian Institute of Health Research, Team Grants (2006-2007)

Reviewer, National Medical Research Council, Singapore (2007)

NAHA Research Program and Evaluation Committee Member (RPEC), National American Heart Association (1994-1999)

Reviewer, Canadian Institutes of Health Research, Team Grant Review Committee (2006)

Member of the NHLBI Special Emphasis Panel–Genome Association Studies (2006)

Review Committee Member, Doris Duke Fellowship and Grants (2001-2003)

Budget, Finance & Investment Committee Member, American College of Cardiology (1997-2003)

American College of Endocrinology: Writing Committee Member for the Consensus Development Conference on Inpatient Diabetes and Metabolic Control, Washington, DC, (2003)

Search Committee Member for the Editor of Circulation (2003)

Pfizer Advisory Committee Member for the Pfizer Fellowships (2000-2002)

Academic Advisory Board for the Pfizer Postdoctoral Fellowship in Cardiovascular Medicine (2000-2002)

Strategic Leadership, National American Heart Association (1999-2002)

Academic Development Program Committee, Baylor College of Medicine, Member Baylor College of Medicine/The Methodist Hospital (1997-2002)

Member, NHLBI Advisory Council (2000-2001)

Nominating Committee Member, American College of Cardiology (1998-2000)

Ad Hoc Task Force to Review the Annual Scientific Sessions American College of Cardiology (1998-1999)

Educational Products Committee, Member American College of Cardiology (1997-1999)

Lead Cardiology Consultant, STS–95 for NASA-John Glenn's return trip to space (1998)

NHLBI SPARK Conference Member "From genes to Health and Health to Genes" to discuss effective ways for utilizing the increased financial support allocated by Congress (1998)

Research America's 435 Project District Leadership Council Member, National American Heart Association (1997)

Judging Committee for the Young Investigators Award, Member American College of Cardiology (1995-1996)

Public Affairs Policy Committee Member, American Heart Association (1995-1996)

Science Advisory and Coordinating Committee -SACC, National American Heart Association (1994-1996)

AHA Scientific Advisory Committee Member (1994-1996)

Scientific Publishing Committee Member, National American Heart Association (1992-1996)

Publishing Committee, American Heart Association (1992-1996)

Fellowship and Established Investigator Subgroup Member, National American Heart Association (1990-1995)

Grant Peer Review Committee, National American Heart Association (1990-1995)

AHA National Research Committee Member (1990-1995)

Executive Committee Member, Council on Circulation, National American Heart Association (1989-1995)

Subcommittee to Develop and Write ACCSAP American College of Cardiology (1995)

Annual Scientific Sessions Program Committee Member, National American Heart Association

Research Advisory Panel, University of Ottawa Heart Institute (1994)

Ad Hoc Committee on Annual Scientific Session Structure Review Member, American College of Cardiology (1992-1993)

Scientific Advisory Committee Member, Baylor College of Medicine, /The Methodist Hospital (1987-1993)

Annual Scientific Session Program Committee, Member American College of Cardiology (1989-1991)

Committee on Post–Graduate Education, Council on Clinical Cardiology, American Heart Association (1988-1991)

Ad Hoc Committee Member, Cardiology and Surgery Branches Review, Board of Scientific Councilors, National Heart, Lung, and Blood Institute (1989-1990)

Parent Committee Member, Specialized Center for Research (SCOR) in Hypertension, National Institute of Health, National Heart, Lung and Blood Institute (1989-1990)

Safety and Data Monitoring Committee, Bypass Angioplasty Revascularization Investigation Trial, National Heart, Lung, and Blood Institute, Member (1988-1990)

Young Investigators' Awards Committee, Member American College of Cardiology (1984-1990)

Baylor College of Medicine Full–Time Faculty Promotions Committee Member, Baylor College of Medicine/The Methodist Hospital (1988-1989)

Clinic Management Committee Member, Dept. of Medicine, Baylor College of Medicine/ Methodist Hospital (1988-1989)

Scientific Advisory Committee Member, Heart Research Institute for Molecular Biology, Sydney, Australia (1987-1988)

Development Committee, American Heart Association, Texas Affiliate, Member American Heart Association Texas Affiliate (1986-1988)

Research Review Committee, American Heart Association, Texas Affiliate, Member (1986-1988)

Cardiology Advisory Committee Member, National Heart, Lung, and Blood Institute, Department of Health and Human Services (1984-1988)

Faculty Appointments and Promotions Committee, Baylor College of Medicine, Member Baylor College of Medicine/The Methodist Hospital (1986-1987)

Medical & Scientific Committee, American Heart Association Texas Affiliate, Member American Heart Association Texas Affiliate (1985-1987)

Lecture Series Component Subcommittee, Department of Medicine, Baylor College of Medicine, Member Baylor College of Medicine/The Methodist Hospital (1983-1986)

Speakers Bureau Task Force, Member, American Heart Association Texas Affiliate

Subcommittee for Animal Use, Committee for Animal Research, Baylor College of Medicine, Member Baylor College of Medicine/The Methodist Hospital (1984-1985)

Internal Advisory Committee, National Heart and Blood Vessel Research and Demonstration Center (NRDC), Baylor College of Medicine, Member Baylor College of Medicine/The Methodist Hospital (1983-1985)

Institutional Review Board for Human Research, The Methodist Hospital, Member Baylor College of Medicine/The Methodist Hospital (1982-1984)

Cardiovascular and Pulmonary Study Section Member, NHLBI (1980-1982)

Research Advisory Committee Member, NIH–Cardiovascular and Pulmonary Study Section (1980-1982)

Research Committee Member, American Heart Association, Missouri Affiliate (1979-1982)

Fellowship Selection Committee for Buder–Peters Award, Member, American Heart Association, Missouri Affiliate (1982)

## CONSULTING AND ADVISORY ROLES TO INDUSTRY

1979-1987 Scientific Advisory Board of Marion Laboratories, Kanas City, Missouri

1987-1991 Advisory Board of Venture Capital Fund, Houston, Texas

1997-2007 Scientific Advisory Board of General Electric (Healthcare Division), NY

1999-2007 Scientific Advisory Board of Vasogen, Toronto, Canada (chair 2000-2007)

1999-present Scientific Advisory Board of Cumberland Pharmaceuticals, Nashville, Ten

2004-2008 Scientific Advisory Board of Liponex Inc, Ottawa, Canada

2008-2010 Scientific Advisory Board of ImaSight Inc
2005-2012 Scientific Advisory Board of Spartan Industries LTD
2006-2010 Consultant to Quest Diagnostics
2004-2010 Member, Senior Editorial Board, COR Medical Technologies

## DISTINGUISHED LECTURESHIPS

Keynote Speaker at World Young Scientist Summit, in Wenzhou, China. Genetics Will Revolutionize the Prevention of Heart Disease. (2019, Oct. 26).

Speaker at Beijing. A Primer of Genetics for Heart Disease. (2019, Oct. 27).

Discussant, Transcatheter Cardiovascular Theraputics; Annual Scientific Meeting in San Francisco (2019,Sept.25)

Keynote Debater, European Society of Cardiology, Paris, August 3, 2019, Genetics will revolutionise risk scoring in CAD (pro)

Keynote Speaker, CME Course, Halifax, NS, Canada; Genetics of Coronary Artery Disease July 14, 2019

Keynote Speaker, India Cardiac Society and India Cardiovascular Intervention Society, Kolkata, India, Genetics of Coronary Artery Disease. (2019, May 28)

India Cardiac Society and India Cardiovascular Intervention Society, Kolkata, India, Genetics of Coronary Artery Disease. Genetics of Platelet Therapy. (2019, May 29)

India Cardiac Society and India Cardiovascular Intervention Society, Kolkata, India, Genetics of Coronary Artery Disease. Personalized Medicine. (2019, June 1)

India Cardiac Society and India Cardiovascular Intervention Society, Kolkata, India, Genetics of Coronary Artery Disease. Precision Medicine. (2019, June 2)

Keynote Speaker, Beijing Health Summit, Beijing, China. Genetic Prediction of Coronary Artery Disease (2019, May 18)

Co-Chair, Annual Scientific Session. American College of Cardiology, New Orleans, LA. Genetic Testing: New Frontiers in Cardiovascular Care (2019, March 16)

Distinguished Lecturer, Progress in Genetic Medicine, Delhi India, (2019, Jan 20), Cardiology Course sponsored by the American College of Cardiology (ACC)

Distinguished Lecturer, Genetic Prediction of Coronary Artery Disease, Beijing, China (2018, Nov 18)

Distinguished Lecturer, Genetic Prediction of Coronary Artery Disease, Beijing, China (2018, Oct 13)

Distinguished Lecturer, Genetic Prediction of Coronary Artery Disease, Shanghai, China (2017, Nov 13)

Distinguished Lecturer, Genetic Prediction of Coronary Artery Disease, Beijing, China (2017, Nov 14)

Distinguished Lecturer, Genetic Prediction of Coronary Artery Disease, Xian, China (2017, Nov 15)

Distinguished Lecturer, Genetic Prediction of Coronary Artery Disease, Xinxiang, China (2017, Nov 15)

Distinguished Lecturer, Genetic Prediction of Coronary Artery Disease, Tong Chuan, China (2017, Nov 16)

Distinguished Lecturer, Genetic Prediction of Coronary Artery Disease, Zhengzhou, China (2017, Nov 17)

Distinguished Lecturer, Glen E. Garrison Heart and Cardiovascular Health Grand Rounds, Augusta, GA (2017, Oct 24)

Plenary Speaker, Genetics of Coronary Artery Disease, New Deli, India (Dec., 2014), Cardiology Course sponsored by the American College of Cardiology (ACC)

Distinguished Lecturer, Cardiology Course presented by the American College of Cardiology (ACC) and the Saudi Heart Association (SHA) Jeddah, Saudi Arabia (2014, Oct 25-26)

Opening Speaker, The James T. Willerson MD Cardiovascular Seminar (JTWCVS), Texas Heart Institute, "Fifty Genes for CAD and what have we learned." Houston, Texas (2014, Sep 11)

Keynote Speaker, International Academy of Cardiovascular Sciences, Yetta and Jack Levit Distinguished Lecture, "A Glimpse of Medicine in the Future", Winnipeg Manitoba Canada (2014, Sep 4)

Plenary Speaker, Medicine, A Glimpse of the Future, India Science Institute, Jammu, India (2014, Feb 15)

Honorary Lecture, Genetics of Coronary Artery Disease, Ottawa Heart Research Conference, Ottawa, Canada (May 8, 2014)

Distinguished Lecturer, Opening of The James Willerson Lecture series, University of Texas, Houston, Texas (2014, Sept 11)

Distinguished Lecturer, Cardiovascular Forum, Winnipeg, Manitoba, Canada. (2014, Sept 4)

Keynote Speaker, 40th Annual Williamsburg Conference on Heart Disease, Baylor Health Care System, Williamsburg, Virginia (2013 Dec 8-10)

Keynote Speaker, 65th Annual Conference of Cardiological Society of India, BIEC, Bangalore, India (2013 Dec 5-8)

Honoree Speaker, Negev Dinner, Jewish National Fund of Canada, Ottawa, ON (2013 Oct 29)

Keynote Speaker & Chair, International Academy of Cardiology, 18th World Congress on Heart Disease, Annual Scientific Sessions, "Inflammation - The New Target for Prevention of Coronary Artery Disease". Vancouver, BC.  [2013 July 27]

Keynote Speaker, 2013 Health Research Caucus on Cardiac Research and Heart Health. "Research Canada: An Alliance for Health Discovery". Parliament Hill, Ottawa, Canada (2013 May 6)

Keynote Speaker, 2013 ACCF/BSC Cardiovascular Symposium, American College of Cardiology Foundation/Brazilian Society of Cardiology, "Evolving Impact of OMICS in Approaching CV Disease: A Step-by-Step Building Process". Sao Paulo, Brazil (2013 May 4)

Distinguished Lecturer, ACC.13 Heart Failure Symposium, Translational Research Symposium with the International Society for Cardiovascular Translational Research III: Cardiovascular Translational Research for Biologics "Personalized Medicine: Breakthroughs in Genetics", San Francisco, USA [2013 Mar 10]

Distinguished Lecturer, American College of Cardiology Foundation, 'Evolving impact of OMICS in approaching cardiovascular disease - a step-bystep building process', Third ACCF India Cardiovascular Symposium, Mumbai, India [2013 Jan 19]

Distinguished Lecturer, 'Medicine: A Glimpse of the Future', Royal Canadian Institute for Advancement of Science, co-sponsored by the Gairdner Foundation, Toronto (2013 Jan 13)

Plenary Speaker, Canadian Cardiovascular Congress, 2012 CCS Research Achievement Award Presentation, Toronto, Ontario (2012 Oct 29)

Plenary Speaker and Plenary Session Chair, International Academy of Cardiology, 17th World Congress on Heart Disease, Annual Scientific Sessions 2012, "A Glimpse To The Future – Genetics of Heart Disease", Toronto, Ontario (2012 Jul 28)

Plenary Speaker, AACC Annual Meeting 2012 and Clinical Lab Expo, "9p21 DNA Variants Associated with Coronary Artery Disease", American Association for Clinical Chemistry, Los Angeles, California (2012 Jul 16)

Keynote Speaker, ACVIM Forum 2012, American College of Veterinary Internal Medicine, "Therapy for HCM in Genetic Animal Models" New Orleans, Louisiana, USA (2012 May 30)

Endowed lectureship, Visiting Professor, Washington University "Genes and the Comprehensive Prevention of Heart Disease", St Louis, Missouri (2011 Nov 2)

Endowed lectureship, Anandi L Sharma Visiting Professor of Cardiovascular Medicine, New York, NY (2011 May 23)

Endowed lectureship, Anna and Harry Borun Visiting Professor, California (2011 May 5–6)

Keynote Speaker, Chongqing International Heart Congress, Keynote Speaker–"Genes for Coronary Artery Disease–A Pathway to Personalized Medicine", Chongqing, China (2011 Apr 22–23)

Keynote Speaker, ACC'11: "Genetic Markers for Risk of Coronary Disease: Ready for Prime Time or Lost in Translation?" New Orleans, LA (2011 Apr 2)

Keynote Speaker, WCC Scientific Sessions, "The 9p21 variants: Its Prevalence and Impact on Heart Disease", Beijing, China (2010 June 16–19)

Keynote Speaker, "Genes and the Heart", 50th Anniversary Symposium, Gairdner Foundation, University of Ottawa Heart Institute (2009 Jun 3)

Keynote Speaker, "Medicine: A Glimpse of the Future", Canadian Association of Former Parliamentarians, Parliament Hill (2009 June 1)

Endowed lectureship, Lewar Annual Cardiovascular Science Day, "Genes for Coronary Artery Disease–A Pathway to Personalized Medicine", Toronto, Ontario (2008 May 29)

Endowed lectureship, Richard S Crampton Lecture, "Personalized Medicine–An Idea Whose Time is Approaching", Charlottesville, VA (2007 Nov 13)

Keynote Speaker, Presentation to Cardiologists in St Petersburg, "Can we Live for 150 Years", (2007 Oct 11–12)

Keynote Speaker, National Congress of Cardiology Satellite Symposium, "Identification of Genes for Coronary Artery Disease", Moscow, Russia (2007 Oct 9–11)

Endowed lectureship, 8th Berman Lecture, "Personalized Medicine–An Idea Whose Time is Approaching", Case Western Reserve University, Cleveland, Ohio, May 8, 2007

Keynote Speaker, "State of the Union Address on Cardiovascular Genetics", Heart & Stroke Clinical Update, Toronto, December 8, 2006

Keynote Speaker, GE Day, "What if Personalized Medicine enabled you to Glimpse into Your Future?" Calgary, Alberta (2006 Sep 14)

Lecturer, University of British Columbia, Distinguished Speaker in Cardiovascular Medicine, UBC Division of Cardiology, Vancouver, BC (2006 Oct 5)

Keynote Speaker, Canadian Cardiovascular Society, State–of–the–Art Lecture, "Molecular Genetics and the Future of Cardiology", Montreal, Quebec (2005 Oct 24)

Keynote Speaker, General Electric Health Care Day, "Medicine–A Glimpse of the Future", Toronto, Ontario, (2005 Sep 15)

Plenary Speaker, 15th Asian Congress of Cardiology, New Horizon in Cardiology, Genetic Manipulation in Cardiovascular Diseases, Genetic Determination: Clinical Applications, Cardiomyocyte Rejuvenation, Pattaya, Thailand, Oct. 2004

Presidential Plenary Address (Simon Dack Lecture) ACC Scientific Sessions, Atlanta, Georgia (2002)

Endowed lectureship, 4th Annual Keon Lecture, Molecular Cardiology in the 21st century University of Ottawa, Ontario (2002)

Endowed lectureship, 18th Annual Kenneth W G Brown Memorial Lecture, A glimpse of the immediate future of molecular genetics University of Toronto, Ontario (2002)

Plenary Speaker, Genetic Testing an Idea Who's Time Has Come, 65th Annual Scientific Sessions, Kyoto, Japan (2001)

Keynote Speaker, The molecular genetics of atrial fibrillation 1st Annual Symposium on the Electrophysiology of Atrial Fibrillation, Oviedo, Spain June 8–11 2000

Endowed lectureship, Frank N Wilson Visiting Professor, A glimpse of the 21st century from present day molecular biology, University of Michigan Health System, Ann Arbor, MI June 1–3, 2000

Keynote Speaker, A glimpse of the 21st century from present day molecular genetics, 5th International Conference of the Jordan Cardiac Society, Amman, Jordan April 19–21, 2000

Dr E R Smith Honored Lecturer in Cardiovascular Research A glimpse of the future from present day molecular genetics, University of Calgary, Calgary, Alberta, Canada (1999)

Endowed lectureship, Cardiovascular Society at Mayo Clinic Update of molecular genetics in the cardiomyopathies Rochester, MN (1999)

Endowed lectureship, Cardiology Grand Rounds, University of California, San Diego, A glimpse of the 21st century from present day molecular biology San Diego, CA (1999)

Plenary Speaker, A glimpse of the future from present day molecular biology, Sixth Annual Cardiopulmonary Symposium for the Primary Care Provider, Rochester Riverside Convention Center, Rochester, NY (1999)

Plenary Address, 12th Asian Congress of Cardiology, Genetics of atrial fibrillation, Manila, Philippines (1998)

Plenary Speaker for the 46th Congress of Japanese Cardiac Society, Beneficial post MI effects of heart rate lowering Ca antagonist/VANQWISH Study, Tokyo, Japan (1998)

Honored Lecturer, Early Diagnosis of Infarction, 1st Theo J Tsagaris Lecture, University of Utah, Salt Lake City, UT (1998)

Plenary Speaker, Singapore Cardiac Society & The Heart Association of Thailand "Hot Topics in Cardiology 1998", Prospects for gene therapy in coronary artery disease, Phuket, Thailand (1998)

Keynote Speaker, Molecular Genetics of Hypertrophic Cardiomyopathies XVI World Congress of the (ISHR) International Society for Heart Research, Rhodes, Greece (1998)

Plenary Speaker, Molecular Genetics of Cardiomyopathies, XIII World Congress of Cardiology, Rio de Janeiro, Brazil (1998)

Endowed Lectureship, A glimpse of the 21st century from present day molecular biology 7th Annual John McGuire Lectureship, University of Cincinnati, OH (1998)

Endowed Lectureship, Molecular biology and cardiology: Future prospects, Harvey Memorial Lecturer, Northeastern Ohio Universities College of Medicine, Youngstown, OH (1997)

Endowed Lectureship, Molecular Cardiology, present and Future Perspectives, Meeting of the West Norwegian Cardiology Society, Bergen, Norway (1997)

Keynote Speaker, Expanding role of molecular biology in cardiovascular medicine, State of the Art Lectures, III, First Annual Scientific Meeting of the Heart Failure Society of America, Baltimore, MD (1997)

Lecturer, Structure function analysis of the bMyHC gene and protein, Genomics to Physiology and Beyond: How do we get there? The Banbury Center, Cold Spring Harbor Laboratory, New York (1997)

Mikamo Lecturer–61st Annual Scientific meeting of Japanese Circulation Society, A glimpse of the 21st century from present day molecular genetics, Tokyo, Japan (1997)

Honoured Guest Lecturer, in honor of Eugene Braunwald, MD, Harvard University, Boston, Massachusetts (1996)

Joint Conference of The Methodist Hospital and American Hospital of Istanbul, Recent advances in molecular cardiology and early diagnosis with MB CK Subforms, Istanbul, Turkey (1996)

Plenary Speaker, Malaysian Heart Association, Current issues on calcium channel blockers in the management of ischemic heart disease, Kuala Lampur, Malaysia (1996)

Plenary Speaker, Scientific Symposium of the Singapore Heart Society, Glimpses of the 21st century based upon present–day molecular genetics, Singapore (1996)

Plenary Speaker, Indonesian Heart Association, Controversy in Ca–antagonist Therapy, Padang, Indonesia (1996)

Honored Lecturer, Molecular basis of left ventricular hypertrophy and its treatment, University of Korea, Seoul, Korea (1995)

Plenary Session Honored Lecturer, Molecular Genetics:  Implications for HMC and Cardiac Growth, Swedish Medical Association, Stockholm, Sweden (1995)

Opening Plenary Speaker, Molecular Genetics of Cardiomyopathies, 43rd Annual meeting of the Japanese College of Cardiology, Yokohama, Japan (1995)

Opening Plenary Speaker for the Asian Pacific Society of Cardiology (1995)

RT Hall Lecturer, Hypertrophic Cardiomyopathy:  What Have We Learned from Molecular Genetics, Cardiac Society of Australia and New Zealand (1995)

Distinguished Clinical Science Lecturer, How Molecular Biology Will Reshape the Future of Cardiovascular Therapeutics, Boston University School of Medicine, Boston, MA (1995)

Joseph B Wolffe Memorial Lecturer, Molecular Biology:  Unlocking the Secrets of Exercise Science, American College of Sports Medicine, Minneapolis, MN (1995)

1995 RN Anderson Lectureship, Futuristic View of Non–Conventional Molecular Genetic Risk Factors for Heart Disease, Victoria General Hospital, Toronto, Canada (1995)

1995 Mark Weinstein Memorial Lecturer, Genetic Basis of Cardiac Disease, Suburban Hospital, Bethesda, MD (1995)

1995 Sterling Visiting Professor, Molecular Genetics of the Cardiomyopathies, State University of New York Health Science Center at Syracuse, NY (1995)

Simon Dack Visiting Professorship, Molecular Genetic Risk Factors for Heart Disease and Diagnosis and Treatment of Hypertrophic Cardiomyopathy, Mount Sinai Medical Center, New York, NY (1995)

1995 Blount Lecturer, Molecular Genetics of HCM: Clinical Implications, Univ. of Colorado Health Sciences Center, Denver, USA

Phi Rho Sigma Irving S Cutter Lecturer, Glimpses of the Future from present Day Molecular Genetics, (1994)

Endowed Lectureship, Martin J Mueller Lectureship, Molecular Genetics: Terror or Therapy? Kansas City, Missouri, (1994)

Annual Burch Lecturer, Molecular Genetics of Cardiomyopathies, Musser–Burch Society, Tulane University, New Orleans, LA (1993)

Opening Plenary Lecture for the Second Annual International Academy of Cardiology, The Molecular Biology of Cardiac Hypertrophy and Failure:  The Potential for Molecular Intervention, Geneva, Switzerland (1993)

Simon Rodbard Memorial Lecturer, Molecular Basis for Cardiomyopathies, American College of Chest Physicians, Chicago, IL (1992)

Pfizer Visiting Professor, Molecular Biology and Its Impact for the Future of Cardiology, University of Virginia Health Science Center, Charlottesville, VA (1992)

1992 Southworth Lectureship, Molecular Basis for Cardiac Growth, College of Physicians & Surgeons of Columbia University, New York, NY (1992)

Herbert Berger Endowed Lecturer, Molecular Cardiology, University of Maryland, Baltimore, MD (1992)

Arvilla Berger Lecturer, Selecting the Thrombolytic Agent and Beyond, The New York Cardiological Society,  NY (1991)

Plenary Session Speaker, American Heart Association, Anaheim, CA, (1991)

Endowed Lectureship, Kroc Lecture, University of New Mexico, Albuquerque, New Mexico (1991)

Endowed Lectureship, First HJC Swan Lecture, Cedars–Sinai Medical Center (1991)

Endowed Lectureship, James R Neely Lecture, Geisinger Medical Center (1991)

Plenary Lecturer for Canadian Cardiovascular Society, 1990

Plenary Speaker, Heart and Stroke Foundation of Canada, Canadian Cardiovascular Society, Halifax, NS, Canada (1990)

Endowed Lectureship, Jesse E Edwards, MD Lectureship, St Paul, Minnesota (1989)

Endowed Lectureship, Pfizer Visiting Professorship, Duke University Medical Center, Durham, North Carolina (1989)

Plenary Speaker, Republic of China Society of Cardiology (1988)

Plenary Speaker, NIH/NHLBI sponsored US–Poland Joint Symposium in Cardiovascular Diseases, Warsaw, Poland (1988)

Plenary Speaker, Hellenic Cardiological Society, Athens, Greece (1984)

Lecturer, The Seventh Annual Ain Shams Medical Congress, Cairo, Egypt (1984)

Plenary Speaker, The Julius Elson Memorial Lecturer in Cardiology, Christian Hospital Northeast–Northwest, St Louis, Missouri (1983)

Plenary Speaker, National Symposium, Archives Internationales de Physiologie et de Biochimie, Brussels, Belgium (1983)

Plenary Speaker, Lecturer, American College of Cardiology Circuit Course, Hungary, Bulgaria and Romania (1979)

Plenary Speaker, Lecturer, 11th Congress of the South African Society of Physicians, Cape Town, South Africa (1978)

## LECTURES

Genetics in Cardiovascular Risk Assessment: A Sex Specfic Approach. Women's Heart Health at Omini Resort in Scottsdale, AZ. (2019, Nov. 15).

A Career in Cardiovascular Genomics and Genetics, Presented at the American College of Cardiology for Cardiac Fellows. Heart House, Washington, D.C. (2019, Nov. 1).

Genetic Risk Score Could revolutionize Primary Prevention of Coronary Artery Disease, Dignity Hospital Medical Group, One Team Retreat, Point Hilton Squaw Peak Resort, Phoenix, Arizona, Oct. 11, 2019

Genetic of CAD, Residents of Internal Medicine, Dignity Health, SJHC, Phoenix, AZ, , August 17, 2019

Genetics of Coronary Artery Disease, Dignity Health, Chandler Hospital, Chandler Arizona. July 2, 2019

American College of Cardiology. Annual Scientific Meeting. New Orleans, LA. "Which Genetic Tests are Useful for Risk Stratification of CAD?" (March 16, 2019)

Vascular Biology Working Group. U.S. Chapter Meeting at ACC. New Orleans, LA. "How close are we to a Useable Genomic Risk Score for CAD?" (March 15, 2019)

European Society of Cardiology. Annual Scientific Meeting. Munich, Germany "Genomics, proteomics and cardiovascular epidemiology" (August 27, 2018)

Medical College of Georgia at Augusta University. Vascular Biology Center. "Genetics and Mendelian Randomization for the Prevention of CAD" (October 25, 2017)

University of Arizona College of Medicine-Tucson. "Genetic Prediction of Coronary Artery Disease" (October 20, 2017)

European Society of Cardiology. Annual Scientific Meeting, Barcelona, Spain "The Journey to Precision Medicine" (August 27, 2017)

American Association of Physicians of Indian Origin. Atlantic City, "Genetics & Personalized Medicine" (June 22, 2017)

American College of Cardiology. Washington, DC: Debate "Personalized and Digital Medicine is THE ANSWER!" (February 6, 2017)

University of San Diego. Grand Rounds. "Genetics and the Management of Coronary Artery Disease" (October 20, 2016)

Dalhousie University. 50th Reunion. "Genetics – A Glimpse of the Future" (October 12, 2016)

Washington, D.C. INOVA. "Genetics and Lessons Learned" (August 9, 2016)

Washington, D.C. INOVA. "Genetics and Prevention of Coronary Artery Disease" (August 8, 2016)

Pisa, Italy. International Summit on Ischemic Heart Disease. "Genetics of Coronary Artery Disease" (June 20, 2016)

Arizona. Banner Retreat. "Medicine – A Glimpse of the Future" (May 13, 2016).

University of Arizona College of Medicine – Phoenix. Lecture to Medical Students. "Genomics and Genetics of Coronary Artery Disease" (April 20, 2016)

Virginia. INOVA Cardiovascular Symposium. "Genomics and Cardiovascular Disease: From Science to Clinical Implications" (April 15, 2016)

University of Arizona College of Medicine – Phoenix. Mini Medical School 3.0. "Medicine – A Glimpse of the Future" (March 9, 2016)

"9p21 and Coronary Artery Disease", Nashville, Tennessee (January 27, 2016)

American College of Cardiology Course in Mumbai, India. "Diastolic Heart Failure" (January 25, 2016)

American College of Cardiology Course in Mumbai, India. "Genetics of Heart Disease" (January 24, 2016)

University of Arizona College of Medicine Phoenix. Research and the Global Effort (Sept 17, 2015)

University of Arizona- College of Medicine Phoenix. Genetics and CAD (April, 2015)

ACC Annual Scientific Meeting, Genetics and Prevention of CAD, San Diego, California. (March, 2015)

Beijing University. "Genetics of Coronary Artery Disease". Beijing, China (2014 Oct 2)

Lishui Central Hospital. "Genetics of Coronary Artery Disease". Lishui, China (2014 Sep 30)

Taian Traditional Hospital. "Genetics of Coronary Artery Disease". Taian, China (2014 Sep 28)

XuZhou Central Hospital. "The Canadian Health Care System and Its Future. XuZhou, China (2014 Sep 27)

University of Virginia Health System, Cardiology Grand Rounds. "Genetics: A Glimpse of the Future", Virginia [2013 Oct 14]

Dalhousie University Medical Alumni Association, "Genetics of Coronary Artery Disease" Shediac, NB, [2013 Sep 6]

BioConference Live Genetics & Genomics 2013. "Genetics of Coronary Artery Disease". Labroots Live Webinar [2013 Aug 21]

Lecturer, Canadian Society of Pharmaceutical Sciences (CSPS) & The Canadian Controlled Release Society (CRS) Annual Symposium Personalized Medicine & Individualized Drug Delivery. "Personalized Genetics of Coronary Artery Disease". The University of British Columbia, Vancouver, BC [2013 Jun 13]

Lecturer, IMM Seminar Series Speaker, the Brown Foundation Institute of Molecular Medicine (IMM): UTHealth Science Center at Houston. "Genetic Variants Associated with Coronary Artery Disease Risk". Houston, Texas [2013 Apr 12]

Lecturer, Cardiology Conference, Louisiana State University Health Sciences Center, "Genetic Variants Associated with Coronary Artery Disease Risk" New Orleans, USA [2013 Apr 10]

Keynote Speaker, University of Ottawa Health Symposium. "Medicine: A Glimpse of the Future". Ottawa [2013 Mar 23]

Lecturer, ACC.13 Learning Destinations, CV Innovations Educational Forum: Innovations in Cellular Therapy and Genetics: "Personalized Medicine: Breakthroughs in Genetics" San Francisco, USA [2013 Mar 11]

Lecturer, ACC.13 Interfaces in Clinical CV Imaging: Progress from Pathophysiology to Practice: Heart Muscle and Passive Power "Myocardium in HF: of Disarray, Disintegration and Death" San Francisco, USA [2013 Mar 11]

Lecturer, National Human Genome Research Institute (NHGRI) Genomic Medicine Centers Meeting 4, American College of Medical Genetics and Genomics, "Genomic Medicine: Physician Literacy in Cardiology", Dallas, Texas USA [2013 Jan 28]

Lecturer, International Academy of Cardiology, 17th World Congress on Heart Disease, Annual Scientific Sessions 2012, "Genetics Of Heart Disease- Are We Ready For Prime Time?", Toronto, Ontario [2012 Jul 28]

Lecturer, AACC Annual Meeting 2012 and Clinical Lab Expo, "Genetics of Coronary Artery Disease", American Association for Clinical Chemistry, Los Angeles, California [2012 Jul 16]

Lecturer, Modern Therapeutics 2012 Conference, CSPT Canadian Society of Pharmacology and Therapeutics, "Genetic Predisposition for Coronary Artery Disease", University of Toronto, [2012 Jun 15]

Lecturer, 17th Annual Atlantic Canada Cardiovascular Conference, presented by The Divisions of Cardiology and Cardiovascular Surgery in cooperation with Continuing Medical Education, "Personalized Medicine and Coronary Artery Disease " Dalhousie University, Faculty of Medicine, Halifax Nova Scotia, [201 Apr 20]

Lecturer, Ottawa Women's Canadian Club 2012 Meeting, "The Genetics of Medicine and Heart Disease", Chateau Laurier, Ottawa [2012 Apr 17]

Lecturer, ACC.12-61st Annual Scientific Session & Expo, Chicago USA: "9p21: A Major Genetic Predictor of Cardiovascular Disease: Function and Application" and "Personalized Medicine and Coronary Artery Disease" [2012Mar24] and "Personalized Medicine" [2012Mar25]

Lecturer, Population Health Research Institute, A Joint Institute of McMaster University and Hamilton Health Sciences, "Genes and Coronary Artery Disease", McMaster University, Hamilton, [2012Mar20]

Lecturer, 23nd Annual Scientific Symposium of Transcatheter Cardiovascular Therapeutics, TCT 2011,—"Is the time ripe for genetic testing for Coronary Artery Disease?" San Francisco, California, [2011Nov 7–11]

Lecturer, Clinical Trials in Canada "Delivering on the Promise of Pharmacogenetics", Toronto, ON, [2011Oct18]

Lecturer, Post Doctoral Joint Meeting on Cardiovascular Science, University of Ottawa Heart Institute, August 11, 2011

Lecturer, GE Healthcare CV Advisory Board, "Potential use of Integrin Imaging in imaging hypertrophic cardiomyopathy", London, UK, June 28–29, 2011

Lecturer, State of the Heart 2nd Symposium, "Bedside Genetic testing–Are we there yet?" Toronto, ON, May 28, 2011

Lecturer, Critical Markers of Disease 3rd Annual Symposium, "Heart Disease and your Genes", Ottawa Health Centre, Ottawa, ON, May 25, 2011

Lecturer, Ottawa Heart and Stroke–"Heart Disease: A Glimpse of the Future", Ottawa, ON, April 13, 2011

Lecturer, ACC'11: Cardiovascular Innovations Forum–"Genetic Predisposition and the Treatment of Hypertension", New Orleans, LA, April 4, 2011

Lecturer, ACC'11: Cardiovascular Innovations Forum–"The Commercial potential from preventing Heart Disease based on Genes", New Orleans, LA, April 4, 2011

Lecturer, ACC'11: ISCTR 4th Annual Symposium: "Genomics and Personalized Medicine", New Orleans, LA, Apr 2, 2011

Lecturer, "Breakfast meeting on Personalized Medicine", Parliament Hill, Ottawa, ON, March 1, 2011

Lecturer, "Medicine: A Glimpse of the Future", Rideau Club, Ottawa, ON, January 14, 2011

Lecturer, IT Professionals, "Medicine: A Glimpse of the Future", Westin Hotel, Ottawa, ON, December 1, 2010

Lecturer, Georgia Chapter ACC Annual CME Meeting, Lake Oconee, "Cardiovascular Genetic Testing–Prime Time has arrived", Atlanta, GA, November 20, 2010

Lecturer, International Society of Hypertension, "Genome wide Association Studies", Vancouver, BC, Sep 28, 2010

Lecturer, ANF Symposium, University of Ottawa Heart Institute, September 22–23, 2010

Lecturer, Ottawa Life Sciences Executive Networking Form, "University of Ottawa Heart Institute Research Opportunities", September 22, 2010

Lecturer, Siriaj Scientific Congress, Annual Scientific Symposium, 120th Anniversary, "Genomics of Coronary Artery Disease: the new Frontier", Bangkok, Thailand, August 14–19, 2010

OHA Region 2 Meeting, "A Glimpse of Medicine in the 21st Century", Lord Elgin Hotel, Ottawa, ON, June 4, 2010

Lecturer, Canadian Cardiovascular Research Network (CCRN), "How Pharmacogenetics may change in the Future", Toronto, ON, May 29, 2010

Lecturer, Rotary Club, Ottawa, May 10, 2010

Lecturer, Young Investigator Forum, Vancouver, BC, May 4–5, 2010

Lecturer, Stress Testing & Ambulatory Monitoring Symposium, University of Ottawa Heart Institute, May 1, 2010

Lecturer, 2010 Symposium Ischemic Cardiomyopathy (2 talks): "Contribution to Genetics and Knowledge Management to Ischemic Heart Disease" and "Health Care and Coronary Artery Disease", Girona, Spain, April 14–16, 2010

Lecturer, ISCTR Symposium–"Genomics and Personalized Medicine: Atlanta, Georgia, March 13, 2010

Lecturer, Fraser Institute, Academic Half Day–"Genetics a Cardiologist show know" and Fraser Lecture, "A Glimpse of the Future through Cardiovascular Genetics", Montreal, Quebec, February 3–5, 2010

Lecturer, "Careers in Genetics and Proteomics", How to become a Cardiovascular Investigator, Washington, DC, Dec 4, 2009

Lecturer, "Tools and Trends In the Discovery of Human Genome Sequence Variation", American Heart Association Scientific Sessions, Orlando, Florida, November 15–17, 2009

Lecturer, "The 1000 Genome Project" American Heart Association Scientific Sessions, Orlando, Florida, Nov15–17, 2009

Lecturer, "The Genetics of Cardiac Disease", Canadian Society of Internal Medicine, Ottawa, Ontario, October 22, 2009

Lecturer, "A Glimpse of Medicine in the Future", Dalhousie Medical Alumni Association, DMAA Awards & Recognition Gala Dinner, Dalhousie University, Halifax, NS, September 24, 2009

Lecturer, "Genetics & Proteogenomics: What's the Difference & What's the Importance", Canadian Vascular Biology Working Group Meeting, Vancouver, BC, August 13–16, 2009

Lecturer, "Novelties on the Genome Wide Association Studies: Let's Focus on the Genetics of my Patient", West Coast Cardiovascular Forum, San Francisco, California, June 19–21, 2009

Lecturer, "Genes & Future Genetic Testing", Alumni Annual General Meeting, University of Ottawa Heart Institute, June 4, 2009

Lecturer, Chapman Lecture, Houston, Texas, May 27–29, 2009

Lecturer, CANNeCTIN Pharmacogenetics Symposium, Hamilton, Ontario May 20–22 2009

Lecturer, "The Genetics & Related Clinical Considerations in HCM"  Spring Symposium, Oakland, Calif., Apr25, 2009

Lecturer, "Personalized Medicine: An idea whose time is approaching", Albert Einstein College of Medicine and Montefiore Medical Center (2 Lectures), April 22 & 23, 2009

Lecturer, "Personalized Medicine: An idea whose time is approaching", London Cardiac Update, London, ON  [2009 Apr 18]

Lecturer, "Genetics of CAD Disease", ISCTR International Society for Cardiovascular Translational Research, San Diego, California, February 28, 2009

Lecturer, "Gene Therapy in Cardiology", Michigan, January 23, 2009

Lecturer, "The Importance of Molecular Medicine to Modern Cardiology", Emeritus AUC Meeting, Carmel, Calif. [2009Jan 7–9]

Lecturer, "Novelties on Congenital Syndromes, Cardiomyopathies, Arrhythmias, 41st Annual New York Cardiovascular Symposium, December 12–14, 2008

Lecturer, "How to become a Cardiovascular Investigator Program", Washington, DC, December 5 & 6, 2008

Lecturer, "Identifying genes for Coronary Artery Disease", Iranian Heart Association Scientific Sessions & "Genetics of Hypertrophic Cardiomyopathy", Saudi Arabia Heart Association, November 18–21, 2008

Lecturer, "Evidence of Technology with Genetic Animals", ITAC, Toronto, Ontario, November 13, 2009

Lecturer, "Identification of Genes for Coronary Artery Disease", Taipei, Taiwan, October 4–11, 2008

Lecturer, "Genetics, Molecular Pathophysiology and Treatment of Hypertrophic Cardiomyopathy", Taipei, Taiwan [2008 Oct 4]

Lecturer, 12th Annual Heart Failure Society, "Genome–wide Association Studies: Caveats & Promises", Toronto, Ontario, September 21–24, 2008

Lecturer, "New Technologies: Genomics", Jornada Cicerone Workshop, Madrid, Spain, September 19–20, 2008

Lecturer, 14th World Congress on Heart Disease, "Genetics of Myocardial Infarction", Toronto, Ontario, July 27, 2008

Lecturer, First Interventional Cardiology International Conference, "Personalized Medicine: An Idea whose time has come', Guayaquil, Ecuador, July 17, 2008

Lecturer, Mercy Gilbert Center, "Personalized Medicine: An Idea whose time has come", Arizona Heart Centre, Phoenix, AZ, July 11–12, 2008

Lecturer, First CNIC Cardiovascular Symposium, "Genetics of Coronary Artery Disease", Madrid, Spain, Jun27–28, 2008

Lecturer, 2nd Annual International Congress of Cardiomyopathies and Heart Failure, "Statin and Heart Failure", Toronto, Ontario, June 14, 2008

Lecturer, 2nd Annual International Congress of Cardiomyopathies and Heart Failure, "The First Common Gene for Coronary Artery Disease", Toronto, Ontario, June 14, 2008

Lecturer, 2nd Annual International Congress of Cardiomyopathies and Heart Failure, "Hypertrophic Cardiomyopathy Update", Toronto, Ontario, June 12, 2008

Lecturer, Mazankowski Alberta Heart Institute, International Symposium, "Genes, Epistasis and the Environment", Edmonton, Alberta, June 3, 2008

Lecturer, Regenerative Medicine Research Day, "Personalized Medicine–An Idea Whose time has come", Ottawa, June 2, 2008

Lecturer, Cardiology Grand Rounds, "Personalized Medicine–An Idea whose time is approaching", London, ON, May 26, 2008

Lecturer, 25th Annual Symposium–Troubles with Rhythm: Molecular and Genetic Basis for Cardiac Arrhythmias, "Genetics of WPW and Atrial Fibrillation", Montreal, Quebec, May 21, 2008

Italian National Research Council (CNR) - Genome Canada Workshop, Rome, Italy, April 2008

Lecturer, SAIP Symposium, "Bringing Preventive Cardiology and Genetics Together: Pharmacogenetics, Tailoring Risk Detection and Treatment", Chicago, March 30, 2008

Lecturer, 30th Annual CV Symposium, "Personalized Medicine–An Idea which is rapidly Approaching", Fort Lauderdale, February 21–24, 2008

Lecturer, Kettering Cardiology Colloquium, "The Genetic Component of Coronary Artery Disease–A Portent of things to come", Dayton, Ohio, February 20, 2008

Lecturer, International Society for Cardiovascular Translational Research Symposium, "Personalized Medicine–An Idea whose Time is Approaching", February 10, 2008

Lecturer, CHEO Genetics Education Rounds, "Personalized Medicine–An Idea whose Time is Approaching", CHEO [2008 Jan29]

Lecturer, CNIC Seminar Series, "Personalized Medicine–An Idea Whose Time is Approaching", Madrid, Spain, [2008 Jan21]

Lecturer, Cardiology Grand Rounds Lecture, Oregon Health and Sciences University, "Personalized Medicine–An Idea whose Time is Approaching", Portland, Oregon, January 10, 2008

Lecturer, Cardiology Grand Rounds Lecture, Oregon Health and Sciences University, Lecture to Cardiovascular Fellows, "Genetics of Cardiovascular Disorders", Portland, Oregon, January 10, 2008

Lecturer, National Capital Alumni of Harvard Business School, "Glimpse of Medicine in the Future", St Paul's University, Ottawa, Ontario, November 21, 2007

Lecturer, 13th Annual Global Chapter–Vascular Biology Working Group, "Potential Role of New Genetic Markers in Predicting MI", Orlando, Florida, November 3, 2007

Lecturer, Personalized Medicine Symposium, "Genotypic and Phenotypic Markers of CAD", Washington, DC, Oct25/07

Lecturer, 19th Annual Scientific Symposium of Transcatheter Cardiovascular Therapeutics (TCT) 2007, "Hypertrophic Cardiomyopathy: Etiology, presentation and Natural History", Washington, DC, October 20, 2007

Lecturer, "The Human Genome and Gene Therapy: Prospects for Management of Cardiovascular Diseases", Canadian Vascular Biology Symposium, Vancouver, BC, August 9–12, 2007

Lecturer, "Pursuing Genes that contribute to Coronary Artery Disease–An Idea whose Time has come", International Academy of Cardiology Annual Scientific Sessions, Vancouver, BC, June  28–30, 2007

Lecturer, ICRHL Leadership in Science Forum, Toronto, Ontario, June 6, 2007

Lecturer, China Tour: Genes in the 21st Century, May 16–26, 2007

Lecturer, "Genetics & CVD: An Idea Whose Time Has Come", Post ACC Symposium, Toronto, April 28, 2007

Lecturer, "Identifying Genes for Coronary Artery Disease: An Idea whose Time has come", American College of Medical Genetics, Nashville, Tennessee, March 25, 2007

Lecturer, "Aggressive Medical Therapy versus Interventional Therapy", 23rd Annual Cardiovascular Conference AstraZeneca Satellite Symposium, From Vulnerable Plaque to the Vulnerable Patient: A Call to Action, Lake Louise, Alberta, March 11, 2007

Lecturer, GE Healthcare, New York City, New York, March 7–8, 2007

Lecturer, Tustin Hospital & Medical Center, "Impacts of Genetics on Medical Practice, Los Angeles, CA, Oct26, 2006

Lecturer, Canadian Cardiovascular Congress, Genetics and Cardiovascular Disease, CIHR Workshop on Personalized Medicine, "The Role for Personalized Medicine", October 23, 2006

Lecturer, The CJC Symposium, at the Canadian Cardiovascular Congress, Genetics and Cardiovascular Disease, "Identifying Genes for Coronary Artery Disease–An idea whose time has come", October 22, 2006, Vancouver, BC

Lecturer, Affymetrix Technology Seminar, Affymetrix, October 18, 2006

Lecturer, Global Conference on the Future of Heart Health & Disease, "Can We Live for 150 Years?" Winnipeg, Man, October 12–15, 2006

Lecturer, University of British Columbia, Distinguished Speaker in Cardiology, Vancouver, BC, October 5, 2006

Lecturer, GE Day Keynote Speaker, "What if Personalized Medicine allowed you to Glimpse into Your Future?" Calgary, Alberta, September 14, 2006

Lecturer, Heart Failure Society of America, 10th Annual Scientific Meeting, "Mechanisms and Management of Uncommon Cardiomyopathies", Seattle, WA, September 13, 2006

Lecturer, 40th Class Reunion, "A Glimpse of Genetics for the Future", Oak Island, Nova Scotia, September 8, 2005

Lecturer, 16th World Congress–World Society of Cardio–Thoracic Surgeons, "Cell–Based Therapies: Tissue Engineering", Ottawa, Ontario, August 17–20, 2006

Lecturer, Cardiology Update Conference, "Do We Need Universal Health Insurance–Problems with our present System", and "The Time has come for Personalized Medicine", Leavenworth, Washington, DC, July 1, 2006

Lecturer, University of Ottawa Heart Institute Cardiac Diagnostic Symposium, "Genetics in the Future", Mont Tremblant, Quebec, May 27, 2006

Lecturer, 3rd Annual National Research Forum for Young Investigators in Circulatory and Respiratory Health, "To Screen or Not to Screen is not the Question–It is when and how to Screen", Winnipeg, Manitoba, May 4–7, 2006

Lecturer, 6th Annual Texas Update in Cardiovascular Advancements, "HOCM and its Treatments", Houston, TX, April 1, 2006

Lecturer, Cardiovascular Innovation Symposium 2006, Crotonville, New York, February 22–24, 2006

Lecturer, 28th Annual Cardiovascular Symposium, "The Human Genome Project and the Future in Cardiology", Fort Lauderdale, Florida, February 12, 2006

Lecturer, Inaugural Conference International Society for Genomics, Proteomics and Cellular Therapy, "Human Genome Project", Scottsdale, Arizona, February 10, 2006

Lecturer, "How to Become a Cardiovascular Investigator", Bethesda, Maryland, December 2, 2005

Lecturer, 13th Annual William L Winters, MD Lectureship, Texas Medical Center, Houston, Texas, December 1, 2005

Lecturer, BioNorth 2005, "Identifying Genes that Predispose Individuals to Coronary Artery Disease–An Idea Whose Time has Come", Ottawa, Ontario, November 28, 2005

Lecturer, Canadian Cardiovascular Society, State–of–the–Art Lecture, "Molecular Genetics and the Future of Cardiology", Montreal, Quebec, October 24, 2005

Lecturer, 8th Annual Joint Summit in Cardiology, "Genetic Testing in Cardiovascular Disease", Louisville, Kentucky, October 20–21, 2005

Lecturer, Cutting Edge Symposium, "The Impact of Genetics on Cardiology Practice", Long Beach, California, Oct 7, 2005

Lecturer, Institute of Cardiovascular Sciences Award 2005, "A Glimpse of the 21st Century from present day Molecular Genetics, September 30, 2005, Winnipeg, Manitoba

Lecturer, CHARM Workshop, Angiotensin II Blockers and Treatment of Heart Failure, Launch of Approval for Candestarin in Canada, September 21, 2005, Toronto, Ontario

Lecturer, Arrhythmia SAP 3rd Annual Cardiology Symposium, "Genetic Primer for the Cardiologist: and "The Genetics of Heart Failure", Ennis, Ireland, June 24–25, 2005

Lecturer, Canadian Chinese Medical Society of British Columbia, "A Glimpse of the 21st Century from Molecular Genetics", Vancouver, BC, June 10–12, 2005

Lecturer, How to Become a CV Investigator, "Careers in Basic Cardiovascular Research", Washington, DC, June3–4, 2005

Lecturer, 2nd Annual Cardiovascular Summit, "Genetics and Cardiovascular Disease" Boca Raton, Florida, May 5–7, 2005

Lecturer, AMA Volunteer Leadership Planning Conference, Genetics and a Glimpse of the Future, April 28th, 2005

Lecturer, 4th Annual Southlake Symposium, "Cardiovascular Disease in the 21st Century", April 23rd, 2005

Lecturer, Cardiology Grand Rounds, Montefiore, New York, April 5th, 2005

Lecturer, Ronnie Campbell Lecture: The Genome: Boom or Bust?" 21st Annual Cardiology Conference, Lake Louise, Alberta, March 20–24, 2005

Lecturer, 2005 Cardiovascular Innovation Symposium, February 4–6, 2005

Lecturer, GE Healthcare Kick Off, Glimpse of Medicine in the 21st Century, Hull, Quebec, January 29, 2005

Lecturer, 27th Annual Cardiovascular Symposium, "Glimpse of the 21st Century from present Day Molecular Genetics", Jan27, 2005

Lecturer, Ottawa Centre for Research Innovation, "Glimpse of the 21st Century from present Day Molecular Genetics", Jan26, 2005

Lecturer, University of Southern California, Grand Rounds Speaker, A Glimpse of the Future through Molecular Genetics, October 5, 2004

Lecturer, University of California, LA, Grand Rounds Speaker, A Glimpse of the Future through Molecular Genetics, Oct 5, 2004

Lecturer, Transcatheter Cardiovascular Therapeutics 2004, Genetics, Genomics and Proteomics for the Interventional Cardiologist (Lecture 1), Translating Genetic Discoveries into Clinical Practice (Lecture 2) Washington, DC, September 27, 2004,

Lecturer, 8th Annual Meeting, Heart Failure Society of America, Anemia in Heart Failure, September 12–15, 2004

Lecturer, Greater Toronto Association of Adult Cardiology, Fall Retreat, "Glimpse of the Future from present Day Molecular Genetics", September 11, 2004

Lecturer, Cardiovascular Landmark Lecture, A glimpse of the 21st century from present day molecular genetics XVII World Congress of the International Society for Heart Research, Winnipeg, Canada (2001)

Lecturer, Invited Lecturer, the Human Genome Project, 21st International Society For Heart & Lung Transplantation, Vancouver, Canada (2001)

Lecturer, Cardiovascular Landmark Lecture, A glimpse of the 21st century from present day molecular genetics XVII World Congress of the International Society for Heart Research, Winnipeg, Canada July 6 –11, 2001

Lecturer, Genetics of heart failure and dilated cardiomyopathy Heart Failure Summit, Toronto, Ontario June 6–8, 2000

Lecturer, Genetic diversity and cardiovascular risk The Practice of Evidence– Based Cardiology for the Clinician by McMaster University, Hamilton, Ontario, Canada April 27–29, 2000

Lecturer, Molecular basis for arrhythmogenic right ventricular dysplasia, 5th International Conference of the Jordan Cardiac Society, Amman, Jordan April 19–21, 2000

A glimpse of the 21st century from present day molecular cardiology Innovations and Inventions for Prevention and Intervention of Cardiovascular Disease by The Heart Institute at Regional Medical Center Point, Hudson, FL, April 15, 2000

Potential of genetic insight to identify hypertrophic cardiomyopathy prior to clinical expression to improve future treatment Texas Update in Cardiovascular Advancements by the University of Texas Medical Branch at Galveston, Austin, TX April 7–9, 2000

A glimpse of the 21st century from present day molecular biology Treatment Attacks on the Coronary Valley, University of Kentucky, College of Medicine, Louisville, KY, Feb 12, 2000

Speaker for the National Assembly of Delegates in Dallas, National American Heart Association (1999)

A glimpse of the future from present day molecular biology 17th Annual Cardiology Seminar at Bellin Memorial Hospital, Green Bay, WS (1999)

A Glimpse of the future from present day molecular genetics Cardiology at the Limits 3, University of Capetown Medical School, Capetown, South Africa (1999)

A glimpse of the 21st Century from present day molecular genetics, 16th Annual J Gerard Mudd Lecture, St Louis University, St Louis, MO (1999)

Preventive Cardiology in the 21st Century, Singapore Cardiac Society, Singapore (1998)

Speaker for the 9th Annual Meeting of the California Chapter of the American College of Cardiology, Cardiology and Beyond–Entering the New Millennium, 10–24–98, Santa Monica, CA (1998)

From genes to Health and Health to Genes.  A member of this NHLBI SPARK Conference to discuss effective ways for utilizing the increased financial support allocated by Congress (1998)

A glimpse of the 21st century from present day molecular genetics, New England Medical Center and Mass General Hospital Cardiology Grand Rounds, Boston, MA  (1997)

Current concepts on the management of acute myocardial infarction: Beneficial post myocardial infarction effects of heart rate lowering calcium channel blockers, XIX[th] Congress of the European Society of Cardiology, Stockholm, Sweden (1997)

Lecturer at the Yale University School of Medicine, 7th Annual Cardiovascular Symposium, The Genetics of Atrial Fibrillation New Haven, CT  (1997)

Baylor College of Medicine–Moscow State University Medical Education Event, Predictors of cardiovascular myopathy:  A glimpse of the 21st century from present day molecular genetics, Linked via satellite from Houston, Texas (1997)

Third International Conference of Jordan Cardiac Society, present–Day Molecular Genetics of Cardiomyopathies:  A Glimpse into the 21st Century, Amman, Jordan (1996)

Controversies in Cardiology, 45th Annual Scientific Sessions of the American College of Cardiology, Orlando, Calcium antagonists produce adverse outcomes—When used to treat angina, myocardial infarction, hypertension, Florida, (1996)

Guest Lecturer, Alumni Scientific Symposium, Baylor College of Medicine, 1996

Thrombolysis in 1994 and Beyond, Guest Lecturer for Celebration of the Opening of the Heart Center of Wheeling, (1994)

Lecturer, American Association for Clinical Chemistry, 41st National Meeting, Atlanta, Georgia (1989)

Lecturer, Impact of Insights Gained from Molecular Biology, American College of Cardiology, Anaheim, Calif. (1989)

 Lecturer, Annual Meeting of the Royal College of Physicians and Surgeons, Canada 1987

Lecturer, InterAmerican Society of Cardiology, Vancouver, Canada (1985)


## PUBLICATIONS (h-index 105)

### Original Manuscripts in Basic Research

1. Patel et al., **CARDIoGRAMplusC4D (incl. Roberts R).** Association of Chromosome 9p21 with Subsequent Coronary Heart Disease Events. *Circulation*. 2019 Mar; 12(4)
2. Schunkert, Heribert & Erdmann, Jeanette & Samani, Sir **CARDIoGRAM (incl. Roberts R).** CARDIoGRAM celebrates its 10th Anniversary. *European Heart Journal*. 2019 Jun:40. 1664-1666.10.1093/eurheartj/ehz347.
3. Adlam D, Olsen T, Combaret N, Kovacic J et al, **CARDIoGRAMplusC4D (incl. Roberts R).** Association of the PHACTR1/EDN1 genetic locus with spontaneous coronary artery dissection. *J Amer Col Cardio*. 2019 Jan;73(1): 58-66.
4. Zhao W, Rasheed A, et al **CARDIoGRAMplusC4D (incl. Roberts R).** Identification of new susceptibility loci for type 2 diabetes and shared etiological pathways with coronary heart disease. *Nat Genet.* 2017 Oct;49(10):1450-1457.
5. Brænne, I., Zeng, L., Willenborg, C., Tragante, V., Kessler, T., **CARDIoGRAM Consortium (incl. Roberts R.),** ... Schunkert, H. Genomic correlates of glatiramer acetate adverse cardiovascular effects lead to a novel locus mediating coronary risk. *PloS one*, 2017 Aug: *12*(8), e0182999. doi:10.1371/journal.pone.0182999
6. Klarin D, et al., **CARDIoGRAMplusC4D (incl. Roberts R.)** Genetic analysis in UK Biobank links insulin resistance and transendothelial migration pathways to coronary artery disease. *Nature Genetics.* 2017 Jul: 49(9): 1392-1397 doi: 10.1038/ng.3914.
7. Nelson C, Goel A, Butterworth A, Kanoni S et al, **CARDIoGRAMplusC4D (incl. Roberts R).** Association analyses based on false discovery rate implicate new loci for coronary artery disease. *Nat Genetics.* 2017 Jul; 49(9):1385-1391. doi: 10.1038/ng.3913
8. Howson J, Zhao W, Barnes D, Ho WK et al, **CARDIoGRAMplusC4D (incl. Roberts R).** Fifteen new risk loci for coronary artery disease highlight arterial-wall-specific mechanisms. *Nat Genetics.* 2017 Jul; 49(7):1113-1119. doi: 10.1038/ng.3874
9. Saleheen D, Zhao W, Young R, Ho WK et al; **CARDIoGRAMplusC4D (incl. Roberts R).** Loss of cardio-protective effects at the ADAMTS7 locus due to gene-smoking interactions. *Circulation*. 2017 June 13;135(24):2336-2353. doi: 10.1161/CIRCULATIONAHA.116.022069.
10. Magosi LE, et al, **CARDIoGRAMplusC4D (incl. Roberts R).** Identifying systematic heterogeneity patterns in genetic association meta-analysis studies.  *PLoS Genet.* 2017 May 1;13(5):e1006755. doi: 10.1371/journal.pgen.1006755.
11. Webb,TR et al, **CARDIoGRAM (incl. Roberts R)**.  Systematic Evaluation of pleotropy Identifies 6 further Loci Associated with CAD. *JACC* ,2017 Feb, 21; 69, 823-836
12. Power RA, et al., **CARDIoGRAM Consortium (incl. Roberts R)**. Genome-wide Association for Major Depression Through Age at Onset Stratification: Major Depressive Disorder Working Group of the Psychiatric Genomics Consortium. *Biological psychiatry*, 2017 Feb; *81*(4), 325–335. doi:10.1016/j.biopsych.2016.05.010
13. Loley, C. et al, **CARDIoGRAMplusC4D (incl. Roberts R).** No Association of Coronary Artery Disease with X-Chromosomal Variants in Comprehensive International Meta-Analysis. Sci. Rep. 2016 Oct 12 6, 35278; doi: 10.1038/srep35278 (2016).
14. Ehret GB, et al **(incl. Roberts R)**.. The genetics of blood pressure regulation and its target organs from association studies in 342,415 individuals. *Nat Genetics*. 2016 Sep 05. doi: 10.1038/ng.3667.

15. Golbus, J, et al, (**CARDIoGRAMplusC4D (incl. Roberts R)**. Common and Rare Genetic Variation in CCR2, CCR5, or CX3CR1 and Risk of Atherosclerotic Coronary Heart Disease and Glucometabolic Traits. *Circ Cardiovasc Genet.* 2016 Jun; 9(3):250-258.

16. Zanoni P, et al (**incl. Roberts R**).. Rare variant in scavenger receptor BI raises HDL cholesterol and increases risk of coronary heart disease. *Science.* 2016 Mar 11;351(6278):1165-71.

17. Hartiala, J. A. et al (**incl. Roberts R**). Genome-wide association study and targeted metabolomics identifies sex-specific association of CPS1 with coronary artery disease. *Nat. Commun.* 2016 Jan, 29; 7:10558 doi: 10.1038/ncomms10558.

18. LeBlanc M, et al, **CARDIoGRAM Consortium (incl. Roberts R.)**. Identifying Novel Gene Variants in Coronary Artery Disease and Shared Genes With Several Cardiovascular Risk Factors. *Circulation Research.* 2016 Jan;118:83-94

19. Jansen H, Willenborg C, Schlesinger S, Ferrario PG, Konig IR, Erdmann J, Samani NJ, Lieb W, Schunkert H; **CARDIoGRAM+C4D Consortium (incl. Roberts R**).. Genetic variants associated with celiac disease and the risk for coronary artery disease. *Molecular Genetics and Genomics* 2015 Oct 290(5):1911-17. doi:10.1007/s00438-015-1045-3. Epub 2015 Apr 18.

20. Nikpay M, Goel A, Won HH, Hall LM, Willenborg C, Kanoni S, Saleheen D, Kyriakou T, Nelson CP, Hopewell JC, Webb TR, Zeng L, Dehghan A, Alver M, Armasu SM, Auro K, Bjonnes A, Chasman DI, Chen S, Ford I, Franceschini N, Gieger C, Grace C, Gustafsson S, Huang J, Hwang SJ, Kim YK, Kleber ME, Lau KW, Lu X, Lu Y, Lyytikäinen LP, Mihailov E, Morrison AC, Pervjakova N, Qu L, Rose LM, Salfati E, Saxena R, Scholz M, Smith AV, Tikkanen E, Uitterlinden A, Yang X, Zhang W, Zhao W, de Andrade M, de Vries PS, van Zuydam NR, Anand SS, Bertram L, Beutner F, Dedoussis G, Frossard P, Gauguier D, Goodall AH, Gottesman O, Haber M, Han BG, Huang J, Jalilzadeh S, Kessler T, König IR, Lannfelt L, Lieb W, Lind L, Lindgren CM, Lokki ML, Magnusson PK, Mallick NH, Mehra N, Meitinger T, Memon FU, Morris AP, Nieminen MS, Pedersen NL, Peters A, Rallidis LS, Rasheed A, Samuel M, Shah SH, Sinisalo J, Stirrups KE, Trompet S, Wang L, Zaman KS, Ardissino D, Boerwinkle E, Borecki IB, Bottinger EP, Buring JE, Chambers JC, Collins R, Cupples LA, Danesh J, Demuth I, Elosua R, Epstein SE, Esko T, Feitosa MF, Franco OH, Franzosi MG, Granger CB, Gu D, Gudnason V, Hall AS, Hamsten A, Harris TB, Hazen SL, Hengstenberg C, Hofman A, Ingelsson E, Iribarren C, Jukema JW, Karhunen PJ, Kim BJ, Kooner JS, Kullo IJ, Lehtimäki T, Loos RJ, Melander O, Metspalu A, März W, Palmer CN, Perola M, Quertermous T, Rader DJ, Ridker PM, Ripatti S, **Roberts R** ,Salomaa V, Sanghera DK, Schwartz SM, Seedorf U, Stewart AF, Stott DJ, Thiery J, Zalloua PA, O'Donnell CJ, Reilly MP, Assimes TL, Thompson JR, Erdmann J, Clarke R, Watkins H, Kathiresan S, McPherson R, Deloukas P, Schunkert H, Samani NJ, Farrall M. CARDIoGRAMplusC4D Consortium. A comprehensive 1000 Genomes-based genome-wide association meta-analysis of coronary artery disease. *Nat Genet.* 2015 Sep 7. doi: 10.1038/ng.3396. [Epub ahead of print] PMID: 26343387

21. Jansen H, Loley C, Lieb W, Pencina MJ, Nelson CP, Kathiresan S, Peloso GM, Voight BF, Reilly MP, Assimes TL, Boerwinkle E, Hengstenberg C, Laaksonen R, McPherson R, **Roberts R,** Thorsteinsdottir U, Peters A, Gieger C, Rawal R, Thompson JR, König IR; CARDIoGRAM consortium, Vasan RS, Erdmann J, Samani NJ, Schunkert H. Genetic variants primarily associated with type 2 diabetes are related to coronary artery disease risk. *Atherosclerosis.* 2015 Aug;241(2):419-26. doi: 10.1016/.2015.05.033. Epub 2015 Jun 3. PMID: 26074316

22. Christofidou P, Nelson CP, Nikpay M, Qu L, Li M, Loley C, Debiec R, Braund PS, Denniff M, Charchar FJ, Arjo AR, Trégouët DA, Goodall AH, Cambien F, Ouwehand WH, **Roberts R,** Schunkert H, Hengstenberg C, Reilly MP, Erdmann J, McPherson 3, König IR, Thompson JR, Samani NJ, Tomaszewski M. Runs of Homozygosity: Association with Coronary Artery Disease and Gene Expression in Monocytes and Macrophages. *Am J Hum Genet.* 2015 Aug 6;97(2):228-37. doi: 10.1016/j.ajhg.2015.06.001. Epub 2015 Jul 9. PMID:26166477

23. Ross S, D'Mello M, Anand SS, Eikelboom J; CARDIoGRAMplusC4D Consortium, Stewart AF, Samani NJ, **Roberts R,** Paré G. Effect of Bile Acid Sequestrants on the Risk of Cardiovascular Events: A Mendelian Randomization Analysis. *Circ Cardiovasc Genet.* 2015 Aug;8(4):618-27. doi: 10.1161/CIRCGENETICS.114.000952. Epub 2015 Jun 4. PMID: 26043746

24. Bendik S. Winsvold, Christopher P. Nelson, Rainer Malik, Padhraig Gormley, Verneri Anttila, Jason Anthony Vander Heiden, Katherine S. Elliott, Line M. Jacobsen, Priit Palta, Najaf Amin, Boukje de Vries, Eija Hamalainen, Tobias Freilinger, Mohammad Arfan Ikram, ThorstenKessler, Markku Koiranen, Lannie Ligthart, George McMahon, Linda M. Pedersen, ChristinaWillenborg, Hong-Hee Won, Jes Olesen, Ville Artto, Themistocles L. Assimes, Stefan Blankenberg Dorret, I. Boomsma, Lynn Cherkas, George Davey Smith, Stephen E. Epstein,Jeanette Erdmann, Michel D. Ferrari, Hartmut Gobel, Alistair S. Hall, Marjo-Riitta Jarvelin, Mikko Kallela, Jaakko Kaprio, Sekar Kathiresan, Terho Lehtimki, Ruth McPherson, Winfried Maerz, Dale Nyholt, Christopher J.O Donnell, Lydia Quaye, Daniel J. Rader, Olli Raitakari, **Robert Roberts,** Heribert Schunkert, Markus Schrks, Alexandre F.R. Stewart, G. M. Terwindt, Unnur Thorsteinsdottir, Arn M.J.M. van den Maagenberg, Cornelia M. van Duijn,Maija Wessman, Tobias Kurth, Christian Kubisch, Martin Dichgans, Daniel Chasman, ChrisCotsapas, John-Anker Zwart, Nilesh J. Samani, and Aarno Palotie. Genetic analysis for a shared biological basis between migraine and coronary artery disease. *Neurol Genetics* 2015; 1, 1,e10. doi: http://dx.doi.org/10.1212/NXG.0000000000000010

25. Nelson CP, Hamby SE, Saleheen D, Hopewell JC, Zeng L, Assimes TL, Kanoni S, Willenborg C, Burgess S, Amouyel P, Anand S, Blankenberg S, Boehm BO, Clarke RJ, Collins R, Dedoussis G, Farrall M, Franks PW, Groop L, Hall AS, Hamsten A, Hengstenberg C, Hovingh GK, Ingelsson E, Kathiresan S, Kee F, König IR, Kooner J, Lehtimäki T, März W, McPherson R, Metspalu A, Nieminen MS, O'Donnell CJ, Palmer CN, Peters A, Perola M, Reilly MP, Ripatti S, **Roberts R,** Salomaa V, Shah SH, Schreiber S, Siegbahn A, Thorsteinsdottir U, Veronesi G, Wareham N, Willer CJ, Zalloua PA, Erdmann J, Deloukas P, Watkins H, Schunkert H, Danesh J, Thompson JR, Samani NJ; CARDIoGRAM+C4D Consortium. Genetically determined height and coronary artery disease. *N Engl J Med.* 2015 Apr 23;372(17):1608-18. doi: 10.1056/NEJMoa1404881. Epub 2015 Apr 8. PMID: 25853659

26. Foroughi Asl, et al., **CARDIoGRAM Consortium (incl. Roberts R.)**. Expression quantitative trait Loci acting across multiple tissues are enriched in inherited risk for coronary artery disease. *Circ Cardiovasc Genet.* 2015 Apr;8(2):305-15. doi: 10.1161/CIRCGENETICS.114.000640. Epub 2015 Jan 11.

27. Kaess BM, Preis SR, Lieb W, Beiser AS, Yang Q, Chen TC, Hengstenberg C, Erdmann J, Schunkert H, Seshadri S, Vasan RS; CARDIoGRAM, Assimes TL, Deloukas P, Holm H, Kathiresan S, König IR, McPherson R, Reilly MP, **Roberts R,** Samani NJ, Stewart AF. Circulating brain-derived neurotrophic factor concentrations and the risk of cardiovascular disease in the community. *J Am Heart Assoc.* 2015 Mar 11;4(3):e001544. doi: 10.1161/JAHA.114.001544. PMID: 25762803

28. CARDIoGRAMDplusC4D Consortium and Investigators: New genetic loci link adipose and insulin biology to body fat distribution. *Nature* 2015, 518, Feb, 187-196

29. CARDIoGRAMDplusC4D Consortium and Investigators: Genetic studies of body mass index yield new insights into obesity biology. *Nature* 2015, 518, Feb, 197-206

30. Do R, Stitziel NO, Won HH, Jørgensen AB, Duga S, Angelica Merlini P, Kiezun A, Farrall M, Goel A, Zuk O, Guella I, Asselta R, Lange LA, Peloso GM, Auer PL; NHLBI Exome Sequencing Project, Girelli D, Martinelli N, Farlow DN, DePristo MA, **Roberts R,** Stewart AF, Saleheen D, Danesh J, Epstein SE, Sivapalaratnam S, Hovingh GK, Kastelein JJ, Samani NJ, Schunkert H, Erdmann J, Shah SH, Kraus WE, Davies R, Nikpay M, Johansen CT, Wang J, Hegele RA, Hechter E, Marz W, Kleber ME, Huang J, Johnson AD, Li M, Burke GL, Gross M, Liu Y, Assimes TL, Heiss G, Lange EM, Folsom AR, Taylor

HA, Olivieri O, Hamsten A, Clarke R, Reilly DF, Yin W, Rivas MA, Donnelly P, Rossouw JE, Psaty BM, Herrington DM, Wilson JG, Rich SS, Bamshad MJ, Tracy RP, Cupples LA, Rader DJ, Reilly MP, Spertus JA, Cresci S, Hartiala J, Tang WH, Hazen SL, Allayee H, Reiner AP, Carlson CS, Kooperberg C, Jackson RD, Boerwinkle E, Lander ES, Schwartz SM, Siscovick DS, McPherson R, Tybjaerg-Hansen A, Abecasis GR, Watkins H, Nickerson DA, Ardissino D, Sunyaev SR, O'Donnell CJ, Altshuler D, Gabriel S, Kathiresan S.  Exome sequencing identifies rare LDLR and APOA5 alleles conferring risk for myocardial infarction.  *Nature.* 2015 Feb 5;518(7537):102-6. doi: 10.1038/nature13917. Epub 2014 Dec 10.  PMID: 25487149

31.  Mäkinen VP, Civelek M, Meng Q, Zhang B, Zhu J, Levian C, Huan T, Segrè AV, Ghosh S, Vivar J, Nikpay M, Stewart AF, Nelson CP, Willenborg C, Erdmann J, Blakenberg S, O'Donnell CJ, März W, Laaksonen R, Epstein SE, Kathiresan S, Shah SH, Hazen SL, Reilly MP, Coronary ARtery DIsease Genome-Wide Replication And Meta-Analysis **(CARDIoGRAM Consortium including Roberts R).** , Lusis AJ, Samani NJ, Schunkert,H Quertermous T, McPherson R, Yang X, Assimes TL.   Integrative genomics reveals novel molecular pathways and gene networks for coronary artery disease. *PLoS Genet;* 2014 Jul;10(7):e1004502

32.  Naif A.M. Almontashiri, Ragnar O. Vilmundarson, Nima Ghasemzadeh, Sonny Dandona, **Robert Roberts,** Arshed A. Quyyumi, Hsiao-huei Chen, Alexandre F. R. Stewart; Plasma PCSK9 levels are elevated with acute myocardial infarction in two independent retrospective angiographic studies. *PLOS one;* 2014: 9,1-9

33.  Tada H, Won HH, Melander O, Yang J, Peloso G M, Kathiresan S; Multiple Associated Variants increase the Heritability explained for plasma Lipids and Coronary Artery Disease (CARDIoGRAM incl. **Roberts R**).    . *Circ Cardiovas Genet* 2014, Aug, 28 113.000420 (Epub) PMID: 25170055

34.  Ho JE, Chen WY, Chen MH, Larson MG, McCabe EL, Cheng S, Ghorbani A, Coglianese E, Emilsson V, Johnson AD, Walter S, Franceschini N, O'Donnell CJ; CARDIoGRAM Consortium **(including Roberts R).**; CHARGE Inflammation Working Group, Dehghan A, Lu C, Levy D, Newton-Cheh C; CHARGE Heart Failure Working Group, Lin H, Felix JF, Schreiter ER, Vasan RS, Januzzi JL, Lee RT, Wang TJ, Assimes TL, Deloukas P, Erdmann J, Holm H, Kathiresan S, König IR, McPherson R, Reilly MP, **Roberts R,** Samani NJ, Schunkert kH, Stewart AF.  Common genetic variation at the IL1RL1 locus regulates IL-33/ST2 signaling. *J Clin Invest.* 2013 Oct 1; 123 (10):4208-18. Epub 2013 Sep 3. PMID:2399943

35.  Yengchang Lu et al. **(including Roberts R).**  TGFB1 genetic polymorphisms and coronary heart disease risk; a meta-analysis. BMC Medical Genetics, 2012, 13:39

36.  Hartiala J, Bennett BJ, Tang WH, Wang Z, Stewart AF, **Roberts R,** McPherson R, Lusis AJ1, Hazen SL1, Allayee H2; CARDIoGRAM Consortium. Comparative Genome-Wide Association Studies in Mice and Humans for Trimethylamine N-Oxide, a Proatherogenic Metabolite of Choline and l-Carnitine. *Arterioscler Thromb Vasc Biol.* 2014 Jun; 4(6):1307-13. PMID: 24675659

37.  Almontashiri NA, Chen HH, Mailloux RJ, Tatsuta T, Teng AC, Mahmoud AB, Ho T, Stewart NA, Rippstein P, Harper ME, **Roberts R,** Willenborg C, Erdmann J; CARDIoGRAM Consortium, Pastore A, McBride HM, Langer T, Stewart AF.   SPG7 Variant Escapes Phosphorylation-Regulated Processing by AFG3L2, Elevates Mitochondrial ROS, and Is Associated with Multiple Clinical Phenotypes. *Cell Rep.* 2014 May 8; 7(3):834-47. PMID: 24767997

38.  Holmes MV, Exeter HJ, Folkersen L, Nelson CP, Guardiola M, Cooper JA, Sofat R, Boekholdt SM, Khaw KT, Li KW, Smith AJ, Van't Hooft F, Eriksson P, Franco-Cereceda A, Asselbergs FW, Boer JM, Onland-Moret NC, Hofker M, Erdmann J, Kivimaki M, Kumari M, Reiner AP, Keating BJ, Humphries SE, Hingorani AD, Mallat Z, Samani NJ, Talmud PJ; CARDIoGRAM Consortium **(including Roberts R).**  Novel genetic approach to investigate the role of plasma secretory phospholipase A2 (sPLA2)-V isoenzyme in coronary heart disease: modified Mendelian randomization analysis using PLA2G5 expression levels. *Circ Cardiovasc Genet.* 2014 Apr 1;7(2):144-50. PMID: 24563418

39.  Huang J, et al., **CARDIoGRAM Consortium (incl. Roberts R).** Genome-wide association study for circulating tissue plasminogen activator levels and functional follow-up implicates endothelial STXBP5 and STX2. *Arteriosclerosis, thrombosis, and vascular biology*, 2014 Feb: *34*(5), 1093–1101. doi:10.1161/ATVBAHA.113.302088

40.  Dichgans M, Malik R, König IR, Rosand J, Clarke R, Gretarsdottir S, Thorleifsson G, Mitchell BD, Assimes TL, Levi C, O'Donnell CJ, Fornage M, Thorsteinsdottir U, Psaty BM, Hengstenberg C, Seshadri S, Erdmann J, Bis JC, Peters A, Boncoraglio GB, März W, Meschia JF, Kathiresan S, Ikram MA, McPherson R, Stefansson K, Sudlow C, Reilly MP, Thompson JR, Sharma P, Hopewell JC, Chambers JC, Watkins H, Rothwell PM, **Roberts R,** Markus HS, Samani NJ, Farrall M, Schunkert H, Gschwendtner A, Bevan S, Chen YC, DeStefano AL, Parati EA, Quertermous T, Ziegler A, Boerwinkle E, Holm H, Fischer M, Kessler T, Willenborg C, Laaksonen R, Voight BF, Stewart AF, Rader DJ, Hall AS, Kooner JS; METASTROKE Consortium; CARDIoGRAM consortium; C4D consortium; International Stroke Genetics Consortium.  Shared genetic susceptibility to ischemic stroke and coronary artery disease: A genome-wide analysis of common variants.  *Stroke.* 2014 Jan;45(1):24-36 PMID24262325

41.  Joseph PG, Pare G, Ross S, **Roberts R,** Anand SS.  Pharmacogenetics in cardiovascular disease: the challenge of moving from promise to realization: concepts discussed at the Canadian Network and Centre for Trials Internationally Network Conference (CANNeCTIN), June 2009. *Clin Cardiol.* 2014 Jan; 37(1):48-56. PMID: 24105892

42.  Erdmann J, Stark K, Esslinger UB, Rumpf PM, Koesling D, de Wit C, Kaiser FJ, Braunholz D, Medack A, Fischer M, Zimmermann ME, Tennstedt S, Graf E, Eck S, Aherrahrou Z, Nahrstaedt J, Willenborg C, Bruse P, Brænne I, Nöthen MM, Hofmann P, Braund PS, Mergia E, Reinhard W, Burgdorf C, Schreiber S, Balmforth AJ, Hall AS, Bertram L, Steinhagen-Thiessen E, Li SC, März W, Reilly M, Kathiresan S, McPherson R, Walter U; **CARDIoGRAM,** Ott J, Samani NJ, Strom TM, Meitinger T, Hengstenberg C, Schunkert H.  Dysfunctional nitric oxide signalling increases risk of myocardial infarction.  *Nature.* 2013 Dec 19; 504(7480):432-6. PMID:24213632

43.  Ho JE, Chen WY, Chen MH, Larson MG, McCabe EL, Cheng S, Ghorbani A, Coglianese E, Emilsson V, Johnson AD, Walter S, Franceschini N, O'Donnell CJ; **CARDIoGRAM Consortium;** CHARGE Inflammation Working Group, Dehghan A, Lu C, Levy D, Newton-Cheh C; CHARGE Heart Failure Working Group, Lin H, Felix JF, Schreiter ER, Vasan RS, Januzzi JL, Lee RT, Wang TJ.  Common genetic variation at the IL1RL1 locus regulates IL-33/ST2 signaling.  *J Clin Invest.* 2013 Oct 1; 123(10):4208-18. PMID: 23999434

44.  Sabater-Lleal M, Huuang J, Chasman D, Naitza S, Dehghan A, Johnson AD, Teumer A, Reiner AP, et al.; VTE Consortium; STROKE Consortium; Wellcome Trust Case Control Consortium 2 (WTCCC2); C4D Consortium; CARDIoGRAM Consortium. Multiethnic

meta-analysis of genome-wide association studies in >100 000 subjects identifies 23 fibrinogen-associated Loci but no strong evidence of a causal association between circulating fibrinogen and cardiovascular disease. *Circulation.* 2013 Sep 17; 128(12):1310-24. PMID:23969696

45. Do, R, et al. **CARDIoGRAM Consortium (incl. Roberts R**). Common Variants Associated with Plasma Triglycerides and Risk for Coronary Artery Disease. *Nat Genet.* 2013 Sept; 45(11):1245-52. PMID: 24097064

46. Fan M, Dandona S, McPherson R, Allayee H, Hazen SL, Wells GA, **Roberts R,** Stewart AF. Two Chromosome 9p21 Haplotype Blocks Distinguish Between Coronary Artery Disease and Myocardial Infarction Risk. *Circ Cardiovasc Genet.* 2013 Aug; 6(4):372-80. PMID:23729007

47. Dastani Z, Johnson T, Kronenberg F, Nelson CP, Assimes TL, März W; **CARDIoGRAM** Consortium; ADIPOGen Consortium, Richards JB. The shared allelic architecture of adiponectin levels and coronary artery disease. *Atherosclerosis.* 2013 Jul; 229(1):145-8. Epub 2013 Apr 22. PMID: 23664276

48. Lieb W, Jansen H, **CARDIoGRAM Consortium (incl. Roberts R),** et al. Genetic predisposition to higher blood pressure increases coronary artery disease risk. *Hypertension.* 2013 May; 61(5):995-1001. PMID:23478099

49. Codd V, et al, **CARDIoGRAM Consortium (incl. Roberts R).** Identification of seven loci affecting mean telomere length and their association with disease. *Nat Genet.* 2013 Apr; 45(4):422-7. PMID: 23535734

50. Reiner AP, Hartiala J, **CARDIoGRAM Consortium (incl. Roberts R),** et al. Genome-wide and Gene-Centric Analyses of Circulating Myeloperoxidase Levels in the CHARGE and CARe Consortia. *Hum Mol Genet.* 2013 Apr 24. PMID:23620142

51. Ganesh SK, Tragante V, **CARDIoGRAM Consortium (incl. Roberts R),** et al. Loci influencing blood pressure identified using a cardiovascular gene-centric array. *Hum Mol Genet.* 2013 Apr 15; 22(8):1663-78. PMID:23303523

52. Hoed M, Eijgelsheim M, **CARDIoGRAM Consortium (incl. Roberts R),** et al. Identification of heart rate-associated loci and their effects on cardiac conduction and rhythm disorders. *Nat Genet.* 2013 Apr 14. PMID:23583979

53. Song C, Pedersen NL, Reynolds CA, Sabater-Lleal M, Kanoni S, Willenborg C; **CARDIoGRAMplusC4D Consortium, (incl. Roberts R),** et al. Genetic variants from lipid-related pathways and risk for incident myocardial infarction. *PLoS One.* 2013; 8(3):e60454. PMID:23555974

54. Huan T, Zhang B, Wang Z, **CARDIoGRAM Consortium (incl. Roberts R**), et al. A Systems Biology Framework Identifies Molecular Underpinnings of Coronary Heart Disease. *Arterioscler Thromb Vasc Biol.* 2013 Mar 28. PMID:23539213

55. Olden M, Teumer A, Bochud M, CARDIoGRAM Consortium **(including Roeberts R)**, et al. Overlap Between Common Genetic Polymorphisms Underpinning Kidney Traits and Cardiovascular Disease Phenotypes: The CKDGen Consortium. *Am J Kidney Dis.* 2013 Mar 6. PMID:23474010

56. Köttgen A, Albrecht E, **CARDIoGRAM Consortium (incl. Roberts R),** et al. Genome-wide association analyses identify 18 new loci associated with serum urate concentrations. *Nat Genet.* 2013 Feb; 45 (2):145-54. PMID:23263486

57. Deloukas P, **CARDIoGRAMplusC4D Consortium (incl. Roberts R),** et al. Large-scale association analysis identifies new risk loci for coronary artery disease. *Nature Genet*ics 2013 Jan; 45(1):25-33. PMID:23202125

58. Rivera NV, Carreras-Torres R, Roncarati R, Viviani-Anselmi C, De Micco F, Mezzelani A, Koch W, Hoppmann P, Kastrati A, Stewart AF, Chen L, **Roberts R,** et al. Assessment of the 9p21.3 locus in severity of coronary artery disease in the presence and absence of type 2 diabetes. *BMC Med Genet.* 2013 Jan 23; 14:11. PMID: 23343465

59. Almontashiri NA, Fan M, Cheng BL, Chen HH, **Roberts R,** Stewart AF. Interferon-y activates expression of p15 and p16 regardless of 9p21.3 coronary artery disease risk genotype. *J Am Coll Cardiol.* 2013 Jan;61(2):143-7 PMID: 23199516

60. Yu B, Barbalic M, **CARDIoGRAM Consortium (incl. Roberts R),** et al. Association of genome-wide variation with highly sensitive cardiac troponin-T levels in European Americans and Blacks: a meta-analysis from atherosclerosis risk in communities and cardiovascular health studies. *Circ Cardiovasc Genet.* 2013 Feb;6(1):82-8.PMID: 23247143

61. Huang J, Sabater-Lleal M, **CARDIoGRAM Consortium (incl. Roberts R),** et al. Genome-wide association study for circulating levels of PAI-1 provides novel insights into its regulation. *Blood.* 2012 Dec 6; 120(24):4873-81. PMID: 22990020.

62. Tang WH, Hartiala J, Fan Y et al **(incl. Roberts R)**. Clinical and Genetic Association of Serum Paraoxonase and Arylesterase Activities with Cardiovascular Risk. *Arterioscler Thromb Vasc Biol* 2012 Nov; 32(11):2803-2812. PMID: 22982463.

63. Lu X, Wang L, **CARDIoGRAM** et al. Genome-wide association study in Han Chinese identifies four new susceptibility loci for coronary artery disease. *Nat Genet* 2012 Aug;44(8):890-4. PMID:22751097.

64. Voight BF, Peloso GM, Orho-Melander M et al **(incl. Roberts R)**. . Plasma HDL cholesterol and risk of myocardial infarction: a Mendelian randomization study. *Lancet* 2012; 380(9841):572-580. PMID: 22607825.

65. Lu Y, Boer JM, Barsova RM, Favorova O, Goel A, Müller M, Feskens EJ; PROCARDIS CARDIoGRAM Consortium **(incl. Roberts R)**, et al. TGFB1 genetic polymorphisms and coronary heart disease risk: a meta-analysis. *BMC Med Genet.* 2012 May 18;13:39.PMID: 22607024

66. Dastani Z, Hivert MF, Timpson N et al **(incl. Roberts R).** Novel loci for adiponectin levels and their influence on type 2 diabetes and metabolic traits: a multi-ethnic meta-analysis of 45,891 individuals. *PLoS Genet* 2012;8(3):e1002607. PMID:22479202.

67. Clarke R, et al **(including Roberts R).** Homocysteine and coronary heart disease: meta-analysis of MTHFR case-control studies, avoiding publication bias. *PLoS Med* 2012 Feb; 9(2):e1001177. PMID: 22363213.

68. Demirkan A, et al **(including Roberts R).** Genome-wide association study identifies novel loci associated with circulating phospho-and sphingolipid concentrations. *PLoS Genet* 2012 Feb; 8(2):e1002490. PMID:22359512

69. Tang WH, Wu Y, Hartiala J, Fan Y, Stewart AF, **Roberts R,** McPherson R, Fox PL, Allayee H, Hazen SL. Clinical and genetic association of serum ceruloplasmin with cardiovascular risk. *Arterioscler Thromb Vasc Biol* 2012Feb; 32(2):516-22. PMID:22075249

70. Davies RW, Wells GA, Stewart AF et al **(including Roberts R).** . A genome-wide association study for coronary artery disease identifies a novel susceptibility locus in the major histocompatibility complex. *Circ Cardiovasc Genet* 2012 April; 5(2):217-225. PMID:22319020

71. Xiangfeng L, Want L, Chen S et. Al **(including Roberts R).** Genome-wide association study in Han Chienes identifies four new susceptibility loci for coronary artery disease. *Nat Genet.* 2012 August; 44(8):890-894. PMID:22751097

72. Fox C, et al., **CARDIoGRAM Consortium (incl. Roberts R.).** Genome-wide association of pericardial fat identifies a unique locus for ectopic fat. *PLoS genetics*, 2012 May; *8*(5), e1002705. doi:10.1371/journal.pgen.1002705

73. Pattaro C, et al., **CARDIoGRAM Consortium (incl. Roberts R.).** Genome-wide association and functional follow-up reveals new loci for kidney function. *PLoS genetics*, 2012 Mar; *8*(3), e1002584. doi:10.1371/journal.pgen.1002584

74. Grallert H, Dupuis J, Bis JC et al **(including Roberts R).** Eight genetic loci associated with variation in lipoprotein-associated phospholipase A2 mass and activity and coronary heart disease: meta-analysis of genome-wide association studies from five community-based studies. *Eur Heart J* 2012 Jan; 33(2):238-251. PMID:22003152

75. CARDIoGRAM Et., Al. Meta-analysis of genome-wide association studies from the CHARGE consortium identifites common variants associated with carotid intima media thickness and plaque. *Nature Genetics.* 2012 October: Vol 43. Number 10.

76. Wain LV, et. al. **CARDIoGRAM Consortium (incl. Roberts R).** Genome-wide association study identifies six new loci influencing pulse pressure and mean arterial pressure. *Nat Genet.* 2011 Sep; 43(10):1005-11. PMID: 21909110

77. Schunkert H, et al. (including **Roberts R** as author and member of the writing committee). Large-scale association analysis identifies 13 new susceptibility loci for coronary artery disease. *Nat Genet* 2011 April; 43(4):333-8. PMID:21378990

78. Ehret GB, Munroe PB, Rice KM, Bochud M, Johnson AD, Chasman DI **(including Roeberts R).** Genetic variants in novel pathways influence blood pressure and cardiovascular disease risk. *Nature* 2011: 478(7367); –109. PMID:21909115

79. Herder C, Peeters W, Illig T et al **(including Roberts R).** RANTES/CCL5 and risk for coronary events: results from the MONICA/KORA Augsburg case-cohort, Athero-Express and CARDIoGRAM studies. *PLoS One* 2011; 6(12):e25734. PMID:22162987

80. IBC 50K CAD Consortium **(including Roeberts R).** Large-scale gene-centric analysis identifies novel variants for coronary artery disease. *PLoS Genet* 2011; 7(9):e1002260. PMID:21966275

81. Bown MJ, Jones GT, CARDIoGRAM Consortium **(including Roberts R),** et al. Abdominal aortic aneurysm is associated with a variant in low-density lipoprotein receptor-related protein 1. *Am J Hum Genet.* 2011 Nov11; 89(5):619-27. PMID: 22055160

82. Johnson T, Gaunt TR, Newhouse SJ et al. Blood pressure loci identified with a gene-centric array. *Am J Hum Genet* 2011; 89(6):688-700. PMID:22100073

83. Strawbridge RJ, Dupuis J, Prokopenko I et al. Genome-wide association identifies nine common variants associated with fasting proinsulin levels and provides new insights into the pathophysiology of type 2 diabetes. *Diabetes* 2011; 60(10):2624-2634. PMID:21873549

84. Chambers JC, Zhang W, Sehmi J et al. Genome-wide association study identifies loci influencing concentrations of liver enzymes in plasma. *Nat Genet* 2011; 43(11):1131-1138. PMID:22001757

85. Bis JC, Kavousi M, CARDIoGRAM Consortium **(including Roberts R),** et al. Meta-analysis of genome-wide association studies from the CHARGE consortium identifies common variants associated with carotid intima media thickness and plaque. *Nat Genet.* 2011 Sep 11; 43(10):940-7. PMID: 21909108

86. Lionel AC, Crosbie J, Barbosa N, et al **(including Roeberts R).** Rare Copy Number variation discovery and cross–disorder comparisons identify risk genes for attention deficit hyperactivity disorder. *Sci Transl Med* 2011; 3(95):95ra75. PMID:21832240

87. Lucas G, Lluis-Ganella C, Subirana I et al Post-genomic update on a classical candidate gene for coronary artery disease: ESR1. *Circ Cardiovasc Genet* 2011; 4(6):647-654. PMID:21984528

88. O'Donnell CJ, Kavousi M, Smith AV et al **(including Roeberts R).** Genome-wide association study for coronary artery calcification with follow-up in myocardial infarction. *Circulation* 2011; 124(25):2855-2864. PMID:22144573

89. Reilly MP, Li M, CARDIoGRAM Consortium **(including Roeberts R),** et al. Identification of ADAMTS7 as a novel locus for coronary atherosclerosis and association of ABO with myocardial infarction in the presence of coronary atherosclerosis: two genome–wide association studies. *Lancet* 2011; 377:383–392. PMID:21239051

90. Suhre K, Shin SY, CARDIoGRAM Consortium **(including Roeberts R),** et al. Human metabolic individuality in biomedical and pharmaceutical research. *Nature* 2011; 477(7362):54–60. PMID:21886157

91. Dandona S, Chen L, Fan M, Alam MA, Assogba O, Belanger M, Williams K, Wells GA, Tang WH, Ellis SG, Hazen SL, McPherson R, **Roberts R,** Stewart AF. The transcription factor GATA-2 does not associate with angiographic coronary artery disease in the Ottawa Heart Genomics and Cleveland Clinic GeneBank Studies. *Hum Genet* 2010:127(1):101–5. PMID:19885677

92. Dandona S, Stewart ARF, Chen L, Williams K, So D, O'Brien E, Glover C, LeMay M, Assogba O, Vo L, Wang Y–Q, Labinaz M, Wells GA, McPherson R, **Roberts R**. Gene Dosage of the Common Variant 9p21 predicts severity of Coronary Artery Disease. *J ACC* 2010; 56(6):479–486. PMID:20670758

93. Davies RW, Dandona S, Stewart AF et al. Improved prediction of cardiovascular disease based on a panel of single nucleotide polymorphisms identified through genome-wide association studies. *Circ Cardiovasc Genet* 2010;3(5):468-474. PMID:20729558

94. Noor A, Whibley A, Marshall CR et al. Disruption at the PTCHD1 Locus on Xp22.11 in Autism spectrum disorder and intellectual disability. *Sci Transl Med* 2010;2(49):49ra68. PMID:20844286

95. Preuss M, Konig IR, Thompson JR et al (**including Roberts R as author of CARDIoGRAM Consortuim**). Design of the Coronary Artery Disease Genome-Wide Replication and Meta-Analysis (CARDIoGRAM) Study: A Genome-wide association meta-analysis involving more than 22 000 cases and 60 000 controls. *Circ Cardiovasc Genet* 2010; 3(5):475-483. PMID:20923989

96. Soranzo N, **(international consortium of authors including Roberts R).** Common Variants at 10 Genomic Loci Influence Hemoglobin A$_1$(C) Levels via Glycemic and Nonglycemic Pathways. *Diabetes* 2010:59:3229–3239. PMID:20858683

97. Teslovich TM, et al **(including Roeberts R).** Biological, clinical and population relevance of 95 loci for blood lipids. *Nature* 2010 Aug 5; 466(7307):707-13. PMID:20686565

98. Waterworth DM, Ricketts SL, Song K, **Roberts R** et al. Genetic variants influencing circulating lipid levels and risk of coronary artery disease. *Arterioscler Thromb Vasc Biol* 2010;30:2264–2276 PMID: 20864672

99. Folmes KD, Chan AYM, Koonen DPY, Pulinilkunnil TC, Baczko,Istvan; Hunter,Beth E; Thorn,Stephanie; Allard,Michael F; **Roberts,R**; Gollob,Michael H; Light,Peter E; Dyck, Jason RB. Distinct Early Signaling Events Resulting From the Expression of the PRKAG2 R302Q Mutant of AMPK Contribute to Increased Myocardial Glycogen. *Circ Cardiov Genetics,* 2009;2(5)457–466 PMID: 20031621

100. Jarinova,O; Stewart,AFR; **Roberts R;** Wells,G; Lau P; Naing,T; Burerki,C; McLean,BW; Cook,RC; Parker,JS; McPherson,R. Functional Analysis of the Chromosome 9p213 Coronary Artery Disease Risk Locus. *Arterioscler Thromb Vasc Biol* 2009:29(10);1671–1677 PMID: 19592466

101. Soranzo N, Spector TD, Magino, Massimo, et al, **(Roberts R co-author involved with phenotyping and genotyping).** A genome–wide metaanalysis identifies 22 loci association with eight hematological parameters in the HaemGen consortium. *Nature Genetics* 2009:41(11);1182–1192 19820697

102. Stewart AFR, Dandona S, Chen L, Assogba O, Belander M, Ewart G, LaRose R, Doelle H, Williams K, Wells GA, McPherson R, **Roberts R.** Kinesin Family Member 6 Variant Trp719Arg Does not associate with angiographically defined Coronary Artery Disease in the Ottawa Heart Genomics Study. *J AM COLL CARDIOL* 2009, 53(16);1471–2 PMID: 19371834

103. Lombaridi R, Bell A, Senthil V, Sidhu J, Noseda M, **Roberts R,** Marian AJ. Differential Interactions of Thin Filament proteins in two cardiac Troponin T mouse models of hypertrophic and dilated cardiomyopathies. *Cardio Res* 2008, 79:109–117 PMID: 18349139

104. Daw EW, Chen SN, Czernuszewicz G, Lombardi R, Lu Y, Ma J, **Roberts R,** Shete S, Marian AJ. Genome Wide Mapping of Modifier Chromosomal Loci for Human Hypertrophic Cardiomyopathy. *Human Molecular Genetics* 2007:16(20);2463–2471 PMID:17652099

105. McPherson R, Pertsemlidis A, Kavaslar N, Stewart AFR, **Roberts R,** Cox D, Hinds D, Pennacchio L, Tybjaerg–Hansen A, Folsom A, Boerwinkle E, Hobbs H, Cohen J. A Common Allele on Chromosome 9 associated with Coronary Heart Disease. *Science* 2007:316;1488–1491 PMID:17478681

106. Osio A, Tan L, Chen SN, Lombardi R, Nagueh SF, Shete S, **Roberts R,** Willerson JT, Marian AJ. Myozenin 2 Is a Novel Gene for Human Hypertrophic Cardiomyopathy. *Circ Res* 2007:100;766–768 PMID: 17344775

107. Stewart A, McPherson R, Wells G, Rutberg J, Ewart G, Williams K, Kavaslar N, Doelle H, Hebert S, Naing T, Vo L, **Roberts R.** Ottawa Heart Genomics Study: The First Genome–wide Scan to Search for CAD Genes Utilizing 500,000 markers. *Circulation* 2006:114(16);II–56

108. Senthil V, Chen SN, Tsybouleva N, Halder T, Negueh SF, Willerson JT, **Roberts R,** Marian AJ. Prevention of Cardiac Hypertrophy by Atorvastatin in a Transgenic Rabbit Model of Human Hypertrophic Cardiomyopathy. *Cir Res* 2005;97:285–292

109. Sidhu JS, Rajawat YS, Rami TG, Gollob MH, Wang Z, Yuan R, Marian AJ, DeMayo FJ, Weilbacher D, Taffet GE, Davies JK, Carling D, Khoury DS, **Roberts R** . Transgenic Mouse Model of Ventricular preexcitation and atrioventricular reentrant tachycardia induced by an AMP–activated protein kinase loss–of–function mutation responsible for Wolff–Parkinson–White Syndrome. *Circulation* 2005;Jan 4;111(1):21–9

110. Appleton GO, Li Y, Taffet GE, Hartley CJ, Michael LH, Entman ML, **Roberts R,** Khoury DS. Determinants of Cardiac Electrophysiological Properties in Mice. *J Int Card Elec* 2004:11,5–14

111. Nagueh SF, Chen S, Patel R, Tsybouleva N, Lutucuta S, Kopelen HA, Zoghbi WA, Quinones MA, **Roberts R**, Marian AJ. Evolution of expression of cardiac phenotypes over a 4–year period in the beta–myosin heavy chain–Q403 transgenic rabbit model of human hypertrophic cardiomyopathy. *J Mol Cell Cardiol* 2004;36(5):663–673

112. Tsybouleva N, Zhang L, Chen S, Patel R, Lutucuta S, Nemoto S, DeFreitas, G, Entman M, Carabello BA, **Roberts R**, Marian AJ. Aldosterone, through novel signaling proteins, is a fundamental molecular bridge between the genetic defect and the cardiac phenotype of hypertrophic cardiomyopathy. *Circulation* 2004;109(10)1284-1291

113. Nagueh SF, McFalls J, Meyer D, Hill R, Zoghbi WA, Tam JW, Quinones MA, **Roberts R**, Marian AJ. Tissue Doppler imaging predicts the development of hypertrophic cardiomyopathy in subjects with subclinical disease. *Circulation* 2003;108:395–398

114. Gollob MH, Green MS, Tang AS, **Roberts R**. PRKAG2 cardiac syndrome: familial ventricular preexcitation, conduction system disease, and cardiac hypertrophy. *Curr Opin Cardiol* 2002;17(3):229-234 PMID:12015471

115. Gollob MH, **Roberts R**. AMP-activated protein kinase and familial Wolff-Parkinson-White syndrome: new perspectives on heart development and arrhythmogenesis. *Eur Heart J* 2002;23(9):609-610

116. Shah G, Brugada R, Gonzalez O, Czernuszewicz G, Gibbs RA, Bachinski L, **Roberts R**. The cloning, genomic organization and tissue expression profile of the human DLG5 gene. *BMC Genomics* 2002;3:6

117. Duanxiang L, Bachinski, LL, **Roberts R**. Genomic Organization and Isoform–Specific Tissue Expression of Human *NAPOR (CUGBP2)* as a Candidate Gene for Familial Arrhythmogenic Right Ventricular Dysplasia. *Genomics* 2001;74(3):396–401

118. Li D, Bachinski LL, **Roberts R**. Genomic organization and isoform-specific tissue expression of human NAPOR (CUGBP2) as a candidate gene for familial arrhythmogenic right ventricular dysplasia. Genomics. 2001 Jun 15;74(3):396-401. PMID: 11414768

119. Gollob MH, Green MS, Tang A, Ahmad F, Hassan A, Gollob T, Lozado R, Gonzales, O, Tapscott T, Karibe A, Begley D, Mohiddin S, Fananapazir L, Bachinski L, **Roberts R**. Identification of a gene responsible for familial Wolff–Parkinson–White Syndrome. *New Engl J Med* 2001; 344(24):1823–1831 PMID:11407343

120. Gollob MH, Seger JJ, Gollob T, Tapscott T, Gonzales O, Bachinski L, **Roberts R**. Novel PRKAG2 mutation responsible for the genetic syndrome of ventricular preexcitation and conduction system disease with childhood onset and absence of cardiac hypertrophy. *Circulation* 2001;104:3030–3033

121. Karibe A, Tobacman LS, Strand J, Butters C, Back N, Bachinski LL, Arai AE, Ortiz A, **Roberts R**, Homsher E, Fananapazir L. Hypertrophic cardiomyopathy caused by a novel alpha-tropomyosin mutation (V95A) is associated with mild cardiac

phenotype, abnormal calcium binding to troponin, abnormal myosin cycling, and poor prognosis. *Circulation.* 2001 Jan 2; 103(1):65-71. PMID: 11136687

122. Li D, Czernuszewicz G, Gonzalez O, Tapscott T, Karibe A, Durand J–B, Brugada R, Hill R, Gregoritch JM, Anderson JL, Quinones M, Bachinski L, **Roberts R**.  Novel cardiac troponin T mutation as a cause of familial dilated cardiomyopathy.  *Circulation* 2001;104:2188–2193

123. Li D, **Roberts R**.  WD-repeat proteins: structure characteristics, biological function, and their involvement in human diseases. *Cell Mol Life Sci* 2001 Dec; 58(14):2085-97. PMID: 11814058

124. Lim DS, Lutucuta S, Bachireddy P, Youker K, Evans A, Entman M, **Roberts R**, Marian AJ.  Angiotensin II blockade reverse myocardial fibrosis in transgenic mouse model of human hypertrophic cardiomyopathy. *Circulation* 2001 Feb 13;103(6):789-91.PMID: 11171784

125. Lim D–S, **Roberts R**, Marian AJ.  Expression profiling of cardiac genes in human hypertrophic cardiomyopathy:  Insights into the pathogenesis of phenotypes. *J Am Coll Cardiol* 2001;38:1175–1180

126. Nagueh SF, Bachinski LL, Meyer D, Hill, Zoghbi,WA, Tam JW, Quinones MA, **Roberts R**.  Tissue Doppler Imaging Consistently Detects Myocardial Abnormalities in Patients with Hypertrophic Cardiomyopathy and Provides a Novel Means for an Early Diagnosis Before and Independently of Hypertrophy.  *Circulation* 2001;104(2):128–130

127. Natarajan A, Yamagishi H, Ahmad F, Li D, **Roberts R**, Matsuoka R, Hill S, Srivastava D.  Human eHAND, but not dHAND, is down-regulated in cardiomyopathies. *J Mol Cell Cardiol*. 2001 Sep;33(9):1607-14.PMID: 11549340

128. Nagueh SF;Bachinski LL;Meyer D;Hill R;Zoghbi WA;Tam JW;Quinones MA;**Roberts R**;Marian AJ.  Simvastatin induces regression of cardiac hypertrophy and fibrosis and improves cardiac function in a transgenic rabbit model of human hypertrophic cardiomyopathy. *Circulation.* 2001 Jul 17; 104(3):317-24. PMID: 11457751

129. Mazur W, Nagueh SF, Lakkis NM, Middleton KJ, Killip D, **Roberts R**, Spencer WH 3rd. Regression of left ventricular hypertrophy after nonsurgical septal reduction therapy for hypertrophic obstructive cardiomyopathy. *Circulation.* 2001 Mar 20; 103(11):1492-6. PMID: 11257074

130. Ahmad F; Gonzales O; Ramagli L; Xu J; Siciliano MJ; Bachiniski LL; **Roberts R**.  Identification and characterization of a novel gene (C4orf5) located on human chromosome 4q with specific expression in cardiac and skeletal muscle.  *Genomics* 2000;70(3):347–353

131. Gonzalez O, Bachinski LL, **Roberts R**.  Human protein tyrosine phosphatase-like gene: expression profile, genomic structure, and mutation analysis in families with ARVD.  *Gene* 2000;256(1-2):237-243

132. Li D, Ahmad F, Gardner MJ, Weilbaecher D, Hill R, Karibe A, Gonzalez O, Tapscott T, Sharrat GP, Bachinski LL, **Roberts R**.  The locus of a novel gene responsible for arrhythmogenic right-ventricular dysplasia characterized by early onset and high penetrance maps to chromosome 10p12-p14.  *Am J Hum Genet* 2000; 66:148–156  PMID:10631146

133. Li D, Burch P, Gonzalez O, Kashork CD, Shaffer LG, Bachinski LL, **Roberts R**.  Molecular cloning, expression analysis, and chromosome mapping of WDR6, a novel human WD-repeat gene.  *Biochem Biophys Res Commun* 2000,6:117–123

134. Lim D, Oberst L, McCluggage M, Youker K, Lacy J, DeMayo F, Entman ML, **Roberts R**, Michael LH, Marian AJ. Decreased left ventricular ejection fraction in transgenic mice expressing mutant cardiac troponin T-Q (92), responsible for human hypertrophic cardiomyopathy.  *J Mol Cell Cardiol* 2000, 32(3):365–374

135. Nagueh SF, Kopelen HA, Lim DS, Zoghbi WA, Quinones MA, Robert R, Marian AJ.  Tissue Doppler imaging consistently detects myocardial contraction and relaxation abnormalities, irrespective of cardiac hypertrophy, in a transgenic rabbit model of human hypertrophic cardiomyopathy.  *Circulation* 2000;102:1346–1350

136. Patel R, Lim D–S, Reddy D, Nagueh SF, Lutucuta S, Sole MJ, Zoghbi WA, Quinones MA, **Roberts R**, Marian AJ.  Variants of trophic factors and expression of cardiac hypertrophy in patients with hypertrophic cardiomyopathy  *J Mol Cell Cardiol* 2000;32(12):2369–2377

137. Li D, Tapscott T, Gonzales O, Burch PE, Quinones MA, Zoghbi WA, Hill R, Bachinski LL, Mann DL, **Roberts R**.  Desmin mutation responsible for idiopathic dilated cardiomyopathy. *Circulation* 1999;100:461–464

138. Marian AJ, Wu Y, Lim D–S, McCluggage M, Youker K, Yu Q–T, Brugada R, DeMayo F Quiñones M, **Roberts R**.   A transgenic rabbit model for human hypertrophic cardiomyopathy. *J Clin Invest* 1999 Dec; 104(12):1683-92. PMID:10606622

139. Ahmad F, Li D, Karibe A, Gonzalez O, Tapscott T, Hill R, Weilbaecher D, Blackie P, Furey M, Gardner M, Bachinski LL, **Roberts R**.  Localization of a gene responsible for arrhythmogenic right ventricular dysplasia to chromosome 3p23.  *Circulation* 1998;98:2791–2795  PMID:9860777

140. Niimura H, Bachinski LL, Watkins H, Thierfelder L, Chudley AE, Anastasakis A, Toutouzas P, Elstein L,  Liew C–C, Liew J, Mably J, Rakowski H, Wigle ED, Zhao M, McKenna W, Sole M, **Roberts R**, Seidman JG, Seidman CE.   Mutations in the gene for cardiac myosin–binding protein C and late onset familial hypertrophic cardiomyopathy. *N Engl J Med*  1998: 338: 1248–1257

141. Oberst L, Zhao G, Park JT, Brugada R, Michael L, Entman ML, **Roberts R**.  Dominant–negative effect of a mutant cardiac troponin T on cardiac structure and function in transgenic mice. *J Clin Invest* 1998;102(8):1498–1505

142. Bachinski LL, Abchee A, Durand J–B, **Roberts R**, Krahe R, Hobson GM.  Polymorphic trinucleotide repeat in the MEF2A gene at 15q26 is not expanded in familial cardiomyopathies.  *Mol Cell Probes* 1997;11(1):55–58

143. Brugada R, Kelsey W, Lechin M, Zhao G, Yu QT, Zoghbi W, Quinones M, Elstein E, Omran A, Rakowski H, Wigle D, Liew CC, Sole M, **Roberts R**, Marian AJ.  Role of candidate modifier genes on the phenotypic expression of hypertrophy in patients with hypertrophic cardiomyopathy. *J Investig Med* 1997; 45(9):542–551

144. Brugada R, Tapscott T, Czernuszewicz GZ, Marian AJ, Iglesias A, Mont L, Brugada J, Girona J, Domingo A, Bachinski LL, **Roberts R**.  Identification of a genetic locus for familial atrial fibrillation.  *N Engl J Med* 1997;336(13):905–911  PMID:9070470

145. Ishikawa Y, Saffitz JE, Mealman JE, Grace AM, **Roberts R**.  Reversible myocardial ischemic injury is not associated with increased creatine kinase activity in plasma. *Clin Chem* 1997;43:467–475

146. Marian AJ, Zhao G, Seta Y, **Roberts R**, Yu Q–T. Expression of a mutant (Arg92Gln) human cardiac Troponin T, known to cause hypertrophic cardiomyopathy, impairs adult cardiac myocyte contractility. *Circ Res* 1997;18:1; 76–85

147. **Roberts R**, Timchenko NA, Miller JW, Reddy S, Caskey CT, Swanson MS, Timchenko LT. Altered phosphorylation and intracellular distribution of a (CUG) n triplet repeat RNA-binding protein in patients with myotonic dystrophy and in myotonin protein kinase knockout mice. *Proc Natl Acad Sci U S A.* 1997 Nov 25; 94(24):13221-6. PMID:9371827

148. Bowles KR, Gajarski R, Porter P, Goytia V, Bachinski L, **Roberts R**, Pignatelli R, Towbin JA. Gene mapping of familial autosomal dominant dilated cardiomyopathy to chromosome 10q21–23. *J Clin Invest* 1996;98:1355–1360

149. Timchenko LT, Miller JW, Timchenko NA, DeVore DR, Datar KV, Lin L, **Roberts R**, Caskey CT, Swanson MS. Identification of a (CUG) *n* triplet repeat RNA–binding protein and its expression in myotonic dystrophy. *Nucleic Acids Research* 1996; 24 (22):4407–4414

150. Timchenko LT, Timchenko NA, Caskey CT, **Roberts R**. Novel proteins with binding specificity for DNA CTG repeats and RNA CUG repeats: implications for myotonic dystrophy. *Hum Mol Genet.* 1996 Jan;5(1):115-21.PMID:8789448

151. Yu QT, Safavi F, **Roberts R**, Marian AJ. A variant of b fibriniogen is a genetic risk factor for coronary artery disease and myocardial infarction. *J Investig Med* 1996; 44:154–159

152. Chen L, **Roberts R**, Friedman D. Expression of brain–type creatine kinase and ubiquitous mitochondrial creatine kinase in the fetal rat brain: Evidence for a nuclear energy shuttle. *J Comp Neuro* 1995;363(3):389–401

153. Durand JB, Bachinski LL, Beiling L, Czernuszewicz GZ, Abchee AB, Yu QT, Tapscott T, Hill R, Ifegwu J, Marian AJ, Brugada R, Daiger S, Gregortich JM, Quinones M, Anderson J, Towbin JA, **Roberts R**. Localization of a gene responsible for familial idiopathic dilated cardiomyopathy to chromosome 1q32. *Circulation.* 1995 Dec 15; 92(12):3387-9. PMID:8521556

154. Lechin M, Quiñones MA, Omran A, Hill R, Yu QT, Rakowski H, Wigle D, Liew CC, Sole M, **Roberts R**, et al. Angiotensin-I converting enzyme genotypes and left ventricular hypertrophy in patients with hypertrophic cardiomyopathy. Circulation. 1995 Oct 1;92(7):1808-12.PMID: 7671365

155. Marian AJ, Mares A, Jr, Kelly DP, Yu QT, Abchee AB, Hill R, **Roberts R**. Sudden cardiac death in hypertrophic cardiomyopathy: Variability in phenotypic expression of beta–myosin heavy chain mutations. *Eur Heart J* 1995:16(3):368–376

156. Marian AJ, Yu QT, Mann DL, Graham FL, **Roberts R**. Expression of a mutation causing hypertrophic cardiomyopathy in adult feline cardiocytes disrupts sarcomere assembly in adult feline cardiac myocytes. *Circ Res* 1995; 77(1):98–106

157. Schultz KR, Gajarski RJ, Pignatelli R et al **(including Roeberts R)**. Genetic heterogeneity in familial dilated cardiomyopathy. *Biochem Mol Med* 1995;56(2):87-93

158. Beohar N, Damaraju S, Prather A, Yu QT, Raizner A, Kleiman NS, **Roberts R**, Marian AJ. Angiotensin–I converting enzyme genotype DD is a risk factor for coronary artery disease. *J Clin Invest* 1995; 43(3):275–280

159. Anan R, Greve G, Thierfelder L, Watkins H, McKenna WJ, Solomon S, Vecchio C, Shono H, Nakao S, Tanaka H. Prognostic implications of novel beta cardiac myosin heavy chain gene mutations that cause familial hypertrophic cardiomyopathy. *J Clin Invest* 1994 January; 93(1):280-5.

160. French BA, Mazur W, Ali NM, Geske RS, Finnigan JP, Rodgers GP, **Roberts R**, Raizner AE. Percutaneous transluminal in vivo gene transfer by recombinant adenovirus in normal porcine coronary arteries, atherosclerotic arteriesm, and two models of coronary restenosis Circulation 1994; 90:2402–2413

161. Friedman DL, **Roberts R**. Compartmentation of brain-type creatine kinase and ubiquitous mitochondrial creatine kinase in neurons: evidence for a creatine phosphate energy shuttle in adult rat brain. *J Comp Neur* 1994 May 15; 343(3):500-11. PMID: 7517967

162. Greve G, Bachinski LL, Friedman DL, Czernuszewicz G, Anan R, Towbin JA, Seidman CE, **Roberts R**. Isolation of a *de novo* mutant myocardial bMHC protein in a pedigree with hypertrophic cardiomyopathy. *Hum Mol Genet* 1994;3:2073–2075

163. Lin L, Perryman MB, Friedman DL, **Roberts R**, Ma TS. Determination of the catalytic site of creatine kinase by site-directed mutagenesis. *Biochem Biophys Acta* 1994;1206(1):97–104

164. Ma TS, Brink PA, Perryman MB, **Roberts R**. Improved quantification with validation of multiple mRNA species by polymerase chain reaction: application to human myocardial creatine kinase M and B. *Cardiovasc Res* 1994;28:464–471

165. Sun JZ, Li XY, Sporn MB, Schneider MD, **Roberts R**, Bolli R. Effect of transforming growth factor–beta 1 on myocardial stunning in the intact dog. *J Mol Cell Cardiol* 1993;25:379–386

166. Yu QT, Ifegwu J, Marian AJ, Mares A, Jr, Hill R, Perryman MB, Bachinski LL, **Roberts R**. Hypertrophic cardiomyopathy mutation is expressed in mRNA of skeletal as well as cardiac muscle. *Circulation* 1993;87:406–412

167. Bies RD, Friedman DL, **Roberts R**, Perryman MB, Caskey CT. Expression and localization of dystrophin in human cardiac purkinje fibers. *Circulation* 1992;86:147–153

168. Bies RD, Phelps SF, Cortez MD, **Roberts R**, Caskey CT, Chamberlain JS. Human and murine dystrophin mRNA transcripts are differentially expressed during skeletal muscle, heart and brain development. *Nucleic Acids Res* 1992;20:1725–1731

169. Friedman DL, **Roberts R**. Purification and localization of brain–type creatine kinase in sodium chloride transporting epithelia of the spiny dogfish, Squalus Acanthias. *J Biol Chem* 1992;267:4270–4276

170. Marian AJ, Yu QT, Mares A, Jr, Hill R, **Roberts R**, Perryman MB: Detection of a new mutation in the b–myosin heavy chain gene in an individual with hypertrophic cardiomyopathy J Clin Invest 1992;90:2156–2165

171. Perryman MB, Yu QT, Marian AJ, Mares A, Jr, Czernuszewicz G, Ifegwu J, Hill R, **Roberts R**. Expression of a missense mutation in the mRNA for beta–myosin heavy chain in myocardial tissue in hypertrophic cardiomyopathy. *J Clin Invest* 1992;90:271–277

172. Vybiral T, Deitiker PR, **Roberts R**, Epstein HF. Accumulation and assembly of myosin in hypertrophic cardiomyopathy with the 403 Arg to Gln beta-myosin heavy chain mutation. *Circ Res.* 1992 Dec;71(6):1404-9.PMID:1423936

173. Vybiral T, Williams JK, Winkelman JC, **Roberts R**, Joe EH, Casey DL, Epstein HF. Human cardiac and skeletal muscle spectrins: Differential expression and localization. *Cell Motil Cytoskeleton* 1992;21:291–304

174. Black FM, Packer SE, Parker TG, Michael LH, **Roberts R**, Schwartz RJ, Schneider MD.  The vascular smooth muscle alpha-actin gene is reactivated during cardiac hypertrophy provoked by load.  *J Clin Invest.* 1991 Nov; 88(5):1581-8. PMID: 1834699

175. Hejtmancik JF, Brink PA, Towbin J, Hill R, Brink L, Tapscott T, Traktenbroit A, **Roberts R**.  Localization of gene for familial hypertrophic cardiomyopathy to chromosome 14q1 in a diverse US population. *Circulation* 1991;83:1592–97  PMID:2022018

176. Lacy JL, Layne WW, Guidry GW, Verani MS, **Roberts R** (NASA Project).  Development and clinical performance of an automated, portable tungsten-178/tantalum-178 generator.  *J Nucl Med* 1991;32:2158–2161

177. Lewandowski ED, Chari MV, **Roberts R**, Johnson LD.  NMR studies of beta-oxidation and short-chain fatty acid metabolism during recovery of reperfused hearts.  *Am J Physiol* 1991;30:H354–H363

178. Lewandowski ED, Johnston DL, **Roberts R**.  Effects of inosine on glycolysis and contracture during myocardial ischemia. *Circulation Res* 1991;68:578–587

179. Ma TS, Ifegwu J, Watts L, Siciliano MJ, **Roberts R**, Perryman MB.  Serial ALU sequence transposition interrupting a human B creatine kinase pseudogene.  *Genomics* 1991;10:390–399

180. Mares A, Jr, Ledbetter SA, Ledbetter DH, **Roberts R**, Hejtmancik JF.  Short communication. Isolation of a human chromosome 14-only somatic cell hybrid: Analysis using alu and LINE-based PCR.  *Genomics* 1991;11(1):215–218

181. Pieper CF, Lawrie G, Lacy JL, **Roberts R**, Pacifico A.  Experience with kapton based bipolar electrode arrays used during computerized intraoperative mapping.  *J Cardiovasc Electrophysiol* 1991;1:496–505

182. Pieper CF, Lawrie G, **Roberts R**, Pacifico A.  Bandwidth–induced errors in parameters used for automated activation time determination during computerized intraoperative cardiac mapping: theoretical limits.  *PACE* 1991;14:214–226

183. Bolli R, Hartley CJ, Chelly JE, Patel BS, Rabinovitz RS, Jeroudi MO, **Roberts R**, Noon G.  An accurate, nontraumatic ultrasonic method to monitor myocardial wall thickening in patients undergoing cardiac surgery.  *J AM COLL CARDIOL*1990;15:1055–1065

184. Kugiyama K, Kerns SA, Morrisett JD, **Roberts R**, Henry PD.  Impairment of endothelium-dependent arterial relaxation by lysolecithin in modified low-density lipoproteins.  *Nature* 1990;344:160–162

185. Patel BS, Jeroudi MO, O'Neil PG, **Roberts R**, Bolli R.  Effect of human recombinant superoxide dismutase on canine myocardial infarction.  *Am J Physiol* 1990;258:H369–H380

186. Puleo PR, Guadagno PA, **Roberts R**, Scheel MV, Marian AJ, Churchill D, Perryman MB.  Early diagnosis of acute myocardial infarction based on assay for subforms of creatine kinase–MB.  *Circulation* 1990;82(3):759–764

187. **Roberts R**. Determining the disappearance rate of creatine kinase (CK) in the dog. *Circulation* 1990;82(2):661-662

188. Bolli R, Jeroudi MO, Patel BS, DuBose CM, Lai EK, **Roberts R**, McCay PB.  Direct evidence that oxygen–derived free radicals contribute to postischemic myocardial dysfunction in the intact dog. *Proc Natl Acad Sci U S A* 1989;86:4695–99

189. Bolli R, Patel BS, Hartley CJ, Thornby JI, Jeroudi MO, **Roberts R**.  Nonuniform transmural recovery of contractile function in the stunned myocardium.  *Am J Physiol* 1989;257:H375–H385

190. Charlat ML, O'Neill PG, Hartley CJ, **Roberts R**, Bolli R.  Prolonged abnormalities of left ventricular diastolic wall thinning in the "stunned" myocardium in conscious dogs: time course and relation to systolic function. *J AM COLL CARDIOL.* 1989 Jan;13(1):185-94.PMID: 2909566

191. O'Neill PG, Charlat ML, Michael LH, **Roberts R**, Bolli R.  Influence of neutrophil depletion on myocardial function and flow after reversible ischemia.  *Am J Physiol* 1989;25:H341–H351

192. Puleo PR, Guadagno PA, **Roberts R**, Perryman MB.  Sensitive, rapid assay of subforms of creatine kinase MB in plasma.  *Clin Chem.* 1989 Jul; 35(7):1452-5.  PMID: 2758591

193. Bolli R, Zhu WX, Thornby JI, O'Neill PG, **Roberts R**.  Time course and determinants of recovery of function after reversible ischemia in conscious dogs.  *Am J Physiol* 1988;254:H102–H114

194. Lacy JL, Ball ME, Verani MS, Wiles HB, Babich JW, LeBlanc AD, Stabin M, Bolomey L, **Roberts R**. (NASA Project).  An improved tungsten-178/tantalum-178 generator system for high volume clinical applications.  *J Nucl Med* 1988 Sep; 29(9):1526-38. PMID: 3137317

195. Lacy JL, Verani MS, Ball ME, Boyce TM, Gibson RW, **Roberts R** (NASA Project).  First–pass radionuclide angiography using a multiwire gamma camera and tantalum–178.  *J Nucl Med* 1988;29:293–301

196. Perryman MB, Hejtmancik JF, Ashizawa T, Armstrong R, Lin SC, **Roberts R**, Epstein HF.  NcoI and TaqI RFLPs for human M creatine kinase (CKM).  *Nucleic Acids Res* 1988;16:8744

197. Ueno H, Perryman MB, **Roberts R**, Schneider MD.  Differentiation of cardiac myocytes after mitogen withdrawal exhibits three sequential states of the ventricular growth response  *J Cell Biol* 1988;107(5):1911-1918

198. Bennett WR, Yawn DH, Migliore PJ, Young JB, Pratt CM, Raizner AE, **Roberts R**, Bolli R.  Activation of the complement system by recombinant tissue plasminogen activator.  *J AM COLL CARDIOL*1987;10:627–632

199. Bolli R, Patel BS, Zhu W, O'Neill PG, Charlat ML, **Roberts R**.  The iron chelator desferrioxamine attenuates postischemic ventricular dysfunction.  *Am J Physiol* 1987;253:H1372–H1380

200. Bolli R, Zhu W, Hartley CJ, Michael LH, Repine JE, Hess ML, Kureja RC, **Roberts R**.  Attenuation of dysfunction in the postischemic stunned myocardium by dimethylthiourea.  *Circulation* 1987;76:458–468

201. Charlat ML, O'Neill PG, Egan JM, Abernethy DR, Michael LH, Myers ML, **Roberts R**, Bolli R.  Evidence for a pathogenetic role of xanthine oxidase in the stunned myocardium.  *Am J Physiol* 1987;252:H566–H577

202. Mulvagh SL, Michael LH, Perryman MB, **Roberts R**, Schneider MD.  A hemodynamic load in vivo induces cardiac expression of the cellular oncogene, c–myc.  *Biochem Biophys Res Commun* 1987;147:627–636

203. O'Neill PG, Charlat ML, Kim HS, Pocius J, Michael LH, Hartley CJ, Zhu WX, **Roberts R**, Bolli R. Lipoxygenase inhibitor nafazatrom fails to attenuate postischaemic ventricular dysfunction. *Cardiovasc Res.* 1987 Oct; 21(10):755-60. PMID: 3125975

204. Payne PA, Olson EN, Hsiau P, **Roberts R**, Perryman MB, Schneider MD.  An activated c–Ha–ras allele blocks the induction of muscle–specific genes whose expression is contingent on mitogen withdrawal.  *Proc Natl Acad Sci USA* 1987;84:8956–8960

205. Sartori M, Henry PD, Sauerbrey R, Tittel FK, Weilbaecher D, **Roberts R**. Tissue interactions and measurement of ablation rates with UV and visible lasers in canine and human arteries. *Lasers Surg Med* 1987;7:300–306

206. Sartori MP, Sauerbrey RA, Kubodera S, Tittel FK, **Roberts R**, Henry PD. Autofluorescence maps of atherosclerotic human arteries: A new technique in medical imaging. *J Quantum Electron* 1987;23:1794–1797

207. Schneider MD, Perryman MB, Payne PA, Spizz G, **Roberts R**, Olson EN. Autonomous expression of c-myc in BC3H1 cells partially inhibits but does not prevent myogenic differentiation. *Mol Cell Biol* 1987;7(5):1973-1977

208. Schneider MD, Perryman MB, Payne PA, Spizz G, **Roberts R**, Olson EN. Autonomous c–myc expression in transfected muscle cells does not prevent myogenic differentiation. *Mol Cell Biol* 1987;7:1973–1977

209. Villarreal–Levy G, Ma TS, Kerner SA, **Roberts R**, Perryman MB. Human creatine kinase: Isolation and sequence analysis of cDNA clones for the B subunit, development of subunit specific probes and determination of gene copy number. *Biochem Biophys Res Commun* 1987;144:1116–1127

210. Zoghbi WA, Charlat ML, Bolli R, Kopelen H, Hartley CJ, **Roberts R**, Quiñones MA. End–systolic radius to thickness ratio: An echocardiographic index of regional performance during reversible myocardial ischemia in the conscious dog. *J AM COLL CARDIOL* 1987;10:1113–1121

211. Bolli R, Myers ML, Zhu WX, **Roberts R**. Disparity of reperfusion arrhythmias after reversible myocardial ischemia in open chest and conscious dogs. *J AM COLL CARDIOL* 1986;7:1047–1056

212. Myers ML, Bolli R, Lekich RF, Hartley CJ, **Roberts R**. N–2–mercaptopropionylglycine improves recovery of myocardial function following reversible regional ischemia. *J AM COLL CARDIOL* 1986;8:1161–1168

213. Perryman MB, Kerner SA, Bohlmeyer TJ, **Roberts R**. Isolation and sequence analysis of a full–length cDNA for human M creatine kinase. *Biochem Biophys Res Commun* 1986;140:981–989

214. Rokey R, Verani MS, Bolli R, Kuo LC, Ford JJ, Wendt RE, Schneiders NJ, Bryan RN, **Roberts R**. Myocardial infarct size quantification by MR imaging early after coronary artery occlusion in dogs. *Radiology.* 1986 Mar; 58(3):771-4. PMID: 3945752

215. Schneider MD, Payne PA, Ueno H, Perryman MB, **Roberts R**. Dissociated expression of c-myc and a fos-related competence gene during cardiac myogenesis. *Mol Cell Biol* 1986 November; 6(11): 4140–4143. PMID: 3796601

216. Zhu W, Bolli R, Myers ML, Hartley CJ, **Roberts R**. Validation of a single crystal for measurement of transmural and epicardial thickening. *Am J Physiol* 1986;20:H1045–H1055

217. Basson CT, Grace AM, **Roberts R**. Enzyme kinetics of a highly purified mitochondrial creatine kinase in comparison with cytosolic forms. *Mol Cell Biochem* 1985;67:151–159

218. Bolli R, Zhu WX, Myers HL, Hartley CJ, **Roberts R**. Beta–adrenergic stimulation reverses postischemic myocardial dysfunction without producing subsequent functional deterioration. *Am J Cardiol* 1985;56:964–968

219. Michael LH, Hunt J, Weilbaecher D, Perryman MB, **Roberts R**, Lewis RM, Entman ML. CK and glycogen phosphorylase in cardiac lymph: Coronary occlusion and reperfusion. *Am J Physiol* 1985;17:H350–H359

220. Myers ML, Bolli R, Lekich RF, Hartley CJ, **Roberts R**. Enhancement of recovery of myocardial function by oxygen free–radical scavengers after reversible regional ischemia. *Circulation* 1985;72:915–921

221. Perryman MB, Knell JD, Ifegwu J, **Roberts R**. Identification of a 43–kDa polypeptide associated with the acetylcholine receptor enriched membranes as MM creatine kinase. *J Biol Chem* 1985;260:9399–9404

222. Bolli R, Kuo LC, **Roberts R**. Influence of acute arterial hypertension on myocardial infarct size in dogs without left ventricular hypertrophy. *J AM COLL CARDIOL* 1984;4:522–528

223. Fukuyama T, Sobel BE, **Roberts R**. Microvascular deterioration: Implications for reperfusion. *Cardiovasc Res* 1984;18:310–320

224. George S, Ishikawa Y, Perryman MB, **Roberts R**. Purification and characterization of naturally occurring and in vitro induced multiple forms of MM creatine kinase. *J Biol Chem* 1984;259:2667–2674

225. Perryman MB, Knell JD, **Roberts R**. Carboxypeptidase–catalyzed hydrolysis of C×terminal lysine: Mechanism for in vivo production of multiple forms of creatine kinase in plasma. *Clin Chem* 1984;30:662–664

226. Perryman MB, Knell JD, **Roberts R**. Molecular mechanism for the production of multiple forms of MM creatine kinase. *Experientia* 1984;40:1275–1277

227. Grace AM, Perryman MB, **Roberts R**. Purification and characterization of human mitochondrial creatine kinase A single enzyme form. *J Biol Chem* 1983;258:15346–15354

228. Perryman MB, Strauss AW, Buettner TL, **Roberts R**. Molecular heterogeneity of creatine kinase isoenzymes. *Biochem Biophys Acta* 1983;747:284–290

229. Perryman MB, Strauss AW, Olson J, **Roberts R**. In vitro translation of canine mitochondrial creatine kinase messenger RNA. *Biochem Biophys Res Commun* 1983;110(3):967–972 PMID:6838563

230. Grace A, **Roberts R**. Improved procedures for purification of human and canine creatine kinase isoenzymes. *Clin Chim Acta* 1982;123:59–71

231. Karlsberg RP, Cryer PE, **Roberts R**. Serial plasma catecholamine response early in the course of clinical acute myocardial infarction: relationship to infarct extent and mortality. *Am Heart J* 1981 Jul; 102(1):24-9.

232. Ritter CS, Mumm SR, **Roberts R**. Improved radioimmunoassay for creatine kinase isoenzymes in plasma. *Clin Chem* 1981;27:1878–1887

233. **Roberts R**, Parker CW. Radioimmunoassay of creatine kinase isoenzymes. *Methods Enzymol* 1981;74:198–209

234. Fukuyama T, **Roberts R**. The effect of intravenous nitroglycerin on coronary blood flow and infarct size during myocardial infarction in conscious dogs. *Clin Cardiol* 1980;3:317–323

235. Herman CA, **Roberts R**. Purification and immunological characterization of human myocardial MB creatine kinase. *Anal Biochem* 1980;106:244–252

236. Mogelson S, Davidson J, Sobel BE, **Roberts R**. The effect of hyperbaric oxygen on infarct size in the conscious animal. *Eur J Cardiol* 1980;12:135–146

237. **Roberts R**, Grace AM. Purification of Mitochondrial creatine kinase: Biochemical and immunological characterization. *J Biol Chem* 1980;225:2870–2877

238. **Roberts R**. Purification of canine myocardial mitochondrial creatine kinase. *Experientia* 1980;36:632–634

239. Karlsberg RP, Penkoske PA, Cryer PE, Corr PB, **Roberts R**. Rapid activation of the sympathetic nervous system following coronary artery occlusion: Relation to infarct size, site and hemodynamic impact. *Cardiovasc Res* 1979;13:523–531

240. Clark GL, Robison AK, Gnepp DR, **Roberts R**, Sobel BE. Effects of lymphatic transport of enzyme on plasma CK time–activity curves after myocardial infarction. *Circulation* 1978;43:162–169

241. Henry PD, Shuchleib R, Borda LJ, **Roberts R**, Williamson JR, Sobel BE. Effects of nifedipine on myocardial perfusion and ischemic injury in dogs. *Circulation Res* 1978;43:372–380

242. Karlsberg RP, **Roberts R**. Effect of altered thyroid function on plasma creatine kinase clearance in the dog. *Am J Physiol* 1978;235:E614–E618

243. **Roberts R**, Sobel BE, Parker CW. Immunologic detection of myocardial infarction with a radioimmunoassay for MB creatine kinase. *Clin Chim Acta* 1978;83:141–149

244. West PN, Connors JP, Clark RE, Weldon CS, Ramsey DL, **Roberts R**, Sobel BE, Williamson JR. Compromised microvascular integrity in ischemic myocardium. *Lab Invest* 1978;38:677–684

245. Karlsberg RP, Henry PD, Ahmed SA, Sobel BE, **Roberts R**. Lack of protection of ischemic myocardium by verapamil in conscious dogs. *Eur J Pharmacol* 1977;42:339–346

246. Painter A, RobertsR. Quantification of creatine kinase isoenzymes by a radioimmunoassay. *Mol Cell Biochem* 1977;18:63–70 b

247. **Roberts R**, Painter A. Radioimmunoassay for canine creatine kinase isoenzymes. *Biochem Biophys Acta* 1977;480:521–526

248. **Roberts R**, Sobel BE. Effect of selected drugs and myocardial infarction on the disappearance of creatine kinase from the circulation in conscious dogs. *Cardiovasc Res* 1977;11:103–112

249. Sobel BE, Markham J, Karlsberg RP, **Roberts R**. The nature of disappearance of creatine kinase from the circulation and its influence on enzymatic estimation of infarct size. *Circulation Res* 1977;41(6):836–844

250. Sobel BE, Markham J, **Roberts R**. Factors influencing enzymatic estimates of infarct size. *Am J Cardiol* 1977;39:130–132

251. Ahmed SA, Williamson JR, **Roberts R**, Clark RE, Sobel BE. The association of increased plasma MB CPK activity and irreversible ischemic myocardial injury in the dog. *Circulation* 1976;54:187–193

252. Carlson E, **Roberts R**, Sobel BE. Preparation of individual CPK isoenzymes from myocardium and brain. *J Mol Cell Cardiol* 1976;8(2):159-167

253. Kulkarni PS, **Roberts R**, Needleman P. Paradoxical endogenous synthesis of a coronary dilating substance from arachidonate. *Prostaglandins* 1976;12:337–353

254. Markham J, Karlsberg RP, **Roberts R**, Sobel BE. Mathematical characterization of kinetics of native and purified creatine kinase in plasma. In *Computers in Cardiology Long Beach, IEEE Computer Society,* 1976

255. **Roberts R**, Sobel BE, Parker CW. Radioimmunoassay for creatine kinase isoenzymes. Science 1976;194:855–857 PMID:982049

256. Sobel BE, **Roberts R**, Larson KB Considerations in the use of biochemical markers of ischemic injury. *Circ Res* 1976;38(5 Suppl 1):I99-108

257. Henry PD, **Roberts R**, Sobel BE. Rapid separation of plasma creatine kinase isoenzymes by batch absorption with glass beads. *Clin Chem* 1975;21:844–849

258. **Roberts R**, Henry PD, Sobel BE. An improved basis for enzymatic estimation of infarct size. *Circulation* 1975;52:743–754

259. Bresnahan GF, **Roberts R**, Shell WE, Ross J, Jr, Sobel BE. Deleterious effects due to hemorrhage after myocardial reperfusion. *Am J Cardiol* 1974;33:82–86

260. **Roberts R**, Henry PD, Witteveen SAGJ, Sobel BE. Quantification of serum creatine phosphokinase (CPK) isoenzyme activity. *Am J Cardiol* 1974;33:650–654 PMID: 4150703

## Original Manuscripts in Clinical Research

261. Arbustini E, Narula N, Dec GW, Reddy KS, Greenberg B, Kushwaha S, Marwick T, Pinney S, Bellazzi R, Favalli V, Kramer C, **Roberts R,** Zoghbi WA, Bonow R, Tavazzi L, Fuster V, Narula J. The MOGE(S) classification for a phenotype-genotype nomenclature of cardiomyopathy: Endorsed by the world heart federation. *J Am Coll Cardiol.* 2013 Dec 3; 62(22):2046-72. PMID: 24263073, *Erratum in: J Am Coll Cardiol.* 2014 Jan 21; 63(2):191-4*Based Med* 2008;13(6):175

262. Arbustini E, Narula N, Dec GW, Reddy KS, Greenberg B, Kushwaha S, Marwick T, Pinney S, Bellazzi R, Favalli V, Kramer C, **Roberts R,** Zoghbi WA, Bonow R, Tavazzi L, Fuster V, Narula J. MOGE(S) nosology in low-to-middle-income countries. *Nat Rev Cardiol.* 2014 May; 11(5):307. PMID: 24663093

263. Arbustini E, Narula A, Dec GW, Reddy KS, Greenberg B, Kushwaha S, Marwick T, Pinney S, Bellazzi R, Favalli V, Kramer C, **Roberts R,** Zoghbi WA, Bonow R, Tavazzi L, Fuster V, Narula J. Reply to Letter to the Editor: The MOGE(S) Classification for a phenotype-genotype nomenclature of cardiomyopathy; more questions than answers? *J Am Coll Cardiol.* 2014 Apr 11. : S0735-1097(14)01993-7. PMID: 24768880

264. **Roberts R**. Metoprolol prevented myocardial infarction but increased risk of stroke and death after non-cardiac surgery. *Evid BasedMed 2008,13,175*

265. Rosalki SB, **Roberts R**, Katus HA, Giannitsis E, Ladenson JH. Cardiac Biomarkers for Detection of Myocardial Infarction: Perspectives from Past to Present. *Clin Chem* 2004:50;11;2205–2213

266. Nagueh SF, McFalls J, Meyer D, Hill R, Zoghbi WA, Tam JW, Quinones MA, **Roberts R**, Marian AJ. Tissue doppler imaging predicts the development of hypertrophic cardiomyopathy in subjects with subclinical disease. *Circulation* 2002;108:395–398

267. Fromm R, Meyer D, **Roberts R**. Diagnostic accuracy of plasma markers for myocardial infarction: A randomized, double–blind, multicenter study. *Cardiovascular Review & Reports* 2001;22:273–276 PMID: 3048677

268. Fromm R, Meyer D, Zimmerman J, Boudreaux A, Wun C, Smalling R, Davis B, Habib G, **Roberts R**. A double–blind, Multicentered study comparing the accuracy of diagnostic markers to predict short– and long–term clinical events and their utility in patients presenting with chest pain. *Clin Cardiol* 2001; 24(7):516–520

269. Lakkis N, Plana JC, Nagueh S, Killip D, **Roberts R**, Spencer WH III. Efficacy of nonsurgical septal reduction therapy in symptomatic patients with obstructive hypertrophic cardiomyopathy and provocable gradients. *Am J Cardiol* 2001;88(5):583-586 PMID: 11524078

270. He ZX, Hedrick TD, Pratt CM, Verani MS, Aquino V, **Roberts R**, Mahmarian JJ. Severity of coronary artery calcification by electron beam computed tomography predicts silent myocardial ischemia. *Circulation.* 2000 Jan 25;101(3):244-51.PMID: 10645919

271. Lakkis N, Nagueh S, Killip D, Torre G, **Roberts R**, Spencer W. Nonsurgical septal reduction for symptomatic hypertrophic obstructive cardiomyopathy: The Baylor Experience (1996–1999). *Journal of Interventional Cardiology* 2000; 13:157–159

272. Zimmerman J, Fromm R, Meyer D, Boudreaux A, Wun CC, Smalling R, Davis B, Habib G, **Roberts R**. Diagnostic marker cooperative study for the diagnosis of myocardial infarction. *Circulation.* 1999 Apr 6;99(13):1671-7. PMID: 10190875

273. Lakkis M, Nagueh SF, Kleiman NS, Killip D, He Z–X, Verani MS, **Roberts R**, Spencer WH, III. Echocardiography-guided ethanol septal reduction for hypertrophic obstructive cardiomyopathy. *Circulation* 1998;98:1750–1755

274. Nagueh SF, Lakkis NM, He ZX, Middleton KJ, Killip D, Zoghbi WA, Quinones MA, **Roberts R**, Verani MS, Kleiman NS, Spencer WH. Role of myocardial contrast echocardiography during nonsurgical septal reduction therapy for hypertrophic obstructive cardiomyopathy. *J Am Coll Cardiol.* 1998 Jul; (1):225-9. PMID: 9669274

275. **Roberts R** Early diagnosis of myocardial infarction with MB CK isoforms Clinica Chima Acta 1998; 272: 33–45

276. Zhu DWX, Sun H, Hill R, **Roberts R**. The value of electrophysiology study and prophylactic implantation of cardioverter defibrillator in patients with hypertrophic cardiomyopathy. *PACE* 1998; 21(II): 299–302

277. Becker RC, Cannon CP, Bovill EG, Tracy RP, Thompson B, Knatterud GL, Randall A, Braunwald B. [TIMI III Investigators - **R Roberts**, PI]. Prognostic value of plasma fibrinogen concentration in patients with unstable angina and non-Q-wave myocardial infarction (TIMI IIIB Trial). *Am J Cardiol.* 1996 Jul 15; 78(2):142-7. PMID: 8712133

278. Kleiman NS, Anderson HV, Rogers WJ, Theroux P, Thompson B, Stone PH, and TIMI IIIR Investigators (**Roberts R, PI**). Comparison of outcome of patients with unstable angina and non-Q-wave acute myocardial infarction with and without prior coronary artery bypass grafting (Thrombolysis in Myocardial Ischemia III Registry). *Am J Cardiol.* 1996 Feb1;77(4):227-31.PMID: 8607398

279. Aguirre FV, Younis LT, Chaitman BR, Ross AM, McMahon RP, Kern MJ, Berger PB, Sopko G, Rogers WJ, Shaw L, Knatterud G, Braunwald E for the TIMI II Investigators (**Roberts R**, PI). Early and 1-year clinical outcome of patients' evolving non-Q-wave versus Q-wave myocardial infarction after thrombolysis. Results from the TIMI II Study. *Circulation.* 1995 May 15; 91(10):2541-8. PMID: 7743615

280. Anderson HV, Cannon CP, Stone PH, Williams DO, McCabe CH, Knatterud GL, Thompson B, Willerson JT, and Braunwald E (**Roberts R**, PI). One-year results of the Thrombolysis in Myocardial Infarction (TIMI) IIIB clinical trial. A randomized comparison of tissue-type plasminogen activator versus placebo and early invasive versus early conservative strategies in unstable angina and non-Q wave myocardial infarction. *J Am Coll Cardiol.* 1995 Dec; 26(7):1643-50. PMID: 7594098

281. Gersh BJ, Chesebro JH, Braunwald E, Lambrew C, Passamani E, Solomon RE, Ross AM, Ross R, Terrin ML, Knatterud GL, and the TIMI II investigators (**Roberts R**, PI). Coronary artery bypass graft surgery after thrombolytic therapy in the Thrombolysis in Myocardial Infarction Trial, Phase II (TIMI II). *J AM COLL CARDIOL* 1995 Feb;25(2):395-402.PMID: 7829793

282. Kloner RA, Shook T, Przyklenk K, Davis VG, Junio L, Matthews RV, Burstein S, Gibson CM, Poole WK, Cannon CP, McCabe CH, Braunwald E (**Roberts R**, PI Core Laboratory). Previous angina alters in-hospital outcome in TIMI 4. A clinical correlate to preconditioning? *Circulation.* 1995 Jan 1 91(1):37-45. PMID: 7805217

283. Lee LV (**Roberts R**, PI Core Laboratory). Initial experience with hirudin and streptokinase in acute myocardial infarction: results of the Thrombolysis in Myocardial Infarction (TIMI) 6 trial. *Am J Cardiol* 1995 Jan 1; 75(1):7-13. PMID: 7801868

284. Matetzky S, Barabash GI, Rabinowitz B, Rath S, Zahav YH, Agranat O, Kaplinsky E, Hod H. (**Roberts R**, PI). Q wave and Non-Q wave myocardial infarction after thrombolysis. *J Am Coll Cardiol.* 1995 Nov 15; 26(6):1445-51. PMID:7594069

285. McKendall GR, Forman S, Sopko G, Braunwald E, Williams DO. (**Roberts R**, PI). Value of rescue percutaneous transluminal coronary angioplasty following unsuccessful thrombolytic therapy in patients with acute myocardial infarction. Thrombolysis in Myocardial Infarction Investigators. *Am J Cardiol.* 1995 Dec 1; 76(16):1108-11. PMID:7484892

286. Mueller HS, Forman SA, Menegus MA, Cohen LS, Knatterud GL, Braunwald E. (**Roberts R**, PI): Prognostic significance of nonfatal reinfarction during 3-year follow-up: results of the Thrombolysis in Myocardial Infarction (TIMI) phase II clinical trial. The TIMI Investigators. *J Am Coll Cardiol.* 1995 Oct; 26(4):900-7. PMID: 7560615

287. Sloan MA, Price TR, Petito CK, Randall AM, Solomon RE, Terrin ML, Gore J, Collen D, Kleiman N, Feit F, et al. [**Roberts R**, PI-Maryland Medical Research Institute, Baltimore, USA]. Clinical features and pathogenesis of intracerebral hemorrhage after rt-PA and heparin therapy for acute myocardial infarction: the Thrombolysis in Myocardial Infarction (TIMI) II Pilot and Randomized Clinical Trial combined experience. Neurology. 1995 Apr;45(4):649-58.PMID: 7723950

288. Zagher D, Cerek B, Cannon CP, Jordan M, Davis V, Braunwald E, Shah P (**Roberts R**, PI). How do smokers differ from nonsmokers in their response to thrombolysis? (The TIMI–4 Trial). *Am J Cardiol* 1995;75:232–236

289. Zaret, BL, Wackers, FJ, Terrin, ML, Forman, SA, Williams, DO, Knatterud, GL, and Braunwald, E (**Roberts R**, PI). Value of radionuclide rest and exercise left ventricular ejection fraction in assessing survival of patients after thrombolytic therapy for

acute myocardial infarction: results of Thrombolysis in Myocardial Infarction (TIMI) phase II study. The TIMI Study Group. J Am Coll Cardiol. 1995 Jul; 26(1):73-9. PMID: 7797778

290. Aguirre FV, McMahon RP, Mueller H, Kleiman NS, Kern MJ, Desvigne-Nickens P, Hamilton WP, Chaitman BR. (**Roberts R**, PI). Impact of age on clinical outcome and postlytic management strategies in patients treated with intravenous thrombolytic therapy. Results from the TIMI II Study. TIMI II Investigators. *Circulation* 1994 Jul; 90(1):78-86. PMID: 8026055

291. Becker RC, Terrin M, Ross R, Knatterud GL, Desvigne-Nickens P, Gore JM, Braunwald E. [Source: TIMI Investigators (**Roberts R**, PI) Thrombosis Research Center, University of Massachusetts Medical School, Worcester]. Comparison of clinical outcomes for women and men after acute myocardial infarction. The Thrombolysis in Myocardial Infarction Investigators. *Ann Intern Med.* 1994 Apr 15; 120(8):638-45. PMID: 8135447

292. Cannon CP, McCabe CH, Diver DJ, Herson S, Greene RM, Shah PK, Sequeira RF, Leya F, Kirshenbaum JM, Magorien RD, Palmeri ST, Davis V, Gibson CM, Poole WK, Braunwald E, et al. [TIMI 4 Investigators (**Roberts R**, PI Core Laboratory). A comparison of front–loaded tissue–type plasminogen activator, anistreplase and combination thrombolytic therapy for acute myocardial infarction: results of the thrombolysis in myocardial infarction (TIMI) 4 trial. *J AM COLL CARDIOL* 1994; 24:1602–723

293. Cannon CP, McCabe CH, Henry TD, Schweiger MJ, Gibson RS, Mueller HS, Becker RC, Kleiman NS, Haugland JM, Anderson JL, Sharaf BL, Edwards SJ, Rogers WJ, Williams DO, Braunwald E, [TIMI 5 Investigators (Core Laboratory–**Roberts R**)]. A pilot trial of recombinant desulfatohirudin compared with heparin in conjunction with tissue–type plasminogen activator and aspirin for acute myocardial infarction: results of the thrombolysis in myocardial infarction (TIMI) 5 Trial. *J AM COLL CARDIOL* 1994 Apr; 23(5):993-1003. PMID: 8144799

294. Chaitman BR, McMahon RP, Terrin M, Younis LT, Shaw LJ, Weiner DA, Frederick MM, Knatterud GL, Sopko G, Braunwald E, for the TIMI Investigators (**Roberts R**, PI). Impact of treatment strategy on predischarge exercise test in the thrombolysis in myocardial infarction (TIMI) II trial. *Am J Cardiol* 1994;71:131–138

295. Dabaghi SF, Kamat SG, Payne J, Marks GF, **Roberts R**, Schafer AI, Klaiman NS. Effects of low–dose aspirin on in vitro platelet aggregation in the early minutes after ingestion in normal subjects. *Am J Cardiol* 1994;74:720–723

296. Diver DJ, Bier JD, Ferreira PE, Sharaf BL, McCabe C, Thompson B, Chaitman B, Williams DO, Braunwald E, for the TIMI–IIIA Investigators (**Roberts R**, PI). Clinical and arteriographic characterization of patients with unstable angina without critical coronary arterial narrowing (from the TIMI–IIIA Trial). *Am J Cardiol* 1994;74:531–537

297. Flaker GC, Bartolozzi J, Davis V, McCabe C, Cannon C P [for the TIMI 4 Investigators (Core Laboratory–**Roberts R**)]. Use of a standardized heparin nomogram to achieve therapeutic anticoagulation after thrombolytic therapy in myocardial infarction. TIMI 4 investigators. Thrombolysis in Myocardial Infarction. *Arch Intern Med.* 1994 Jul 11; 154(13):1492-6. PMID: 8018004

298. Gibson CM, Cannon CP, Piana RN, Breall JA, Sharaf B, Flatley M, Alexander B, Diver DJ, McCabe CH, Flaker GC, et al.[TIMI 4 Study Group (Core Laboratory–**Roberts R**)]. Angiographic predictors of reocclusion after thrombolysis: results from the Thrombolysis in Myocardial Infarction (TIMI) 4 trial. *J AM COLL CARDIOL* 1995 Mar 1;25(3):582-9.PMID: 7860900

299. Kleiman NS, Tracy RP, Schaaff LJ, Harris S, Hill R, Puleo PR, **Roberts R**. Prostaglandin E1 does not accelerate rTPA-induced thrombolysis in acute myocardial infarction. *Am Heart J* 1994;127(4 Pt 1):738–743

300. Marian AJ, Kelly D, Mares A Jr, Fitzgibbons J, Caira T, Qun-Tao, Hill R, Perryman MB, **Roberts R**. A missense mutation in the beta myosin heavy chain gene is a predictor of premature sudden death in patients with hypertrophic cardiomyopathy. *J Sports Med Phys Fitness.* 1994 Mar; 34(1):1-10. PMID: 7934006

301. Puleo PR, Meyer D, Wathen C, Tawa CB, Wheeler S, Hamburg RJ, Ali N, Obermueller SD, Triana JF, Zimmerman JL, Perryman MB, **Roberts R**. Use of a rapid assay of subforms of creatine kinase-MB to diagnose or rule out acute myocardial infarction. *N Engl J Med.* 1994 Sep 1;331(9):561-6.PMID: 7702648

302. Schweiger MJ, McMahon RP, Terrin ML, Ruocco NA, Porway MN, Wiseman AH, Knatterud GL, Braunwald E, [TIMI -**Roberts R**, PI). Comparison of patients with < 60% to > or = 60% diameter narrowing of the myocardial infarct-related artery after thrombolysis. The TIMI Investigators. *Am J Cardiol.* 1994 Jul 15;74(2):105-10.PMID: 8023772

303. TIMI IIIB Investigators (**Roberts R**, PI). Effects of tissue plasminogen activator and a comparison of early invasive and conservative strategies in unstable angina and non–Q–wave myocardial infarction: Results of the TIMI III B Trial. *Circulation* 1994 Apr; 89(4):1545-56. PMID: 8149520

304. Zaret B, Wackers FT, Terrin M, Forman S, Knatterud GL (**Roberts R**,PI). Prognostic impact of rest and exercise left ventricular function following thrombolytic therapy for acute MI: Results of the TIMI-II study. *J Am Coll Cardiol* 1994

305. Chaitman BR, McMahon RP, Terrin M, Younis LT, Shaw LJ, Weiner DA, Frederick MM, Knatterud GL, Sopko G, Braunwald E, TIMI Investigators (**Roberts R**, PI). Impact of treatment strategy on predischarge exercise test in the Thrombolysis in Myocardial Infarction (TIMI) II Trial. *Am J Cardiol* 1993;71:131–138

306. Lehmann KG, Francis CK, Sheehan FH, Dodge HT, TIMI Study (**Roberts R**, PI). Effect of thrombolysis on acute mitral regurgitation during evolving myocardial infarction experience from the Thrombolysis in Myocardial Infarction (TIMI) Trial. *J AM COLL CARDIOL* 1993 Sep;22(3):714-9.PMID: 8354803

307. Marian AJ, Yu QT, Workman R, Greve G, **Roberts R**. Angiotensin-converting enzyme polymorphism in hypertrophic cardiomyopathy and sudden cardiac death. *Lancet* 1993 Oct 30;342(8879):1085-6.PMID: 8105312

308. Taylor HA, Chaitman BR, Rogers WJ, Kern MJ, Terrin ML, Aguirre FV, Sopko G, McMahon R, Ross RN, Bovill EC, TIMI Investigators (**Roberts R**, PI): Race and prognosis after myocardial infarction: Results of the Thrombolysis in Myocardial Infarction (TIMI) Phase II Trial. *Circulation* 1993;88:1484–1494

309. Terrin ML, Williams DO, Kleiman NS, Willerson J, Mueller HS, Desvigne-Nickens P, Forman SA, Knatterud GL, Braunwald E. (**Roberts R**, PI). Two- and three-year results of the Thrombolysis in Myocardial Infarction (TIMI) Phase II clinical trial. *J Am Coll Cardiol.* 1993 Dec; 22(7):1763-72. PMID: 8245326

310. TIMI IIIA Investigators (**Roberts R**, PI). Early effects of tissue-type plasminogen activator added to conventional therapy on the culprit coronary lesion in patients presenting with ischemic cardiac pain at rest. Results of the Thrombolysis in Myocardial Ischemia (TIMI IIIA) Trial. *Circulation.* 1993 Jan;87(1):38-52.PMID: 8419023

311. Baim DS, Diver DJ, Feit F, Greenberg MA, Holmes DR, Weiner BH, Williams DO, Schweiger MJ, Brown BG, Frederick MM, Knatterud GL, Braunwald E, (**Roberts R**, PI). Coronary angioplasty performed within the thrombolysis in Myocardial Infarction II study. *Circulation.* 1992 Jan;85(1):93-105.PMID: 1728490

312. Berger PB, Ruocco NA, Ryan TJ, Jacobs AK, Zaret BL, Wackers FJ, Frederick MM, Faxon DP, and the TIMI Investigators (**Roberts R**, PI). Frequency and significance of right ventricular dysfunction during inferior wall left ventricular myocardial infarction treated with thrombolytic therapy (Results from the Thrombolysis in Myocardial Infarction [TIMI] II Trial). *Am J Cardiol* 1993;71:1148–1152 PMID: 8097614

313. Hsia J, Kleiman NS, Aguirre FV, Chaitman BR, **Roberts R**, Ross AM, the HART Investigators. Heparin–induced prolongation of partial thromboplastin time after thrombolysis: Relation to coronary artery patency HART Investigators. *J AM COLL CARDIOL*1992;20(1):31–35

314. Kleiman NS, Terrin M, Mueller H, Chaitman B, **Roberts R**, Knatterud GL, Solomon R, McMahon RP, Braunwald E, and the TIMI Investigators. Mechanisms of early death despite thrombolytic therapy: Experience from the Thrombolysis in Myocardial Infarction Phase II (TIMI II) Study. *J AM COLL CARDIOL*1992;19:1129–1135

315. Mueller HS, Cohen LS, Braunwald E, Forman S, Feit F, Ross A, Schweiger M, Cabin H, Davidson R, Miller D, Solomon R, Knatterud GL (**Roberts R**, PI). Predictors of early morbidity and mortality after thrombolytic therapy of acute myocardial infarction. Analyses of patient subgroups in the Thrombolysis in Myocardial Infarction (TIMI) trial, phase II. *Circulation.* 1992 Apr;85(4):1254-64.PMID: 1555269

316. Ruocco NA, Bergelson BA, Jacobs AK, Frederick MM, Faxon DP, Ryan TJ [TIMI Investigators-**Roberts R**, Principal Investigator]. Invasive versus conservative strategy after thrombolytic therapy for acute myocardial infarction in patients with antecedent angina. A report from Thrombolysis in Myocardial Infarction Phase II (TIMI II). *J Am Coll Cardiol.* 1992 Dec 20(7):1445-51. PMID: 1452916

317. Schechtman KB, Kleiger RE, Boden WE, Capone RJ, **Roberts R**, Gibson RS. The relationship between 1-year mortality and infarct location in patients with non-Q wave myocardial infarction. *Am Heart J.* 1992May; 123(5):1175-81. PMID: 1575129

318. Tofler GH, Muller JE, Stone PH, Forman S, Solomon RE, Knatterud GL, Braunwald E, TIMI Reseach Group (**Roberts R**, Principal Investigator). Modifiers of timing and possible triggers of acute myocardial infarction in the Thrombolysis in Myocardial Infarction Phase III (TIMI II) study group. *J AM COLL CARDIOL*1992;20:1049–1055

319. Verani MS, Guidry GW, Mahmarian JJ, Nishimura S, Athanasoulis T, **Roberts R**, Lacy JL. Effects of acute, transient coronary occlusion on global and regional right ventricular function in humans. *Circulation* 1992;20:1490–1497

320. Verani MS, Lacy JL, Guidry GW, Nishimura S, Mahmarian JJ, Athanasoulis T, **Roberts R**. Quantification of left ventricular performance during transient coronary occlusion at various anatomic sites in humans: a study using tantalum-178 and a multiwire gamma camera. *J Am Coll Cardiol.* 1992 Feb;19(2):297-306.PMID: 1732356

321. Williams DO, Braunwald E, Knatterud G, Babb J, Bresnahan JF, Greenberg MA, Raizner AE, Wasserman AG, Robertson T, Ross R, and TIMI Investigators (**Roberts R**, PI). One-year results of the Thrombolysis in Myocardial Infarction investigation (TIMI) Phase II Trial. *Circulation.* 1992 Feb; 85(2):533-42. PMID: 1735149

322. Zaret BL, Wackers FJ, Terrin ML, Ross R, Weiss M, Slater J, Morrison J, Bourge RC, Passamani E, Knatterud G, et al. [TIMI Coordinating Center (**Roberts R**, PI)] Assessment of global and regional left ventricular performance at rest and during exercise after thrombolytic therapy for acute myocardial infarction: results of the Thrombolysis in Myocardial Infarction (TIMI) II Study. *Am J Cardiol.* 1992 Jan 1;69(1):1-9.PMID: 1729855

323. Bovill EG, Terrin ML, Stump DC, Berke AD, Frederick MM, Collen D, Feit F, Gore JM, Hillis LD, Costas TL, Leiboff R, Mann KG, Markis JE, Pratt CM, Sharkey SW, Sopko G, Tracy RP, Chesebro JH (**Roberts R**, PI). Hemmoraghic events during therapy with recombinant tissue–type plasminogen activator, heparin, and aspirin for acute myocardial infarction: Results of the Thrombolysis in Myocardial Infarction (TIMI), Phase II trial. *Ann Intern Med* 1991;115:256–265

324. Fromm RE Jr, Hoskins E, Cronin L, Pratt CM, Spencer WH 3rd, **Roberts R**. Bleeding complications following initiation of thrombolytic therapy for acute myocardial infarction: a comparison of helicopter-transported and nontransported patients. *Ann Emerg Med.* 1991 Aug;20(8):892-5.PMID: 1906690

325. Gore JM, Sloan M, Price TR, Randall AM, Bovill E, Collen D, Forman S, Knatterud GL, Sopko G, Terrin ML, et al [TIMI Investigators-**Roberts R**, PI]. Intracerebral hemorrhage, cerebral infarction, and subdural hematoma after acute myocardial infarction and thrombolytic therapy in the Thrombolysis in Myocardial Infarction Study. Thrombolysis in Myocardial Infarction, Phase II, pilot and clinical trial. *Circulation* 1991 Feb; 83(2):448-59. PMID: 1899364

326. Habib GB, Heibig J, Forman SA, Brown BG, **Roberts R**, Terrin ML, Bolli R. Influence of coronary collateral vessels on myocardial infarct size in humans Results of phase I thrombolysis in myocardial infarction (TIMI) trial. The TIMI Investigators. *Circulation* 1991;83:739–746

327. Hartwell TD, Parker C, Poole WK, Davis VG, Muller JE, Braunwald E, Rutherford J, Strauss HW, **Roberts R**, Sobel BE, Jaffe AS, Willerson JT, Thomas LJ, and the MILIS Study Group. Reproducibility of centralized laboratory interpretations of measures of myocardial infarct size, ventricular function and ventricular electrical instability scintigraphy. *Cor Artery Dis* 1991;2:977–984

328. Marzoll U, Kleiman NS, Dunn JK, Verani MS, Minor ST, **Roberts R**, Raizner AE. Factors determining improvement in left ventricular function after reperfusion therapy for acute myocardial infarction: primacy of baseline ejection fraction. *J AM COLL CARDIOL*1991;17:613–620

329. O'Neill PG, Faitelson L, Taylor A, Puleo P, **Roberts R**, Pacifico A. Time course of creatine kinase release after termination of sustained ventricular dysrhythmias. *Am Heart J* 1991;122(3 Pt 1):709-714

330. Pieper CF, Parsons D, Lawrie GM, Lacy J, **Roberts R**, Pacifico A.   Design and implementation of a new computerized system for intraoperative cardiac mapping   *J Appl Physiol* 1991;71(4):1529-1539

331. **Roberts R**, Rogers WJ, Mueller HS, Lambrew CT, Diver DJ, Smith HC, Willerson JT, Knatterud G, Forman S, Passamani E, Zaret BL, Wackers FJT, Braunwald E, and the TIMI Investigators.   Immediate versus deferred beta–blockade following thrombolytic therapy in patients with acute myocardial infarction: Results of the Thrombolysis in Myocardial Infarction (TIMI) II–B subgroup analyses.   *Circulation* 1991;83:422–437

332. Rogers WJ, Babb J, Baim DS, Chesebro J, Gore J, **Roberts R**, Williams DO, Frederick M, Passamani ER, Braunwald E.   Selective versus routine pre–discharge coronary arteriography after therapy with recombinant tissue–type plasminogen activator, heparin and aspirin for acute myocardial infarction.   *J AM COLL CARDIOL*1991;17:1007–1016

333. Rowe SK, Kleiman NS, Cocanougher B, Smart FW, Minor ST, Raizner AE, Henry PD, **Roberts R**, Pratt CM, Young JB:   Effects of intracoronary acetylcholine infusion early versus late after heart transplant.   *Transplant Proc* 1991;23:1193–1197

334. Schechtman KB, Kleiger RE, Capone RJ, Gibson RS, Young PM, Schwartz DJ, **Roberts R**, Boden WE, and the Diltiazem Reinfarction Study (DRS) Group.   In–hospital angina following non–Q–wave myocardial infarction. The long term prognostic significance.   *Cor Artery Dis* 1991;2:67–74

335. Baim DS, Braunwald E, Feit F, Knatterud GL, Passamani ER, Robertson TL, Rogers WJ, Solomon RE, Williams DO. (**Roberts R**, PI).   The Thrombolysis in Myocardial Infarction (TIMI) Trial phase II: additional information and perspectives. *J Am Coll Cardiol.* 1990 Apr; 15(5):1188-92. PMID: 2107236

336. Barzilai B, Davis VG, Stone PH, Jaffe AS. (**Roberts R**, PI).   Prognostic significance of mitral regurgitation in acute myocardial infarction. The MILIS Study Group.   *Am J Cardiol.* 1990 May 15; 65(18):1169-75. PMID: 2337024

337. Chaitman BR, Thompson BW, Kern MJ, Vandormael MG, Cohen MB, Ruocco NA, Solomon RE, Braunwald E. (**Roberts R**, PI).   Tissue plasminogen activator followed by percutaneous transluminal coronary angioplasty: one-year TIMI phase II pilot results. TIMI Investigators. *Am Heart J.* 1990 Feb; 119(2 Pt 1):213-23.PMID: 2105625 *Erratum in Am Heart J* 1990 Dec; 120(6 Pt 1):1486.

338. Feit F, Mueller HS, Braunwald E, Ross R, Hodges M, Herman M, V, Knatterud GL (**Roberts R**, PI):   Thrombolysis in Myocardial Infarction (TIMI) phase II trial:  Outcome comparison of a conservative strategy in community versus tertiary hospitals The TIMI Research Group.   *J AM COLL CARDIOL*1990;16:1529–1534

339. Gertz SD, Kalan JM, Kragel AH, Roberts WC, Braunwald E. The TIMI Investigators [**Roberts R**, PI]. Cardiac morphologic findings in patients with acute myocardial infarction treated with recombinant tissue plasminogen activator. Am J Cardiol. 1990 Apr 15;65(15):953-61.PMID: 2109524

340. Gertz SD, Kragel AH, Kalan JM, Braunwald E, Roberts WC. The TIMI Investigators [**Roberts R**, PI]. Comparison of coronary and myocardial morphologic findings in patients with and without thrombolytic therapy during fatal first acute myocardial infarction. *Am J Cardiol.* 1990 Oct 15; 66(12):904-9. PMID: 2121015

341. Hillis LD, Forman S, Braunwald E, (**Roberts R**, PI).   Risk stratification before thrombolytic therapy in patients with acute myocardial infarction. The Thrombolysis in Myocardial Infarction (TIMI) Phase II Co-Investigators. *J Am Coll Cardiol.* 1990 Aug;16(2):313-5.PMID: 2373810

342. Hsia J, Hamilton WP, Kleiman NS, **Roberts R**, Chaitman B, Ross AM, for the Heparin–Aspirin Reperfusion Trial (HART) Investigators.   A comparison between heparin and low–dose aspirin as adjunctive therapy with tissue plasminogen activator for acute myocardial infarction.   *N Engl J Med* 1990;323:1433–1437

343. Johnson LL, Seldin DW, Keller AM, Wall RM, Bhatia K, Bingham CO, III, Tresgallo ME, [TIMI Investigators-**Roberts R**, PI].   Dual isotope thallium and indium antimyosin SPECT imaging to identify acute infarct patients at further ischemic risk. Circulation. 1990 Jan;81(1):37-45.PMID: 2297842

344. Kayden DS, Wackers FJ, Zaret BL. [TIMI Investigators-**Roberts R**, PI].   Silent left ventricular dysfunction during routine activity after thrombolytic therapy for acute myocardial infarction. *J Am Coll Cardiol.* 1990 Jun; 15(7):1500-7. PMID: 2345230

345. Kleiger RE, Boden WE, Gibson RS, Schechtman KB, Schwartz DJ, Capone RJ, **Roberts R**, the Diltiazem Reinfarction Study Research Group.   Frequency and clinical significance of late evolution of Q–waves in patients with initial non–Q–wave acute myocardial infarction.   *Am J Cardiol* 1990;65:23–27

346. Mahmarian JJ, Boyce TM, Goldberg RK, Cocanougher MK, **Roberts R**, Verani MS.   Quantitative exercise thallium-201 single photon emission computed tomography for the enhanced diagnosis of ischemic heart disease.   *J AM COLL CARDIOL*1990 Feb; 15(2):318-29. PMID: 2405036

347. Rogers WJ, Baim DS, Gore JM, Brown BG, **Roberts R**, Williams DO, Chesebro JH, Babb JD, Sheehan FH, Wackers FJ.   Comparison of immediate invasive, delayed invasive, and conservative strategies after tissue–type plasminogen activator Results of the Thrombolysis in Myocardial Infarction (TIMI) Phase II–A trial.   *Circulation* 1990;81:1457–1476

348. Schechtman KB, Capone RJ, Kleiger RE, Gibson RS, Schwartz DJ, **Roberts R**, Boden WE.   Differential risk patterns associated with 3 month as compared with 3 to 12 month mortality and reinfarction after non–Q wave myocardial infarction The Diltiazem Reinfarction Study Group.   *J AM COLL CARDIOL*1990;15:940–947

349. Tofler GH, Stone PH, Maclure M, Edelman E, Davis VG, Robertson T, Antman EM, Muller JE (**Roberts R**, PI).   Analysis of possible triggers of acute myocardial infarction (the MILIS study).   *Am J Cardiol* 1990 Jul 1;66(1):22-7.PMID: 2193495

350. Williams DO, Topol EJ, Califf RM, **Roberts R**, Mancini GB, Joelson JM, Ellis SG, Kleiman NS.   Intravenous recombinant tissue-type plasminogen activator in patients with unstable angina pectoris. Results of a placebo–controlled, randomized trial.   *Circulation* 1990;82:376–383

351. Woolbert S, Rodgers G, **Roberts R**, Pratt CM, Fromm RE, Jr:   Transport and support of cardiac patients   Prob Crit Care 1990;4:599–612

352. Boden WE, Gibson RS, Kleiger RE, Schechtman KB, Capone RJ, Schwartz DJ, **Roberts R**, the Diltiazem Reinfarctin Study Research Group. Importance of early recurrent ischemia on one–year survival after non–Q–wave acute myocardial infarction. *Am J Cardiol* 1989;64:799–801

353. Boden WE, Gibson RS, Schechtman KB, Kleiger RE, Schwartz DJ, Capone RJ, **Roberts R**, the Diltiazem Reinfarction Study Group. ST segment shifts are poor predictors of subsequent Q–wave evolution in acute myocardial infarction: A natural history study of early non–Q–wave infarction. *Circulation* 1989;79:537–548

354. Boden WE, Kleiger RE, Gibson RS, Reddy BR, Schechtman KB, Schwartz DJ, Capone RJ, **Roberts R**, the Diltiazem Reinfarction Study Research Group. Favorable long–term prognosis in patients with non–Q–wave acute myocardial infarction not associated with specific electrocardiographic changes. *Br Heart J* 1989;61:396–402

355. Chaitman BR, Thompson B, Wittry MD, Stump D, Hamilton WP, Hillis LD, Dwyer JG, Solomon RE, Knatterud GL, the TIMI Investigators (**Roberts R**, PI). The use of tissue-type plasminogen activator for acute myocardial infarction in the elderly: results from thrombolysis in myocardial infarction Phase I, open label studies and the Thrombolysis in Myocardial Infarction Phase II pilot study. The TIMI Investigators. *J Am Coll Cardiol.* 1989 Nov 1; 14(5):1159-65. PMID: 2509528

356. Gibbons RJ, Verani MS, Behrenbeck T, Pellikka PA, O'Connor MK, Mahmarian JJ, Chesebro JH, Wackers FJ, the TIMI Investigators (**Roberts R**, PI). Feasibility of tomographic 99mTc–hexakis–2–methoxy–2–methylpropyl–isonitrle imaging for the assessment of myocardial area at risk and the effect of treatment in acute myocardial infarction. *Circulation* 1989;8:1277–1286

357. Gore JM, Corrao JM, Goldberg RJ, Ball SP, Weinger BH, Aghababian RV, Dalen JE, the TIMI Investigators (**Roberts R**, PI). Feasibility and safety of emergency interhospital transport of patients during early hours of aute myocardial infarction. *Arch Intern Med* 1989;149:353–355

358. Hands ME, Rutherford JD, Muller JE, Davies G, Stone PH, Parker C, Braunwald E., the MILIS Study Group (**Roberts R**, PI). The in-hospital development of cardiogenic shock after myocardial infarction: incidence, predictors of occurrence, outcome and prognostic factors. The MILIS Study Group. *J Am Coll Cardiol.* 1989 Jul;14(1):40-6; discussion 47-8.PMID: 2738272

359. Johnston DL, Mulvagh SL, Cashion WR, O'Neill PG, **Roberts R**, Rokey R. Nuclear magnetic resonance imaging of acute myocardial infarction within 24 hours of chest pain onset. *Am J Cardiol* 1989;64:172–179

360. Kleiman NS, Berman DA, Gaston WR, Cashion WR, **Roberts R**. Early intravenous thrombolytic therapy for acute myocardial infarction in patients with prior coronary artery bypass grafts. *Am J Cardiol* 1989;63:102–104

361. Ong L, Coromilas J, Zimmerman JM, Green S, Padmanabhan V, Reiser P, Bigger JT, Morrison J, the TIMI Investigators (**Roberts R**, PI). A physiologically based model of creatine kinase-MB release in reperfusion of acute myocardial infarction. *Am J Cardiol* 1989 Jul 1; 64(1):11-5. PMID: 2741803

362. Pratt CM, Eaton T, Francis M, Woolbert S, Mahmarian JJ, **Roberts R**, Young JB. The inverse relationship between baseline left ventricular ejection fraction and clinical outcome of antiarrhythmic therapy: a dangerous imbalance in the risk-benefit ratio. *Am Heart J* 1989 Sep; 118(3):433-40. PMID: 2476016

363. **Roberts R**, Gibson RS, the Diltiazem Reinfarction Study Investigators. Prevention of reinfarction subsequent to non–Q–wave infarction. *J Cardiovasc Pharmacol* 1989;13:S36–S46

364. Rogers WJ, Bourge RC, Papapietro SE, Wackers FJ, Zaret BL, Forman S, Dodge HT, Robertson TL, Passamani ER, Braunwald E, et al.[the TIMI Investigators - **Roberts R**, PI]. Variables predictive of good functional outcome following thrombolytic therapy in the Thrombolysis in Myocardial Infarction phase II (TIMI II) pilot study. Am J Cardiol. 1989 Mar 1; 63(9):503-12. PMID: 2521976

365. Sharkey SW, Bruneete DD, Ruiz E, Hession WT, Wysham DG, Goldenberg IF, Hodges M, [TIMI Investigators (**Roberts R**, PI)]. An analysis of time delays preceding thrombolysis for acute myocardial infarction. *JAMA.* 1989 Dec 8;262(22):3171-4.PMID: 2509747

366. Stone PH, Muller JE, Hartwell T, York BJ, Rutherford JD, Parker CB, Turi ZG, Strauss W, Willerson JT, Robertson T, Braunwald E, Jaffe AS, the MILIS Study Group (**Roberts R**, PI). The effect of diabetes mellitus on prognosis and serial left ventricular function after acute myocardial infarction: contribution of both coronary disease and diastolic left ventricular dysfunction to the adverse prognosis. The MILIS Study Group. *J Am Coll Cardiol.* 1989 Jul; 14(1):49-57. PMID: 2661630

367. The TIMI Study Group (**Roberts R**, PI). Comparison of invasive and conservative strategies after treatment with intravenous tissue plasminogen activator in acute myocardial infarction. Results of the thrombolysis in myocardial infarction (TIMI) phase II trial. *N Engl J Med* 1989 Mar 9;320(10):618-27.PMID: 2563896

368. Wackers FJ, Gibbons RJ, Verani MS, Kayden DS, Pellikka PA, Behrenbeck T, Mahmarian JJ, Zaret BL, [TIMI Investigators -**Roberts R**, PI]. Serial quantitative planar technetium-99m isonitrile imaging in acute myocardial infarction: efficacy for noninvasive assessment of thrombolytic therapy. *J Am Coll Cardiol.* 1989 Oct;14(4):861-73.PMID: 2507612

369. Wackers FJ, Terrin ML, Kayden DS, Knatterud G, Forman S, Braunwald E, Zaret BL. (**Roberts R**, PI). Quantitative radionuclide assessment of regional ventricular function after thrombolytic therapy for acute myocardial infarction: results of phase I Thrombolysis in Myocardial Infarction (TIMI) trial. *J Am Coll Cardiol.* 1989 Apr; 13(5):998-1005. PMID: 2494246

370. Zacca NM, Raizner AE, Noon GP, Short D, Weilbaecher D, Gotto A, **Roberts R**. Treatment of symptomatic peripheral atherosclerotic disease with a rotational atherectomy device. *Am J Cardiol* 1989;63:77–80

371. Boden WE, Gibson RS, Bough EW, Beller GA, Schechtman KB, **Roberts R**, the Diltiazem Reinfarction Study Research Group. Effect of high-dose diltiazem on global and regional left ventricular function during the early course of acute non–Q–wave myocardial infarction: Results from the Multicenter Diltiazem Reinfarction Study. *Am J Noninvas Cardiol* 1988;2:1–9

372. Boden WE, Kleiger RE, Gibson RS, Schwartz DJ, Capone RJ, Schechtman KB, Young PM, Geiger BJ, **Roberts R**, the Diltiazem Reinfarctino Study Research Group. Electrocardiographic and enzymatic findings in acute non–Q–wave myocardial infarction: Results from the Multicenter Diltiazem Reinfarction Study. *Am J Noninvas Cardiol* 1988;2:125–133

373. Boden WE, Kleiger RE, Schechtman KB, Capone RJ, Schwartz DJ, Gibson RS, **Roberts R**. Clinical significance and prognostic importance of left ventricular hypertrophy in non-Q-wave acute myocardial infarction. Am J Cardiol. 1988 Nov 15; 62(16):1000-4. PMID: 2973215

374. Borges Neto S, Mahmarian JJ, Jain A, **Roberts R**, Verani MS. Quantitative thallium–201 single photon emission computed tomography after oral dipyridamole for assessing the presence, anatomic location and severity of coronary artery disease. *J AM COLL CARDIOL* 1988;11:962–969

375. Cheirif J, Zoghbi WA, Raizner AE, Minor ST, Winters WL, Jr, Klein MS, De Bauche TL, Lewis JM, **Roberts R**, Quiñones MA. Assessment of myocardial perfusion in humans by contrast echocardiography I Evaluation of regional coronary reserve by peak contrast intensity. *J AM COLL CARDIOL* 1988;11:735–743

376. Dalen JE, Gore JM, Braunwald E, Borer J, Goldberg RJ, Passamani ER, Forman S, Knatterud G, the TIMI Investigators (**Roberts R**, PI). Six and 12–month follow–up of the Phase I Thrombolysis in Myocardial Infarction (TIMI) Trial. *Am J Cardiol* 1988;62:179–185

377. Hands MD, Cook F, Stone PH, Muller JE, Hartwell T, Sobel BE, **Roberts R**, Braunwald E, Rutherford JD, the MILIS Study Group. Electrocardiographic diagnosis of myocardial infarction in the presence of complete left bundle branch block. *Am Heart J* 1988;116:23–31

378. Lacy JL, Verani MS, Ball ME, **Roberts R**. Clinical applications of a pressurized xenon wire chamber gamma camera utilizing the short lived agent 178Ta. *Nuclear Instruments and Methods in Physics Research* 1988;A269:369–376

379. Lee RT, Lee TH, Poole WK, Gustafson N, Stone PH, Jaffe AS, Muller JE, Sobel BE, **Roberts R**, Braunwald E, the MILIS Study Group. Rate of disappearance of creatine kinase–MB after acute myocardial infarction: Clinical determinants of variability. *Am Heart J* 1988;16:1493–1499

380. Mahmarian JJ, Pratt CM, Borges–Neto S, Cashion WR, **Roberts R**, Verani MS. Quantification of infarct size by 201Tl single–photon emission computed tomography during acute myocardial infarction in humans: Comparison with enzymatic estimates. *Circulation* 1988;78:831–839

381. Muller JE, Rude RE, Braunwald E, Hartwell TD, **Roberts R**, Sobel BE, Ritter C, Parker CB, Jaffe AS, Stone PH. Myocardial infarct extension: occurrence, outcome, and risk factors in the Multicenter Investigation of Limitation of Infarct Size. *Ann Intern Med* 1988;108:1–6

382. Rao AK, Pratt C, Berke A, Jaffe A, Ockene I, Schreiber TL, Bell WR, Knatterud G, Robertson TL, Terrin ML. (**Roberts R**, PI). Thrombolysis in Myocardial Infarction (TIMI) Trial--phase I: hemorrhagic manifestations and changes in plasma fibrinogen and the fibrinolytic system in patients treated with recombinant tissue plasminogen activator and streptokinase. *J Am Coll Cardiol.* 1988 Jan; 11(1):1-11. PMID: 3121710

383. **Roberts R**, Braunwald E, Muller JE, Croft C, Gold HK, Hartwell TD, Jaffe AS, Mullin SM, Parker C, Passamani ER, Poole WK, Robertson T, Raabe DS, Jr, Rude RE, Stone PH, Turi ZG, Sobel BE, Willerson JT, MILIS Study Group. Effect of hyaluronidase on mortality and morbidity in patients with early peaking of plasma creatine kinase MB and non-transmural ischaemia. Multicentre investigation for the limitation of infarct size (MILIS). *Br Heart J.* 1988 Oct; 60(4):290-8. PMID: 3056476

384. Rodgers G, Ruplinger J, Spencer W et al **(including Roeberts R)**. Helicopter transport of patients with acute myocardial infarction. *Tex Med* 1988;84(10):35-37

385. Seals AA, Lawrie GM, Magro S, Lin HT, Pacifico A, **Roberts R**, Wyndham CR. Surgical treatment of right atrial focal tachycardia in adults. *J AM COLL CARDIOL* 1988;11:1111–1117

386. Seals AA, Pratt CM, Mahmarian JJ, Tadros S, Kleiman N, **Roberts R**, Verani MS. Relation of left ventricular dilation during acute myocardial infarction to systolic performance, diastolic dysfunction, infarct size and location *Am J Cardiol* 1988;61:224–229

387. Stone PH, Raabe DS, Jaffe AS, Gustafson N, Muller JE, Turi ZG, Rutherford JD, Poole WK, Passamani E, Willerson JT Prognostic significance of location and type of myocardial infarction: independent adverse outcome associated with anterior location. *J AM COLL CARDIOL* 1988;11:453–463

388. Stone PH, Raabe DS, Jaffe AS, Gustafson N, Muller JE, Turi ZG, Rutherford JD, Poole WK, Passamani E, Willerson JT, et al. (**Roberts R**, PI). Prognostic significance of location and type of myocardial infarction: independent adverse outcome associated with anterior location. *J Am Coll Cardiol.* 1988 Mar; 11(3):453-63. PMID: 3278032

389. TIMI Research Group (**Roberts R**, PI). Immediate vs delayed catheterization and angioplasty following thrombolytic therapy for acute myocardial infarction. TIMI II A results. *JAMA.* 1988 Nov 18; 260(19):2849-58. PMID: 2972848

390. Verani MS, Lacy JL, Ball ME, Boyce TM, Treves ST, Packard AB, **Roberts R**. Simultaneous assessment of regional ventricular function and perfusion utilizing iridium–191m and thallium–201 during a single exercise test. *Am J Cardiac Imaging* 1988;2:206–213

391. Young JB, Leon CA, Pratt CM, Kingry C, Taylor AA, **Roberts R**. Intravenous fenoldopam in heart failure: comparing the hemodynamic effects of dopamine1 receptor agonism with nitroprusside. *Am Heart J* 1988;115:378–384

392. Boden WE, Kleiger RE, Gibson RS, Schwartz DJ, Schechtman KB, Capone RJ, **Roberts R**, and the Diltiazem Reinfarction Study Group. Electrocardiographic evolution of posterior acute myocardial infarction: Importance of early precordial ST–segment depression. *Am J Cardiol* 1987;59:782–787

393. Chesebro JH, Knatterud G, **Roberts R**, Borer J, Cohen LS, Dalen J, Dodge HT, Francis CK, Hillis D, Ludbrook P, Markis JE, Mueller H, Passamani ER, Powers ER, Rao AK, Robertson T, Ross A, Ryan TJ, Sobel BE, Willerson J, Williams DO, Zaret B, Braunwald E (**Roberts R**, PI). Thrombolysis in Myocardial Infarction (TIMI) Trial, Phase I: A comparison between intravenous tissue plasminogen activator and intravenous streptokinase Clinical findings through hospital discharge. *Circulation* 1987;76:142–154

394. Cox DA, Stone PH, Muller JE, Parker C, Hartwell TD, Rutherford JD, **Roberts R**, Jaffe AS, Hackel DB, Passamani ER, Robertson T, Sobel BE, Willerson JT, Braunwald E, and the MILIS Study Group. Prognostic implications of an early peak in plasma MB–creatine kinase in patients with acute myocardial infarction. *J AM COLL CARDIOL* 1987;10:979–990

395. Gibson RS, Young PM, Boden WE, Schechtman K, **Roberts R**, and the Diltiazem Reinfarction Study Group. Prognostic significance and beneficial effect of diltiazem on the incidence of early recurrent ischemia after non–Q–wave myocardial infarction: Results of the Diltiazem Reinfarction Study. *Am J Cardiol* 1987;60:203–209

396. Gore JM, **Roberts R**, Ball SP, Montero A, Goldberg RJ, Dalen JG. Peak creatine kinase as a measure of effectiveness of thrombolytic therapy in acute myocardial infarction. *Am J Cardiol* 1987;59:1234–1238

397. Holmes DR, Jr, Bove AA, Nishimura RA, Gehring DG, Chesebro JH, Owen RM, Smith HC, and the TIMI Investigators (**Roberts R**, PI). Comparison of monoplane and biplane assessment of regional left ventricular wall motion after thrombolytic therapy for acute myocardial infarction. *Am J Cardiol* 1987 Apr 1; 59(8):793-7. PMID: 3825940

398. Jain A, Demer LL, Raizner AE, Hartley CJ, Lewis JM, **Roberts R**. In vivo assessment of vascular dilatation during percutaneous transluminal coronary angioplasty. *Am J Cardiol* 1987;60:988–992

399. Knatterud GL, Forman S (**Roberts R**, PI). Patient recruitment experience in the Thrombolysis in Myocardial Infarction Trial. *Controlled Clin Trials* 1987;8:86S–93S

400. Kuo LC, Bolli R, **Roberts R**, Verani MS. Effects of exercise tolerance, age, and gender on the specificity of radionuclide angiography: sequential ejection fraction analysis during multistage exercise. *Am Heart J* 1987;113:1180–1189

401. Mahmarian JJ, Verani MS, Hohmann T, Hill R, Thornton BC, Bolli R, Young JB, **Roberts R**, Pratt CM. The hemodynamic effects of sotalol and quinidine: analysis by use of rest and exercise gated radionuclide angiography. *Circulation* 1987;76:324–331

402. Mueller HS, Rao AK, Forman SA, and the TIMI (**Roberts R**, PI). Thrombolysis in myocardial infarction (TIMI): comparative studies of coronary reperfusion and systemic fibrinogenolysis with two forms of recombinant tissue-type plasminogen activator. *J Am Coll Cardiol.* 1987 Sep; 10(3):479-90. PMID: 3114349

403. Owen J, Friedman KD, Grossman BA, Wilkins C, Berke AD, Powers ER. (TIMI Investigators -**Roberts R**, PI). Quantitation of fragment X formation during thrombolytic therapy with streptokinase and tissue plasminogen activator. *J Clin Invest.* 1987 Jun; 79(6):1642-7. PMID: 2953761

404. Passamani E, Hodges M, Herman M, Grose R, Chaitman B, Rogers W, Forman S, Terrin M, Knatterud G, Robertson T, Braunwald E, for the TIMI Investigators (**Roberts R**, PI). The Thrombolysis in Myocardial Infarction (TIMI) phase II pilot study: tissue plasminogen activator followed by percutaneous transluminal coronary angioplasty. *J Am Coll Cardiol.* 1987 Nov; 10(5 Suppl B):51B-64B. PMID: 2889758

405. Pratt CM, Slymen DJ, Wierman AM, Francis MJ, Thornton B, Young JB, English L, Stone CL, Sarnoff S, **Roberts R**. Asymptomatic telephone ECG transmissions as an outpatient surveillance system of ventricular arrhythmias: Relationship to quantitative ambulatory ECG recordings. *Am Heart J* 1987;113:1–7

406. Pratt CM, Thornton BC, Magro SA, Wyndham CR. Spontaneous arrhythmia detected on ambulatory electrocardiographic recording lacks precision in predicting inducibility of ventricular tachycardia during electrophysiologic study. *J Am Coll Cardiol.* 1987 Jul; 10(1):97-104. PMID: 3598001

407. Puleo PR, Perryman MB, Bresser MS, Rokey R, Pratt CM, **Roberts R**. Creatine kinase isoform analysis in the detection and assessment of thrombolysis in man. *Circulation* 1987;75:1162–1169

408. **Roberts R**: Recognition, diagnosis, and prognosis of early reinfarction: The role of calcium-channel blockers *Circulation* 1987;75:V–139–V–147

409. Seals AA, Haider R, Leon C, Francis M, Young JB, **Roberts R**, Pratt CM. Cibenzoline: Antiarrhythmic efficacy and hemodynamic effects of cibenzoline in patients with nonsustained ventricular tachycardia and left ventricular dysfunction. *Circulation* 1987;75:800–808

410. Sheehan FH, Braunwald E, Canner P, Dodge HT, Gore J, Van Natta P, Passamani ER, Williams DO, Zaret B, and Co–Investigators (**Roberts R**, PI). The effect of intravenous thrombolytic therapy on left ventricular function: a report on tissue-type plasminogen activator and streptokinase from the Thrombolysis in Myocardial Infarction (TIMI Phase I) trial. *Circulation* 1987 Apr; 75(4):817-29. PMID: 3103950

411. TIMI Operations Committee, Braunwald E, Knatterud GL, Passamani E, Roberson TL, Solomon R (**Roberts R**, PI). Update from the Thrombolysis in Myocardial Infarction (TIMI) Trial. Letter to the Editor. J AM COLL CARDIOL1987;10:970

412. Braunwald E, Knatterud GL, Passamani ER, Robertson TL. (TIMI Operations Committee, **Roberts R**, PI) (TIMI Trial Letter to the Editor]. Announcement of protocol change in thrombolysis in myocardial infarction trial. *J AM COLL CARDIOL* 1987 Feb; 9(2):467. PMID: 3100602

413. Tofler GH, Stone PH, Muller JE, Rutherford JD, Willich SN, Gustafson NF, Poole WK, Sobel BE, Willerson JT, Robertson T, Passamani E, Braunwald E, and the MILIS Study Group (**Roberts R**, PI). Prognosis after cardiac arrest due to ventricular tachycardia or ventricular fibrillation associated with acute myocardial infarction (the MILIS Study). Multicenter Investigation of the Limitation of Infarct Size. *Am J Cardiol.* 1987 Oct 1; 60(10):755-61. PMID: 3661389

414. Tofler GH, Stone PH, Muller JE, Willich SN, Davis VG, Poole WK, Strauss HW, Willerson JT, Jaffe AS, Robertson T, Passamani E, Braunwald E, and the MILIS Study Group (**Roberts R**, PI). Effects of gender and race on prognosis following myocardial infarction: Adverse prognosis for women, particularly black women. *J Am Coll Cardiol.* 1987 Mar; 9(3):473-82. PMID: 3819194

415. Verani MS, Tadros S, Bolli R, Myers ML, Borges S, Jain A, Phillips L, **Roberts R**. Dissociation between global and regional systolic and diastolic ventricular function during coronary occlusion and reperfusion. *Am Heart J* 1987;114:687–695

416. Verani MS, Tadros S, Hixson J, Phillips L, O'Meara M, **Roberts R**. Improved detection of coronary artery disease by double stress radionuclide angiography. *Am J Cardiac Imaging* 1987;1:299–306

417. Williams DO, Ruocco NA, Forman S, [TIMI-**Roberts R**, PI]. Coronary angioplasty after recombinant tissue-type plasminogen activator in acute myocardial infarction: a report from the Thrombolysis in Myocardial Infarction (TIMI) Trial. *J Am Coll Cardiol.* 1987 Nov; 10(5 Suppl B):45B-50B. PMID: 2959715

418. Croft CH, Rude RE, Gustafson N, Stone PH, Poole WK, **Roberts R**, Strauss HW, Raabe DS Jr, Thomas LJ, Jaffe AS, MILIS Study Group et al. Abrupt withdrawal of beta-blockade therapy in patients with myocardial infarction: effects on infarct size, left ventricular function, and hospital course. *Circulation.* 1986 Jun;73(6):1281-90.PMID: 3009050

419. George J, Murphy T, **Roberts R**, Cooksley WG, Halliday JW, Powell LW. Influence of alcohol and caffeine consumption on caffeine elimination. *Clin Exp Pharmacol Physiol* 1986;13(10):731-736

420. Gibson RS, Boden WE, Theroux P, Strauss HD, Pratt CM, Gheorghiade M, Capone RJ, Crawford MH, Schlant RC, Kleiger RE, Young PM, Schechtman K, Perryman MB, **Roberts R**, and the Diltiazem Reinfarction Study (DRS) Group. Diltiazem and reinfarction in patients with non–Q–wave myocardial infarction results of a double–blind, randomized, multicenter trial. *N Engl J Med* 1986;315:423–429 PMID: 3526151

421. Krafchek J, Lawrie GM, **Roberts R**, Magro SA, Wyndham CRC. Surgical ablation of ventricular tachycardia: Improved results with a map–directed regional approach. *Circulation* 1986;73:1239–1247

422. Lamas GA, Muller JE, Turi ZG, Stone PH, Rutherford JD, Jaffe AS, Raabe DS, Rude RE, Mark DB, Califf RM, et al. A simplified method to predict occurrence of complete heart block during acute myocardial infarction. *Am J Cardiol.* 1986 Jun 1; 57(15):1213-9. PMID: 3717016

423. Muller JE, Turi ZG, Stone PH, Rude RE, Raabe DS, Jaffe AS, Gold HK, Gustafson N, Poole WK, Passamani E, Smith TW, Braunwald E, and the MILIS Study Group (**Roberts R**, PI). Digoxin therapy and mortality after myocardial infarction: Experience in the MILIS Study. *N Engl J Med* 1986 Jan 30;314(5):265-71.PMID: 3510391

424. Pratt CM, Gibson R, Boden W, Theroux P, Strauss H, Gheorghiade M, Capone R, Crawford M, Schlant R, Arensberg D, Arensberg D, Kleiger R, Perryman B, Schechtman K, Young P, **Roberts R**, [Diltiazem Reinfarction Study (DRS) Group]. Design of a multicenter, double-blind study to assess the effects of prophylactic diltiazem on early reinfarction after non-Q-wave acute myocardial infarction: diltiazem reinfarction study. *Am J Cardiol.* 1986 Nov 1;58(10):906-10.PMID: 3535473

425. Pratt CM, Wierman A, Seals AA, English L, Leon C, Young JB, Quiñones MA, **Roberts R**. Efficacy and safety of moricizine in patients with ventricular tachycardia: Results of a placebo controlled prospective long–term clinical trial. *Circulation* 1986;73:718–726

426. Pratt CM, Young JB, Wierman A, Borland RM, Seals AA, Leon CA, Raizner AE, Quiñones MA, **Roberts R**. Complex ventricular arrhythmias associated with the mitral valve prolapse syndrome: Effectiveness of moricizine (Ethmozine) in patients resistant to conventional antiarrhythmics. *Am J Med* 1986;80:626–632

427. Raizner AE, Hust RG, Lewis JM, Winters WL, Jr, Batty JW, **Roberts R**. Transluminal coronary angioplasty in the elderly. *Am J Cardiol* 1986;57:29–32

428. Seals AA, English L, Leon C, Wierman A, Young JB, Zoghbi WA, Quiñones MA, Mahler SA, **Roberts R**, Pratt CM. Hemodynamic effects of moricizine at rest and during supine bicycle exercise: Results in patients with ventricular tachycardia and left ventricular dysfunction. *Am Heart J* 1986;223:36–43

429. Seals AA, Verani MS, Tadros S, Mahmarian JJ, **Roberts R**. Comparison of left ventricular diastolic function as determined by nuclear probe, radionuclide angiography and contrast cineangiography. *J Nucl Med* 1986;27:1908–1915

430. Stone PH, Turi ZG, Muller JE, Parker C, Hartwell T, Rutherford JD, Jaffe AS, Raabe DS, Passamani ER, Willerson JT, et al. (**Roberts R**, PI). Prognostic significance of the treadmill exercise test performance 6 months after myocardial infarction. *J Am Coll Cardiol.* 1986 Nov; 8(5):1007-17. PMID: 2876018

431. Turi ZG, Stone PH, Muller JE, Parker C, Rude RE, Raabe DE, Jaffe AS, Hartwell TD, Robertson TL, Braunwald E, and the MILIS Study Group (**Roberts R**, PI). Implications for acute intervention related to time of hospital arrival in acute myocardial infarction. *Am J Cardiol* 1986 Aug 1;58(3):203-9.PMID: 3739907

432. Verani MS, Tadros S, Raizner AE, Phillips R, Matcek G, Lewis JM, **Roberts R**. Quantitative analysis of thallium–201 uptake and washout before and after transluminal coronary angioplasty. *Int J Cardiol* 1986;13:109–124

433. Wheelan K, Mukharji J, Rude RE, Poole WK, Thomas LJ Jr, Strauss HW, Jaffe AS, Muller JE, **Roberts R**, Croft CH, Passamani ER, Willerson JT, and the MILIS Study Group. Sudden death and its relationship to QT interval prolongation following acute myocardial infarction: Two year follow–up. *Am J Cardiol* 1986;57:745–750

434. Williams DO, Borer J, Braunwald E, Chesebro JH, Cohen LS, Dalen J, Dodge HT, Francis CK, Knatterud G, Ludbrook P, Markis JE, Mueller H, Desvigne–Nickens P, Passamani ER, Powers ER, Rao K, **Roberts R**, Ross A, Ryan TJ, Sobel BE, Winniford M, Zaret B, et al. Intravenous recombinant tissue-type plasminogen activator in patients with acute myocardial infarction: a report from the NHLBI thrombolysis in myocardial infarction trial. *Circulation.* 1986 Feb; 73(2):338-46. PMID: 3080261

435. Hillis LD, Borer J, Braunwald E, Chesebro JH, Cohen LS, Dalen J, Dodge HT, Francis CK, Knatterud G, Ludbrook P, Markis JE, Mueller H, Desvigne–Nickens P, Passamani ER, Powers ER, Rao K, **Roberts R**, Ross A, Ryan TJ, Sobel BE, Williams DO, Zaret B, and Co–Investigators. High–dose intravenous streptokinase for acute myocardial infarction: Preliminary results of a multicenter trial. *J AM COLL CARDIOL* 1985;6:957–962

436. Lawrie GM, Wyndham CRC, Krafchek J, Luck JC, **Roberts R**, DeBakey ME. Progress in the surgical treatment of cardiac arrhythmias: Initial experience in 90 patients. *J Am Med Assoc* 1985;254:1464–1468

437. Muller JE, Stone PH, Turi ZG, Rutherford JD, Czeisler C, Parker C, Poole WK, Passamani E, **Roberts R**, Robertson T, Sobel BE, Willerson JT, Braunwald E, and the MILIS Study Group. Circadian variation in the frequency of onset of acute myocardial infarction. *N Engl J Med* 1985;313:1315–1322

438. Pratt CM, Delcos G, Wierman AM, Mahler SA, Seals AA, Leon CA, Young JB, Quiñones MA, **Roberts R**. The changing baseline of complex ventricular arrhythmias: A new consideration in assessing long–term antiarrhythmic drug therapy. *N Engl J Med* 1985;313:1444–1449

439. Pratt CM, Slymen DJ, Wierman AM, Young JB, Francis MJ, Seals AA, Quiñones MA, **Roberts R**. Analysis of the spontaneous variability of ventricular arrhythmias: Consecutive ambulatory ECG recordings of ventricular tachycardia. *Am J Cardiol* 1985;56:67–72

440. Raizner AE, Tortoledo FA, Verani MS, Van Reet RE, Young JB, Rickman FD, Cashion WR, Samuels DA, Pratt CM, Attar M, Rubin HS, Lewis JM, Klein MS, **Roberts R**. Intracoronary thrombolytic therapy in acute myocardial infarction: a prospective, randomized, controlled trial. *Am J Cardiol* 1985 Feb 1; 55(4):301-8. PMID: 3918426

441. **Roberts R**, Croft C, Gold HK, Hartwetimll TD, Jaffe AS, Muller JE, Mullin SM, Parker C, Passamani ER, Poole WK, et al. Effect of propranolol on myocardial-infarct size in a randomized blinded multicenter trial. *N Engl J Med.* 1984 Jul 26; 311(4):218-25. PMID: 6377070

442. **Roberts R**. Nontransmural myocardial infarction. *Newsletter of the Council on Clinical Cardiology, American Heart Association* 1985;11:1–17

443. The TIMI Study Group (**Roberts R**, PI). The Thrombolysis in Myocardial Infarction (TIMI) trial. Phase I findings. TIMI Study Group. *N Engl J Med.* 1985 Apr 4; 312(14):932-6. PMID: 4038784

444. Turi ZG, Rutherford JD, **Roberts R**, Muller JE, Jaffe AS, Rude RE, Parker C, Raabe DS, Stone PH, Hartwell TD, Lewis SE, Parkey RW, Gold HK, Robertson TL, Sobel BE, Willerson JT, Braunwald E, and the MILIS Study Group. Electrocardiographic, enzymatic and scintigraphic criteria of acute myocardial infarction as determined from study of 726 patients (a MILIS Study). *Am J Cardiol* 1985;55:1463–1469

445. Verani MS, Gaeta J, LeBlanc AD, Poliner LR, Phillips L, Lacy JL, Thornby JI, **Roberts R**. Validation of left ventricular volume measurements by radionuclide angiography. *J Nucl Med* 1985;26:1394–1401

446. Young JB, Leon CA, Pratt CM, Suarez JM, Aronoff RD, **Roberts R**. Hemodynamic effects of an oral dopamine receptor agonist (fenoldopam) in patients with congestive heart failure. *J AM COLL CARDIOL* 1985;6:792–796

447. Croft CH, Rude RE, Lewis SE, Parkey RW, Poole WK, Parker C, Fox N, **Roberts R** et al, and the MILIS Study Group. Comparison of left ventricular function and infarct size in patients with and without persistently positive technetium–99m pyrophosphate myocardial scintigrams after myocardial infarction: analysis of 357 patients. *Am J Cardiol* 1984;53(4):421–428

448. Hackel DB, Reimer KA, Ideker RE, Mikat EM, Hartwell TD, Parker CB, Braunwald EB, Buja M, Gold HK, Jaffe AS, Muller JE, Raabe S, Rude RE, Sobel BE, Stone PH, **Roberts R**, and the MILIS Study Group. Comparison of enzymatic and anatomic estimates of myocardial infarct size in man. *Circulation* 1984 Nov; 70(5):824-35. PMID: 6488496

449. Jaffe AS, Ritter C, Meltzer V, Harter H, **Roberts R**. Unmasking artifactual increases in creatine kinase isoenzymes in patients with renal failure *J Lab Clin Med* 1984;104:193–202

450. Jaffe AS, Spadara JJ, Schechtman K, **Roberts R**, Geltman EM, Sobel BE. Increased congestive heart failure after myocardial infarction of modest extent in patients with diabetes mellitus. *Am Heart J* 1984;108:31–37

451. MILIS Study Group (**Roberts R**, PI). Hyaluronidase therapy for acute myocardial infarction: Results of a randomized, blinded, multicenter trial. *Am J Cardiol* 1984;57:1236–1243

452. MILIS Study Group (**Roberts R**, PI). National Heart, Lung, and Blood Institute Multicenter Investigation of the Limitation of Infarct Size (MILIS): Design and Methods of the Clinical Trial. An Investigation of Beta–Blockade and Hyaluronidase for Treatment of Acute Myocardial Infarction Dallas, TX. *American Heart Association Monograph* 100, 1984,

453. Mukharji J, Rude RE, Poole WK, Gustafson N, Thomas LJ, Strauss HW, Jaffe AS, Muller JE, **Roberts R**, Raabe DS, Jr, Croft CH, Passamani E, Braunwald E, Willerson JT, and the MILIS Study Group. Risk factors for sudden death after acute myocardial infarction: Two–year follow–up. *Am J Cardiol* 1984;54:31–36

454. Muller JE, Morrison J, Stone PH, Rude RE, Rosner B, **Roberts R**, Pearle DL, Turi ZG, Schneider JF, Serfas DH, Tate C, Scheiner E, Sobel BE, Hennekens CH, Braunwald E. Nifedipine therapy for patients with threatened and acute myocardial infarction: A randomized, double-blind, placebo-controlled comparison. *Circulation* 1984 Apr; 69(4):740-7. PMID: 6365350

455. Muller JE, Turi ZG, Pearle DL, Schneider JF, Serfas DH, Morrison J, Stone PH, Rude RE, Rosner B, Sobel BE, Tate C, Scheiner E, **Roberts R**, Hennekens CH, Braunwald E. Nifedipine versus conventional therapy for unstable angina pectoris: A randomized double–blind comparison. *Circulation* 1984;Apr;69(4):728-39.PMID: 6365349

456. Mullin SM, Warwick S, Akers M, Beecher P, Helminger K, Moses B, Rigby PA, Taplin NE, Werner W, Wettach R,[MILIS Study Group (**Roberts R**, PI)]. An acute intervention trial: the research nurse coordinator's role. *Controlled Clin Trials* 1984 Jun;5(2):141-56.PMID: 6744886

457. Poliner LR, Farber SH, Glaeser DH, Nylaan L, Verani MS, **Roberts R**. Alteration of diastolic filling rate during exercise radionuclide angiography: A highly sensitive technique for detection of coronary artery disease. *Circulation* 1984;70:942–950

458. Pratt CM, Young JB, Norton HJ, Taylor AA, Francis MJ, English L, Mann DE, Quiñones MA, **Roberts R**: Comparative effect of disopyramide and ethmozine in suppressing complex ventricular arrhythmias using a double–blind, placebo–controlled longitudinal crossover design. *Circulation* 1984;69:288–297

459. Jaffe AS; Geltman EM; Tiefenbrunn AJ; Ambos HD; Strauss HD; Sobel BE; **Roberts R**. Reduction of infarct size in patients with inferior infarction with intravenous glyceryl trinitrate. A randomised study. *Br Heart J.* 1983 May;49(5):452-60. PMID: 6404289

460. Pratt CM, **Roberts R**. Chronic beta blockade therapy in patients after myocardial infarction. *Am J Cardiol* 1983;52:661–664

461. **Roberts R**, Ambos HD, Sobel BE. Estimation of infarct size with MB rather than total CK. *Int J Cardiol* 1983;2(5-6):479–492

462. Rude RE, Poole WK, Muller JE, Turi Z, Rutherford J, Parker C, **Roberts R**, Raabe DS, Jr, Gold HK, Stone PH, Willerson JT, and the MILIS Study Group. Electrocardiographic and clinical criteria for recognition of acute myocardial infarction based on analysis of 3697 patients. *Am J Cardiol* 1983;52:936–942

463. Smith JL, Ambos HD, Gold HK, Muller JE, Poole WK, Raabe DS, Jr, Rude RE, Passamani E, Braunwald E, Sobel BE, **Roberts R**, and the MILIS Study Group. Enzymatic estimation of myocardial infarct size when early creatine kinase values are not available. *Am J Cardiol* 1983;51:1294–1300

464. Geltman EM, Biello D, Welch MJ, Ter–Pogossian MM, **Roberts R**, Sobel BE. Characterization of nontransmural myocardial infarction by positron–emission tomography. *Circulation* 1982;65(4):747–755

465. Jaffe AS, **Roberts R**. The use of intravenous nitroglycerin in cardiovascular disease. *Pharmacotherapy* 1982;2:273–280

466. Marmor A, Geltman EM, Schechtman K, Sobel BE, **Roberts R**. Recurrent myocardial infarction: Clinical predictors and prognostic implications. *Circulation* 1982;66:415–421

467. Clark RE, Christlieb IY, Ferguson TB, Weldon CS, Marbarger JP, Sobel BE, **Roberts R**, Henry PD, Ludbrook PA, Biello DR, Clark BK. Laboratory and initial clinical studies of nifedipine, a calcium antagonist for improved myocardial preservation. *Ann Surg* 1981;193:719–732

468. Clark RE, Christlieb IY, Ferguson TB, Weldon CS, Marbarger JP, West PN, Sobel BE, Ludbrook PA, **Roberts R**, Biello DR, Clark BK. The first American clinical trial of nifedipine in cardioplegia solution for myocardial preservation: A preliminary report. *J Thorac Cardiovas Surg* 1981;82:848–859

469. Marmor A, Biello DR, Sampathkumaran KS, Geltman EM, Siegel BA, **Roberts R**. A new scintigraphic technique for assessment of right atrial function. *Radiology* 1981;139:719–723

470. Marmor A, Geltman EM, Biello DR, Sobel BE, Siegel BA, **Roberts R**. Functional response of the right ventricle to myocardial infarction: Dependence on the site of left ventricular infarction. *Circulation* 1981;64:1005–1011

471. Marmor A, Sobel BE, **Roberts R**. Factors presaging early recurrent myocardial infarction (extension). *Am J Cardiol* 1981;48:603–610

472. **Roberts R**, Jaffe AS, Henry PD, Sobel BE. Nifedipine and acute myocardial infarction. *Herz* 1981;6:90–97

473. Tiefenbrunn AJ, Biello DR, Geltman EM, Sobel BE, Siegel BA, **Roberts R**. Gated cardiac blood pool imaging and thallium–20l myocardial for detection of remote myocardial infarction. *Am J Cardiol* 1981;47:1–6

474. Ambos HD, Geltman EM, Fukuyama O, **Roberts R**. Infarct size: A determinant of the rate of evolution and disappearance of electrocardiographic manifestations. In *Computers in Cardiology Long Beach, IEEE Computer Society*, 1980, pp 281

475. Arnoff SL, Passamani E, Borowsky BA, Weiss AM, **Roberts R**, Cryer PE. Norepinephrine and epinephrine secretion from a clinically epinephrine secreting pheochromocytoma. *Am J Med* 1980;69:321–324

476. Britton CV, Hernandez A, **Roberts R**. Plasma creatine kinase isoenzyme determinations in infants and children: Characterization in normal patients and after cardiac catheterization and surgery. *Chest* 1980;77:758–760

477. Clark G, Strauss HD, **Roberts R**. Dobutamine versus furosemide in the treatment of cardiac failure due to right ventricular infarction. *Chest* 1980;77:220–223

478. Fukuyama T, Schechtman KB, **Roberts R**: The effects of intravenous nitroglycerin on hemodynamics, coronary blood flow and morphologically and enzymatically estimated infarct size in conscious dogs *Circulation* 1980;62:1227–1238

479. Goldstein RA, Passamani ER **Roberts R**. A comparison of digoxin and dobutamine in patients with acute infarction and cardiac failure. *N Engl J Med* 1980;303:846–850

480. **Roberts R**, Ambos D. Evaluation of dobutamine in patients with cardiac failure and acute myocardial infarction. *International Dobutamine Symposium Munich*, 1980, pp 208–216

481. Strauss HD, **Roberts R**. Plasma MB creatine kinase activity and other conventional enzymes: Comparison in patients with chest pain and tachyarrhythmias. *Arch Intern Med* 1980;140:336–339

482. Strauss HD, Sobel BE, **Roberts R**. The influence of occult right ventricular infarction on enzymatically estimated infarct size, hemodynamics and prognosis. *Circulation* 1980;62:503–508

483. Te–Pogossian MM, Klein MS, Markham J, **Roberts R**, Sobel BE. Regional assessment of myocardial metabolic integrity in vivo by positron–emission tomography with 11C–labeled palmitate. *Circulation* 1980;61:242–255

484. Tiefenbrunn AJ, **Roberts R**. Elevation of plasma MB creatine kinase and the development of new Q–waves in association with pericarditis. *Chest* 1980;77:438–440

485. Ahumada GG, Karlsberg RP, Jaffe AS, Ambos HD, Sobel BE, **Roberts R**. Reduction of early ventricular arrhythmia by acebutolol in patients with acute myocardial infarction. *Br Heart J* 1979;41:654–659

486. Geltman EM, Ehsani AA, Campbell MK, Schechtman K, **Roberts R**, Sobel BE. The influence of location and extent of myocardial infarction on long– term ventricular dysrhythmia and mortality. *Circulation* 1979;60:805–814

487. Jaffe AS, Klein MS, Patel BR, Siegel BA, **Roberts R**. Abnormal technetium-99m pyrophosphate images in unstable angina: ischemia versus infarction? *Am J Cardiol.* 1979 Nov;44(6):1035-9.PMID: 227263

488. Fleg JL, Siegel BA, Williamson JR, **Roberts R**. 99mTc-pyrophosphate imaging in acute pericarditis: a clinical and experimental study. *Radiology.* 1978 Mar; 126(3):727-31. PMID: 622219

489. Gowda KS, Gillespie TA, Ambos HD, Sobel BE, **Roberts R**. Effects of external counterpulsation on enzymatically estimated infarct size and ventricular arrhythmia. *Br Heart J* 1978;40:308–314

490. Gutovitz AL, Sobel BE, **Roberts R**. Progressive nature of myocardial injury in selected patients with cardiogenic shock. *Am J Cardiol.* 1978 Mar;41(3):469-75.PMID: 626124

491. Parker C, Levitt R, Vito J, Bruce R, **Roberts R**, Kissane J. Mixed connective tissue disease. *Am J Med* 1978;65:833–842

492. **Roberts R**, Ambos HD, Loh CW, Sobel BE. Initiation of repetitive ventricular depolarizations by relatively late premature complexes in patients with acute myocardial infarction. *Am J Cardiol* 1978;41:678–683

493. Gillespie TA, Ambos HD, Sobel BE, **Roberts R**. Effects of dobutamine in patients with acute myocardial infarction. *Am J Cardiol* 1977;39:588–594

494. Klein MS, Ludbrook PA, Mimbs JW, Gafford FH, Gillespie TA, Weldon CS, Sobel BE, **Roberts R**. Perioperative mortality rate in patients with unstable angina selected by exclusion of myocardial infarction. *J Thorac Cardiovasc Surg* 1977;73:253–257

495. Klein MS, Weiss AN, **Roberts R**, Coleman RE. Technetium–99m stannous pyrophosphate scintigrams in normal subjects, patients with exercise induced ischemia and patients with calcified valves. *Am J Cardiol* 1977;39:360–363

496. Mimbs JW, de Mello V, **Roberts R**. The effect of respiration on normal and abnormal Q–waves: An electrocardiographic and vectorcardiographic analysis. *Am Heart J* 1977:579–584

497. **Roberts R**, Parker CW, Sobel BE.   Detection of acute myocardial infarction with a radioimmunoassay for creatine kinase MB. *Lancet* 1977;2:319–322

498. **Roberts R**, Sobel BE.   MB creatine phosphokinase in skeletal muscle.  *Arch Intern Med* 1977;137(8):1089

499. West PN, Williamson JR, Nora JD, Ramsey DL, **Roberts R**, Clark RE, Weldon CS.    Reperfusion of ischemic myocardium: Microvascular injury.   *Surg Forum* 1977;28:246–247

500. Alderson PO, Bernier DR, Ludbrook PA, Harwig JF, **Roberts R**, Sobel BE.   Serial radionuclide determinations of ejection fraction with 99mTc– labeled red blood cells.   *Radiology* 1976;119(3):729–730

501. Coleman RE, Klein MS, **Roberts R**, Sobel BE.   Improved detection of myocardial infarction with technetium–99m stannous pyrophosphate and serum MB creatine phosphokinase.   *Am J Cardiol* 1976;37:732–735

502. Cox JR, Jr, **Roberts R**, Ambos HD, Oliver GC, Sobel BE.   Relations between enzymatically estimated myocardial infarct size and early ventricular dysrhythmia.  *Circulation* 1976;53:1150–1155

503. Gowda KS, **Roberts R**.   The simultaneous occurrence of a ventricular septal defect and mitral insufficiency after myocardial infarction.   *Am Heart J* 1976;92:234–236

504. Klein MS, Coleman RE, **Roberts R**, Weiss AN.   False positive 99mTC (Sn) pyrophosphate myocardial infarct images related to delayed blood pool clearance.  *J Clin Nucl Med* 1976;1:45

505. Klein MS, Coleman RE, Weldon CS, Sobel BE, **Roberts R**.   Concordance of electrocardiographic and scintigraphic criteria of myocardial injury after cardiac surgery.  *J Thorac Cardiovasc Surg* 1976;71:934–937

506. **Roberts R**, deMello V, Sobel BE.   Deleterious effects of methylprednisolone in patients with myocardial infarction.   *Circulation* 1976;53:I204–I206

507. **Roberts R**, Sobel BE, Ludbrook PA.   Determination of the origin of elevated plasma CPK after cardiac catheterization.   *Cath Cardiovasc Diag* 1976;2:329–336

508. **Roberts R**, Sobel BE.   Elevated plasma MB creatine phosphokinase activity A specific marker for myocardial infarction in perioperative patients.  *Arch Intern Med* 1976;136:421–424

509. Sobel BE, **Roberts R**, Larson KB.   Estimation of infarct size from serum MB creatine phosphokinase activity:  Applications and limitations.   *Am J Cardiol* 1976;37:474–485

510. **Roberts R**, Gowda KS, Ludbrook PA, Sobel BE.   Specificity of elevated serum MB CPK activity in the diagnosis of acute myocardial infarction.  *Am J Cardiol* 1975;36:433–437

511. **Roberts R**, Henderson RW, Wigle ED.   Esophageal disease as a cause of chest pain.   *Chest* 1975;67:523–526

512. **Roberts R**, Husain N, Ambos HD, Oliver GC, Cox JR, Jr, Sobel BE.   Relation between infarct size and ventricular arrhythmia.   *Br Heart J* 1975;37:1169–1175

513. **Roberts R**, Ludbrook PA, Weiss ES, Sobel BE.   Serum CPK isoenzymes after cardiac catheterization.   *Br Heart J* 1975;37:1144–1149

**Preface or Foreword for a Book by Invitation**

514. **Roberts R**, *Foreword Learned by Heart*; Milton S Klein. Houston, TX: Bright Sky Press. 2017.

**Invited Reviews**

515. **Roberts R,** Chang C, Bellamkonda Pallavi. Comprehensive Risk (Genetic and Acquired) Stratification for Primary Prvention of CAD Genetic Risk of CAD *Journal of Molecular Genetics* 2020 March

516. **Roberts R.** Genetic risk score may reshape primary prevention. *Cardiology Today.* 2018 September.

517. Dr Wilbert J.  Keon, A Tribute to the passing of a legend. Canadian Journal of Cardiology 35 (2019) 1259-1262

518. **Roberts R,** Bellamkonda Pallavi. Genetic Risk has the Potential to Revolutionize the Primary Prevention of CAD. Cardiology Today. 2019, December.

519. **Roberts R,** Campillo Arlene, Schmitt Marin. Prediction and management of CAD risk based on genetic stratification. Trends in Cardoiovascular Medicine 2019, In Press, https://doi.org/10.1016/j.tcm2019.08.006

520. Rich M, Schwartz J, Schmader K, et al. **Roberts R.** Pharmacotherapy in Older Adults with Cardiovascular Disease: Report from an ACC, AGS, NIA Workshop. *J Amer Geriatics Soc.* 2018; In Press. DOI: 10.1111/jgs.15634

521. **Roberts R.** Mendelian Randomization Studies Promise to Shorten the Journey to FDA Approval. *JACC:BTS.* 2018; 3(5): 690-703.

522. **Roberts R,** Campillo A. Genetic stratification for primary prevention of coronary artery disease.*Current Opinion in Cardiology.* 2018; 33(5):529-534.

523. **Roberts R.** Genetic risk stratification: tipping point for global primary prevention of coronary artery disease. *Circulation.* 2018; 137(24):2554-2556.

524. **Roberts R.** Genetics in the prevention and management of coronary artery disease. *Current Opinion in Cardiology.* 2018; 33(3):257-268.

525. **Roberts R.** 2 decades of molecular cardiology and genetics. *Cardiology Today-Cardioly Today Anniversary.* 2017 August.

526. **Roberts R.** Genetic Risk Stratification and Prevention of CAD-an idea who's time is now. *Clinical Chemistry,* 2017: 63(9): 1821-1823

527. **Roberts R.** A Debate: Argument in Support of Personalized and Digital Medicine is the Answer. http://www.acc.org/. Nov 20 2017. Accessed Noveber 2017. http://www.acc.org/latest-in-cardiology/articles/2017/11/20/14/29/argument-in-support-of-personalized-and-digital-medicine-is-the-answer.

528. **Roberts R**, Campillo A. Discovery of six new genetic risk variants predisposing to CAD. *Cardiology Today-Gene of the Month,* 2017 June.

529. **Roberts R**. A breakthrough in genetics and prevention of coronary artery disease and its relevance to prevention in low and middle income countries. *Global Heart* September 2017:12(3): 247-257.

530. **Roberts R**. Genetics-current and future role in the prevention and management of coronary artery disease. *Curr Atheroscler Rep.* 2016;18(12):78.

531. Marian AJ, van Rooij E, **Roberts R**. Genetics and genomics of single-gene cardiovascular diseases: Common hereditary cardiomyopathies as prototypes of single-gene disorders. *J Am Coll Cardiol* 2016;68(25):2831-2849.

532. Assimes TL, **Roberts R**. Genetics: Implications for prevention and management of coronary artery disease. *J Am Coll Cardiol* 2016;68(25):2797-2818.

533. **Roberts R**, Zeien J. New gene for mitral valve prolapse discovered. *Cardiology Today – Gene of the Month.* 2016 April.

534. Roberts, R: Mutations in NR2F2 can induce atrioventricular defects, LV outflow tract obstruction. *Cardiology Today – Gene of the Month.* 2015 May.

535. **Roberts R**: A genetic basis for coronary artery disease. *Trends in Cardiovascular Disease* 2015, April: 25, (3) ,171-178

536. **Roberts R**: A Perspective on genetics of aortic valve disease.Cardiology Today 2014,December: 17,(12),32

537. **Roberts R**. Genetics of Coronary Artery Disease. *Circ Res.* 2014 Jun 6;114(12):1890-903

538. Dandona S, **Roberts R**. The role of genetic risk factors in coronary artery disease. *Curr Cardiol Rep.* 2014 May; 16(5):479. PMID: 24691635

539. **Roberts R**. Specific RNA inhibition of causal alleles: a potential therapy for familial hypertrophic cardiomyopathy. *Circ Res.* 2014 Feb 28; 114(5):751-3. PMID: 24577961.

540. **Roberts R**. Genetics of coronary artery disease: an update. *Methodist DeBakey Cardiovascular Journal.* 2014 Jan;10(1):7-12

541. **Roberts R**. Genetic variants that increase HDL levels do not decrease risk for MI. *Cardiology today – Gene of the Month.* 2014Feb; 16(2):28.

542. **Roberts R**, Marian AJ, Dandona S, Stewart A. Genomics in Cardiovascular Disease. *J Am Coll Cardiol.* 2013May21;61(20):2029-37 PMID: 23524054

543. Schneider DJ, Avera ES, Bergmann SR, Braunwald E, Collen D, Frye R, Jaffe A, Kirk RJ, Ludbrook PA, **Roberts R**, Spector P, Vlasuk GP, Willerson JT. In memoriam: Burton E. Sobel a tribute from family, friends and colleagues October 21, 1937 - May 3, 2013. *Exp Biol Med (Maywood).* 2013 Oct; 238(10):1101-15. PMID:24072785

544. Dandona S, **Roberts R**. Personalized Cardiovascular Medicine: status in 2012. *Can J Cardiol.* 2012 Nov; 28(6):693-9. PMID: 23036280.

545. **Roberts R**, Stewart AFR. Genes and CAD: Where are we? *JACC,* 2012 Oct 30; 60(18):1715-21. PMID: 23040572.

546. Roberts B, **Roberts R**. Genetic predisposition linked to coronary calcification. *Cardiology Today.* 2012 Oct.

547. **Roberts R**, Stewart AFR. Genetics of Coronary Artery Disease in the 21st Century. *Clin Cardiol.* 2012 Sep; 35(9):536-40. PMID: 22588700

548. Roberts B, **Roberts R**. A polymorphism predisposing to sick sinus syndrome identified. *Cardiology Today.* 2012 Jun.

549. **Roberts R**, Stewart AF. The genetics of coronary artery disease. *Curr Opin Cardiol* 2012May; 27 (3):221-7. PMID:2382499

550. Roberts B, **Roberts R**. A and B blood groups linked to higher MI risk, not coronary atherosclerosis. *Cardiology Today.* 2012 April

551. **Roberts R**, Stewart AFR. 9p21 and the Genetic Revolution for Coronary Artery Disease. *Clinical Chemistry* 2012Jan:58(104–112)

552. Dandona S, Stewart A. F, **Roberts R**. Genomics: is it ready for primetime? *Med Clin North Am* 2012Jan; 96(1):113-22. PMID: 22391256

553. Superko HR, **Roberts R**, Agatston A, Frohwein S, Reingold JS, White TJ, Sninsky JJ, Margolis B, Momary KM, Garrett BC, King SB, III. Genetic testing for early detection of individuals at risk of coronary heart disease and monitoring response to therapy: challenges and promises. *Curr Atheroscler Rep* 2011; 13(5):396-404. PMID 21830102

554. **Roberts R**, Chen L, Wells GA, Stewart AF. Recent success in the discovery of coronary artery disease genes. *Can J Physiol Pharmacol* 2011;89(8);609–615 PMID 21815781

555. **Roberts R**. A New Gene for ARVD. *Cardiology Today* August 2011;14(8):18

556. **Roberts R**. CARDIoGRAM: A Genetic Landfall for Coronary Artery Disease. *Cardiology Today* June 2011;14(6):19

557. **Roberts R**. TRPM4 causes autosomal dominant isolated cardiac conduction disease. *Cardiology Today* April 2011;14(4):35

558. **Roberts R**. Familial Aortic Dissection due to mutations in Myosin Light Chain Kinase. *Cardiology Today* Feb.2011

559. **Roberts R**. Molecular biology of heart disease. *World J Cardiol* 2011;3(4):121-126

560. Stewart AF, **Roberts R**. A Genomic Revolution for Cardiovascular Disease–A Progress Report at Five Years. *Am Heart Hosp J* 2011;9(1):19–23

561. Superko RH, **Roberts R**, Agatston A, Frohwein S, Reingold JS, White TJ, Sninsky JJ, Margolis B, Momary KM, Garett BC, King, SB. Genetic Testing for Early Detection of Individuals at Risk of Coronary Artery Disease and Monitoring Response to Therapy: Challenges and Promises. *Curr Atheroscler Rep* 2011;13:396–404

562. Almontashiri Naif, Meng Fan, Hsiao-Huei Chen et al. Serum Interferon Alpha 21 is a biomarker of the 9p21.3 risk locus for coronary artery disease. *Circulation* 124[A15730]. 2011.

563. Cairns JA, Yusuf S, Cook RJ, Cox J, Dagenais GR, Devereaux PJ, McLaister FA, McCready T, CANNeCTIN (30 collaborators including **Roberts R**). CANadian Network and Centre for Trials Internationally (CANNeCTIN): A national network for Canadian–led trials in cardiovascular diseases and diabetes mellitus. *Can J Cardiol* 2010;26(7):253–8

564. Superko R, **Roberts R**, Lakshmana P, Spencer K, Garrett B, Chronos N. Family Coronary Heart Disease: A Call to Action. *Clin Cardiol* 2010:33(12);E1–E6

565. Dandona S, Stewart AFR, **Roberts R**. Genomics in Coronary Artery Disease: Past, Present and Future. *Can J Cardiol* 2010;26(Suppl A):56A–59A

566. Rafiq S, Anand S, **Roberts R**. Genome–wide Association Studies of Hypertension: Have They Been Fruitful? *J Cardiovasc Trans Res* 2010;3(3):189–96

567. Roberts B, **Roberts R**. Mutations in the tropomyosin gene may induce cardiac hypertrophy or dilatation. *Cardiology Today,* September 2010

568. **Roberts R**, Roberts B. Genome wide Association Studies identify two common Genetic Risk Varients predisposing to Atrial Fibrillation. *Cardiology Today,* July 2010

569. **Roberts R**, Wells GA, Stewart AF, Dandona S, Chen L. The genome-wide association study--a new era for common polygenic disorders. *J Cardiovasc Transl Res* 2010 Jun;3(3):173-82 Epub 2010 Mar 27

570. Dandona S, **Roberts R**. Creating a Genetic Risk Score for Coronary Artery Disease. *Curr Athero Reports*, 2009:11(3);175–181

571. **Roberts R**. Mutations in smooth muscle alpha–actin —ACTA2— lead to thoracic aortic aneurysm and dissections. *Cardiology Today* Mar.2009:12(3);30

572. **Roberts R**. Personalized Medicine: A Reality Within this Decade. *J Cardiovascular Transl Res*, 2008:1(1);11–16

573. **Roberts R**. A customized genetic approach to the number one killer: coronary artery disease. *Curr Opin Cardiol.* 2008 Nov; 23(6):629-33. PMID: 18830080

574. **Roberts R**. A Novel Mutation in Plakoglobin causes Arrhythmogenic Right Ventricular Cardiomyopathy. *Cardiology Today*, May, 2008

575. **Roberts R**. A Novel Mutation in Ryanodine Receptor 2 causes Arrhythmogenic disorder. *Cardiology Today,* March, 2008

576. **Roberts R**. Metoprolol prevented myocardial infarction but increase risk for stroke and death after noncardiac surgery POISE Study Group. *ACP Journal Club,* September 2008:149(3);JC3–4

577. **Roberts R**. Mutations in LMF1 Cause Combed Lipase Deficiency and Severe Hypertriglyceridemia. *Cardiology Today,* November, 2008

578. **Roberts R**. Novel Gene found to cause Brugada Syndrome, Gene of the Month. *Cardiology Today,* January, 2008

579. Friedewald VE, McPherson R, **Roberts R**, Roberts WC, Waters DD. The Editor's Roundtable: Statin therapy in acute coronary syndrome. *Am J Cardiol* 2007;99(2):213-221

580. Beanlands R, **Roberts R**. Positron Molecular Imaging, an In Vivo Glimpse of the Genome *J Mol Cell Cardio,* 2007;43:11–14

581. **Roberts R**, Meades K. Universal Health Care. *Am Heart Hosp J* 2007;5:217–222

582. **Roberts R**. Personalized Medicine: An Idea whose time is approaching. *JMDHC* 2007;3(1);3–7

583. **Roberts R**. A novel gene for Hypertrophic Cardiomyopathy. *Cardiology Today*, September 2007

584. **Roberts R**. Filamin A Mutations responsible for X–Linked Cardiac Myxomatous Valve Disease, *Today in Cardiology, J*une 2007

585. **Roberts R**. Brugada Syndrome: A New Genetic Cause for Sudden Cardiac Death. *Today in Cardiology*, April, 2007

586. **Roberts R**. Personalized Medicine: An Idea whose time is Approaching  Asian Hospital & Healthcare Management, 2007:13;34–35

587. **Roberts R**. The First Common Locus 9p21 identified conferring predisposition for CAD, *Cardiology Today,* November 2007

588. **Roberts R**. New Gains in Understanding Coronary Artery Disease, Interview with Dr Robert Roberts. *Affymetrix Microarray Bulletin*, Spring 2007:3(2);1–4

589. Stewart A, McPherson R, **Roberts R**, Wells G, Rutberg J, Ewart G, Williams K, Kavaslar N, Doelle H, Hebert S, Naing Vo L. Identifying Genes for Coronary Artery Disease: An Idea whose time has come. *Can J Cardiol* 2007;23(A):7A–15A

590. Senthill V, Chen S, Sidhu J, **Roberts R**, Marian AJ.  New Concepts in Hypertrophic Cardiomyopathy. *J AM COLL CARDIOL*, 2006;Feb21:62A

591. **Roberts R**.  Mechanisms of Disease: genetic mechanisms of atrial aibrillation. *Nat Clin Prac Cardiovasc Med,* 2006 May;3(5):276–282

592. Friedewald, V. E; McPherson, R; Roberts, R; Roberts W. C; Waters, D. D. The Editor's Roundtable: Statin Therapy in Acute Coronary Syndrome. Meeting on March 21, 2006. *American Journal of Cardiology*, 2006

593. **Roberts R**. Genomics and Cardiac Arrhythmias. *J Am Coll Cardiol* 2006:47(1);9–21

594. **Roberts R**, Stewart AFR. Personalized Medicine: A Future Prerequisite for the Prevention of Coronary Artery Disease. *Am Heart Hosp J* 2006: 4(3);222–227

595. **Roberts R**. A Glimpse of the 21st Century from Present Day Genetics, *CV Network*, Vol 4, No 4, Jan 2006

596. **Roberts R**. A Gene for Sinus Bradycardia has been identified in the Pacemaker Channel (HCN4). *Today in Cardiology,* April, 2006

597. **Roberts R**. Genetic Mechanisms of Atrial Fibrillation. *Nat Clin Pract Cardiovasc Med* 2006;3(4):276–282

598. **Roberts R**. KCNE2, A Subunit of a Cardiac Potassium Channel: A Novel Gene for Atrial Fibrillation. *Today in Cardiology*, February, 2006

599. **Roberts R**. Mutations in the Gene Plakophilin–2. *Today in Cardiology*, May, 2006

600. **Roberts R**. Myosin heavy chain 11, a novel gene for thoracis aortic aneurysm/dissection. *Today in Cardiology*, July 2006

601. **Roberts R**. Genetic basis for Familial Pulmonary Artrial Hypertension. *Today in Cardiology* July, 2005

602. **Roberts R**, Sigwart U. Current Concepts on the Pathogenesis and Treatment of Hypertrophic Cardiomyopathy. *Circulation* 2005;112(2):293–296

603. Giles TD, Chatterjee K, Cohn JN, Colucci WS, Feldman AM, Ferrans VJ, **Roberts R**. Definition, Classification, and Staging of the Adult Cardiomyopathies: A Proposal for Revision. *J Card Fail* 2004;10(1):6–8

604. Dunlap M, Eichhorn E, Ghali J, Gradman A, Hershberger R, **Roberts R** . The Use of Candesartan Cilexetil in Patients with Symptomatic Heart Failure and Reduced Left Ventricular Systolic Function. June, 2004

605. Giles TD, Chatterjee K, Cohn JN, Colucci WS, Feldman AM, Ferrans VJ, **Roberts R**. Definition, classification and staging of the adult cardiomyopathies: a proposal for revision. *J Card Fail* 2004 Feb; 10(1):6–8

606. **Roberts R**, Brugada R. Brugada Syndrome Encyclopedia of Diagnostic Genomics and Proteomics. *Dekker,* 2004;160–164

607. **Roberts R**, Vijayaraghavan K, Adams K. Heart Failure and Anemia: An Emerging Health Concern. *AMGEN,* February 2004

608. **Roberts R**, Brugada R. Genetics and arrhythmias. *Annu Rev Med* 2003;54:257–267

609. Sidhu J, **Roberts R**. Genetic basis and pathogenesis of familial WPW syndrome. *Indian Pacing Electrophysiol J* 2003;3(4):197-201

610. **Roberts R**, Sidhu J. Genetic basis for hypertrophy cardiomyopathy: Implications for diagnosis and treatment. Am *Heart Hosp J* 2003;1(2):128–134

611. **Roberts R**, Sidhu J. New genetic locus for familial TAAD. *Today in Cardiology* 2003;6:22

612. **Roberts R**. Fabry disease can be cause of cardiac hypertrophy. *Today in Cardiology* 2003;6:26

613. **Roberts R**. Paraozonase gene transmits susceptibility for CAD. *Today in Cardiology* 2003;6:30

614. Marian AJ, **Roberts R** Molecular genetics of cardiovascular disease. Yusef S, Cairns JA, Camm AJ, Fallen EF, Gersh BJ (eds) Evidenced Based Cardiology 2nd Edition Tavistock Square, London, 2002, pp 287–299

615. **Roberts R**, Bonow RO, Loscalzo J, Mosca L. Report of the American Heart Association Task Force on Strategic Research Direction: executive summary. *Circulation* 2002;106(20):2630–2632 PMID: 12427662

616. **Roberts R**. Molecular genetics of cardiomyopathies. *Rev Esp Cardiol* 2002;3:292–302

617. **Roberts R**. Beta1 receptor gene polymorphism identified. Today in Cardiology 2002;5:23

618. **Roberts R**. Defects in the sodium channel gene exhibit many different faces Cardiology Today January 2002

619. **Roberts R**. Human genome project and its impact on the management of cardiovascular *disease 54th Annual Conference on Cardiological Society of India*, December 1–4, 2002

620. Alpert JS, Thygesen K, Antman E, Bassand JP, et al. Myocardial infarction redefined--a consensus document of The Joint European Society of Cardiology/American College of Cardiology Committee for the redefinition of myocardial infarction. *J Am Coll Cardiol.* 2000 Sep; 36(3):959-69. PMID: 10987628 Erratum in: *J Am Coll Cardiol* 2001 Mar 1, 37(3):973.

621. **Roberts R**. New gene shows susceptibility for CAD. *Today in Cardiology* 2002;5:21

622. **Roberts R**. RYR2 mutations responsible for some arrhythmias. *Today in Cardiology* 2002;5:16–18

623. **Roberts R**, Sigwart U. New Concepts in Hypertrophic Cardiomyopathies, Part 1. *Circulation* 2001;104:2113–2116

624. **Roberts R**, Sigwart U. New Concepts in Hypertrophic Cardiomyopathies, Part 2. *Circulation* 2001;104:2249–2252

625. **Roberts R**, Brugada R. Genetic Aspects of Arrhythmias. *Am J Med Genet* 2001;97:310–318

626. Fromm RE, **Roberts R**. Sensitivity and specificity of new serum markers for mild cardionecrosis. *Curr Probl Cardiol* 2001;26(4):241–284

627. Gollob MH, **Roberts R**. Common genetics iocus identiefied for AF, ventricular preexcitation. *Cardiology Today* 2001;4:28

628. Marian, AJ, Roberts, R. The Molecular Genetic Basis for Hypertrophic Cardiomyopathy. *J Mol Cell Cardiol* 2001;33(4):655–670

629. Roberts B, **Roberts R**. Primary pulmonary hypertension–A genetic disease. *Cardiology Today* March 2001

630. **Roberts R**. Cardiac function depends on calcium channels. *Cardiology Today* 2001;4:28

631. **Roberts R**. Mineralocorticoid receptor mutation associated with early hypertension. *Cardiology Today* 2001;4:27

632. **Roberts R**. New genes identified for dilated cardiomyopathy. *Cardiology Today* 2001;4:25

633. **Roberts R**. Tropomyosin mutations in hypertrophic cardiomyopathy. *Cardiology Today* 2001;4:20

634. **Roberts R**. Embedded ion channels crucial to heart rhythm function. *Cardiology Today* 2001;4:24

635. Shah G, **Roberts R**. CPVT linked to hRyR2 receptor gene. *Cardiology Today* 2001;4:27

636. The Joint European Society of Cardiology / American College of Cardiology Committee. Myocardial infarction redefined--a consensus document of The Joint European Society of Cardiology/American College of Cardiology Committee for the redefinition of myocardial infarction. *Eur Heart J.* 2000 Sep;21(18):1502-13.PMID: 10973764

637. Brugada R, **Roberts R**. Gene therapy for cardiovascular diseases. *Expert Opinion In Therapeutic Patents* 2000;10:1385

638. **Roberts R**, Schwartz K. Myocardial Diseases. *Circulation* 2000 Nov 14; 102(20 Suppl 4):IV34-9. PMID: 11080129

639. **Roberts R**. A perspective: the new millennium dawns on a new paradigm for cardiology--molecular genetics. *J Am Coll Cardiol.* 2000 Sep; 36(3):661-7. PMID: 10987581

640. **Roberts R**. Familial cardiac myxomas: protein kinase a mutation. *Cardiology Today* 2000;3:37

641. **Roberts R**. Genes, actin, and desmin responsible for IDC: Progress is being made in identifying cardiomyopathy genes. *Cardiology Today* 2000;3:23

642. **Roberts R**. Genetics is in the spotlight of Cardiology Today's new feature. *Cardiology Today* 2000;3:6

643. **Roberts R**. Marian A. J. Basic science and Molecular Cardiology. *ACCSAP* 1996–2000

644. Shah G, **Roberts R**. Molecular genetics of cardiomyopathies. *J Nucl Cardiol* 2000;7(2):159–170

645. Brugada R, Brugada J, **Roberts R**. Genetics of cardiovascular disease with emphasis on atrial fibrillation. *J of Interventional Cardiac Electrophysiology* 1999; 3: 7–13

646. Brugada R, **Roberts R**. Molecular biology and atrial fibrillation. *Curr Opin Cardiol* 1999;14:269–273

647. **Roberts R**. Cardioexchange. *The internet–enhanced newsletter of cardiovascular therapy* 1999;1(2)

648. **Roberts R**. The Genetics of Atrial Fibrillation Harrison's Online 1999; http://wwwharrisonsonlinecom, Chapter 231

649. Brugada R, **Roberts R**. The molecular genetics of arrhythmias and sudden death. *Clin Cardiol* 1998; 21(8):553–560

650. Marian AJ, **Roberts R**. Familial hypertrophic cardiomyopathy: A paradigm of the cardiac hypertrophic response to injury. *Ann Med* 1998;30:24–32

651. **Roberts R**, Fromm RE. Management of acute coronary syndromes based on risk stratification by biochemical markers: An idea whose time has come. *Circulation* 1998;98:1831–1833

652. **Roberts R**. Current concepts in the management of acute myocardial infarction: Beneficial postmyocardial infarction effect of heart rate lowering calcium channel blockers. *Drugs of Today* 1998;34:25–30

653. Bachinski LL, **Roberts R**. New theories. Causes of dilated cardiomyopathy. *Cardiol Clin*, 1998;16(4):603–610

654. **Roberts R**, Ryan TJ. Task force 3: Clinical research in a molecular era and the need to expand its ethical imperatives. *29th Bethesda Conference. J Am Coll Cardiol*. 1998 Apr; 31(5):942-9. PMID: 561991

655. Marian AJ, **Roberts R**. Basic Science and Molecular Cardiology (Section 13). Conti CR (ed). *Adult Clinical Cardiology Self Assessment Program* '97-'98

656. Marian AJ, **Roberts R**. Molecular genetic basis of hypertrophic cardiomyopathy: Genetic markers for sudden cardiac death. *J Cardiovascular Electrophysiology* 1997; 9(1):88–99

657. Roberts, R. A glimpse of the 21st century from present day molecular biology. *Japanese Circulation Journal* 1997;61(Suppl I):3–5

658. Bachinski LL and **Roberts R**. Familial hypertrophic cardiomyopathy: Diagnostic and therapeutic implications of recent genetic studies. *Mol Med Today* 1996; 2:387–393

659. Abboud FM, Bassinthwaighte JB, Bond, EC, Cardon L, Caskey CT, Chien KR, Corval P, Cowley AW, Cos DR, Duling BR, Guyk G, Dzau VJ, Fishman MC, Frank M Gregg RE, Harris T, Hofbauer KG, Jacob HJ, Koike G, Lowy M Mockrin SC, Nabel GJ, Riley MR, **Roberts R**, et al. The Banbury Conference. Genomics to physiology and beyond: How do we get there? *The Physiologist* 1997;40:205–211

660. **Roberts R**. Molecular genetics and its application to cardiac muscle disease. *Sports Med.* 1997 Jan; 23(1):1-10. PMID: 9017855

661. Abchee AB, **Roberts R**. Molecular genetics of familial hypertrophic cardiomyopathy. *Prog Pediatr Card* 1996; 6:63–70

662. Marian AJ, **Roberts R**. Molecular genetic basis of cardiovascular disease. *Cardio Rev* 1996;4(1):47–56

663. **Roberts R**. Molecular Genetics: Cardiac disease and risk-related genes. *Clin Cardiol* 1995; 18(9 Suppl 4):IV13–IV19 Marian AJ, **Roberts R**. Basic Science and Molecular Cardiology (Section 13). Lewis P (editor). Adult Clinical Cardiology Self Assessment Program '95–'96 (*ACCSAP*), Washington, DC, Stauffer Bury, Inc 1995, p 133–1356

664. Marian AJ, **Roberts R**. Recent advances in the molecular genetics of hypertrophic cardiomyopathy. *Circulation* 1995; 92:1336–1347

665. Marian AJ, **Roberts R**: Molecular genetics of hypertrophic cardiomyopathy, Annu Rev Med, 1995;46:213–222

666. Durand JB, Abchee AB, **Roberts R**. Molecular and clinical aspects of inherited cardiomyopathies. *Ann Med* 1995;27(3):311–317

667. Mares A, Jr, **Roberts R**. The techniques of molecular biology and their application to the cardiomyopathies. Schrier RW, Abboud FM, Baxter JD, Fauci AS (editors). Advances in Internal Medicine St Louis. *Mosby Year Book,* 1994, pp 395–434

668. Marian AJ, **Roberts R**. Molecular basis of hypertrophic and dilated cardiomyopathy. *Tex Heart Inst J* 1994;21:6–15

669. Pratt CM, **Roberts R**. Angina pectoris: Unstable. Hurst WJ (editor). *Current Therapy in Cardiovascular Disease* Philadelphia, PA, BC Decker, Inc, 1994, pp 153–156

670. Marian AJ, **Roberts R**. Molecular genetics of cardiomyopathies. *Herz* 1993;18:230–237

671. Robert R. Diagnosis, pathogenesis and the treatment of non–Q–wave infarction. *Drugs of Today* 1993;29:3–14

672. Mares A, Jr, J Towbin, RD Bies, R Roberts. Molecular Biology for the Cardiologist Current Problems in Cardiology. St Louis, *Mosby Year Book,* 1992

673. **Roberts R**. Coronary heart disease and risk factors. In: *Clinical Cardiovcascular Therapeutics Mount Kisco, Futura Publishing Company, 1992*

674. **Roberts R**. Molecular biology and its impact on cardiology. *Kardiologija* 1992;13:9–13

675. **Roberts R**. Pathogenesis, diagnosis and management of acute myocardial infarction and unstable angina. Gotto AM, Jr. (ed): *Athersclerosis, A Scope Monograph Kalamazoo, The Upjohn Company*, 1992, pp 152–193

676. **Roberts R**: Thrombolysis in acute MI: Challenges for the 1990s *J Myocardial Ischemia* 1992;4:12–26

677. Boden WE, **Roberts R**. Prognosis and management of patients with non–Q–wave myocardial infarction. Zipes DP, Rowlands DJ (eds): *Progress in Cardiology Philadelphia, Lea & Febiger*, 1991, pp 143–160

678. Pratt CM, **Roberts R**. Angina pectoris: Unstable. Hurst WJ (ed): *Current therapy in cardiovascular disease Philadelphia, BC Decker, Inc,* 1991, pp 154–158

679. **Roberts R**. Adjunctive therapies in thrombolysis. Introduction. *Am J Cardiol.* 1991 Jan 25; 67(3):1A-2A. PMID: 1671314

680. **Roberts R**. Adjunctive issues in thrombolysis: The role of heparin. Hosp Formul 1991;26:26–33

681. **Roberts R**. Impact for molecular biology in cardiology. *Am J Physiol* 1991;261:8–14

682. **Roberts R**. Molecular biology and its impact for the future. *Am J Cardiol* 1991;68:3C–5C

683. **Roberts R**. Recent clinical findings impacting GISSI–II. Oto A (ed): *Current practice of cardiology Mount Kisco, Futura Media Services, Inc,* 1991, pp 181–191

684. Schneider MD, **Roberts R**, Parker TG. Modulation of cardiac genes by mechanical stress, the oncogene signaling hypothesis. *Mol Biol Med 1991*;8:167–183

685. Stein B, **Roberts R**. Current status of thrombolytic therapy in acute myocardial infarction: Medical and surgical considerations. *TX Heart Institute J* 1991;18:250–262

686. Kleiman NS, Pratt CM, **Roberts R**. Choosing an agent following myocardial infarction *Consultant* 1990;30:29–36

687. Pratt CM, Kleiman NS, **Roberts R**. Selecting patients for treatment. *Consultant* 1990;30:39–44

688. **Roberts R**, Kleiman NS, Pratt CM. Pharmacologic regimens following thrombolytic therapy. *Consultant* 1990;30:49–54

689. **Roberts R**. Management of heart failure in patients with acute myocardial infarction. *Quality Life Cardiovasc Care* 1990;Autumn:34–43

690. **Roberts R**. Patient selection for thrombolytic therapy: Reexamining the criteria. *Clin Challenges* 1990;1:1–7

691. **Roberts R**. Recent clinical findings impact results of GISSI–II. *Hosp Formul* 1990;25:9–12

692. **Roberts R**. What role for aspirin and heparin in post–lytic care? *J Crit Ill* 1990;5:307–323

693. Scheidt S, Tiefenbrunn AJ, Rogers W, Zola B, **Roberts R**. GISSI–2: Implications for US practices. *Cardiovasc Rev Report* 1990;10–30

694. Towbin J, **Roberts R**, Caskey CT.   Molecular genetics of the cardiovascular system.     Garson A, Jr, Bricker JT, McNamara DG (eds):  *The science and practice of pediatric cardiology Philadelphia, Lea & Febiger, 1*990, pp 3–70

695. Mueller HS, **Roberts R**, Teichman SL, Sobel BE.  Thrombolytic therapy in acute myocardial infarction: Part II--rt-PA.  *Med Clin North Am* 1989 Mar; 73(2):387-407. PMID: 2493116

696. Puleo PR, **Roberts R**.   Early biochemical markers for myocardial necrosis.      Brest AN, Pepine CJ (eds):  *Acute Myocardial Infarction, Cardiovasc Clinics Philadelphia, PA, FA Davis Co,* 1989;20(1):143–154

697. **Roberts R**, MD Schneider.   Molecular Biology of the Cardiovascular System:  UCLA Symposium on Molecular and Cellular Biology.  New York, NY, John A Wiley & Sons, Inc, 1989,

698. **Roberts R**.  A review of postlysis strategy.  *Hosp Pract (Off Ed).* 1989 Aug; 24 Suppl 1:24-7; discussion 28-32. *PMID: 2570077*

699. **Roberts R**.  Cardiovascular research and its beckoned call for molecular biology.   **Roberts R**, Schneider MD (eds):  Molecular Biology of the Cardiovascular System  UCLA Symposia on Molecular and Cellular Biology, New York, NY, *John A Wiley & Sons, Inc,* 1989, pp 1–11

700. **Roberts R**.  Reinfarction rates after non–Q–wave infarction:  An overview of the Diltiazem Reinfarction Study,   *J Crit Illness* 1989;4:S36–S39

701. **Roberts R**.  Reperfusion injury:  A new frontier for post–MI management, does reperfusion harm the heart while salvaging ischemic tissue?  *J Crit Illness* 1989;4:S69

702. **Roberts R**.  Review of calcium antagonist trials in acute myocardial infarction.  *Clin Cardiol* 1989;12:III–41–III–47

703. **Roberts R**.  Silent ischmia after non–Q–wave myocardial infarction.  *Cardiol Board Rev* 1989;6:22–28

704. **Roberts R**.  Thrombolysis and its sequelae:  Calcium antagonists as potential adjunctive therapy.  *Circulation* 1989;80:IV–93–IV–101

705. Schechtman KB, Capone RJ, Kleiger RE, Schwartz DJ, Gibson RS, **Roberts R**, Boden WE.  Risk stratification of patientes with non–Q–wave myocardial infarction:  The critical role of ST segment depression.  *Circulation* 1989;80:1148–1158

706. Rodgers G, Ruplinger J, Spencer W, Cronin L, Nelson J, **Roberts R**, Pratt C.   The implementation and initial performance of a helicopter system designed to transport patients with acute myocardial infarction.  *Texas Medicine* 1988;84:8–10

707. Kleiman N, **Roberts R**, Pratt CM:  Thrombolytic treatment for acute myocardial infarction.  *Tex Med* 1988;84(10):27-32

708. Mueller HS, **Roberts R**, Teichman SL, Sobel BE.  Thrombolytic therapy in acute myocardial infarction: Part I  *Med Clin North Am.* 1988 Jan;72(1):197-226.PMID: 3276985

709. Puleo PR, **Roberts R**.   An update on cardiac enzymes.  Cabin HS (ed) *Cardiology Clinics Philadelphia, PA, WB Saunders Co,* 1988;6(1):97–109

710. **Roberts R**.  Early intervention after Acute Myocardial Infarction:  An ACCP Consensus Conference.  *Chest* 1988;93

711. **Roberts R**.  Enzymatic diagnosis of acute myocardial infarction.  *Chest* 1988;93:3S–6S

712. **Roberts R**.  Inotropic therapy for cardiac failure associated with acute myocardial infarction.  *Chest* 1988;93:22S–24S

713. **Roberts R**.  Preventing recurrent myocardial infarction:  Use of calcium–channel blockers.  *Postgraduate Medicine* 1988;83:249–256

714. Gibson RS, and the Diltiazem Reinfarction Study Group.   Diltiazem and reinfarction in patients with non–Q–wave myocardial infarction.  Calcium Antagonist Quarterly (Kwartaalschrift Calciumantagonisme in de Cardiologie*) Amsterdam, Elsevier Science Publishers,* 1987, pp 149–162

715. Gibson RS.   The Diltiazem Reinfarction Study:  Drug safety, left ventricular function and selected ECG data.  **Roberts R** (ed):  *Current Perspectives in Coronary Care Selected Proceedings of Two Symposia Princeton, Excerpta Medica*, 1987, pp 57–62

716. Mueller HS, R Roberts, BE Sobel.   Recent developments in management of acute myocardial infarction:  Fibrinolytic therapy with rt–PA.  *Greenwich, Mason Medical Communications, Inc,* 1987, pp 1–33

717. Mueller HS, R Roberts, BE Sobel.   Thrombolytic Therapy in Acute Myocardial Infarction CME Monograph.   Albert Einstein College of Medicine/Montefiore Medical Center.  Greenwich, *Mason Medical Communications, Inc*, 1987

718. Pratt CM, **Roberts R**.   Diltiazem in patients after acute myocardial infarction:  Background and study results.     Angina, Silent Ischemia, and Unrecognized Myocardial Infarction Proceedings of a Conference of the Council on Silent Myocardial Ischemia and Infarction *Cardiology Board Review*, 1987, pp 55–58

719. Pratt CM, **Roberts R**.  Non–Q–wave myocardial infarction.  *The Complicated Cardiovascular Patient* 1987;1:4–9

720. Pratt CM, **Roberts R**.  Ventricular arrhythmias after acute myocardial infarction:  Consideration of arrhythmia frequency, complexity and variability in assessing risk of sudden cardiac death.  Califf RM, Wagner GS (eds):  Acute Coronary Care 1987 *Boston, Martinus Nijhoff Publishing*, 1987, pp 281–292

721. **Roberts R**, Pratt CM.  The management of Q–wave versus non–Q–wave infarction.  Califf RM, Wagner GS (eds):  Acute Coronary Care 1987 *Boston, Martinus Nijhoff Publishing*, 1987, pp 339–352

722. **Roberts R**.  Diltiazem Reinfarction Study.  **Roberts R** (ed): Current Perspectives in Coronary Care Selected Proceedings of Two Symposia Princeton, Excerpta Medica, 1987, pp 47–53

723. **Roberts R**.  Integrated program for the training of cardiovascular fellows in molecular biology.  Albertini A, Lenfant C, Paoletti R (eds):  *Biotechnology in Clinical Medicine New York, Raven Press,* 1987, pp 99–104

724. **Roberts R**.  Recognition, pathogenesis, and management of non–Q–wave infarction.  *Mod Concepts Cardiovasc Dis* 1987;56:17–21

725. **Roberts R**.  Review of calcium channel blocker trials in myocardial infarction.  **Roberts R** (editor):  Current perspectives in coronary care*. Selected proceedings of two symposia Princeton, Excerpta Medica*, 1987, pp 36–38

726. **Roberts R**.  The rationale for thrombolytic therapy in acute myocardial infarction.     Proceedings of the Symposium on Thrombolytic Therapy for Acute Myocardial Infarction: Implications for Emergency Physicians San Francisco, *American College of Emergency Physicians,* 1987, pp 5–8

727. Robertson TL, for the TIMI Investigators (**Roberts R**, PI). Myocardial Infarction: Systemic Thrombolysis in the USA. *Eur Heart J* 1987;8:67–71

728. Rokey R, Johnston DL, Wendt RE, III, Quiñones MA, **Roberts R**. MRI of ischemic heart disease in man Part 1. *Appl Radiol* 1987;31–39

729. Rokey R, Johnston DL, Wendt RE, III, Quiñones MA, **Roberts R**. MRI of ischemic heart disease in man Part 2. *Appl Radiol* 1987;63–66

730. Charlat ML, **Roberts R**. Medical treatment of a patient with post myocardial infarction angina and impaired ventricular function. Conti CM (ed): Cardiovascular Rounds Chicago, *Medical Directions, Inc,* 1986

731. Pratt CM, **Roberts R**. Ventricular arrhythmias after acute myocardial infarction: Consideration of arrhythmia frequency, complexity and variability in assessing risk of sudden cardiac death. Califf RM, Wagner GS (eds): Acute Coronary Care 1987 Boston, *Martinus Nijhoff Publishing Company,* 1986, pp 281–292

732. Young JB, **Roberts R**. Heart failure. Dirks JH, Sutton RAL (eds): Diuretics: Physiology, Pharmacology and Clinical Use Philadelphia, *WB Saunders*, 1986, pp 151–167

733. Pratt CM, **Roberts R**. Non–Q–wave myocardial infarction: Recognition, pathogenesis, prognosis and management. McIntosh HD (ed): Baylor Cardiology Series Houston, *Baylor College of Medicine,* 1985, pp 5–19

734. **Roberts R**, Puleo PR. Determining reperfusion and myocardial infarct size using serum enzymes. Wagner GS (ed): Acute Coronary Care 1986 *Boston, Martinus Nijhoff,* 1985, pp 103–132

735. **Roberts R**. Stable angina as a manifestation of ischemic heart disease: Medical Management. *Circulation* 1985;72:V145–V154

736. **Roberts R**. Updating standards for MI diagnosis. *Acute Care Medicine* 1985;2:18–26

737. Young JB, Pratt CM, **Roberts R**. Intravenous nitroglycerin: Its appropriate use. Code Blue Series New Orleans, *Tulane University,* 1985, pp 1–7

738. Young JB, **Roberts R**. Medical options in chronic stable angina. *Cardiovasc Med* 1985;21–30

739. **Roberts R**, Pratt CM. Value of intravenous streptokinase in acute myocardial infarction. *Int J Cardiol* 1984;5:637–641

740. Young JB, Pratt CM, Farmer JA, Luck JC, Fennell WH, **Roberts R**. Specialized delivery systems for intravenous nitroglycerin: Are they necessary? *Am J Med* 1984;76:27–37

741. Pratt CM, **Roberts R**, Young JB. The role of beta–blockers in the treatment of patients after infarction. **Roberts R** (ed): Symposium on Prognosis after Myocardial Infarction, Cardiology Clinics Philadelphia, *WB Saunders Company,* 1984, pp 13–20

742. **Roberts R**, Pratt CM. The influence of the site and locus of myocardial damage on prognosis. **Roberts R** (ed): Symposium on Prognosis after Myocardial Infarction, Cardiology Clinics Philadelphia, *WB Saunders Company,* 1984, pp 21–27

743. **Roberts R**. Introduction: Overview of Nitrate Therapy. Proceedings of the Second North American Conference on Nitroglycerin Therapy: Perspectives and Mechanisms *Am J Med*, 1984, pp 1–2

744. **Roberts R**. Symposium on Prognosis after Myocardial Infarction Cardiology Clinics Philadelphia, *WB Saunders Company,* 1984

745. **Roberts R**. The role of diuretics and inotropic therapy in failure associated with myocardial infarction. *Arch Int Physiol Biochim* 1984;92:S33–S48

746. Abrams J, **Roberts R**. First North American Conference on Nitroglycerin Therapy: Perspectives and Mechanisms. *Am J Cardiol* 1983, pp 1–94

747. Pratt CM, **Roberts R**. Influence of the site and extent of myocardial damage on prognosis after acute myocardial infarction. *Prac Cardiol* 1983;9:57–66

748. **Roberts R**, Marmor AT. Right ventricular infarction. *Ann Rev Med* 1983;34:377–390

749. **Roberts R**. Calcium antagonists and acute myocardial infarction. Theroux P, Waters DD (eds): Nifedipine in Clinical Practice Proceedings of the First International Canadian Nifedipine Symposium Montreal, *Excerpta Medica,* 1983, pp 238–249

750. **Roberts R**. Intravenous nitroglycerin in acute myocardial infarction. Abrams J, **Roberts R** (editors): First North American Conference on Nitroglycerin Therapy: Perspectives and Mechanisms. *Am J Cardiol* 1983;74(6B):45–52

751. **Roberts R**. MB–CK in the assessment of myocardial injury after coronary artery bypass surgery. Roberts AJ (ed): Coronary Artery Surgery: Application of New Technologies Chicago, *Year Book Medical Publishers,* 1983, pp 323

752. **Roberts R**. Measurement of enzymes in cardiology. Linden RJ (ed): Techniques in the Life Sciences Ireland, *Elsevier Scientific Publishers*, 1983, pp P312/1–P312/24

753. Jaffe AS, Henry PD, Vacek JL, Sobel BE, **Roberts R**. Administration of nifedipine to patients with acute myocardial infarction. Vogel JHK (ed): *Cardiovascular Medicine New York, Raven Press,* 1982, pp 91–102

754. **Roberts R**. Purification of human and canine CK isoenzymes. Wood WA (ed): *Methods in Enzymology Carbohydrate Metabolism New York, Academic Press*, 1982, pp 185–195

755. Jaffe AS, **Roberts R**. Precordial inspection and palpation in patients with acute myocardial infarction. *Prac Cardiol* 1981;7:46–50

756. **Roberts R**, Sobel BE. Early recurrent infarction (ERS). *Cardiac Impulse* 1981;1:1–8

757. **Roberts R**. Diagnostic assessment of myocardial infarction based on lactate dehydrogenase and creatine kinase isoenzymes. *Heart Lung* 1981;10:486–506

758. Geltman EM, **Roberts R**, Sobel BE. Cardiac positron tomography: Current status and future directions. *Herz* 1980;5:107–119

759. Jaffe AS, **Roberts R**. Clinical evaluation of myocardial hypertrophy. *Prac Cardiol* 1980;6:85–109

760. Mimbs JW, **Roberts R**. Coronary heart disease and rheumatic fever. Freitag JJ, Miller LW (eds): *Manual of Medical Therapeutics Boston, Little, Brown and Company,* 1980

761. **Roberts R**, Navin TR, Hager DW. Creatine kinase MB isoenzyme in the evaluation of myocardial infarction. Harvey WP (ed): Current Problems in Cardiology Chicago, *Year Book Medical Publishers*, 1979, pp 9–32

762. **Roberts R**. Can we clinically measure infarct size? *J Am Med Assoc* 1979;242:183–185

763. **Roberts R**. Creatine kinase isozymes as diagnostic and prognostic indices of myocardial infarction. Rattazzi MC, Scandalios JG, Whitt GS (eds): Isozymes: Current Topics in Biological and Medical Research New York, *Alan R Liss, Inc,* 1979, pp 115–154

764. **Roberts R**. Enzymatic and immunologic quantification of creatine kinase isoenzymes. Griffiths JC (ed): Clinical Enzymology La Jolla, *Masson Publishing Co, Inc,* 1979, pp 59–68

765. **Roberts R**. The role of thrombosis and antithrombotic agents in myocardial infarction, Joist JH, Sherman LA (eds): Venous and Arterial Thrombosis: Pathogenesis, Diagnosis, Prevention, and Therapy Venous and Arterial Thrombosis Symposium St Louis, *Grune and Stratton, Inc,* 1979, pp 225–234

766. Klein MS, **Roberts R**, Coleman RE. Radionuclides in the assessment of myocardial infarction. *Am Heart J* 1978;95:659–667

767. **Roberts R**, Sobel BE. Creatine kinase isoenzymes in the assessment of heart disease. *Am Heart J* 1978;95:521–528

768. Mimbs JW, **Roberts R**. Coronary heart disease and rheumatic fever. Costrini N, Thomson W (eds): Manual of Medical Therapeutics Boston, Little, *Brown and Company*, 1977

769. **Roberts R**, Sobel BE. Improved biochemical detection of myocardial ischemic injury. ManningG, HuastMD (eds): Atherosclerosis: Metabolic, Morphologic and Clinical Aspects, New York, Plenum Press. *Adv Exp Med Biol* 1977;82:127–129

770. **Roberts R**, Sobel BE. Infarct size: Its estimation and modification. Manning G, Huast MD (eds): Atherosclerosis: Metabolic, Morphologic and Clinical Aspects New York, *Plenum Press*, 1977, pp 383–387

771. Ahumada GG, **Roberts R**, Sobel BE. Evaluation of myocardial infarction with enzymatic indices. *Prog Cardiovasc Dis* 1976;18:405–420

772. Cox JR, **Roberts R**, Ambos HD, Oliver GC, Sobel BE. Relations between enzymatically estimated myocardial infarct size and early ventricular dysrhythmia. Braunwald E (ed): American Heart Association Monograph Number 48: Protection of Ischemic Myocardium Dallas, *American Heart Association, Inc,* 1976

773. **Roberts R**, Goldberg D, Walker K, Caims J. Diagnostic aspects of myocardial enzymes. *Ann Roy Coll Phys Surg* 1976;9:184–186

774. **Roberts R**, Sobel BE. CPK enzymes in evaluation of myocardial ischemic injury. *Hosp Pract* 1976;11:55–62

775. **Roberts R**, Sobel BE. Enzymatic estimation of infarct size. Lefer AM, Kelliher GJ, Rovetto MJ (eds): Monographs of the Physiological Society of Philadelphia: Pathophysiology and Therapeutics of Myocardial Ischemia Philadelphia, *Proceedings of the AN Richards Symposium*, 1976

776. **Roberts R**, Ahumada GG, Sobel BE. Scope Monograph Kalamazoo. *The Upjohn Company*, 1975

## Invited Editorials

777. **Roberts R**. 1986 American Heart Association Bugher Program pivotal to current management and research of heart disease. *Circulation.* 2018. 11(6). doi: 10.1161/CIRCGEN.118.002222

778. **Roberts R**. Multiauthored international publications: Something lost in translation? *JACC.* 2017. 69(18). 2344-6.

779. **Roberts R**. Discovery of a gene responsible for sudden cardiac death. *JACC clinical electrophysiology* 2017.3. 289-290

780. **Roberts R**. JPH2 Mutant Gene Causes Familial Hypertrophic Cardiomyopathy. *JACC BTS.* 2017:2(1).68-70.

781. Douglas Mann et al. Introducing JACC: Basic to Translational Science Why Now? *JACC BTS.* 2016.1,1-2.

782. **Roberts R**obert, Dib Nabil, DeMaria Anthony. Action towards better academia, industry and Regulatory collaboration. NEJM 2015: 372-1860-1864 doi:1056 *NEJMS* 1502493

783. **Roberts R**. et al. Future unclear for platelet function and genetic testing for patients with ACS, stents. *Cardiology today.* 2014:17 (1),1-9

784. **Roberts R**. PCSK9 inhibition--a new thrust in the prevention of heart disease: genetics does it again. *Can J Cardiol.* 2013 Aug;29(8):899-901 PMID: 23809538

785. **Roberts R**. Discovery of L p(a) as risk factor for aortic stenosis generates more questions than answers. *Cardiology Today.* 2013 May.

786. **Roberts R**. Haptoglobin, the Good and the Bad: Is It Evidence Based? *J Am Coll Cardiol.* 2013 Feb 19;61(7):738-40 PMID:23312705

787. Heart Group et al. **(including Roeberts R)**. A statement on ethics from the HEART group. *Ann Noninvasive Electrocardiol* 2011 October; 16(4):418-20.

788. **Roberts R**. Echocardiography: A Requisite friend of the Cardiac Geneticist. *J Am Soc Cardiol* 2011:24(7);790–791

789. Friedewald VE, Cohn LH, Kelly JP, **Roberts R**, Wesson DE, Willerson JT, Yancy CW, Roberts WC. The Editor's Roundtable: Health reform and its implications for cardiovascular medicine. *Am J Cardiol* 2010;105(4):557–65

790. **Roberts R**., Steer CJ. Disease Genes and Gene Regulation by microRNAs. *J Cardiovasc Transl Res* 2010;3:169–172

791. **Roberts R**. The Number One cause for Sudden Cardiac Death in the Young unravels. *Cardiology,* 2010;115:46–48

792. **Roberts R**. Genome–wide Association Studies–Do not judge a book by its cover. *Rev Esp Cardiol* 2010;6(8):890–892

793. **Roberts R**. The Genetic landscape from single gene to polygenic disorders. *Curr Opin Cardiol* 2010;25(3):179–181

794. Dandona S, **Roberts R**. Genomic view of factors leading to plaque instability. *Curr Cardiol Rep* 2009;11(4):282-287

795. Hirsch GA, Fang JC, Friesinger GC, **Roberts R**. The Genomics of Polygenic Cardiovascular Diseases in ACCSAP7. An *ACCF Self–Assessment Program.* Published online March 2009

796. Dandonna S, **Roberts R**. Identification of Myofilament Mutations: Its role in the Diagnosis and Management of Hypertrophic Cardiomyopathy. *Mayo Clinic Proceedings*, June, 2008;83(6):626–627

797. Heart Group et al. **(including Roeberts R)**. A statement on ethics from the HEART Group. *J Interv Cardiol.* 2008 Jun;21(3):279-81.PMID: 18489441

798. Heart Group et al. **(including Roeberts R)**. A statement on ethics from the HEART Group. *Can J Cardiol.* 2008 May;24(5):361-2.PMID: 18488292

799. **Roberts R**. DeBakey Memorial Tribute, *CV Network*, 2008. Vol 7, No 2.

800. **Roberts R**, et al. Genetic test may help identify early heart attack risk, Interview with Dr Robert Roberts. *Health Technology Trends Newsletter, ECRI Institute*, December 2007;19(12):1–7

801. **Roberts R**. Personalised Medicine–an idea whose time is approaching. *Asian Hospital & Healthcare Management* 2007:13;34–35

802. Fernandes VL, Nagueh SF, Wang W, **Roberts R**, Spencer WH 3rd. A prospective follow-up of alcohol septal ablation for symptomatic hypertrophic obstructive cardiomyopathy--the Baylor experience (1996-2002). *Clin Cardiol* 2005 Mar; 28(3):124-30. PMID: 15813618

803. **Roberts R**, Meades KM. The Canadian Perspective: Purchasing drugs from Canada a good short–term solution. *Today In Cardiology*, October, 2005

804. **Roberts R**. Another chromosomal locus for mitral valve prolapse: close but no cigar. *Circulation* 2005:112(13):1924–1926 PMID: 16186433

805. Garber AJ, Moghissi ES, Bransome ED, Jr et al **(including Roeberts R)**. American College of Endocrinology position statement on inpatient diabetes and metabolic control. *Endocr Pract* 2004;10 Suppl 2:4-9

806. Garber AJ, Moghissi ES, Bransome ED, Jr et al **(including Roeberts R)**. American College of Endocrinology position statement on inpatient diabetes and metabolic control. *Endocr Pract* 2004;10(1):77-82

807. **Roberts R**. Will Stem Cells Face the Same Premature Demise as Gene Therapy? *Am Heart Hosp J* 2004;2:107–108

808. Marian AJ, **Roberts R**. To screen or not is not the question— it is when and how to screen. *Circulation* 2003;107(17):2171-2174

809. **Roberts R**, Marian AJ. Can an energy–deficient heart grow bigger and stronger? *J AM COLL CARDIOL* 2003;41(10):1783–85

810. Marian A. J, **Roberts R**. On Koch's postulates, causality and genetics of cardiomyopathies. *J AM COLL CARDIOL* 2002;34:971–974

811. **Roberts R**. 5–Lipoxygenase the first major gene contributing to atherosclerosis. *Hurst's The Heart Online* 2002

812. **Roberts R**. A genetic mutation predisposes to drug induced arrhythmias. *Hurst's The Heart Online* 2002

813. **Roberts R**. A new gene with susceptibility for coronary artery disease. *Hurst' The Heart Online* 2002

814. **Roberts R**. B1 receptor gene polymorphism increases resting heart. *Hurst' The Heart Online* 2002

815. **Roberts R**. Brugada sydrome localized to right venticle: Potential ablation therapy. *Hurst' The Heart Online* 2002

816. **Roberts R**. Disrobing the emperor (heart) without destroying the dignity of super–normality. *Circulation* 2002,105:2934–2936

817. **Roberts R**. Good hypertrophy versus bad, the athlete dilemma. Hurst's The Heart Online 2002

818. **Roberts R**. New genetic causes for ventricular arrhythmias and sudden cardiac death. *Hurst' The Heart Online* 2002

819. **Roberts R**. Personalized Medicine *Hurst' The Heart Online* 2002

820. **Roberts R**. Pharmacologic rescue of human K+ channel long–QT2 mutations. *Hurst' The Heart Online* 2002

821. **Roberts R**. Regeneration of the heart . Hurst' The Heart Online 2002

822. **Roberts R**. The molecular cardiology laboratory at Baylor College of Medicine. *Cardiology* 2002;98(4):210–213

823. Brugada R, **Roberts R**. Brugada Sydrome: Why are there multiple answers to a simple question? *Circulation* 2001;104:3017–3019

824. Jaffe, S, Ravkilde, J, Robert R, Naslund, U, Apple, F, S, Galvani, M. It's time for a change to a troponin standard. *Circulation* 2000;102(11):12616–1220

825. Robert, R. Advanced antithrombotic therapy–which patients should receive which drug? CardioExchange 2000; 1

826. **Roberts R**. Bioinformatics Analysis of gene banks provides a treasure trove for the functional genomist. *J Mol Cell Cardiol* 2000;32:1917–1919

827. Spencer WH III, **Roberts R**. Alcohol septal ablation in hypertrophic obstructive cardiomyopathy–The need for a registry. *Circulation* 2000;102(6):600–601

828. **Roberts R**. 'Robert Roberts, MD: a conversation with the editor'. Interview by William Clifford Roberts *Am J Cardiol* 1999;83(10):1458-1475

829. Roberts, R, Fromm, RE. Management of acute coronary syndromes based on risk stratification by biochemical markers: An idea whose time has come. *Circulation* 1998;98:1831–1833

830. **Roberts R**, Marian AJ, Bachinski L. Molecular genetics of hypertrophic cardiomyopathy. *J Card Fail* 1996;2 (4Suppl):S87-S95

831. **Roberts R**. The calcium channel blocker debate. *J Myocardial Ischemia* 8:133, 1996

832. Roberts, R. La différence. Long-term benefit of one thrombolytic over another. *Circulation* 1996;94:1203–1205

833. **Roberts R**. Modulating cardiac growth: A new paradigm in the treatment of heart failure. *Clin Cardiol* 1995;18(9Suppl4):IV2–IV3

834. **Roberts R**. Molecular Genetics: Therapy or Terror? *Circulation* 1994;89:499–502

835. **Roberts R**, Kleiman NS. Earlier diagnosis and treatment of acute myocardial infarction necessitates the need for a 'new diagnostic mind-set'. Circulation. 1994 Feb;89(2):872-81.PMID: 8313577

836. Marian AJ, **Roberts R**. An overview of nucleic acids and gene regulation. *Herz* 1993;18(4):203-212

837. Mares A, Jr, Towbin J, Bies RD, **Roberts R**. Molecular biology for the cardiologist. *Curr Probl Cardiol* 1992;17(1):1-72

838. **Roberts R**. Noninvasive detection of recanalization: Overview. *Cor Artery Dis* 1992;4:447–449

839. Kleiman NS, Raizner AE, **Roberts R**. Percutaneous transluminal coronary angioplasty: is what we see what we get? *J AM COLL CARDIOL*1990;16:576–577

840. Kleiman NS, Schechtman KB, Young PM, Goodman DA, Boden WE, Pratt CM, **Roberts R**. Lack of diurnal variation in the onset of non-Q wave infarction. *Circulation* 1990;81:548–555 PMID:1967558

841. **Roberts R**. Enzymatic estimation of infarct size Thrombolysis induced its demise: Will it now rekindle its renaissance? *Circulation* 1990;81:707–710

842. **Roberts R**. Today's approach to the management of acute MI: What role for calcium- or b-blockers, thrombolysis, angioplasty? *J Crit Illness* 1989;4:S5

843. Mulvagh SL, **Roberts R**, Schneider MD. Cellular oncogenes in cardiovascular disease. *J Mol Cell Cardiol* 1988;20:657–662

844. **Roberts R**. Reperfusion and the plasma isoforms of creatine kinase isoenzymes: a clinical perspective. *J AM COLL CARDIOL* 1987;9:464–466

845. Verani MS, **Roberts R**. Preservation of cardiac function by coronary thrombolysis during acute myocardial infarction: fact or myth? *J AM COLL CARDIOL* 1987;10:470–476

846. Jain A, Demer LL, Raizner AE, **Roberts R**. Effect of inflation pressures on coronary angioplasty balloons. *Am J Cardiol* 1986;57:26–28

847. Quiñones MA, **Roberts R**. Role of two-dimensional echocardiography in acute myocardial infarction. *Echocardiography* 1985;2:213–216

848. **Roberts R**. Where, oh where has the MB gone? *N Engl J Med* 1985;313(17):1081–1083

849. **Roberts R**. Editorial: The two out of three criteria for the diagnosis of infarction– Is it passe? *Chest* 1984;86:511–513

850. **Roberts R**. Proceedings of Second North American Conference on Nitroglycerin Therapy: Perspectives and Mechanisms. *Am J Med* 1984

851. **Roberts R**, Ishikawa Y. Enzymatic estimation of infarct size during reperfusion *Circulation* 1983;68(2 Pt 2):I83-I89

852. Kagen LJ, Scheidt S, **Roberts R** Myoglobin in myocardial infarction. *Ann Intern Med* 1978;88(5):716

853. **Roberts R**. Common problems in the clinical recognition of heart failure. *Prac Cardiol* 1977;3:59–66

854. **Roberts R**. Myoglobinemia as an index to myocardial infarction. *Ann Intern Med* 1977;87:788–789

855. **Roberts R**, Sobel BE. Coronary revascularization during evolving myocardial infarction: The need for caution. *Circulation* 1974;50:867–870

856. **Roberts R**, Sobel BE. Editorial. Isoenzymes of creatine phosphokinase and diagnosis of myocardial infarction. *Ann Intern Med* 1973;79(5):741-743

857. **Roberts R**, Sobel BE. Isoenzymes of CPK and the diagnosis of acute myocardial infarction. *Ann Intern Med* 1973;79:741–743

## Textbooks

858. Associate Editor, McGraw Hill, Hurst's The Heart, 8th, 9th, 10th, 11th 12th and 13th Editions

859. Editor, Molecular Basis of Cariology, Blackwell Scientific Publications, 1993

## Book Chapters

860. Marian AJ, Brugada R, **Roberts R**. Cardiovascular Diseases caused by Genetic Abnormalities. In: Hurst's The Heart 14th Edition, New York, NY, *McGraw Hill Inc*, 2017

861. **Roberts R**. Personalized Medicine and Translational Genomics. In Cardiovascular Translational Research, 2015, Springer

862. Marian AJ, **Roberts R**. Molecular Genetics of Cardiovascular Disorders. In: Evidence–Based Cardiology, 3rd Edition, London, UK, *Blackwell Publishing*, 2010

863. **Roberts R**, Wells GA, Chen L. The Genetic Challenge of Coronary Artery Disease. In: Clinical Approach to Sudden Cardiac Death Syndromes, *Springer–Verlag, London* UK 2010

864. Marian AJ, Brugada R, **Roberts R**. Cardiovascular Diseases caused by Genetic Abnormalities. In: Hurst's The Heart 13th Edition, New York, NY, *McGraw Hill Inc*, 2009 (pgs 1783–1826)

865. **Roberts R**, McNally E. Genetic Basis for Cardiovascular Disease. In: Hurst's The Heart 13th Edition, New York, NY, *McGraw Hill Inc*, 2009 (pgs195–205)

866. **Roberts R**, McPherson R, Stewart AFR. Genetics of Atherosclerosis. In: Cardiovascular Genetics and Genomics, AHA Clinical Series, *Wiley Blackwell*, 2009

867. Froeschl M, **Roberts R**. Cardiovascular Disease Caused by Genetic Abnormalities. In: Hurst's The Heart 12th Edition–Manual of Cardiology, New York, NY, *McGraw Hill Inc*, 2008

868. **Roberts R**. Personalized Medicine: A Reality within this Decade. In: Journal of Cardiovascular Translational Research, *Springer Publishing, New York*, 2008:1(1);11–16

869. **Roberts R**. The Genomics of Polygenic Cardiovascular Diseases. Adult Clinical Cardiology Self Assessment Program 2000 (ACCSAP), Washington, DC, *Stauffer Bury, Inc* 2008

870. **Roberts R**. Genetics of Premature Myocardial Infarction. In: Current Atherosclerosis Reports, 2008, 10:186–193

871. Marian AJ, Brugada R, **Roberts R**. Cardiovascular Diseases caused Genetic Abnormalities. In: Hurst's The Heart 12th Edition, New York, NY, *McGraw Hill Inc*, 2007

872. O'Rourke R, Fuster V, Alexander RW, **Roberts R**. Hurst's The Heart 12th Edition–Manual of Cardiology, New York, NY, *McGraw Hill Inc*, 2007

873. **Roberts R**, McNally E. Genetic Basis for Cardiovascular Disease. In: Hurst's The Heart 12th Edition, New York, NY, *McGraw Hill Inc*, 2007

874. **Roberts R**, Gollob M. Molecular Cardiology and Genetics in the 21st Century: A Primer, *Curr Probl Cardiol*, 2006:31;637–701

875. Alexander RW, Pratt CM, Ryan TJ, **Roberts R**. St–Segment–Elevation Myocardial Infarction: Clinical Presentation, Diagnostic Evaluation and Medical Management. In: Hurst's The Heart 11th Edition–Manual of Cardiology, New York, NY, *McGraw Hill Inc*, 2005

876. Marian AJ, Brugada R, **Roberts R**. Cardiovascular Diseases due to Genetic Abnormalities. In: Hurst's The Heart 11th Edition–Manual of Cardiology, New York, NY, *McGraw Hill Inc*, 2005

877. O'Rourke R, Fuster V, Alexander RW, **Roberts R**, King SB, Prystowsky EN, Nash IS.   Hurst's The Heart 11th Edition–Manual of Cardiology, New York, NY, *McGraw Hill Inc,* 2005

878. **Roberts R**, Lifton GF.  The Human Genome and its future Implications for Cardiovascular Disease.   In: Hurst's The Heart 11th Edition–Manual of Cardiology, New York, NY, *McGraw Hill Inc*, 2005

879. **Roberts R**.   Genomics and Its Application to Cardiovascular Disease  Marschall S Runge, Winston C Patterson (eds)  Principles for Molecular Cardiology: Totowa, NJ, *Humana Press*, 2005

880. **Roberts R**  Principles of Molecular Cardiology  In: Hurst's The Heart 11th Edition–Manual of Cardiology, New York, NY, *McGraw Hill Inc,* 2005

881. Alexander RW, Pratt, C, Ryan, T, **Roberts R** (editorns).   St Segment Elevation Myocardial Infarction:   Clinical Presention, Diagnostic Evaluation and Medical Management.  Hurst's The Heart:  New York, NY, *McGraw Hill, Inc,* 2004 p1277–1349

882. **Roberts R**.  The Misunderstood Gene.  Perspectives in Biology and Medicine, Springer, 2004:47;308

883. **Roberts R**.  Principles of Molecular Cardiology.  In: Hurst's The Heart 12th Edition, New York, NY, *McGraw Hill Inc,* 2007

884. Marian AJ, **Roberts R**.  Heart failure as a consequence of hypertrophic cardiomyopathy.  WB Saunders (eds)  Heart Failure: A Companion to Braunwald's Heart Disease: Harcourt Health Sciences Companies, Philadelphia, PA, 2003; p427–446

885. **Roberts R**.  Genomics and Its Application to Cardiovascular Disease.  Marschall S Runge, Winston C Patterson (eds)  Principals for Molecular Cardiology: Totowa, NJ, *Humana Press*, 2003

886. **Roberts R**, Brugada R.  The genetics of atrial fibrillation.  Braunwald E (ed)  Harrison's Advances in Cardiology:  New York, NY, *McGraw Hill, Inc,* 2002

887. Alexander RW, Pratt CM, Ryan TJ and **Roberts R**.  Diagnosis and management of patients with acute myocardial infarction.  Alexander RW, O'Rourke RA, Fuster V (eds):  Hurst's The Heart, Manual of Cardiology:  New York, NY, *McGraw Hill, Inc*, 2001p277–325

888. Fromm R, **Roberts R**.  Creatine Kinase:  A marker for the early diagnosis of acute myocardial infarction. , Adams JE III, Apple FS, Jaffe AS, Wu AHB (eds)  Markers in Cardiology: Current and Future Clinicial Applications, Armonk, NY, *Futura Publishing Company, Inc*, 2001 p 131–137

889. Gollob MH, **Roberts R**.   A genetic basis for a familial syndrome of ventricular preexcitation, superventricular arrhythmias, conduction defects, and cardiac hypertrophy.   Alexander RW, O'Rourke RA, Fuster V (eds):  Hurst's The Heart Update:  New York, NY, *McGraw Hill, Inc,* 2001

890. **Roberts R**, Lifton R.  Unraveling the human genome and its future implications for cardiology.  Alexander RW, O'Rourke RA, Fuster V (eds):  Hurst's The Heart Update:  New York, NY, *McGraw Hill Inc*, 2001

891. **Roberts R**, Towbin JA.  Cardiovascular diseases due to genetic abnormalities.   Alexander RW, O'Rourke RA, Fuster V (eds):  Hurst's The Heart, Manual of Cardiology:  New York, NY, *McGraw Hill, Inc,* 2001 p 493–514

892. **Roberts R**  A look to the future from the present–day molecular genetics  Schwartz CJ and Born GVR (eds)    Occlusive Arterial Disease: The interface among dyslipidemias, hypertension and diabetes  New York, *Schattauer*, 2001 p45–58

893. **Roberts R**.  Principals of Molecular Cardiology.  Alexander RW, O'Rourke RA, Fuster V (eds):  Hurst's The Heart Update:  New York, NY, *McGraw Hill, Inc,* 2001

894. **Roberts R**.  Principles of Molecular Cardiology.  Fuster V, Alexander RW, **Roberts R** (10th ed):  Hurst's The Heart:  New York, NY, *McGraw–Hill, Inc, 2001*, pp 95–113

895. Alexander RW, Pratt CM, Ryan TJ, **Roberts R**.  Diagnosis and management of patients with acute myocardial infarction.  Alexander RW, O'Rourke RA, Fuster V (eds):  Hurst's The Heart:  New York, NY, *McGraw Hill, Inc*, 2000 p 1275–1361

896. Brugada R, **Roberts R**. Familial atrial fibrillation.  Berul CI and Towbin JA (eds) Molecular Genetics of Cardiac Electrophysiology, Norwell, MA, *Kluwer Academic Publishers*, 2000

897. Keller BB, Wessels A, Schwartz RJ, **Roberts R**, Markwald RR.  Molecular Development of the heart.  Alexander RW, O'Rourke RA, Fuster V (eds):  Hurst's The Heart:  New York, NY, *McGraw Hill, Inc*, 2000 p 167–189

898. Marian AJ, **Roberts R**.  Molecular pathophysiology of cardiomyopathies.  Nick Sperelakis (ed)  Heart Physiology and Pathophysiology, Fourth Edition: New York, NY, *Academic Press, Inc*, 2000 p 1045–1063

899. **Roberts R**, Lifton R.  Unraveling the human genome and its future implications for cardiology.  Alexander RW, O'Rourke RA, Fuster V (eds):  Hurst's The Heart:  New York, NY, *McGraw Hill, Inc*, 2000 p 147–156

900. **Roberts R**, Towbin JA.  Cardiovascular diseases due to genetic abnormalities.  Alexander RW, O'Rourke RA, Fuster V (eds):  Hurst's The Heart:  New York, NY, *McGraw Hill, Inc,* 2000 p 1785–1835

901. **Roberts R**.  Principals of Molecular Cardiology.  Alexander RW, O'Rourke RA, Fuster V (eds):  Hurst's The Heart:  New York, NY, *McGraw Hill, Inc,* 2000 p 95–113

902. **Roberts R**.  Acute Myocardial Infarction.  Humes DH (ed) Kelly's Textbook of Internal Medicine  Philadelphia, PA, *Lippincott Williams & Wilkins*, 2000;449–463

903. Roberts, R.   Pericardiology: Contemporary answers to continuing challenges.   Seferović, PM, Spodick, DH, Maisch, B (eds), Yugoslavia, *Science,* 2000

904. Brugada R, Brugada, J **Roberts R**.  How common is a genetic origin for atrial fibrillation?  In: Ravieli, ed Cardiac Arrhythmias  *Springer–Verlag* 1999:44–49

905. Gollob M, **Roberts R**.  Current treatment modalities in acute coronary syndromes: A clinical update.  Theroux P, Bertrand M (Eds) International Handbook of Acute Coronary Syndrome Bridgewater, NJ, *Hoechst Marion Roussel,* 1999, p49–58

906. Marian AJ, **Roberts R**.  Basic Science and Molecular Cardiology (Book 13).  In:  Lewis P (ed) Adult Clinical Cardiology Self Assessment Program 2000 (ACCSAP), Washington, DC, *Stauffer Bury, Inc* 1999:133–1337

907. **Roberts R**.  After A Heart Attack: What To Expect.  *Excerpta Medica, Inc*, Belle Mead, NJ, 1999

908. Roberts, R.  A glimpse of the future from present day molecular genetics.  Opie LH, Yellon DM (Eds)  Cardiology at the Limits III  Cape Town, Africa, *Stanford Writers,* 1999, p 105–120

909. Alexander RW, Pratt CM, **Roberts R**.  Diagnosis and management of patients with acute myocardial infarction.  Alexander RW, Schlant RC, Fuster V (eds):  Hurst's The Heart:  Arteries and Veins New York, NY, *McGraw Hill, Inc,* 1998 p 1345–1433

910. Marian AJ, **Roberts R**.  The Molecular Biology of Cardiac Abnormalities in Athletes.  Williams RA (ed): The Athlete and Heart Disease  Philadelphia, PA, *Lippincott Williams & Wilkins*, 1998, p 53–67

911. **Roberts R**.  Molecular Biology of the Cardiovascular System.  Stein JH (ed):  Internal Medicine  St Louis, MO, *Mosby Inc*, 1998, p 49–63

912. **Roberts R**.   Principles of molecular biology and genetics in the cardiovascular system.  Alexander RW, Schlant RC, Fuster V (eds):  Hurst's The Heart: Arteries and Veins New York, NY, *McGraw–Hill, Inc,* 1998 p 169–193

913. Towbin J, **Roberts R**.  Cardiovascular diseases due to genetic abnormalities.  Alexander RW, Schlant RC, Fuster V (eds):  Hurst's The Heart:  Arteries and Veins New York, NY, *McGraw Hill, Inc,* 1998 p 1877–1923

914. **Roberts R**.   Acute Myocardial Infarction.    Kelly WN,(eds):  Textbook of Internal Medicine, Philadelphia, PA, *JB Lippincott Co,*1997, pp 385–398

915. **Roberts R**.   Rapid MB CK Subform assay and the early diagnosis of myocardial infarction.  Keffer JH, (ed):  Clinics in Laboratory Medicine:  Recent Advances in Myocardial Markers of Injury Philadelphia, PA, *WB Saunders Company, 1997  Clin Lab Med* 1997;17(4):669-683

916. **Roberts R**.   Early diagnosis of myocardial infarction with MB CK subforms.  Becker RC (ed): The Textbook of Coronary Thrombosis and Thrombolysis  Norwell, MA, *Kluwer Academic Publishers,* 1997, p 401–412

917. Bies RD, **Roberts R**.  Molecular biology of cardiovascular system.   In: Stein's Internal Medicine, edited by Stein, JH, St Louis, MO:*Mosby–Year Book, Inc* 1996

918. Ma TS, Friedman DL, Roberts, R.   Creatine phsophate shuttle pathway in tissues with dynamic energy demand.   In: Creatine Phosphate in Biology and Medicine, edited by Conway MA, *Clark J London, UK:Harcourt Brace & Company*, 1996, p 17–33

919. **Roberts R**, Zanchetti A (section editors).  Calcium Antagonists.   In: Cardiovascular Drug Therapy 2nd Ed, edited by Messerli, FHPhiladelphia:*WB Saunders Company,* 1996, p 891–1060

920. Puleo PR and **Roberts R**.  Plasma enzymes in acute myocardial infarction.   In: Coronary Care, edited by Francis, GS and Alpert, JS Boston:  *Little, Brown and Company,* 1995, p 97–122

921. **Roberts R**, Bachinski L, Yu QT, Quinones M, Young R, Marian AJ.  Molecular analysys of genotype/phenotype correlations between mutations and clinical manifestations of hypertrophic cardiomyopathy. Dhalla NS, Singal PK, Beamish RE (eds):  Heart Hypertrophy and Failure *Kluwer Academic Publishers,* 1995 pp 3–19

922. Roberts, R, Marian AJ, Bachinski L.  Molecular genetics of hypertrophic cardiomyopathy.   Sasayama S, Ross J, Brutsaert (eds): Heart Failure:  New insights into mechanisms and management, 1995, pp 87–96

923. Roberts, R, Marian AJ, Bachinski L.  Overview:  Application of molecular biology to medical genetics.  Clark EB, Markwald RR, Takao A (eds):  Developmental Mechanisms of Heart Disease  Armonk, NY, *Futura Publishing Company, Inc,* 1995, pp 87–112

924. Bies RD, **Roberts R**.  Molecular biology of cardiovascular system.  Stein JH (ed):  Internal Medicine St Louis, MO, *Mosby–Year Book, Inc,* 1994, pp 15–31

925. Habib GB, **Roberts R**.  Calcium channel blockers as anti–ischemic agents.   Singh BN, Dzau VJ, Vanhoutte PM, Woosley RL (eds): Cardiovascular Pharmacology and Therapeutics New York, *Churchill Livingstone,* 1994, pp 425–447

926. Mann DL, **Roberts R**.  Molecular basis for hypertrophic growth of the adult heart.  McCall D, Rahimtoola S (eds):  Heart Failure New York, NY, *Chapman and Hall Publishing Company*, 1994, pp 67–89

927. **Roberts R**, Morris D, Pratt CM.    Pathophysiology, recognition, and treatment of acute myocardial infarction and its complications. Schlant RC, Alexander RW (eds):  Hurst's The Heart:  Arteries and Veins New York, NY, *McGraw Hill, Inc*, 1994, pp 1107–1184

928. **Roberts R**.  Acute myocardial infarction Chapter 38. Kelley WN (ed):  *Textbook of Internal Medicine* 1994, pp 137–150

929. Towbin J, **Roberts R**.   Cardiovascular diseases due to genetic abnormalities.  Schlant RC, Alexander RW (eds):  Hurst's The Heart: Arteries and Veins New York, NY, *McGraw Hill, Inc,* 1994, pp 1725–1759

930. Habib G, **Roberts R**.  Calcium channel blockers in the treatment of acute myocardial infarction.  Bates ER (ed):  Thrombolysis and Adjunctive Therapy for Acute Myocardial Infarction New York, *Marcel Decker, Inc*, 1993, pp167–190

931. Hejtmancik JF, **Roberts R**.  Molecular genetics and the application of linkage analysis.  **Roberts R** (ed):  Molecular Basis of Cardiology Hamden, CT, *Blackwell Scientific Publications, Inc*, 1992, pp 355–382

932. **Roberts R**, J Towbin, TG Parker, RD Bies.  A Primer of Molecular Biology.  New York, *Elsevier Science Publishing Co,* 1992

933. **Roberts R**, Kleiman N.   The Open Artery:  Perspectives on coronary reperfusion in acute myocardial infarction. Hamilton, Ontario, Canada:*Decker Periodicals, Inc* 1992

934. **Roberts R**, Pratt CM.   Medical treatment of coronary artery disease.  **Roberts R** (ed):  Coronary heart disease and risk factors Mount Kisco, *Futura Publishing Company*, 1992, pp 1–17

935. **Roberts R**, Towbin JA.   Principles and techniques of molecular biology.   **Roberts R** (ed):  Molecular Basis of Cardiology Hamden, CT, *Blackwell Scientific Publications, Inc*, 1992, pp 15–112

936. **Roberts R**.  Modern molecular biology:  Historical perspective and future potential.   **Roberts R** (ed):  Molecular Basis of Cardiology Hamden, CT, *Blackwell Scientific Publications, Inc*, 1992, pp 1–15

937. **Roberts R**:  Molecular Basis of Cardiology Hamden, CT, *Blackwell Scientific Publications, Inc,* 1992, pp 1–518

938. Puleo PR, **Roberts R**.  Plasma enzymes in acute myocardial infarction.   Francis GS, Alpert JS (eds):  Modern Coronary Care Boston, *Little, Brown and Company*, 1990, pp 95–121

939. Pratt CM, **Roberts R**. Pharmacologic therapy of atherosclerotic coronary heart disease. Hurst JW (ed): The Heart New York, NY, McGraw Hill, Inc, 1989, pp 1019–1029

940. **Roberts R**, Morris D, Pratt CM, Alexander WR. Pathophysiology, recognition, and treatment of acute myocardial infarction and its complications. Hurst JW (ed): The Heart New York, NY, *McGraw Hill, Inc,* 1989, pp 1019–1029

941. **Roberts R**. Introduction to the Techniques of Molecular Biology and the Molecular Basis for Cardiac Growth. Hurst JW (ed): The Heart New York, NY, *McGraw Hill, Inc,* 1989, pp 1019–1029

942. **Roberts R**. Acute myocardial infarction. Kelly WN (ed): Textbook of Internal Medicine Philadelphia, PA, *JB Lippincott Co,* 1989, pp 152–168

943. **Roberts R**. Chronic ischemic heart disease. Kelly WN (ed): Textbook of Internal Medicine Philadelphia, PA, *JB Lippincott Co,* 1989, pp 144–152

944. Schlant RC, Alexander RW (Editors); O'Rourke RA, **Roberts R**, Sonnenblick EH (Associate Editors). The Heart. Hurst JW (ed): New York, NY, *McGraw Hill, Inc,* 1989

945. Bolli R, **Roberts R**. Role of oxy–radicals in postischemic myocardial dysfunction. Singal PH (ed): Free radical in pathophysiology of heart disease Boston, *Martinus Nijhoff Publishing*, 1988, pp 203–225

946. Kleiman NS, **Roberts R**, Majid PA. Thrombolytic therapy in acute myocardial infarction. Majid PA (ed): Problems in Critical Care: Advances in Interventional Cardiology Philadephia, *JB Lippincott Co,* 1988, pp 345–360

947. Majid PA, **Roberts R**. Heart failure. Civetta JM, Taylor RW, Kirby RR (eds): Critical Care Philadelphia, *JB Lippincott Company,* 1988, pp 945–974

948. Patel B, Hartley CJ, Suignard LJ, Chelly JE, Jeroudi MO, Rabinovitz RS, Litowitz H, Charlat ML, O'Neill PG, Noon GP, Short HD, **Roberts R**, Bolli R. Ultrasonic sensors for measuring regional ventricular function. West AL (ed): Microsensors and Catheter–Based Imaging Technology Bellingham, WA, *SPIE,* 1988, pp 87–91

949. Sobel BE, **Roberts R**: Hypotension and syncope. Braunwald E (ed), Heart Disease: A textbook of cardiovascular medicine Philadelphia, *WB Saunders Co,* 1988, pp 884–895

950. Villarreal–Levy G, Ma TS, **Roberts R**, Perryman MB. Sequence analysis of cDNA clones and development of specific probes for human M and B creatine kinase. Albertini A, Lenfant C, Paoletti R (eds): Biotechnology in Clinical Medicine New York, *Raven Press,* 1987, pp 83–90

951. Raizner AE, Tortoledo FA, Van Reet RE, Verani MS, **Roberts R**. Preliminary observations of a controlled trial of intracoronary streptokinase in patients with acute myocardial infarction. Lenzi S, Descovich GC (eds): Atheroscelerosis and Cardiovascular Disease: Aetiopathogenesis, Epidemiology, Clinical Evaluation, Prevention and Therapy Lancaster, Boston, The Hague,Dordrecht, *MTP Press Limited,* 1985, pp 347–358

952. **Roberts R**. Enzymatic estimation: Creatine kinase. Wagner GS (ed): Myocardial Infarction: Measurement and Intervention Boston, *Martinus Nijhoff Publishers,* 1982, pp 107–142

953. **Roberts R**, Fukuyama T. The effect of intravenous nitroglycerin on coronary blood flow and infarct size during myocardial infarction in dogs. Second Symposium on Nitrates Berlin, 1981, pp 717–738

954. **Roberts R**, Fukuyama T. The effect of intravenous nitroglycerin on coronary blood flow and infarct size during myocardial infarction in conscious dogs. Proceedings of the Second Nitrate Symposium Berlin, 1980, pp 342–353

955. **Roberts R**. Isoenzyme analysis in the diagnosis of myocardial infarction. Kones RJ (ed): New Horizons in Cardiovascular Disease: Basic Science and Diagnosis Mount Kisco, *Futura Publishing Company, Inc,* 1980, pp 67–107

956. **Roberts R**. Purification and characterization of mitochondrial creatine. Ingwall J, Jacobus W (eds): Heart Creatine Kinase Baltimore, *Williams and Wilkins Publishers,* 1980, pp 31–47

957. **Roberts R**. Serum enzyme determinations in the diagnosis of acute myocardial infarction. Karliner JS, Gregoratos G (eds): Coronary Care New York, Edinburgh, London, *Churchill Livingstone,* 1980, pp 213–237

958. Sobel BE, **Roberts R**. Hypotension and syncope. Braunwald E (ed): Heart Disease: A Textbook of Cardiovascular Medicine Philadelphia, *WB Saunders Company,* 1980, pp 952–963

959. **Roberts R**, Sobel BE. Radioimmunoassay of creatine kinase isoenzymes. Hearse DJ, De Leiris J (eds): Enzymes in Cardiology: Diagnosis and Research Chichester, *John Wiley and Sons, Ltd,* 1979, pp 247–256

960. **Roberts R**, Sobel BE. The distribution, inactivation and clearance of enzymes. Hearse DJ, De Leiris J (eds): Enzymes in Cardiology: Diagnosis and Research Chichester, *John Wiley and Sons, Ltd,* 1979, pp 97–114

961. Sobel BE, Kjekshus JK, **Roberts R**. Enzymatic estimation of infarct size. Hearse DJ, De Leiris J (eds): Enzymes in Cardiology: Diagnosis and Research Chichester, *John Wiley and Sons, Ltd,* 1979, pp 257–289

962. Ambos HD, R Roberts, BE Sobel, LJ Thomas. Detection of primary ventricular dysrhythmias by CCU nurses Monograph Number 350 St.Louis, Biomedical Computer Laboratory, *Washington University School of Medicine,* 1978

963. Ambos HD, Moore P, **Roberts R**. A database for analysis of patient diagnostic data. Computers in Cardiology Long Beach, *IEEE Computer Society*, 1978