1  GIBSON, DUNN & CRUTCHER LLP
   MARK A. PERRY (SBN 212532)
2    mperry@gibsondunn.com
   RACHEL S. BRASS (SBN 219301)
3    rbrass@gibsondunn.com
   JULIAN W. KLEINBRODT (SBN 302085)
4    jkleinbrodt@gibsondunn.com
   555 Mission Street, Suite 3000
5  San Francisco, CA 94105-0921
   Telephone: (415) 393-8200
6  Facsimile:  (415) 374-8429

7  *Attorneys for Apple Inc.*

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

               **SAN FRANCISCO DIVISION**
10

11

12  CORONAVIRUS REPORTER, CALID INC.,      Case No. 3:21-CV-05567-EMC
    PRIMARY PRODUCTIONS LLC, DR.
13  JEFFREY D. ISAACS, on behalf of        **DEFENDANT APPLE INC.'S**
    themselves and all others similarly situated   **ADMINISTRATIVE MOTION FOR LEAVE**
14                                          **TO FILE A CONSOLIDATED OPPOSITION**
                    Plaintiffs,            **TO PLAINTIFFS' MOTION TO STRIKE**
15                                          **AND REPLY IN SUPPORT OF**
          v.                               **DEFENDANT'S MOTION TO DISMISS**
16
    APPLE INC., FEDERAL TRADE
17  COMMISSION,

18                  Defendants.            The Honorable Edward M. Chen

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 7-11, Defendant Apple Inc. ("Apple") respectfully seeks an order permitting it to file a single, consolidated response to Plaintiffs' Motion to Strike and Objections (Dkt. 51) and reply in support of Apple's Motion to Dismiss (Dkt. 45).

On September 20, 2021, Apple moved to dismiss Plaintiffs' First Amended Complaint ("Motion to Dismiss"). Dkt. 45. On September 24, 2021, Plaintiffs Coronavirus Reporter, Calid Inc., and Primary Productions LLC filed a "Motion to Strike; Objection to Defendant Apple's Motion to Dismiss" ("Motion to Strike"), which moved the Court to strike Apple's Motion to Dismiss under Federal Rule of Civil Procedure 12(f)(2) and also "serve[d] as the Plaintiffs' objection to the 12(b)(6) motion." Dkt. 51 ¶ 1. These "objections" were, in effect, Plaintiffs' arguments in response to the Motion to Dismiss. *See generally id.* Nevertheless, on October 4, 2021, Plaintiffs filed a separate brief in opposition, Dkt. 54; as corrected on October 5, 2021, this brief is styled as an "Opposition to Defendant Apple, Inc.'s Motion to Dismiss Amended Complaint and Motion to Strike," Dkt. 57. The two filings overlap in substantial portion and both provide Plaintiffs' arguments in opposition to Apple's Motion to Dismiss. Apple's response to the Motion to Strike is due on October 8, 2021; any reply in support of Apple's Motion to Dismiss is due on October 12, 2021.

To streamline the presentation of issues and reduce the volume of briefing filed with the Court, Apple promptly contacted counsel for Plaintiffs on the morning of October 5—the day after Plaintiffs filed their opposition—and proposed a stipulation whereby Apple would file a single 25-page brief on October 12, 2021, in opposition to the Motion to Strike and in reply in support of the Motion to Dismiss. Brass Decl. ¶ 2. Apple explained that this would be less than the 40 pages of briefing to which it was otherwise entitled. *Id.* Plaintiffs' counsel stated that he would confer with his client regarding the proposal. *Id.* Receiving no further response, Apple's counsel followed up today requesting Plaintiffs' position. *Id.* ¶ 3. Plaintiffs' counsel has not responded. *Id.* ¶ 4. To date, Plaintiffs have provided no reason for not agreeing to stipulate. *Id.*; *see also* N.D. Cal. Prof'l Guidelines § 4 ("Consistent with existing law and court orders, a lawyer should agree to reasonable requests for extensions of time when the legitimate interests of his or her client will not be adversely affected.").

Apple therefore requests that the Court allow Apple to file one, 25-page brief on October 12, 2021, in opposition to the Motion to Strike and in reply in support of the Motion to Dismiss. In other

words, Apple's request amounts to an extension of one business day for Apple's deadline to oppose

the Motion to Strike.  Granting this relief would not prejudice Plaintiffs in any way, nor would it impact

the scheduled hearing on the Motion to Dismiss and Motion to Strike set for November 4, 2021.  It

would, by contrast, streamline the presentation of issues by allowing Apple to file a single brief (*i.e.*,

one 25-page brief instead of a 25-page opposition to the Motion to Strike and 15-page reply in support

of the Motion to Dismiss).  This in turn would economize the parties' resources and also conserve the

Court's time.


Dated:      October 6, 2021                              Respectfully submitted,

                                                         By:      */s/ Rachel S. Brass*
                                                                  Rachel S. Brass


                                                         GIBSON, DUNN & CRUTCHER LLP
                                                         MARK A. PERRY (SBN 212532)
                                                           mperry@gibsondunn.com
                                                         RACHEL S. BRASS (SBN 219301)
                                                           rbrass@gibsondunn.com
                                                         JULIAN W. KLEINBRODT (SBN 302085)
                                                           jkleinbrodt@gibsondunn.com
                                                         555 Mission Street, Suite 3000
                                                         San Francisco, CA 94105-0921
                                                         Telephone:  (415) 393-8200
                                                         Facsimile:  (415) 374-8429

                                                         *Attorneys for Apple Inc.*