GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (SBN 212532)
  mperry@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
  rbrass@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile:  (415) 374-8429

*Attorneys for Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CORONAVIRUS REPORTER, CALID INC., PRIMARY PRODUCTIONS LLC, DR. JEFFREY D. ISAACS, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., FEDERAL TRADE COMMISSION,<br><br>Defendants. | Case No. 3:21-CV-05567-EMC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A CONSOLIDATED OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE AND REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS |

Having considered Defendant Apple Inc.'s ("Apple") Administrative Motion For Leave To File a Consolidated Opposition to Plaintiffs' Motion to Strike and Reply in Support of Defendant's Motion to Dismiss, as well as the supporting documents thereto and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing, **IT IS HEREBY ORDERED** that Apple's Administrative Motion For Leave To File a Consolidated Opposition to Plaintiffs' Motion to Strike and Reply in Support of Defendant's Motion to Dismiss is **GRANTED**.  Apple may file a single 25-page brief in response to Plaintiffs' Motion to Strike and Objections (Dkt. 51) and in reply in support of Apple's Motion to Dismiss (Dkt. 45) no later than October 12, 2021.

    **IT IS SO ORDERED.**

Dated: October 7, 2021

_____
Edward M. Chen
United States District Judge