Keith Mathews
Associated Attorneys of New England
PO Box 278
Manchester, NH 03105
Ph. 603-622-8100
keith@aaone.law

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONAVIRUS REPORTER,<br>CALID INC,<br>PRIMARY PRODUCTIONS LLC,<br>DR. JEFFREY D. ISAACS,<br>on behalf of themselves and all others similarly situated<br><br>                    Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br>FEDERAL TRADE COMMISSION<br><br>                    Defendants. | Case No. 3:21-cv-05567-EMC<br><br>**NOTICE TO APPEAR IN LIEU OF**<br><br>**SUBPOENA [CCP § 1987(b),(c)]**<br><br>**Hearing**<br><br>Date:     November 4, 2021<br>Time:    1:30PM<br>Place:   Courtroom 5, 17th Floor<br>            (videoconference)<br><br>The Honorable Edward M. Chen |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that, pursuant to *Code of Civil Procedure* § 1987, Plaintiff Coronavirus Reporter ("Plaintiff") hereby demands that **Chair Lina Khan**, of Defendant ("Defendant") FTC, or her appointee/delegate, appear at the scheduled preliminary injunction hearing in the above-referenced matter, which is presently scheduled to commence on at 1:30PM on November 4, via a videoconference link to Courtroom 5.

This request is made pursuant to *Code of Civil Procedure* § 1987(b), which provides that "[t]he giving of the notice shall have the same effect as service of a subpoena on the witness, and the parties shall have those rights and the court may make those orders, including the imposition of sanctions, as in the case of a subpoena for attendance before the court."

Under § 1987 Subsection C, no accompanying evidence production is sought along with this notice. However, the Chairperson is respectfully requested to have familiarity with the following subjects, to the extent reasonably possible:

    Knowledge of Plaintiff's submission of a complaint to antitrust@ftc.gov

    Knowledge of any investigation of the aforementioned complaint.

    Knowledge of the nature and number of similar complaints to FTC involving App Store censorship of free apps by Defendant Apple.

    Knowledge of any pending investigation of any "free app censorship."

    Knowledge of applicable marketplace definitions, under Sherman Act, to free app censorship.

    Knowledge of any complaints or investigation concerning Apple's *quid pro quo* lobbying efforts with a Georgia HBCU or other state entities.

    FTC's position on *Noerr-Pennington* immunity, or lack thereof, regarding Apple's lobbying against competitors (e.g. Plaintiff), as pursuant to FTC publication

    https://www.ftc.gov/sites/default/files/documents/reports/ftc-staff-report-concerning-enforcement-perspectives-noerr-pennington-doctrine/p013518enfperspectnoerr-penningtondoctrine.pdf

Coronavirus Reporter *et al v.* Apple Inc. *et al*
Case No. 21-CV-5567-EMC

There is a "time honored principle that under our system of justice every litigant is entitled to another person's relevant and non privileged testimony in a judicial proceeding." *Owens v. QVC*, 221 F.R.D. 430, 432 (E.D. Pa. 2004). Plaintiff's Notice of Motion filed August 8, 2021 notified all parties that "evidentiary materials to be presented at the hearing" would form a basis of the motion. Plaintiffs have been working diligently with opposing counsel to depose witnesses in lieu of this notice, to no avail. **Plaintiffs intend to call a total of four witnesses and approximate the hearing will have a four hour duration which the Court is respectfully requested to allocate**. Plaintiff shall reimburse all reasonable expenses incurred by Chairperson Khan, or her delegate/appointee, in complying with this notice.

Dated: October 24, 2021

/s/ Keith Mathews

Keith Mathews

NH Bar No. 20997

Associated Attorneys of New England

PO Box 278

Manchester, NH 03105

Ph. 603-622-8100

keith@aaone.law

**CERTIFICATE OF SERVICE**

I, Keith Mathews, do declare as follows:

Coronavirus Reporter *et al v.* Apple Inc. *et al*
Case No. 21-CV-5567-EMC

I certify that a copy of the foregoing was delivered electronically to counsel for the Defendants with counsel, and emailed to those without known counsel.

      Executed on this 24th  day of October 2021.

                                 /s/ Keith Mathews

                                 Keith Mathews

                                 Attorney for Plaintiff Coronavirus Reporter