# ASSOCIATED ATTORNEYS
### OF NEW ENGLAND

▮

FedEx # 772▮

▮

1600 Pennsylvania Avenue, NW
Washington, DC 20500

     RE:   Jeffrey Isaacs MD, MBA
        ▮

Dear ▮

 My name is Attorney Keith Mathews; I am an attorney practicing in New England. I write to you on behalf of my client, Dr. Jeffrey Isaacs, a once promising young doctor whose career was sabotaged before even graduating from medical residency training. Dartmouth and Jim Yong Kim, ▮, responded to the allegations by deleting Dr. Isaacs' entire college email account and hospital medical records.

 Attached herein is our complaint recently lodged against the Department of Justice. We have served this letter to the DoJ, but believe the White House should be apprised of this litigation. The goal of this action is to request an investigation into the malfeasance which has precluded, for nearly a decade, a talented doctor from contributing to our national medical system. We filed with no other alternative, having concluded that the Department of Justice seems to have turned a blind eye on felony level activity committed against my client by Dartmouth and Dr. Jim Yong Kim, the ▮ World Bank chief.

 This action has been brought, not in opposition to the mission of the Department of Justice, but a request to work with the Department of Justice to redress apparent failures that happened under the previous Administration. The complaint is focused on two areas, a claim for

violation of FOIA and a request for Writ of Mandamus. The FOIA claim is to determine why these claims were not investigated previously, and the Writ of Mandamus claim is a request for the Department to investigate the claims.

This matter originates with a dispute dating back to 2005 with ▮▮▮▮▮▮▮▮, a former NIH director, Harvard professor, and member of the White House Committee on Counterterrorism. ▮▮▮▮ had overseen a substantial $40 million grant to the Keck School of Medicine, where his daughter was subsequently accepted with Dr. Isaacs in the MD Class of 2009. Dr. Isaacs arrived at Keck having just completed MBA courses at Wharton ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. He was a Benjamin Franklin Scholar at the University of Pennsylvania, and, but for this matter we write you about, had an impeccable record that almost guaranteed he would contribute substantially to our nation's healthcare system. However, a dispute arose between Isaacs and ▮▮▮▮▮, and the school was alleged to have favored the NIH donor's daughter, who struggled academically and socially at Keck, when they disciplined my client. Isaacs brought suit, alleging favoritism. After much litigation, an agreement was reached between Dr. Isaacs and USC Keck. The agreement sealed all disciplinary records, dismissed all administrative charges, and cancelled all contracts between the parties. Years went by; Isaacs excelled without further incident at international medical school with training in London, Singapore, New York, and Florida, and he achieved a top national board score higher than the average neurosurgeon.

His very achievement and persistence apparently fueled an organized secondary retaliation against him. With his newly achieved medical diploma, Dr. Isaacs began residency

---

[1] In addition to being a Benjamin Franklin Scholar at the University of Pennsylvania, Isaacs graduated cum laude from Germantown Academy, earned his MBA from the joint INSEAD-Wharton program in Singapore & Philadelphia, holds an honors degree from Dartmouth's Computer Science department, and had been offered a full scholarship during his brief studies at Vanderbilt Law School. He is also an FAA licensed commercial pilot.

training at Dartmouth. For unknown reasons, and unknown to Dr. Isaacs, Dartmouth started to hold the Keck incident against him. He was treated unethically and suffered extraordinary stress. Dartmouth terminated Isaacs without the normal peer review hearing process required by hospital bylaws. Jim Yong Kim was notified to preserve evidence for the Federal court. Within a week, Dr. Isaacs' emails and medical records at Dartmouth completely disappeared. We assert that if ████████████ Jim Yong Kim, ordered or assented to destruction of evidence during a Federal lawsuit (a felony), certainly FBI investigation is warranted. Destroying this critical evidence caused my client an unconscionable decade spent fighting for his career and reputation.

Ultimately, in an attempt to discredit my client, Dartmouth is believed to have coerced the New Hampshire Board of Medicine to revoke Isaacs' medical license for not disclosing the sealed, discharged records from Keck. The record is indisputable: for speaking out against Dartmouth and Jim Yong Kim's felony evidence destruction, my client has been permanently barred from medicine over a highly technical, and, most importantly, false allegation concerning expunged records.

Dartmouth acknowledges they had knowledge of the sealed Keck records, but, to date, has refused to state how they obtained this knowledge. Had evidence not been destroyed by the email purge seemingly ordered by Dr. Jim Yong Kim, we would almost certainly know the nexus—an improper one, for sure—between the 'academic leaders' at Dartmouth, Harvard, and Keck.

My client was a remarkable student. His academic credentials speak for themselves. Yet, eight years later, he remains unable to obtain any professional position—career assassination in its truest form—as a result of corruption amongst the pillars of academia. One must wonder how

someone who excelled at as many American institutions as Isaacs could be railroaded without any due process or peer hearing. Indeed, this is un-American and warrants investigation.

After years of petitioning courts and government agencies, my client has faced an insurmountable battle. Nobody has been willing to accept his claims against Dartmouth and such ▇▇▇▇▇▇▇▇▇▇ let alone investigate them. The FBI has once again turned a blind eye on email destruction and obstruction of justice by ▇▇▇▇▇▇▇▇ Dr. Isaacs simply wants to promptly resume his goal of training to be a brain surgeon. But, at this point, respectfully, your office is our last hope that justice and truth can prevail. Furthermore, we submit that an investigation is necessary to determine ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, both having been administered by individuals with disregard for ethics and law. This is a case that the FBI should not have ignored.

Best Regards,

Keith A. Mathews, Esq.