BRIAN M. BOYNTON
   Acting Assistant Attorney General
LESLEY R. FARBY
   Assistant Branch Director
LISA ZEIDNER MARCUS (N.Y. Bar 4461679)
   Senior Counsel
UNITED STATES DEPARTMENT OF JUSTICE
   Civil Division, Federal Programs Branch
   1100 L St., NW, Twelfth Floor
   Washington, DC 20530
   Tel: (202) 514-3336
   Facsimile: (202) 616-8470
   lisa.marcus@usdoj.gov

*Counsel for Federal Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CORONAVIRUS REPORTER, CALID INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC., FEDERAL TRADE COMMISSION,<br><br>    Defendants. | Case No. 3:21-cv-05567-EMC<br><br>**Declaration of Lisa Zeidner Marcus in Support of Federal Defendant's Motion to Dismiss** |

Pursuant to Civil Local Rule 7-5 and 28 U.S.C. § 1746, I, Lisa Zeidner Marcus, declare as follows:

1. I am employed as a Trial Attorney for the United States Department of Justice, Civil Division, Federal Programs Branch. I represent federal defendant the Federal Trade Commission in the above-captioned action. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2. Attached to this declaration as Exhibit A-1 is a true and correct copy of an email chain containing an email sent on March 12, 2021, from Keith A. Mathews, Esq., to the Federal Trade

1 | Commission at antitrust@FTC.gov, and a response sent on March 16, 2021, from Alan Friedman at the
2 | Federal Trade Commission to Mr. Mathews.

3. Mr. Mathews' March 12, 2021, email contained four attachments. Attached to this declaration as Exhibits A-2, A-3, A-4, and A-5 are true and correct copies of those attachments.

4. Exhibit A-2 is a true and correct copy of the first attachment to Mr. Mathews' email. It is an amended complaint for damages and injunctive relief in *Coronavirus Reporter v. Apple Inc.*, No. 21-cv-47 (D.N.H.).

5. Exhibit A-3 is a true and correct copy of the second attachment to Mr. Mathews' email. It is a document entitled "CNBC interview corporate min.pdf," which contains Coronavirus Reporter "Officer Minutes."

6. Exhibit A-4 is a true and correct copy of the third attachment to Mr. Mathews' email. It is a document entitled "Robert Roberts short bio 2019.pdf," which contains biographical information for Dr. Robert Roberts.

7. Exhibit A-5 is a true and correct copy of the fourth (and final) attachment to Mr. Mathews' email. It is a document entitled a document entitled "Roberts CV.pdf," a fifty-five page curriculum vitae for Dr. Roberts.

8. Exhibit A-6 is a true and correct copy of a Federal Trade Commission webpage entitled "Report an Antitrust Violation," https://www.ftc.gov/faq/competition/report-antitrust-violation. On November 4, 2021, I visited that webpage and saved a copy of it in PDF format for filing on this Court's CM/ECF system. *See* Civil L.R. 5-1(e)(2) ("Documents filed electronically must be submitted in PDF format.").

9. Exhibit A-7 is a true and correct copy of a Federal Trade Commission blog post and webpage entitled "Inside the antitrust mailbox," https://www.ftc.gov/news-events/blogs/competition-matters/2014/02/inside-antitrust-mailbox. On November 4, 2021, I visited that webpage and saved a copy of it in PDF format for filing on this Court's CM/ECF system. *See* Civil L.R. 5-1(e)(2).

1  I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed under the laws of the United States on this 8th day of November, 2021.

                     /s/ *Lisa Zeidner Marcus*
                     LISA ZEIDNER MARCUS

Marcus Decl. ISO Federal Defendant's Motion to Dismiss
Case No. 3:21-cv-05567-EMC