| | |
|---|---|
| **From:** | Friedman, Alan J. |
| **To:** | keith@aaone.law |
| **Subject:** | FW: Fwd: Coronavirus Reporter v. Apple, Inc |
| **Date:** | Tuesday, March 16, 2021 10:50:00 PM |
| **Attachments:** | AmendedCoronaReporter.pdf |
| | CNBC interview corporate min.pdf |
| | Robert Roberts short bio 2019.pdf |
| | Roberts CV.pdf |

Thank you for your email.  It has been forwarded to the appropriate office for review.

Alan Friedman

---

**From:** Keith Mathews, Esq. <keith@aaone.law>
**Sent:** Friday, March 12, 2021 4:10 PM
**To:** ANTITRUST <ANTITRUST@ftc.gov>
**Subject:** Fwd: Fwd: Coronavirus Reporter v. Apple, Inc

To whom it may concern,

My client has recently filed this action against Apple, Inc. in the District Court for the District of New Hampshire. It raises concerns about the companies policies which violate the Sherman Act. I am writing to you to implore your office to aid in  this pursuit in any way you can.

Please see attached for your review.

Please feel welcome to contact me with any further questions.

Regards,

Keith A. Mathews, Esq.



*Atty. Keith A. Mathews*
*Associated Attorneys of New England*
*1000 Elm Street, Suite 803*
*Manchester, NH 03101*
*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\**

www.AAONE.law
*Tel: (603) 622-8100*
*Fax: (888)912-1497*

CONFIDENTIALITY NOTICE:
This e-mail and any files transmitted with it are confidential, may be protected by the attorney-client privilege, and are intended for use by the addressee(s) only. If you are not the intended recipient or the person responsible for delivering e-mail for the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you believe you have received this e-mail in error, please destroy it immediately and notify me at 603-622-8100. Thank you.