

**Robert Roberts, MD, FRCPC, FRSM, MACC, FAHA, FESC, FRSC, LLD (Hon.)**
**Professor, University of Arizona College of Medicine – Phoenix**
**Director of Cardiovascular Genomics and Genetics, Dignity Health St. Joseph's Hospital and Medical Center- Phoenix**
**Chair, International Society Cardiovascular Translational Research (ISCTR)**

Adjunct Professor, Baylor College of Medicine

Scientist Emeritus and Advisor, University of Ottawa Heart Institute

Past President and CEO, University of Ottawa Heart Institute

Founding Director, Ruddy Canadian Cardiovascular Genetics Centre

---

Dr. Roberts completed his undergraduate (Memorial University), Medical school (Dalhousie University) and training in cardiology (University of Toronto) in Canada. He proceeded on scholarship to the University of California and was recruited to Washington University in St. Louis as Director of the Coronary Care unit (1973-1982). In 1982 he was recruited to Baylor College of Medicine in Houston as Chief of Cardiology where he served for 23 years. He was recruited as President and CEO of the University of Ottawa Heart Institute (UOHI) where he completed two 5 year terms (2004 to 2014).

He developed the first quantitative assay for MBCK, followed by a radioimmunoassay. MBCK was used as the gold standard to diagnose heart attacks for three decades. He discovered several genes for the familial cardiomyopathies, including the first gene for atrial fibrillation, WPW Syndrome and CAD (9p21) along with co-discoverer of over 90 genetic risk variants predisposing to CAD and 95 genetic variants regulating plasma lipids. As a pioneer of molecular cardiology, he edited the first textbook on molecular cardiology. Dr. Roberts is recognized as a leader in the research and practice of cardiology worldwide. Dr. Roberts for 25 years has been associate Editor of Hurst The Heart, a leading textbook in cardiology. Dr. Roberts is Editor in Chief of Current Opinion in Cardiology, Chief Guest Editor of JACC BTS, Genomics Section Editor for JACC, Associate Editor of Cardiology Today and on the editorial board of 18 other journals. In recognition of his scientific contributions (over 900 publications) Dr. Roberts has received several prestigious awards:

- Fellow of the Academy of Science of the Royal Society of Canada (2013)
- Distinguished Scientist Award from the American College of Cardiology (1998)
- Canadian Cardiovascular Society Research Achievement Award (2012)
- McLaughlin Medal from the Royal Society of Canada (2008)
- Award of Meritorious Achievement from American Heart Association (2001)
- Robert Beamish Leadership Award from ICSS Winnipeg (2005)
- Albrecht Fleckenstein Memorial Award from the International Academy of Cardiology (2008)
- Distinguished Fellowship Award from the International Academy of Cardiology (2012)
- Citation for Highly Cited Researcher from ISI Thomson Scientific (2002)
- Awarded Best of What's New by Popular Science, New York (1994)
- First Prize: International Film Festival, NY for video "Unlocking the Secrets of the Heart" (1992)

He has held several leadership roles: member NHLBI Council, American Heart Association (Board of Trustees, President Elect), the American College of Cardiology (Board of Trustees and Chair of Annual Scientific Session). He has served on several prestigious advisory boards, including: Gairdner Foundation; The Fields Institute for Research in Mathematical Sciences; Ontario Genomics Institute,

Fondation Leducq of Paris and NIH-ACC Inter-Society Coordinating Committee for genomics and genetics.

Dr. Roberts has had a distinguished and prolific international career as a Cardiologist, Educator, Scientist and spokesman having lectured throughout the world including several prestigious presentations: Plenary addresses of the American College of Cardiology, (Simon Dack Lectureship), the Japanese College of Cardiology, the Japanese College of Circulation, the Australian and New Zealand Heart Association (Hall Lecture), the Canadian Cardiovascular Society, Indonesian Heart Society and the International Academy of Cardiology. In 2013 he addressed The Royal Canadian Institute for the advancement of science.

Under Dr. Roberts leadership, the University of Ottawa Heart Institute (UOHI) flourished, patient wait times decreased from 6 months to 3 weeks,  diagnostic and therapeutic laboratories were added, 50 additional physicians and scientists were recruited, with an independent patient satisfaction of 98.5 (best in Ontario). He founded and directed The Ruddy Canadian Cardiovascular Genetics Centre, and established The Research Methods Centre. The research endowment tripled from 15 million to 55 million as did competitive grant funding. Under his leadership UOHI achieved world recognition for its research impact being ranked by SIR SCHIMAGO to be in the top 2% of 3,043 institutions worldwide. The future was secured with approval and funding for a $200 million expansion to the institute which was initiated in 2013 and officially opened March 23, 2018.