| FEDERAL TRADE COMMISSION | Contact | Stay Connected | Privacy Policy | FTC en español |
PROTECTING AMERICA'S CONSUMERS

ABOUT THE FTC | NEWS & EVENTS | ENFORCEMENT | POLICY | TIPS & ADVICE | I WOULD LIKE TO...

Home » I Would Like To... » Report An Antitrust Violation

**Browse FAQ Topics**

Consumer Protection

Competition

FTC Info

**Top Answers**

Report Fraud to the FTC

Apply for a Refund in an FTC Case

Report Identity Theft

List a Number on the National Do Not Call Registry

Get a Free Copy of My Credit Report

File a Comment

**Report An Antitrust Violation**

# Report An Antitrust Violation

SHARE THIS PAGE

## QUESTION

How can I report an antitrust violation?

## ANSWER

If you have a question or comment about an antitrust issue, submit it to the Bureau of Competition by one of the methods below. Please consult the FTC's Guide to the Antitrust Laws, which may answer general questions about the antitrust laws and contains Frequently Asked Questions on a number of topics, or Inside BC to learn more about the work of the Bureau of Competition.

If you have a question or comment about competition in technology markets, or a complaint, submit it to the Technology Enforcement Division.

To fully describe your concern, please provide answers to the following questions:

- What companies or organizations are engaging in conduct you believe violates the antitrust laws?
- Why do you believe this conduct may have harmed competition in violation of the antitrust laws?
- What is your role in the situation? For instance, are you a user, customer, competitor or supplier?

To help us serve you better, please include an email address and a day-time telephone number in your communication.

PLEASE NOTE: To file a report about fraud, scams, and bad business practices, visit ReportFraud.ftc.gov.

**E-Mail:**

antitrust@ftc.gov

**Regular Mail:**

Office of Policy and Coordination
Room CC-5422
Bureau of Competition
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-3300

NOTE: E-mail is not secure. Confidential information should be marked "Confidential" and sent via regular mail. To learn how we may use the information you provide, please read our Privacy Policy.

RESPONSES: The Bureau appreciates hearing your concerns and the time you have taken to express your views. Please understand that in some instances the volume of communication we receive on a particular issue is such that we cannot respond individually to each message. You have our assurance, however, that all incoming messages are forwarded to the appropriate division within the Bureau of Competition and that your views are being heard.

**ABOUT THE FTC**
What We Do
Our History
Commissioners
Bureaus & Offices
Biographies
Budgets
Performance
Office of Inspector General
FOIA
Careers at the FTC
Office of EEO and Workplace Inclusion

**NEWS & EVENTS**
Press Releases
Commission Actions
Media Resources
Events Calendar
Open Meetings
Speeches
Audio/Video
Social Media
Blogs
Contests

**ENFORCEMENT**
Cases and Proceedings
Data and Visualizations
Premerger Notification Program
Merger Review
Anticompetitive Practices
Rules
Statutes
Guidance Documents
Warning Letters
Consumer Sentinel Network
Criminal Liaison Unit
Notices of Penalty Offenses

**POLICY**
Advocacy
Advisory Opinions
Cooperation Agreements
Federal Register Notices
Reports
Public Comments
Studies
Testimony
Policy Statements
International
Hearings on Competition & Consumer Protection

**FEDERAL TRADE COMMISSION**
Headquarters:
600 Pennsylvania Avenue, NW
Washington, DC 20580
Contact Us

Stay Connected with the FTC

## TIPS & ADVICE

For Consumers

For Military Consumers

Business Center

Competition Guidance

## I WOULD LIKE TO...

Report Fraud to the FTC

Apply for a Refund in an FTC Case

Report Identity Theft

List a Number on the National Do Not Call Registry

Get a Free Copy of My Credit Report

File a Comment

Report An Antitrust Violation

## SITE INFORMATION

Privacy Policy

Website Policy

No FEAR Act

USA.gov

Accessibility

Digital Government Strategy

Open Government

Plain Writing

Information Quality

Small Business Non-Retaliation Policy

Transition to Internet Protocol version 6 (IPv6)

Vulnerability Disclosure Policy