1  BRIAN M. BOYNTON
    Acting Assistant Attorney General
2  LESLEY R. FARBY
    Assistant Branch Director
3  LISA ZEIDNER MARCUS (N.Y. Bar 4461679)
    Senior Counsel
4  UNITED STATES DEPARTMENT OF JUSTICE
    Civil Division, Federal Programs Branch
5  1100 L St., NW, Twelfth Floor
    Washington, DC 20530
6  Tel: (202) 514-3336
    Facsimile: (202) 616-8470
7  lisa.marcus@usdoj.gov

8  *Counsel for Federal Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CORONAVIRUS REPORTER, CALID INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC., FEDERAL TRADE COMMISSION,<br><br>    Defendants. | Case No. 3:21-cv-05567-EMC<br><br>**[PROPOSED] ORDER** |

Federal defendant the Federal Trade Commission has filed a motion to dismiss plaintiffs' amended complaint with respect to the allegations and purported claim against the federal defendant. Having considered the papers, counsels' arguments, and the entire record herein, the Court hereby **GRANTS** federal defendant's motion. Plaintiffs' amended complaint is hereby **DISMISSED** with prejudice with respect to any and all claims asserted against the Federal Trade Commission. Given the jurisdictional defects apparent in the amended complaint, the Court finds that further amendment would be futile, and therefore dismissal is without leave to amend.

**IT IS SO ORDERED.**

DATED:_____

                                                                  The Honorable Edward M. Chen
                                                                  United States District Judge