KEITH MATHEWS
*Pro Hac Vice*
Associated Attorneys of New England
PO Box 278
Manchester, NH 03105
Ph. 603-622-8100
keith@aaone.law

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
    Acting Assistant Attorney General
LESLEY R. FARBY
    Assistant Branch Director
LISA ZEIDNER MARCUS (N.Y. Bar 4461679)
    Senior Counsel
UNITED STATES DEPARTMENT OF JUSTICE
    Civil Division, Federal Programs Branch
    1100 L St., NW, Twelfth Floor
    Washington, DC 20530
    Tel: (202) 514-3336
    Facsimile: (202) 616-8470
    lisa.marcus@usdoj.gov

*Counsel for Federal Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CORONAVIRUS REPORTER, CALID INC., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC., FEDERAL TRADE COMMISSION,<br><br>        Defendants. | Case No. 3:21-cv-05567-EMC<br><br>**Stipulation and Order Setting Briefing Schedule for Federal Defendant's Motion to Dismiss** |

Pursuant to Civil Local Rules 6-2 and 7-12, plaintiffs and federal defendant the Federal Trade Commission hereby stipulate and respectfully request the Court set the briefing schedule for federal defendant's motion to dismiss as follow:

1.      Plaintiffs filed their amended complaint on September 6, 2021 (ECF No. 41), and served federal defendant on September 9, 2021. On November 8, 2021, federal defendant responded to the complaint by filing a motion to dismiss (ECF No. 79).

2.      Under the default briefing schedule, plaintiffs' opposition to the motion to dismiss is due November 22, and federal defendant's reply is due November 29. Under this schedule, federal defendant would only have one week to prepare its reply, and that week includes the Thanksgiving holiday.

3.      Due to previously scheduled deadlines in other matters being handled by undersigned counsel, and to allow sufficient time for the parties to prepare the briefing in this case, the parties desire to modify the briefing schedule as follows.

4.      Plaintiffs' opposition to federal defendant's motion to dismiss shall be due on December 3.

5.      Federal defendant's reply in further support of its motion to dismiss shall be due on December 17.

6.      This adjustment shall have no effect on the hearing date for the motion to dismiss. After consulting with plaintiffs' counsel about counsels' schedules, and in accordance with Civil Local Rule 7-2(a), federal defendant noticed the motion for a hearing on January 20, 2022.

7.      No party would be prejudiced by this adjustment in the briefing schedule, and accommodating counsels' schedules would serve the interest of justice.

Dated: November 9, 2021                  Respectfully submitted,

 */s/ Keith Mathews*                              BRIAN M. BOYNTON
Keith Mathews, *Pro Hac Vice*              Acting Assistant Attorney General
Associated Attorneys of New England
PO Box 278                                        LESLEY R. FARBY
Manchester, NH 03105                       Assistant Branch Director
Ph. 603-622-8100
keith@aaone.law                                 */s/ Lisa Zeidner Marcus*
                                                         LISA ZEIDNER MARCUS
*Counsel for Plaintiffs*                         (N.Y. Bar 4461679)
                                                         Senior Counsel
                                                         United States Department of Justice
                                                         Civil Division, Federal Programs Branch
                                                         1100 L St., NW, Twelfth Floor
                                                         Washington, DC 20530
                                                         Telephone: (202) 514-3336

Stipulation and [Proposed] Order Re: Briefing Schedule
Case No. 3:21-cv-05567-EMC

1
2    Facsimile: (202) 616-8470
     lisa.marcus@usdoj.gov
3
     *Counsel for Federal Defendant*
4
5
6    Pursuant to stipulation, and good cause shown, **IT IS SO ORDERED**.
7
8    DATED: November 9, 2021                    _____
                                                 The Honorable Edward M. Chen
9                                                United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order Re: Briefing Schedule
Case No. 3:21-cv-05567-EMC