United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORONAVIRUS REPORTER, et al.,

        Plaintiffs,

v.

APPLE INC.,

        Defendant.

Case No. 21-cv-05567-EMC

**JUDGMENT**

On November 30, 2021, the Court issued its Order Granting Defendant's Motion to Dismiss, and Denying Plaintiffs' Motions for Preliminary Injunction, to Strike, and to Append Claim. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: November 30, 2021

_____
EDWARD M. CHEN
United States District Judge