

Jeffrey D I <jeffreydi@gmail.com>

## RE: Caller ID
1 message

**Edward Kwok** <ekwok@vlplawgroup.com>　　　　　　　　　　　　　　　　　　　　　　Mon, Sep 20, 2021 at 3:31 PM
To: "Jeffrey D. Isaacs" <jeffrey.isaacs.wg03@wharton.upenn.edu>

Hi Jeffrey,

We can get Claims 31-36 with an amendment to fix the minor issues the Examiner complains about. We will also need to cancel the other claims. The patent will issue after (i) the Examiner sending us a Notice of Allowance and Issue Fee due; (2) we pay the issue fee; and (3) the Patent Office do their "quality assurance" checking. The whole process will take about 4-6 months from our filing the amendment. Unfortunately, we can't assert the patent until it issues. I think I can get the amendment done within the next two weeks.

I strongly advise resubmitting the rest of the claims again in a separate continuation application. While the Examiner stills complains about these claims, I think we are getting close.

Regards,

Ed

**From:** Jeffrey D. Isaacs <jeffrey.isaacs.wg03@wharton.upenn.edu>
**Sent:** Monday, September 20, 2021 4:50 AMHi Je
**To:** Edward Kwok <ekwok@vlplawgroup.com>
**Subject:** Caller ID

Hi Edward,

Sorry I did not get back to you sooner. I have been swamped with litigation with Apple. It is currently an anti-trust matter involving the Caller-ID app. What is the quickest way to get the patent issued? Given the pending litigation, and inevitable patent infringement matters raised in that, I would like to have an issued patent. Do you happen to know if I have standing to sue currently on patent infringement, as an "allowed claim"? I think given all the issues, it is best to have you do a reissue to expand the claims , after this patent issues. Curious if you agree?

As for the blockchain app, we are currently prototyping it to make sure it works, so I think it is best to go over that with you once the prototype is complete (in about a month).


Thanks for your ongoing help

Jeffrey


This message contains information which may be confidential and legally privileged. Unless you are the addressee, you may not use, copy or disclose to anyone this message or any information contained in the message. If you have received this message in error, please send me an email and delete this message. Any tax advice provided by VLP is for your use only and cannot be used to avoid tax penalties or for promotional or marketing purposes.