# American University of the Caribbean
## School of Medicine

by the authority granted to it by the government of
St. Maarten, Netherlands Antilles,
and on recommendation of the Faculty, hereby confers upon

### Jeffrey David Isaacs

the degree of

### Doctor of Medicine

with all the Rights, Honors and Privileges thereunto appertaining.
Dated this 1st day of May, 2010
at St. Maarten, Netherlands Antilles



*Paul S. Tien*
Chancellor

*[signature]*
Chief Academic Officer

# RE: ERAS INVESTIGATION NOTIFICATION-JEFFREY DAVID ISAACS AAMC ID 12121531

**ERASInvestigations** erasinvestigations@aamc.org via wharton.upenn.edu    Wed, Apr 25, 2012, 2:22 PM

to Jeffrey, ERASInvestigations

Dr. Isaacs,

This is to follow up on our phone conversation on April 19, 2012. To clarify, ERAS is still in the investigations and information gathering stage of our process. Our goal at this time is to gather information on whether your ERAS application was accurate and complete. We have asked that you respond to our inquiry as to the omission of your attendance at Keck Medical School and your omission of your training experience with the University of Arizona. Your response, which may include an explanation for why these items were omitted, is considered prior to composing the preliminary report, if any. You will be given an opportunity to review the preliminary report if ERAS determines that a report is appropriate. At that time, you may request corrections to the report or amend your statement, which will be attached to the report. Should you object to the sending of the report or the content of the report, you may request arbitration as described in our policy. At this time, the investigation is still ongoing. ERAS makes no judgment as to the culpability of any person with respect to matters reported and does not assess the suitability of an individual to study or practice medicine. Rather, ERAS strives to communicate complete and accurate information to the legitimately interested parties. Evaluation of the information is the responsibility of the recipient of the report.

Best wishes,
Rochelle Campbell
ERAS Administrative Specialist
Association of American Medical Colleges
2450 N Street NW
Washington, DC 20037
202 828-0508
rcampbell@aamc.org

---------- Forwarded message ----------
From: ERASInvestigations <erasinvestigations@aamc.org>
Date: Thu, May 3, 2012 at 1:00 PM
Subject: RE: ERAS INVESTIGATION NOTIFICATION-JEFFREY DAVID ISAACS AAMC ID 12121531
To: "Jeffrey D. Isaacs" <jeffrey.isaacs.wg03@wharton.upenn.edu>


Thank you for your response. Your request is reasonable, and as such, we will honor your request to keep the Keck information off of the report. This will require that you submit a new statement that does not mention the Keck school and we will provide a new draft preliminary report that only mentions your time at Arizona. Please note, that our director is out of the office this week, so the report may be delayed waiting on her approval.

Best Regards -

ERAS 2022 Season - Residency ▾



**Jeffrey Isaacs**
**AAMC ID** 12121531
jeffreydi@gmail.com

❓ Help

## Message

🗑 TRASH    ↩ REPLY

**From**
ECFMG

**Subject**
Welcome to ERAS 2022

**Date**
Mon 09/27/2021 9:01 AM ET

**Message**

Dear Doctor,

Welcome to ERAS 2022! As your Designated Dean's Office, ERAS Support Services at ECFMG will be your primary contact for assistance and information throughout the ERAS application process. Here are a few tips and helpful resources to use as you begin the application process:

1. There are a number of valuable residency application support webinars and resources available on the ECFMG ECHO Resources website at https://www.ecfmg.org/echo/resources.html, including a tutorial on the U.S. Residency Application Process: https://www.ecfmg.org/echo/us-residency-application-process.html
2. No two programs are exactly alike, so take time to do some research. Tools you can utilize include Residency Explorer (https://www.residencyexplorer.org/ ) and AMA's FREIDA online (https://freida.ama-assn.org/).
3. If you certified and submitted an application in the ERAS 2021 season, you are not required to resubmit certain documents, such as MSPEs and medical school transcripts.  Information about reusing documents and LoRs is available at http://www.ecfmg.org/eras/repeat-applicants.html
4. **If you have a previous last name, or preferred name, be sure to include them in the Personal Information section of your MyERAS application to avoid delays in the processing of your supporting documents.** You can update this information at any time.
5. At 9:00 AM EST on September 1st, you can begin transmitting your MyERAS application to residency programs. Programs will not have access to applications until 9:00 AM EST on September 29th.
6. **Documents and LoRs may take up to five business days to process once submitted**, excluding photographs and personal statements which are not processed by ECFMG. Do not wait until the last minute to submit your supporting documents.
7. If you have not passed USMLE Step 2 CS, please review the information on ECFMG's Pathways for IMGs participating in the 2022 Match to satisfy the clinical and communication skills requirements for ECFMG Certification. https://www.ecfmg.org/certification-requirements-2022-match/

---

### Federal Court Preservation Letter - Urgent  ⤳       🖨  ↗

 **Jeffrey D. Isaacs** <jeffrey.isaacs.wg03@wharton.upenn.edu>      Tue, Mar 17, 2020, 5:52 PM    ☆   ↩   ⋮
to tcook, Alex, carson_oliver ▾

From jdi@calid.com (CALID Inc.)

Please take this as an evidence preservation notice. All internal <mark>Apple</mark> communications regarding CALID, Greenflight, Coronavirus Reporter, <mark>CallerID</mark>, Dr. Isaacs & Dr. Roberts shall be immediately preserved pending federal lawsuit. Please acknowledge receipt of this notice as soon as possible. Thank you