GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (SBN 212532)
  mperry@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
  rbrass@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile:  (415) 374-8429

*Attorneys for Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORONAVIRUS REPORTER, CALID INC., PRIMARY PRODUCTIONS LLC, DR. JEFFREY D. ISAACS, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., FEDERAL TRADE COMMISSION,<br><br>Defendants. | Case No. 3:21-CV-05567-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION FOR AN ORDER SUMMARILY DENYING PLAINTIFF JEFFREY D. ISAACS' MOTIONS FOR SANCTIONS OR, IN THE ALTERNATIVE, SETTING A DEADLINE FOR A SINGLE RESPONSE** |

Having considered Defendant Apple Inc.'s ("Apple") Administrative Motion For An Order Summarily Denying Plaintiff Jeffrey D. Isaacs' Motions For Sanctions Or, In the Alternative, Setting a Deadline For a Single Response, as well as the supporting documents thereto and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing, **IT IS HEREBY ORDERED** that Apple's Motion is **GRANTED**. The Motions For Sanctions at docket numbers 96 and 97 are **DENIED** under Local Rule 7-8(d).

**IT IS SO ORDERED.**

Dated: _____

Edward M. Chen
United States District Judge