GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (SBN 212532)
  mperry@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
  rbrass@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile:  (415) 374-8429

*Attorneys for Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONAVIRUS REPORTER, CALID INC., PRIMARY PRODUCTIONS LLC, DR. JEFFREY D. ISAACS, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., FEDERAL TRADE COMMISSION,<br><br>Defendants. | Case No. 3:21-CV-05567-EMC<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION FOR AN ORDER SUMMARILY DENYING PLAINTIFF JEFFREY D. ISAACS' MOTIONS FOR SANCTIONS OR, IN THE ALTERNATIVE, SETTING A DEADLINE FOR A SINGLE RESPONSE** |

I hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case. I submit this declaration in support of Apple's Administrative Motion For An Order Summarily Denying Plaintiff Jeffrey D. Isaacs' Motions For Sanctions Or, In the Alternative, Setting a Deadline For a Single Response. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2. On January 25, 2022, I emailed counsel for Plaintiffs asking whether Plaintiffs would stipulate to summary denial of Plaintiff Jeffrey D. Isaacs' two pending motions for sanctions or, in the alternative, to a deadline for a joint response to both motions fourteen days after any order denying Apple's request for summary denial. Counsel for Plaintiffs refused to answer whether Plaintiffs would so stipulate, insisting that he does "not represent Dr. Isaacs," despite explicit prior statements referring to Isaacs as his "client." As counsel, I cannot communicate directly with Isaacs for the reasons explained in the letter filed in this Court at Docket Number 63, Exhibit 1. Accordingly, I was unable to obtain a stipulation to the relief requested in this Motion. A true and correct copy of my email exchange with counsel for Plaintiffs is attached hereto as **Exhibit A**. True and correct copies of the attachments to my final email in that exchange are attached hereto as **Exhibits B–E**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on January 25, 2022 at San Francisco, California.

        /s/ *Rachel S. Brass*
        Rachel S. Brass