# EXHIBIT B

**From:** Keith Mathews
**To:** Brass, Rachel S.
**Cc:** Jeffrey D. Isaacs
**Subject:** Caller ID
**Date:** Friday, October 1, 2021 3:10:25 PM

[WARNING: External Email]

Rachel,

As you are aware my client also owns Caller ID, which was a top ten app which was initially turned down by Apple. This case is distinct from the issues currently being litigated against Apple.

My client recently offered to sell Apple his patent but that offer was rejected. I am writing to you as a last effort to resolve that issue before my client files a patent infringement claim against Apple in Florida. He also intends to pursue an anti trust action in the eu.

I know patent infringement is not your area of expertise so if there is someone else I should be speaking with please let me know.

Hope you had a great vacation.

Thanks,

Keith