# EXHIBIT C

| | |
|---|---|
| **From:** | Keith Mathews |
| **To:** | Brass, Rachel S. |
| **Cc:** | Peter J. Brann; Copeland, Zachary B. |
| **Subject:** | Re: Amended Primary Productions Complaint |
| **Date:** | Friday, August 6, 2021 1:17:47 PM |

**[WARNING: External Email]**

Rachel,

As the motion to transfer was filed as a motion to dismiss in this matter it is our position that that motion is mooted by our filing.

Regardless my client has made his position regarding any dilatory tactics extremely clear and therefore I can not offer my assent.

Thanks,

Keith

> On Aug 3, 2021, at 9:33 PM, Brass, Rachel S. <RBrass@gibsondunn.com> wrote:
>
> Dear Mr. Mathews,
>
> We are writing to ask if you would agree to a stipulated request to the Court to defer a response to the Amended Primary Productions Complaint—here a motion to dismiss—pending resolution of Apple's motion to transfer.  We would propose that Apple's response be due consistent with the local rules if the matter is transferred to the Northern District of California, or 14 days after any order denying the motion.   Please let us know.
>
> Best,
> Rachel
>
> **Rachel S. Brass**
> **Partner**
>
> # GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 555 Mission Street, San Francisco, CA 94105-0921
> Tel +1 415.393.8293 • Mobile +1 415.264.5998
> RBrass@gibsondunn.com • www.gibsondunn.com
>
> ---
>
> This message may contain confidential and privileged information for the sole use

of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.