# EXHIBIT D

**From:** Keith Mathews, Esq.
**To:** Brass, Rachel S.
**Subject:** Re: 3:21-cv-05567-EMC Coronavirus Reporter et al v. Apple Inc. et al
**Date:** Wednesday, August 25, 2021 3:53:37 PM

**[WARNING: External Email]**

Rachel,

11:30 ET on Friday would work for me. As an FYI my client will be listening in on the call.

Regards,

Keith


Atty. Keith A. Mathews
1000 Elm Street, Suite 800
Manchester, NH 03101
**************************
www.AAONE.law
Tel: (603) 622-8100
Fax: (888)912-1497


CONFIDENTIALITY NOTICE:
This e-mail and any files transmitted with it are confidential, may be protected by the attorney-client privilege, and are intended for use by the addressee(s) only. If you are not the intended recipient or the person responsible for delivering e-mail for the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you believe you have received this e-mail in error, please destroy it immediately and notify me at 603-622-8100. Thank you.

On 8/24/2021 7:01 PM, Brass, Rachel S. wrote:

> Keith,
>
> I am available on Thursday 8-10 PT/11-1 ET or Friday 8-11 PT/11-2 ET. Would one of those windows work for you?   Will 30 minutes be appropriate?
>
> Best,
> Rachel
>
> **Rachel S. Brass**
> **Partner**
>
> # GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 555 Mission Street, San Francisco, CA 94105-0921
> Tel +1 415.393.8293 • Mobile +1 415.264.5998
> RBrass@gibsondunn.com • www.gibsondunn.com

**From:** Keith Mathews, Esq. <keith@aaone.law>
**Sent:** Tuesday, August 24, 2021 4:58 AM
**To:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Subject:** Re: 3:21-cv-05567-EMC Coronavirus Reporter et al v. Apple Inc. et al

**[WARNING: External Email]**

Rachel,

As expected we intend to motion under Rule 11 regarding Apple's most recent filings. Please provide your availability to meet and confer.

Thanks,

Keith

Atty. Keith A. Mathews
1000 Elm Street, Suite 800
Manchester, NH 03101
*************************

www.AAONE.law
Tel: (603) 622-8100
Fax: (888)912-1497

CONFIDENTIALITY NOTICE:
This e-mail and any files transmitted with it are confidential, may be protected by the attorney-client privilege, and are intended for use by the addressee(s) only. If you are not the intended recipient or the person responsible for delivering e-mail for the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you believe you have received this e-mail in error, please destroy it immediately and notify me at 603-622-8100. Thank you.

On 8/9/2021 4:37 PM, Brass, Rachel S. wrote:

> Dear Mr. Mathews,
>
> An addendum to my email below. To avoid undue delay, we instead ask if you will stipulate to an extension to August 23, so that the deadline is the same as for the pending motion for preliminary injunction. Please let me know today by 5 p.m. PT.
>
> Rachel
>
> **Rachel S. Brass**

**Partner**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8293 • Mobile +1 415.264.5998
RBrass@gibsondunn.com • www.gibsondunn.com

---

**From:** Brass, Rachel S.
**Sent:** Monday, August 9, 2021 1:29 PM
**To:** 'Keith Mathews, Esq.' <keith@aaone.law>
**Subject:** 3:21-cv-05567-EMC Coronavirus Reporter et al v. Apple Inc. et al

Dear Mr. Mathews,

In light of Judge Gonzalez Rogers' decision that the above-captioned case is not related to *Cameron v. Apple Inc.*, I am reaching out to inquire whether you will stipulate to a 30-day extension for Apple to file a motion to dismiss. Please let me know today by 5 p.m. PT.

We have received your other communications, and delivered them to our client, and will respond in due course.

Rachel

**Rachel S. Brass**
**Partner**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8293 • Mobile +1 415.264.5998
RBrass@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.