# EXHIBIT E

| | |
|---|---|
| **From:** | Keith Mathews, Esq. |
| **To:** | Brass, Rachel S. |
| **Subject:** | Re: Default |
| **Date:** | Wednesday, August 18, 2021 12:04:01 PM |

**[WARNING: External Email]**

Rachel,

Respectfully we disagree on your analysis. The clerks office is available today and has been open all week. Rule 6(a)(3)(A) is only applicable if clerks office is closed or unavailable for any other reason (natural disaster etc.) which is not the case here. Therefore it is my client's position that Apple is in default unless you can point me to a filing that has been served by your office.

My client, given that no appearance had yet been filed in this case believed that they should communicate with you directly.

Regards,

Keith


Atty. Keith A. Mathews
1000 Elm Street, Suite 800
Manchester, NH 03101
*************************
www.AAONE.law
Tel: (603) 622-8100
Fax: (888)912-1497


CONFIDENTIALITY NOTICE:
This e-mail and any files transmitted with it are confidential, may be protected by the attorney-client privilege, and are intended for use by the addressee(s) only. If you are not the intended recipient or the person responsible for delivering e-mail for the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you believe you have received this e-mail in error, please destroy it immediately and notify me at 603-622-8100. Thank you.

On 8/16/2021 9:08 PM, Brass, Rachel S. wrote:

> Dear Mr. Mathews,
>
> We have received the emails below from coronavirusreporter@protonmail.com.  I am not certain if those two messages are from you.  To the extent that our request relates to Primary Productions, and not the Coronavirus Reporter case, we suspect they are not from you.  And we also believe they may not be from you because of your earlier correspondence, which noted that because the matter is not yet on Pacer, "an extension request is premature."  While we think that a failure to agree is regrettable and inconsistent with the order granting our requested extension in the *Coronavirus Reporter* case, your earlier email

was correct—under Federal Rule of Civil Procedure 6(a)(3)(A), Apple's response date is extended until the first day ECF is accessible.  For that reason and others, any default would be baseless, an undue burden on the Court, and inconsistent with the Northern District's professionalism guidelines.

In any event, for avoidance of doubt, we intend to communicate only with you, not with any client you represent.   We will not engage directly with any represented party.

Best,
Rachel


**Rachel S. Brass**
**Partner**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8293 • Mobile +1 415.264.5998
RBrass@gibsondunn.com • www.gibsondunn.com


**From:** coronavirusreporter@protonmail.com <coronavirusreporter@protonmail.com>
**Sent:** Monday, August 16, 2021 3:34 PM
**To:** Brass, Rachel S. <RBrass@gibsondunn.com>; keith@aaone.law
**Subject:** Re: Default


**[WARNING: External Email]**


Pls Serve answer on counsel even if ECF not ready

Sent from ProtonMail, Swiss-based encrypted email.

------- Original Message -------
On Monday, August 16th, 2021 at 6:31 PM, <coronavirusreporter@protonmail.com> wrote:

> Primary Productions expects an answer today and considers a lack thereof a default. Absolutely no extensions of time per client.
>
> Sent from ProtonMail, Swiss-based encrypted email.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to

you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.