UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONAVIRUS REPORTER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC., et al.,<br><br>    Defendants. | Case No. 21-cv-05567-EMC<br><br>**ORDER GRANTING DEFENDANT APPLE INC.'S MOTION FOR AN ORDER SUMMARILY DENYING PLAINTIFF JEFFREY D. ISAACS' MOTIONS FOR SANCTIONS**<br><br>Docket Nos. 96-98 |

Having considered Defendant Apple Inc.'s ("Apple") Administrative Motion For An Order Summarily Denying Plaintiff Jeffrey D. Isaacs' Motions For Sanctions Or, In the Alternative, Setting a Deadline For a Single Response, as well as the supporting documents thereto and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing, **IT IS HEREBY ORDERED** that Apple's Motion is **GRANTED**. The Motions for Sanctions at Docket Nos. 96 and 97 are **DENIED** as untimely under Local Rule 7-8(d).

This order disposes of Docket Nos. 96, 97 and 98.

**IT IS SO ORDERED**.

Dated: January 26, 2022

_____
EDWARD M. CHEN
United States District Judge