GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (SBN 212532)
  mperry@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
  rbrass@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile:  (415) 374-8429

*Attorneys for Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONAVIRUS REPORTER, CALID INC., on behalf of themselves and all others similarly situated<br><br>                    Plaintiffs,<br><br>       v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 3:21-CV-05567-EMC<br><br>**ORDER RELATING ACTIONS**<br><br>Hon. Edward M. Chen |

1  The Court **GRANTS** Defendant Apple Inc.'s Administrative Motion to Relate Actions pursuant to Local Rule 3-12(b).  It is hereby **ORDERED** that *Coring Co. v. Apple Inc.*, No. 3:22-CV-1044-JCS, is deemed related to *Coronavirus Reporter v. Apple Inc.*, No. 3:21-CV-05567-EMC.

**IT IS SO ORDERED.**

Dated: March 10, 2022

_____
THE HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE