|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 22 2023 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

CORONAVIRUS REPORTER; CALID, INC.; PRIMARY PRODUCTIONS LLC,

        Plaintiffs-Appellants,

 and

JEFFREY D. ISAACS, Dr.,

        Plaintiff,

 v.

APPLE, INC.,

        Defendant-Appellee,

 and

FEDERAL TRADE COMMISSION,

        Defendant.

Nos. 22-15166, 22-15167

D.C. No. 3:21-cv-05567-EMC
Northern District of California,
San Francisco

ORDER

Before: GOULD, BERZON, and IKUTA, Circuit Judges.

    Defendant-Appellee is directed to file a response to the Petition for Rehearing En Banc that was filed on November 17, 2023. The response shall be filed within 21 days of the date of this order. The response shall not exceed 15 pages in length unless it complies with the alternative length limitation of 4,200 words. Parties who are registered for Appellate ECF must file the response

electronically without submission of paper copies.  Parties who are not registered Appellate ECF filers shall file an original copy.  9th Cir. R. 40-1.