RACHEL S. BRASS, SBN 219301
  RBrass@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
  JKleinbrodt@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA  94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Defendant*
*APPLE INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORONAVIRUS REPORTER, CALID INC., PRIMARY PRODUCTIONS LLC, DR. JEFFREY D. ISAACS, on behalf of themselves and all others similarly situated<br><br>                Plaintiffs,<br><br>v.<br><br>APPLE INC., FEDERAL TRADE COMMISSION<br><br>                Defendants. | CASE NO. 3:21-CV-05567-EMC<br><br>**DECLARATION OF JULIAN W. KLEINBRODT IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFF JEFFREY ISAACS' MOTION FOR RELIEF FROM JUDGMENT**<br><br>Judge:  Hon. Edward M. Chen |

I hereby declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, and counsel of record for Defendant Apple Inc. ("Apple") in this case. I submit this declaration in support of Apple's Opposition to Plaintiff Jeffrey Isaacs' Motion for Relief from Judgment.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the docket for Supreme Court of the United States Docket No. 23A718, which was downloaded from the Supreme Court's official website on April 22, 2024. The specific webpage is publicly available at https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/23a718.html#.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the docket for Supreme Court of the United States Docket No. 23-1089, which was downloaded from the Supreme Court's official website on April 22, 2024. The specific webpage is publicly available at https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/23-1089.html#.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the petition for certiorari filed by Jeffrey Isaacs in *Isaacs v. USC Keck School of Medicine, et al.*, Docket No. 21-592, which was downloaded from the Supreme Court's official website on April 24, 2024. The specific webpage is publicly available at https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/21-592.html.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an email chain between Jeffrey Isaacs, his attorney, and myself originating on April 15, 2024 regarding Jeffrey Isaacs' further attempts to propound discovery.

DATED: April 26, 2024                         GIBSON, DUNN & CRUTCHER LLP

                                              By:     */s/ Julian W. Kleinbrodt*
                                                      Julian W. Kleinbrodt

                                              *Attorney for Defendant Apple Inc.*