# EXHIBIT 1

Search documents in this case: [    ] Search

## No. 23A718

| | |
|---|---|
| Title: | **Coronavirus Reporter, et al., Applicants**<br>v.<br>**Apple, Inc.** |
| Docketed: | February 2, 2024 |
| Lower Ct: | United States Court of Appeals for the Ninth Circuit |
|   Case Numbers: | (22-15166) |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Jan 15 2024 | Application (23A718) for writ of injunction, submitted to Justice Kagan.<br><br>**Main Document     Proof of Service** |
| Feb 05 2024 | Application (23A718) denied by Justice Kagan. |
| Feb 06 2024 | Application (23A718) refiled and submitted to Justice Thomas.<br><br>**Written Request** |
| Feb 21 2024 | Application (23A718) referred to the Court. |
| Feb 21 2024 | DISTRIBUTED for Conference of 3/15/2024. |
| Mar 18 2024 | Application (23A718) denied by the Court. |

| NAME | ADDRESS | PHONE |
|---|---|---|
| Attorneys for Petitioners | | |
| Keith Allen Mathews<br>   Counsel of Record | AWP Legal<br>1000 Elm Street, Suite 800<br>Manchester, NH 03102<br><br>keith@awplegal.com | 6039239855 |

Party name: Coronavirus Reporter, et al.