# EXHIBIT 2

 **Search documents in this case:** [                ] Search

## No. 23-1089

| | |
|---|---|
| Title: | **Coronavirus Reporter, et al., Petitioners**<br>**v.**<br>**Apple Inc.** |
| Docketed: | April 5, 2024 |
| Lower Ct: | United States Court of Appeals for the Ninth Circuit |
|   Case Numbers: | (22-15166, 22-15167) |
|   Decision Date: | November 3, 2023 |
|   Rehearing Denied: | January 4, 2024 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Apr 03 2024 | Petition for a writ of certiorari filed. (Response due May 6, 2024)<br><br>**Petition**    **Certificate of Word Count**    **Proof of Service** |
| Apr 12 2024 | Waiver of right of respondent Apple Inc. to respond filed.<br><br>**Main Document** |
| Apr 17 2024 | DISTRIBUTED for Conference of 5/9/2024. |

| NAME | ADDRESS | PHONE |
|---|---|---|
| Attorneys for Petitioners | | |
| Keith Allen Mathews<br>  Counsel of Record | AWP Legal<br>1000 Elm Street, Suite 800<br>Manchester, NH 03102<br><br>keith@awplegal.com | 6039239855 |
| Party name: Coronavirus Reporter, et al. | | |
| Attorneys for Respondent | | |

| | | |
|---|---|---|
| Rachel Susan Brass<br>  Counsel of Record | Gibson, Dunn & Crutcher LLP<br>One Embarcadero Center<br>Suite 2600<br>San Francisco, CA 94111<br><br>rbrass@gibsondunn.com | 415-393-8293 |

Party name: Apple Inc.