# EXHIBIT A

## Coronavirus Reporter Communications

| ADAM_ID | App Name | Provider ID | Developer Name | platform | Version | File Group ID | app_message_state_name | AppMsg_Resolution_Date | AppMsg_Resolution | Date/Time of Communication | Sent From | Communication |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 06-MAR-2020 02:56 | From AppReview | <h3>Guideline 5.2.1 - Legal - Intellectual Property</h3><br/><br/>The seller and company names associated with your app do not reflect the source of the information in your app, or a recognized institution, such as a hospital, insurance company, pharmacy, non-governmental organization, or university, as required by Guideline 5.2.1 of the <u><a href="https://developer.apple.com/app-store/review/guidelines/#intellectual-property">App Store Review Guidelines</a></u>.<br/><br/>Next Steps<br/><br/>Your app must be published under a seller name and company name that reflects the name of a recognized institution, or the source of the information. <br/><br/> |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 06-MAR-2020 11:07 | from Dev | Please contact us immediately to discuss review of this matter  App Review Board: This app does not violate 5.21 and is an important utility developed under Dr Robert Robert's leadership. Dr Roberts developed the screening for heart attacks as we know it, used over thirty years. It is inconceivable that Apple would refuse his work in the face of this pandemic.  There is no intellectual property used in this app that is not attributable to CALID, Inc and Dr. Roberts; rule 5.2.1 is simply not applicable. Is Apple saying that only institutions can participate in Coronavirus efforts, and not an independent team of accomplished physicians? This position, if so, is arrogant, reprehensible and reckless in light of the ongoing crisis . Release this app or we will take immediate injunctive action. |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 06-MAR-2020 14:24 | from AppReview | Hello Jeff,<br/><br/>Thank you for contacting the App Review Board. Your appeal has been received and is being evaluated. <br/><br/>If the App Review Board determines that the original rejection feedback is valid, we will contact you directly with the decision. In some cases where additional issues are found, those will be communicated to you as well.<br/><br/>Should we find that the appealed rejection issue is resolved, and no additional issues are found in review, your app will be approved.<br/><br/>Please be aware that all apps, including updates, undergo a complete review to ensure compliance with the most current version of the App Store Review Guidelines.<br/><br/>Best regards,<br/>Taylor<br/>App Review Board |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 06-MAR-2020 15:14 | from Dev | Thank you for the update. Please let me reiterate this is an information sharing app. There is no medical advice or Intellectual Property, other than our &quot;check-in&quot; map to share information about symptoms , work/school closures, and self-quarantine status. Apple Users have an unrestricted right to share this information, at least , in the United States. |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | ="' | 284902573 | | | | 06-MAR-2020 15:39 | from AppReview | <h3>Guideline 5.2.1 - Legal - Intellectual Property</h3><br/><br/>The seller and company names associated with your app do not reflect a recognized institution, such as a governmental entity, hospital, insurance company, non-governmental organization, or university, which is required for the content in this app by Guideline 5.2.1 of the <a href="https://developer.apple.com/app-store/review/guidelines/#intellectual-property">App Store Review Guidelines</a>.<br/><br/>Next Steps<br/><br/>The content in your app must be published under a seller name and company name that reflects a recognized institution. If you have developed this app on behalf of a client, please advise your client to add you to the development team of their Apple Developer account. If your client does not yet have an Apple Developer account, they can enroll in the <a href="https://developer.apple.com/programs/">Apple Developer Program</a> through the Apple Developer website.<br/><br/> |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 07-MAR-2020 08:03 | from AppReview | Hello,<br/><br/>Thank you for providing additional details.<br/><br/>Regarding 5.2.1, note that the seller and company names associated with your app do not reflect a recognized institution, such as a governmental entity, hospital, insurance company, non-governmental organization, or university, which is required for the content in this app by Guideline 5.2.1 of the <a href="https://developer.apple.com/app-store/review/guidelines/#intellectual-property">App Store Review Guidelines</a>.<br/><br/>The content in your app must be published under a seller name that reflects a recognized institution. If you have developed this app on behalf of a client, please advise your client to add you to the development team of their Apple Developer account. If your client does not yet have an Apple Developer account, they can enroll in the <a href="https://developer.apple.com/programs/">Apple Developer Program</a> through the Apple Developer website.<br/><br/>Best regards,<br/>App Store Review<br/><br/> |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 07-MAR-2020 14:53 | from Dev | Dear Apple: 1) Please clarify whether the App Review Board has made the above decision, or if the appeal is still pending.  2) Apple appears to be confused regarding the IP owner of this app. CALID is a Wyoming C Corporation with four years experience in bioinformatics and currently owns all IP related to this app, &quot;social media&quot; app. Dr Robert Roberts is Chief Medical Officer of CALID, Inc. Dr. Robert Roberts oversees this app, &quot;Coronavirus Reporter&quot;.  Dr. Roberts a) invented the gold standard screening for heart attacks used for thirty years, b) is head of University of Arizona's Translational Research Center, c) gave astronaut John Glenn medical clearance for the first earth orbit. It is clear that sufficient medical credentials and supervision apply to this app..  see https://phoenixmed.arizona.edu/newsroom/news/faculty-spotlight-robert-roberts-md  CALID's team also includes Dr. Brandon Roberts MD MPH, who has a decade experience as an ER physician and is staff at Medical College of Georgia, and Dr Jeffrey Isaacs, MD, MBA, who is also a computer scientist from Dartmouth and has developed apps that have served over 100 million users. 3) Dr Robert Roberts is willing to discuss this matter by telephone to address Apple's concerns, or provide a written statement as necessary. While it may be possible to seek an institutional sponsor in addition to Calid, Inc, this will take time and we respectfully request Apple grant provisional approval of the app given the urgent situation. 4) A growing number of people are affected by this pandemic, as Apple knows, many are working from home. This is simply a check-in tracker and does not provide medical advice or treatment. It should not be restricted as such. In short time, the news media will not be able to cover all effects of this virus in the United States, and elsewhere; this app will ameliorate information sharing.  Is Apple really taking the position that such a medical team, lead by renowned Dr Robert Roberts, is less preferable to an an &quot;insurance institution&quot; that 5.21 specifically permits to submit such an app? Please review this appeal and get back to us.Calid's Legal Officer, Keith Mathews, is willing to be in touch with Apple counsel regarding this matter. |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 09-MAR-2020 06:10 | from AppReview | Hello Jeff,<br/><br/>We apologize - we inadvertently published a process note to the Resolution Center. ***The information we intended to publish is below. ***Please disregard the previous message.<br/><br/>Your appeal is still in review but is requiring additional time. We will provide further status updates as soon as we are able.<br/><br/>Thank you for your continued patience.<br/><br/>Best regards,<br/>Taylor<br/>App Review Board |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 13-MAR-2020 13:59 | from Dev | Dear Apple, Could you please advise if there have been any updates on the review of Coronavirus Reporter? Google and Facebook are preparing applications with much overlap with our own; we would appreciate the prompt release of this app which will be under collaborative academic medical center supervision lead by Dr. Robert Roberts. Thank you. |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 13-MAR-2020 14:42 | from AppReview | Hello Jeff,<br/><br/>We continue to apologize for the delay.<br/><br/>Your appeal is still in review but is requiring additional time. We will provide further status updates as soon as we are able.<br/><br/>Thank you for your continued patience.<br/><br/>Best regards,<br/>Taylor<br/>App Review Board |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 13-MAR-2020 18:44 | from AppReview | Hello Jeff,<br/><br/>Thank you for contacting the App Review Board. We have scheduled a call with an Apple representative in order to discuss the results of your appeal. We anticipate calling within 3-5 business days.<br/><br/>To help ensure we have the correct contact information, please reply to this message to provide a contact name and phone number for this call.<br/><br/>Best regards,<br/>Taylor<br/>App Review Board |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 13-MAR-2020 21:12 | from Dev | Thank you,  you may reach me at 610-202-1460 (Jeff Isaacs). |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 15-MAR-2020 06:34 | from AppReview | Hello Jeff,<br/><br/>Thank you for your response. Your call with an Apple Representative is confirmed.<br/><br/>An Apple Representative will call you on the number you provided in the App Review Information section of App Store Connect within the next 3 to 5 business days from today to discuss your app.<br/><br/>Best regards,<br/>App Store Review<br/><br/> |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 16-MAR-2020 09:47 | from AppReview | Re: App Review <br/>Hello Jeff,<br/><br/>I am following up with you regarding your recent app that was submitted to Apple for review.<br/><br/>We have attempted to reach you via telephone, however, have not been able to successfully<br/>reach you. We will attempt to reach you again at a later time.<br/><br/>If it would be more convenient for you, I can be reached M-F 7a-4p at U.S. 1-408-974-1301 (Pacific timezone).<br/><br/>Thank you for your assistance. We look forward to speaking to you soon.<br/><br/>Best regards, <br/><br/>Kelley <br/>App Store Review <br/><br/> |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 17-MAR-2020 14:42 | from Dev | This is to document that Kelley just spoke with me and informed me of the App Review Board decision. She stated that we were not a "deeply credentialed health organization" and hence the app was not approved. I did just search "coronavirus" on the app store and see that a nearly identical app to our own was approved for "HealthLynk". There is no indication HealthLynk has any "deeper credentials" than our own, and in fact, it would seem contrary Apple's leadership experience. We request immediate reconsideration in light of this clear breach of fair business practices.   Likewise, I would like the related "Caller-ID"(Greenflight) app reinstated, which has been held for a year for merely offering free caller ID like many other apps do.  Please let us know why we are being treated differently than other Apple partners?? |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 17-MAR-2020 14:47 | from Dev | I hereby request Apple review , internally, whether or not somebody at Apple is sabotaging or retaliating against our Apps. This is extremely suspicious that all of our apps are being denied under clearly false pretenses. We will seek injunctive action shortly to discover this matter in more detail. |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 17-MAR-2020 14:51 | from Dev | Please take this as an evidence preservation notice. All internal Apple communications regarding CALID, Greenflight, Coronavirus Reporter, CallerID, Dr. Isaacs &amp; Dr. Roberts shall be immediately preserved pending federal lawsuit. Please acknowledge receipt of this notice as soon as possible. Thank you |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 17-MAR-2020 14:58 | from AppReview | Hello Jeff,<br/><br/>Thank you for your time during our call today. <br/><br/>As we discussed, the app was evaluated by the App Review Board and it was determined to be a valid rejection. Your app was found to be out of compliance with <a href="https://developer.apple.com/appstore/resources/approval/guidelines.html">App Store Review Guidelines</a> 2.1, 2.5.4 and 5.2.1/5.1.1.<br/><br/>Guideline 5.2.1 - Legal - Privacy - Data Collection and Storage</h3> <br/><br/>We found in our review that your app related to the COVID-19 pandemic provides healthcare services or requires sensitive user information. In addition, the seller and company names associated with your app are not from a recognized institution, such as a governmental entity, hospital, insurance company, non-governmental organization, or university.<br/><br/>Per <a href="https://developer.apple.com/app-store/review/guidelines/#data-collection-and-storage">section 5.1.1 (x) of the App Store Review Guidelines</a>, apps that provide services or collect sensitive user information in highly-regulated fields should be submitted by a legal entity that provides these services, and not by an individual developer.<br/><br/>Next Steps<br/><br/>To resolve this issue, your app must be published under a seller and company name of a recognized institution that provides healthcare services. If you have developed this app on behalf of such an institution, please advise your client to add you to the development team of their Apple Developer account. If your client does not yet have an Apple Developer account, they can <a href="https://developer.apple.com/programs/enroll">enroll for one as an organization</a> through the Apple Developer website.<br/><br/><h3>Guideline 2.1 - Performance - App Completeness</h3><br/><br/>We discovered one or more bugs in your app when reviewed on iPhone and iPad running  on Wi-Fi.<br/><br/>The app is experiencing an error message. After the user selects any user on the map feature, the app prompts a server error screen.<br/><br/>Next Steps<br/><br/>To resolve this issue, please run your app on a device to identify any issues, then revise and resubmit your app for review.<br/><br/>If we misunderstood the intended behavior of your app, please reply to this message in Resolution Center to provide information on how these features are intended to work.<br/><br/>For <b>new</b> apps, uninstall all previous versions of your app from a device, then install and follow the steps to reproduce the issue. For <b>updates</b>, install the new version as an update to the previous version, then follow the steps to reproduce the issue.<br/><br/><b>Resources</b><br/><br/>For information about testing your app and preparing it for review, please see <a href="https://developer.apple.com/library/archive/technotes/tn2431/_index.html">Technical Note TN2431: App Testing Guide</a>.<br/><br/>For a networking overview, please view <a href="https://developer.apple.com/library/archive/documentation/NetworkingInternetWeb/Conceptual/NetworkingOverview/Introduction/Introduction.html">About Networking</a>.<br/><br/><h3>Guideline 2.5.4 - Performance - Software Requirements</h3><br/><br/>Your app declares support for location in the UIBackgroundModes key in your Info.plist file but does not include any features that require persistent location. Apps that declare support for location in the UIBackgroundModes key in your Info.plist file must have features that require persistent location.<br/><br/>Next Steps<br/><br/>To resolve this issue, please revise your app to include features that require the persistent use of real-time location updates while the app is in the background.<br/><br/>If your app does not require persistent real-time location updates, please remove the "location" setting from the UIBackgroundModes key. You may wish to use the significant-change location service or the region monitoring location service if persistent real-time location updates are not required for your app features.<br/><br/><b>Resources</b><br/><br/>For more information, please review the <a href="https://developer.apple.com/library/archive/documentation/UserExperience/Conceptual/LocationAwarenessPG/CoreLocation/CoreLocation.html#//apple_ref/doc/uid/TP40009497-CH2-SW8">Starting the Significant-Change Location Service</a> and <a href="https://developer.apple.com/library/archive/documentation/UserExperience/Conceptual/LocationAwarenessPG/RegionMonitoring/RegionMonitoring.html#//apple_ref/doc/uid/TP40009497-CH9-SW1">Monitoring Geographical Regions</a>.<br/><br/><h3>Guideline 2.5.4 - Performance - Software Requirements</h3><br/><br/>Your app declares support for audio in the UIBackgroundModes key in your Info.plist but did not include features that require persistent audio.<br/><br/>Next Steps<br/><br/>The audio key is intended for use by apps that provide audible content to the user while the app is in the background, such as music player or streaming audio apps. Please revise your app to provide audible content to the user while the app is in the background or remove the "audio" setting from the UIBackgroundModes key.<br/><br/><h3>Guideline 2.5.4 - Performance - Software Requirements</h3><br/><br/>Your app declares support for VoIP in the UIBackgroundModes key in your Info.plist, but does not include any Voice over IP services.<br/><br/>Next Steps<br/><br/>To resolve this issue, please revise your app to either add VoIP features or remove the "voip" setting from the UIBackgroundModes key.<br/><br/>We recognize that "keep alive" functionality that is useful for many app features. However, using VoIP in this manner is not the intended purpose of VoIP.<br/><br/>We hope that you will consider making the appropriate revisions to your app and resubmit.<br/><br/>For code-level assistance, please consult with <a href="http://developer.apple.com/support/technical/">Apple Developer Technical Support</a>. Based on your app, please be sure to include any symbolicated crash logs, screenshots, or steps to reproduce the issues encountered.<br/><br/>If you have any questions about this information, please feel free to contact me at 1-408-974-1301 M-F between 7a-4p Pacific timezone. <br/><br/>Best regards, <br/>Kelley <br/>App Store Review<br/><br/>Reference: CT 2624011<br/><br/> |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 284921551 | | | | 17-MAR-2020 17:27 | from Dev | Hello Kelley, We are now uploading   build 1.0.4 which should address all above issues: 1) There was a link on the map made for future feature implementation (upload images/documents, direct chat, etc).As you noted, currently pressing on the map link yielded a server error. That issue has been corrected. 2) Unused background modes for location, VOIP, and audio have been removed. 3) As noted, the #1 Health App today on the App Store is a very similar app to ours, by what appears to be a fledgling video chat telemedicine company not unlike CALID (which has had a telehealth app for 3 years on the app store). There is not indication our medical credentials (NASA Chief Physician, etc) are less than HealthLynked. Indeed, we have developed apps that have served over 100 million users and it is unclear they have. They also borrow WHO IP apparently without permission, and spell COVID (COVAID sic) incorrectly.  We hope Apple averts a TRO in the USDC next week by releasing this app as they should. Additionally, we will be resubmitting our Caller-ID app to you today as well. We had been the #1 ranked Caller ID app for years since 2012, and were delisted and replaced with a copycat last year which uses non-consented LIDB info (we use CNAM, which is consented). All in all, we see a pattern and suspect there is cronyism going on in the app store, where lucrative/important apps are being replaced inappropriately . We have seen this happen now on several occasions, and absent immediate action, will seek appropriate redress. |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 285569063 | | | | 19-MAR-2020 09:02 | from AppReview | <h3>Guideline 5.0 - Legal</h3><br/><br/>Recently, the Chinese Ministry of Industry and Information Technology (MIIT) requested that CallKit functionality be deactivated in all apps available on the China App Store.<br/><br/>During our review, we found that your app currently includes CallKit functionality and has China listed as an available territory in App Store Connect.<br/><br/>Next Steps<br/><br/>This app cannot be approved with CallKit functionality active in China. Please make the appropriate changes and resubmit this app for review.<br/><br/>If you have already ensured that CallKit functionality is not active in China, you may reply to this message in Resolution Center to confirm.  <br/><br/>Voice over Internet Protocol (VoIP) call functionality continues to be allowed but can no longer take advantage of CallKit's intuitive look and feel. CallKit can continue to be used in apps outside of China.<br/><br/><h3>Guideline 5.1.1 - Legal - Privacy - Data Collection and Storage</h3><br/><br/>We found in our review that your app related to the COVID-19 pandemic provides healthcare services or requires sensitive user information. In addition, the seller and company names associated with your app are not from a recognized institution, such as a governmental entity, hospital, insurance company, non-governmental organization, or university.<br/><br/>Per <a href="https://developer.apple.com/app-store/review/guidelines/#data-collection-and-storage">section 5.1.1 (x) of the App Store Review Guidelines</a>, apps that provide services or collect sensitive user information in highly-regulated fields should be submitted by a legal entity that provides these services, and not by an individual developer.<br/><br/>Next Steps<br/><br/>To resolve this issue, your app must be published under a seller and company name of a recognized institution that provides healthcare services. If you have developed this app on behalf of such an institution, please advise your client to add you to the development team of their Apple Developer account. If your client does not yet have an Apple Developer account, they can <a href="https://developer.apple.com/programs/enroll">enroll for one as an organization</a> through the Apple Developer website.<br/><br/> |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 285569063 | | | | 19-MAR-2020 12:25 | from Dev | Please see attached letter from Dr. Roberts and CV. Calid is operating as a bioinformatics and telemedicine focused corporation, under his leadership. As his letter states, he also serves as liaison between Calid and University of Arizona. Please accept this app or we will be serving a TRO tomorrow , with no other options.   Dear Apple: I write you regarding the Coronavirus Reporter app, which has been awaiting approval for nearly two weeks in your App Store. My understanding is the App is being held until it is endorsed by an institution with "deep credentials in health care," pursuant to new Apple Developer guidelines regarding COVID-19. I am the Director of the Cardiovascular Genomics and Genetics at Dignity Health and Professor of Medicine at University of Arizona College of Medicine Phoenix. My CV is attached in a form of a short bio as well as the complete bio and publications. I understand a similar app has been released and is now #1 on the App Store. It can be assumed our app will likewise attract a substantial audience. I wish to assure you that, in this case, we will review the epidemiological data gathered by this app in conjunction with academic physician scientists at my own institution and elsewhere, and will continually adapt the app based upon scientific and medical advice from these experts. This app has considerable potential to advance medical understanding of the situation, and foster information exchange amongst all stakeholders, most importantly, the Apple users themselves.  In short, this project is being properly overseen, and should be released immediately so as to enable it to reach its potential. Thank you for your attention to this matter. Please do not hesitate to contact me in further detail as necessary. Dr. Robert Roberts |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 285569063 | | | | 19-MAR-2020 12:29 | from Dev | We have removed China from distribution ( will be added back later with unused CallKit api removed). We have provided a letter that this is a collaborative effort between University of Arizona and Calid bioinformatics, with "deep credentials" overseen by Dr Robert Roberts. |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 285707176 | | | | 19-MAR-2020 16:44 | from AppReview | Hello,  Thank you for contacting the App Review Board to request an appeal for your app.  While processing your request, we noticed that you have since resubmitted your app for review. To ensure the new submission is processed as quickly as possible, we will close your appeal at this time and continue with the review.  However, if you prefer to proceed with an appeal, please reply to this email to let us know, and we will cancel the review and re-open your appeal.  Best regards, Liz App Review Board |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 285707176 | | | | 19-MAR-2020 20:20 | from Dev | Hello Liz, We are awaiting additional documentation from Dr Roberts re academic partnership with U Arizona, and will close your appeal and reopen in the AM. Thank you. |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 285707176 | Message Closed | 20-MAR-2020 07:08 | Closed by Irodak | 20-MAR-2020 07:07 | from AppReview | Hello,  Thank you for your response. We will re-open your appeal.  If the App Review Board determines that the original rejection feedback is valid, we will contact you directly with the decision. In some cases where additional issues are found, those will be communicated to you as well.  Should we find that the appealed rejection issue is resolved, and no additional issues are found in review, your app will be approved.  Please be aware that all apps, including updates, undergo a complete review to ensure compliance with the most current version of the App Store Review Guidelines.  Best regards, Liz App Review Board |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 285707176 | | | | 24-MAR-2020 05:13 | from AppReview | Hello Jeff,<br/><br/>Thank you for contacting the App Review Board. We have scheduled a call with an Apple representative in order to discuss the results of your appeal. We anticipate calling within 3 - 5 business days.<br/><br/>To help ensure we have the correct contact information, please verify the phone number listed in the App Review Information section of this app's Version Information page in <a href="https://appstoreconnect.apple.com">App Store Connect</a> is up-to-date.<br/><br/>Best regards,<br/>Jan<br/>App Review Board |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 285707176 | | | | 24-MAR-2020 09:57 | from Dev | Hello, I may be reached at 610-202-1460 Thanks much, Jeffrey Isaacs |
| 1501633238 | Coronavirus Reporter | 118642048 | CALID Inc. | ios | 1.0 | 285707176 | | | | 26-MAR-2020 12:13 | from AppReview | Hello Jeff,<br/><br/>Thanks for your time on the phone today.<br/><br/>As we discussed, we are writing to let you know the appeal results for your app, Coronavirus Reporter.<br/><br/>The App Review Board evaluated your app and determined that the original rejection feedback is valid.<br/><br/>While we understand that you are working with healthcare professionals, we continue to find that your app contains information related to the COVID-19 pandemic, but the seller and company names associated with your app are not from a recognized institution, such as a governmental entity, hospital, insurance company, non-governmental organization, or university.<br/><br/>In addition, we found that your app presents user-generated data that has not been vetted for accuracy by a reputable source.<br/><br/>Due to the sensitivity around this personal health information, there is a potential for the app to spread misinformation in a malicious way which can spread misinformation. To resolve this issue, your app must be published under a seller and company name of a recognized institution that provides healthcare services and data presented in the app must come from a reputable source.<br/><br/>Please note that all appeal results are final. We encourage you to review the previous rejection correspondence for this app, make the necessary changes to bring it into compliance with the App Store Review Guidelines, and resubmit it for review.<br/><br/>Please feel free to contact me at +1-408-974-2992 Monday through Friday between 8AM-5PM Pacific Time if you need further clarification.<br/><br/>Best regards, <br/>Bill <br/>App Store Review <br/><br/> |