Dr. Jeffrey D. Isaacs
11482 Key Deer Circle
Wellington, FL 33449

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONAVIRUS REPORTER,<br>CALID INC,<br>PRIMARY PRODUCTIONS LLC,<br>DR. JEFFREY D. ISAACS,<br>on behalf of themselves and all others similarly situated<br><br>                    Plaintiffs,<br><br>vs.<br><br>APPLE INC.<br>                    Defendant. | Case No. 3:21-cv-5567-EMC<br><br><br><br>**NOTICE OF FILING**<br><br><br><br>**Hearing**<br><br>Date:     July 11, 2024<br>Time:    1:30PM<br>Place:   Courtroom 5, 17th Floor<br><br><br>The Honorable Edward M. Chen |

1

PLAINTIFF JEFFREY ISAACS' MOTION TO REOPEN PURSUANT TO FRCP 60
CASE NO. 3:21-CV-5567-EMC

**NOTICE OF FILLING PURSUANT TO COURT ORDER DATED 6/14/24**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 14, 2024, the Court ordered the following:

> **ORDER re [118] MOTION to Reopen Case** *pursuant to FRCP 60(b) in light of recently emerged regulatory landscape following EU DMA implementation and Apple's subsequent malicious compliance implementing "Core Technology Fees", aka notarization services filed by Jeffrey D Isaacs, [121] Reply to Opposition/Response, filed by Jeffrey D IsaacsThe Court ORDERS Plaintiff to re-file [118] and [121] briefings in compliance with the formatting requirements under Civil Local Rule 3-4(c). Plaintiff shall re-file by 6/18/2024 at 4 p.m.*

Attached herein are the re-formatted Motion (DE 118) and Reply (DE 121) pleadings, as ordered by the Court. No changes have been made to the content of the documents other than Local Rule 3-4(c) formatting.

The exhibits to these pleadings remain on the docket as entries #118 and #121.

In light of the corrected formatting, the Plaintiff has informed Apple Inc. that Defendant's Response contains impertinent information requesting Motion dismissal due to excess page count. The Memorandum is twenty-five pages, correctly formatted. In the interest of judicial economy, Plaintiff has requested Apple retract their request to deny the motion on this basis.

Additionally, Plaintiff has informed Apple Inc. that their Response Pleading contains an incorrect case identifier referencing the *Seeborg* Court. Plaintiff has requested Apple correct this matter to comply with the respective Rules.

Submitted on this 16th day of June, 2024.

/s/ Dr. Jeffrey D. Isaacs

Dr. Jeffrey D. Isaacs

# CERTIFICATE OF SERVICE

I, Jeffrey Isaacs, do declare as follows:

I certify that a copy of the foregoing **NOTICE OF FILING** was delivered electronically to counsel for the Defendant.

Executed on this 16th day of June, 2024.

                              /s/ Dr. Jeffrey D. Isaacs
                              Dr. Jeffrey D. Isaacs
                              11482 Key Deer Circle
                              Wellington, FL 33449