Dr. Jeffrey D. Isaacs
11482 Key Deer Circle
Wellington, FL 3349

*Plaintiff*

RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
JKleinbrodt@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA  94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORONAVIRUS REPORTER, CALID INC., PRIMARY PRODUCTIONS LLC, DR. JEFFREY D. ISAACS, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., FEDERAL TRADE COMMISSION<br><br>Defendants. | CASE NO. 3:21-CV-05567-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S RULE 60(B) MOTION TO REOPEN CASE**<br><br>Hon. Edward M. Chen |

Plaintiff Dr. Jeffrey D. Isaacs ("Plaintiff") and Defendant Apple Inc. ("Apple") (collectively, the "Parties") hereby agree as follows:

WHEREAS on April 12, 2024, Plaintiff moved to reopen this case pursuant to Federal Rule of Civil Procedure 60(b) ("Motion to Reopen"), *see* Dkt. 118;

WHEREAS on April 26, 2024, Apple filed its opposition to Plaintiff's Motion to Reopen, *see* Dkt, 119;

WHEREAS on May 3, 2024, Plaintiff filed his reply in support of his Motion to Reopen, *see* Dkt. 121;

WHEREAS on May 13, 2024, the Supreme Court denied Plaintiffs' petition for a writ of certiorari;

WHEREAS a hearing on Plaintiff's Motion to Reopen is currently set for July 11, 2024, at 1:30 PM in San Francisco, *see* Dkt. 120;

WHEREAS on March 5, 2024, Apple was sued by Coronavirus Reporter Corporation and Calid Inc. in the United States District Court for the District of Wyoming, which complaint was served on Apple on May 31, 2024, *see Coronavirus Rptr Corp. v. Apple Inc.*, No. 24-cv-53-SWS (D. Wyo.) (the "Wyoming Complaint");

WHEREAS, the parties to that action have stipulated that any motion to dismiss the Wyoming Complaint shall be due on July 30, 2024, Plaintiffs' opposition shall be due August 27, 2024, and Apple's Reply shall be due September 17, 2024;

WHEREAS the Wyoming Complaint concerns events and raises issues that relate to the subject matter of this case, including matters raised by Plaintiff in his Motion to Reopen;

WHEREAS, in light of the overlapping issues between Plaintiffs' Motion to Reopen and the Wyoming Complaint, the Parties believe it will serve the interests of efficiency to continue the hearing on Plaintiffs' Motion to Reopen before this Court until after Apple's forthcoming motion(s) in *Coronavirus Rptr Corp. v. Apple Inc.*, No. 24-cv-53-SWS (D. Wyo.), are fully briefed;

WHEREAS the Court's General Standing Order provides that "[p]arties seeking to continue hearings, request special status conferences, modify briefing schedules, or make any other procedural changes shall submit a signed stipulation and proposed order," Civil Standing Order – General, ¶ 4,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties that the hearing on Plaintiff's Motion to Reopen currently set for July 11, 2024, shall be continued, to September 26, 2024 at 1:30 PM in San Francisco, or the first available hearing date thereafter that the Court prefers.

Gibson, Dunn &
Crutcher LLP

DATED: June 14, 2024

By: */s/ Dr. Jeffrey D. Isaacs*
     Dr. Jeffrey D. Isaacs

11482 Key Deer Circle
Wellington, FL 3349

*Plaintiff*


By: */s/ Julian W. Kleinbrodt*
     Julian W. Kleinbrodt


GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
JULIAN W. KLEINBRODT, SBN 302085
JKleinbrodt@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA  94111-3715
Telephone:   415.393.820
Facsimile:    415.393.8306

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn &
Crutcher LLP

3

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING
ON PLAINTIFFS' RULE 60(B) MOTION TO REOPEN CASE
CASE NO. 3:21-CV-05567-EMC

1

**ECF SIGNATURE ATTESTATION**

2   In accordance with Civil Local Rule 5-1, the filer of this document hereby attests under penalty of

3   perjury that the concurrence in the filing of this document has been obtained from all signatories

4   hereto.

5

6   Dated: June 14, 2024                                      GIBSON DUNN & CRUTCHER LLP

7

8                                                             By: */s/ Julian W. Kleinbrodt*

9                                                             Julian W. Kleinbrodt

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING
ON PLAINTIFFS' RULE 60(B) MOTION TO REOPEN CASE
CASE NO. 3:21-CV-05567-EMC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:  June 20, 2024

THE HONORABLE EDWARD M. CHEN
SENIOR UNITED STATES DISTRICT COURT JUDGE

Gibson, Dunn & Crutcher LLP